| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter   11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Centerstone Linen Services, LLC |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Clarus Linen Systems |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-1825594 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 60 Grider Street<br>Buffalo, NY 14215<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Erie<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | www.claruslinens.com |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Centerstone Linen Services, LLC _____   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __8123__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment _____  Relationship _____
District _____ When _____ Case number, if known _____

Debtor  Centerstone Linen Services, LLC _____  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Centerstone Linen Services, LLC _____   Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2018
              MM / DD / YYYY

**X** /s/ John Giardino                                    John Giardino
   Signature of authorized representative of debtor        Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Stephen A. Donato                              Date  December 19, 2018
   Signature of attorney for debtor                              MM / DD / YYYY

Stephen A. Donato
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone  (315) 218-8000       Email address   sdonato@bsk.com

101522 (NDNY) NY
Bar number and State

Debtor   Centerstone Linen Services, LLC _____   Case number (*if known*) _____
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | Alliance Laundry & Textile Service of Atlanta, LLC | | | Relationship to you | Affiliate | |
| District | Northern District of New York | When | 12/19/18 | Case number, if known | 18 | |
| Debtor | Alliance Laundry & Textile Service, LLC | | | Relationship to you | Affiliate | |
| District | Northern District of New York | When | 12/19/18 | Case number, if known | 18- | |
| Debtor | Alliance LTS Winchester, LLC | | | Relationship to you | Affiliate | |
| District | Northern District of New York | When | 12/19/18 | Case number, if known | 18- | |
| Debtor | Atlas Health Care Linen Services Co., LLC | | | Relationship to you | Affiliate | |
| District | Northern District of New York | When | 12/19/18 | Case number, if known | 18-31753 | |

**Fill in this information to identify the case:**

Debtor name: Centerstone Linen Services, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 19, 2018    **X** /s/ John Giardino
                                   Signature of individual signing on behalf of debtor

                                   John Giardino
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Centerstone Linen Services, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Albany Medical Center Foundation<br>43 New Scotland Avenue<br>MC 119<br>Albany, NY 12208 | | Marketing | | | | $11,300.00 |
| American Dawn Inc.<br>401 W. Artesia Blvd.<br>Compton, CA 90220 | | Linens | | | | $23,713.77 |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | | Credit card charges | | | | $119,982.00 |
| Bonadio & Co., LLP<br>100 Corporate Parkway, Suite 200<br>Amherst, NY 14226 | | Auditing and accounting | | | | $37,600.00 |
| Chubb<br>500 Ross Street<br>154-0455<br>Pittsburgh, PA 15262-0001 | | General liability insurance | | | | $205,241.50 |
| ComDoc - Buffalo<br>P.O. Box 932159<br>Cleveland, OH 44193 | | IT related | | | | $5,421.24 |
| ComDoc - Lease<br>10201 Centurion Parkway<br>Suite 100<br>Jacksonville, FL 32256 | | IT related | | | | $4,478.32 |
| Concur Technologies, Inc.<br>62157 Collections Center Drive<br>Chicago, IL 60693 | | IT related | | | | $14,760.20 |

Debtor  Centerstone Linen Services, LLC    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Encompass Group, LLC<br>Dept. 40254<br>P.O. Box 740209<br>Atlanta, GA 30374-0209 | | Linens | | | | $147,335.20 |
| Great American Insurance<br>Specialty Accounting<br>P.O. Box 89400<br>Cleveland, OH 44101-6400 | | Benefits | | | | $5,024.39 |
| Jones & Associates, LLC<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | | Legal | | | | $7,605.66 |
| M&T Insurance Company<br>285 Delaware Avenue<br>Suite 4000<br>Buffalo, NY 14202-1885 | | General liability insurance | | | | $381,458.08 |
| McKesson Medical Surgical<br>9954 Maryland Drive<br>Suite 4000<br>Richmond, VA 23233 | | Recruiting and pre-employment | | | | $4,409.00 |
| PayScale, Inc.<br>75 Remittance Drive<br>Dept. 1343<br>Chicago, IL 60675-1343 | | Office supplies | | | | $3,624.99 |
| PPS Pension & Financial Services, Inc.<br>8660 Sheridan Drive<br>Buffalo, NY 14221-6316 | | Benefits | | | | $3,892.50 |
| Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 | | Linens | | | | $799,705.88 |
| The Hartford<br>301 Woods Park Drive<br>Clinton, NY 13323 | | General liability insurance | | | | $19,464.00 |
| The Upstate Foundation<br>750 E. Adams Street<br>CAB Room 326<br>Syracuse, NY 13210 | | Marketing | | | | $5,000.00 |

Debtor   **Centerstone Linen Services, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Total Utility Management Services, LLC 10497 Town & Country Way, Suite 224 Houston, TX 77024 | | Consultant services provided | | | | $6,000.00 |
| VITEC Solutions, LLC 611 Jamison Road Suite 4104 Elma, NY 14059 | | IT related | | | | $15,494.89 |

.

