SO ORDERED.

Dated: 1/4/2019
Syracuse, New York

Margaret Cangilos-Ruiz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

CENTERSTONE LINEN SERVICES, LLC
d/b/a Clarus Linen Systems, et al,[1]

Debtor.

Case No.: 18-31754
Main Case
Chapter 11 Cases
Jointly Administered

**ORDER REDUCING TIME FOR NOTICE OF HEARING TO
CONSIDER ACN COMPANIES, LLC'S MOTION TO
COMPEL THE DEBTOR CENTERSTONE LINEN SERVICES, LLC TO
PERFORM POST-PETITION OBLIGATIONS TO LANDLORD
PURSUANT TO SECTION 365(d)(3)**

Upon reading and filing the annexed Declaration of Robert K. Weiler, Esq., sworn

to the 4th day of January, 2019 in support of the request by ACN Companies, LLC, for an order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Centerstone Linen Services, LLC d/b/a Clarus Linen Systems (5594) ("Centerstone"); Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems (2681) ("Atlas"); Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems (8284) ("Alliance"); Alliance Laundry and Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems (4065) ("Atlanta"); and Alliance LTS Winchester, LLC d/b/a Clarus Linen Systems (0892) ("Winchester").

reducing time for notice of the hearing to consider the Motion to Compel the Debtor Centerstone Linen Services, LLC to Perform Post-Petition Obligations to Landlord Pursuant to Section 365(d)(3) (the "Motion"); and it appearing therefrom that cause exists for reducing the notice period required for the service of the Motion and scheduling the hearing to consider the Motion on an expedited basis; and upon due deliberation of the foregoing having been had thereon, it is hereby

ORDERED, that the hearing to consider the Motion shall be held before this Court at 11:00 a.m. on January 23, 2019 at the United States Bankruptcy Court for the Northern District of New York (Honorable Margaret Cangilos-Ruiz), United States Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York; and it is further

ORDERED, that objections, if any, to the relief requested in the Motion, shall be filed with the Clerk's Office, United States Bankruptcy Court for the Northern District of New York, Syracuse Division, by no later than January 22, 2019 at 12:00 p.m.; and it is further

ORDERED, that service of copies of this Order, the supporting Affidavit and the Motion shall be deemed good and sufficient if transmitted by 5:00 p.m. one business day after entry of this order by ECF and first class mail following: (i) the Debtors c/o Centerstone Linen Services, LLC, 805 Third Avenue, New York, NY 10022 Attn: John Giardino; (ii) counsel for the Debtor, Stephen A. Donato and Camille W. Hill of Bond Schoeneck & King, PLLC, One Lincoln Center, 110 West Fayette Street, Syracuse, NY 13202; (iii) counsel for HSBC Bank USA, National Association, Phillips Lytle, Attention William J. Brown, One Canalside 125 Main Street, Buffalo, NY 14203; (iv) the United States Trustee, 10 Broad Street, Room 105, Utica NY 13501, Attn Guy Van Baalen; and via ECF only to all counsel for entities that have filed a notice

of appearance or a request for receipt of Chapter 11 notices and pleadings only in the captioned cases as of the date hereof.

###