UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

In re:

| | |
|---|---|
| | Case Nos. |
| CENTERSTONE LINEN SERVICES, LLC, | 18-31754 (main case) |
| ATLAS HEALTH CARE LINEN SERVICES CO., LLC, | 18-31753 |
| ALLIANCE LAUNDRY & TEXTILE SERVICE, LLC, | 18-31755 |
| ALLIANCE LAUNDRY AND TEXTILE SERVICE OF ATLANTA, LLC, and | 18-31756 |
| ALLIANCE LTS WINCHESTER, LLC | 18-31757 |
| *d/b/a Clarus Linen Systems*1, | |
| | Chapter 11 Cases |
| Debtors. | Jointly Administered |

---------------------------------------------------------

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Centerstone Linen Services, LLC *et al*:

1. Ryder Truck Rental
   d/b/a Ryder Transportation
   11690 NW 105th Street
   Miami, FL 33178
   Attention: Michael Mandell
   Phone: (305) 500-4417

2. Superior Group of Companies, Inc.
   10055 Seminole Blvd.
   Seminole, FL  33772
   Attention: Stephanie Burton, Associate General Counsel
   Phone: (727) 803-7130

3. Tyler Staffing Services, Inc.
   d/b/a Chase Professionals
   750 Hammond Drive NE
   Atlanta, GA 30328-6136
   Attention: Tracey Bailey
   Phone:  (404) 250-5116

Dated:  Utica, New York
       January 10, 2019

                                          Respectfully Submitted,

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE FOR REGION 2

                      By:        */s/ Guy A. Van Baalen*
                                          Guy A. Van Baalen
                                          Assistant United States Trustee
                                          10 Broad Street
                                          Utica, New York 13501
                                          Tel. No.: (315) 793-8191
                                          Fax No.: (315) 793-8133