60 Grider LLC
188 Bidwell Parkway
Buffalo, NY 14222


60 Grider, LLC
805 Third Avenue
New York, NY 10022


ACN Companies, LLC
414 West Taylor Street
Syracuse, NY 13202


Albany Medical Center Foundation
43 New Scotland Avenue
MC 119
Albany, NY 12208


Alliance Laundry & Textile Service, LLC
60 Grider Street
Buffalo, NY 14215


Alliance Laundry and Textile Service
of Atlanta, LLC
60 Grider Street
Buffalo, NY 14215


Alliance LTS Winchester, LLC
60 Grider Street
Buffalo, NY 14215


American Dawn Inc.
401 W. Artesia Blvd.
Compton, CA 90220


American Express
200 Vesey Street
New York, NY 10285


American Zurich Insurance Company
One Liberty Plaza
165 Broadway, 32nd Floor
New York, NY 10006

American Zurich Insurance Company
c/o Relin, Goldstein & Crane, LLP
Attn: Joseph M. Shur, Esq.
28 East Main Street, Suite 1800
Rochester, NY 14614


AnMed Health Foundation
800 N. Fant Street
Anderson, SC 29621


Atlas Health Care Linen Services Co., LL
414 West Taylor Street
Syracuse, NY 13202


Atlas Health Care Linen Services Co.,LLC
414 West Taylor Street
Syracuse, NY 13202


Bonadio & Co., LLP
100 Corporate Parkway, Suite 200
Amherst, NY 14226


CDW
P.O. Box 75723
Chicago, IL 60675-5723


Christopher Ivory
c/o Danielle I. Warlick, Esq.
2221 Peachtree Road, Suite D-317
Atlanta, GA 30309


Chubb
500 Ross Street 154-0455
Pittsburgh, PA 15262-0001


ComDoc - Buffalo
P.O. Box 932159
Cleveland, OH 44193


ComDoc - Lease
10201 Centurion Parkway
Suite 100
Jacksonville, FL 32256

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Deluxe
P.O. Box 64468
Saint Paul, MN 55164-0468


ECMC Foundation, Inc.
462 Grider Street
Suite G1
Buffalo, NY 14215


Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209


F&L, LLC
665 Main Street, Suite 300
Buffalo, NY 14203


Grainger
Dept. 831813324
Palatine, IL 60038-0001


Great American Insurance
Specialty Accounting
P.O. Box 89400
Cleveland, OH 44101-6400


HSBC Bank USA, National Association
452 Fifth Avenue
New York, NY 10018


HSBC Bank USA, National Association
c/o Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022


Innovative Product Achievements, LLC
10712 South 1300 East
Sandy, UT 84094

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
30 West Pershing Road
Kansas City, MO 64108-5000


IPA One
10712 South 1300 East
Sandy, UT 84094


IVR Technology Group, LLC
65 Lawrence Bell Drive, Suite #102
Buffalo, NY 14221


John Giardino
188 Bidwell Parkway
Buffalo, NY 14222


Jones & Associates, LLC
1325 Avenue of the Americas, 28th Floor
New York, NY 10019


Jumonville Acquisition, LLC
805 Third Avenue, 8th Floor
New York, NY 10022


Loretto Foundation
1305 Nottingham Road
Jamesville, NY 13078


M&T Bank
One Fountain Plaza
Buffalo, NY 14203


M&T Insurance Company
285 Delaware Avenue
Suite 4000
Buffalo, NY 14202-1885


McKesson Medical Surgical
9954 Maryland Drive
Suite 4000
Richmond, VA 23233

```
Med One Capital Funding, LLC
10712 South 1300 East
Sandy, UT 84094


Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052


Microsoft Corporation
P.O. Box 842103
Dallas, TX 75284-2103


Mountain Valley Water Co.
P.O. Box 95
Tonawanda, NY 14151-0095


N.C. Department of Revenue and Taxation
501 N. Wilmington Street
Raleigh, NC 27604


NYS Department of Taxation & Finance
Attn:  Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Department of Taxation & Finance
W.A. Harriman Campus
Bldg. 9
Albany, NY 12227


Oswego Health Foundation
110 West Sixth Street
Oswego, NY 13126


PayScale, Inc.
75 Remittance Drive
Dept. 1343
Chicago, IL 60675-1343
```

Phoebe Putney Memorial Hospital, Inc.
c/o Alston & Bird, LLP
Attn: Marshall Sanders, Esq.
1201 W. Peachtree Street
Atlanta, GA 30309


Phoebe Putney Memorial Hospital, Inc.
417 W. Third Avenue
Albany, GA 31701


Phoenix Management Services, LLC
110 Commons Court
Chadds Ford, PA 19317-9716


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


Pitney Bowes - Corporate
2225 American Drive
Neenah, WI 54956-1005


PPS Pension & Financial Services, Inc.
8660 Sheridan Drive
Buffalo, NY 14221-6316


Purchase Power
2225 American Drive
Neenah, WI 54956-1005


RJW Services LLC
5986 Miller Road
Niagara Falls, NY 14304


Roland F. Anderson, Jr.
414 West Taylor Street
Syracuse, NY 13202


S.C. Department of Revenue and Taxation
775 Addison Avenue, Ste 201
Rock Hill, SC 29730


Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

```
Standard Textile
P.O. Box 630302
Cincinnati, OH 45263-0302


Staples
Dept. ATL
P.O. Box 405386
Atlanta, GA 30384-5386


Tamiko Favors
c/o Barrett & Farahany
Attn: Amanda A. Farahany, Esq.
1100 Peachtree Street, Suite 500
Atlanta, GA 30309


The Hartford
301 Woods Park Drive
Clinton, NY 13323


The Upstate Foundation
750 E. Adams Street
CAB Room 326
Syracuse, NY 13210


Total Utility Management Services, LLC
10497 Town & Country Way, Suite 224
Houston, TX 77024


U.S. Securities and Exchange Commission
Northeast Regional Office
200 Vesey Street, Suite 400
New York, NY 10281


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


Vaspian LLC
P.O. Box 3399
Buffalo, NY 14240


VITEC Solutions, LLC
611 Jamison Road
Suite 4104
Elma, NY 14059
```