**Fill in this information to identify the case:**

Debtor name  Centerstone Linen Services, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)  18-31754-5

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 11, 2019          **X** /s/ John Giardino
                                         Signature of individual signing on behalf of debtor

                                         John Giardino
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Centerstone Linen Services, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   18-31754-5

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................   $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................   $      3,451,634.93

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................   $      3,451,634.93

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $      21,925,384.50

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................   $      0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      2,280,354.87

4.   **Total liabilities** ..............................................................................
     Lines 2 + 3a + 3b      $      24,205,739.37

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Centerstone Linen Services, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31754-5

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand**      $126.62

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | HSBC Bank USA, National Association | Payment Account | 1972 | $47,388.75 |
| 3.2. | HSBC Bank USA, National Association | Operating Account | 1964 | $16,417.85 |
| 3.3. | HSBC Bank USA, National Association | Controlled Disbursement Account (Southeast U.S. locations) | 7514 | $0.00 |
| 3.4. | HSBC Bank USA, National Association | Controlled Disbursement Account (Northeast U.S. locations) | 7522 | $0.00 |
| 3.5. | HSBC Bank USA, National Association | Controlled Disbursement Account (Corporate Office) | 7557 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number *(If known)* 18-31754-5 |
|---|---|---|
| | Name | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$63,933.22

---

**Part 2:**  **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  Cash collateral deposit for workers' compensation insurance with Great American Insurance          $170,000.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.  Prepayment to ACN Companies, LLC          $135,000.00

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$305,000.00

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11b. Over 90 days old: | 111,379.57 | - | 26,937.27 | =.... | $84,442.30 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$84,442.30

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number *(If known)* 18-31754-5 |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Miscellaneous office furniture used in the Debtor's business operations consisting of chairs, desks, tables, cubicles and other related office furniture | $0.00 | Book value | $7,384.80 |
| 40. | **Office fixtures** Miscellaneous leashold improvements consisting of wiring for third floor and buildout of second floor office | $0.00 | Book value | $17,679.10 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment used in the Debtor's business operations consisting of computers, laptops, mobile workstations, telephone systems, software, printers, and other related office equipment | $0.00 | Book value | $119,323.51 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $144,387.41 |
|---|---|---|

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Centerstone Linen Services, LLC                                    Case number *(If known)*  18-31754-5
_____Name_____

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lease of real property located at 60 Grider Street, Buffalo, NY 14215 | Debtor is lessee | $0.00 | | $0.00 |
| 55.2.  Lease of real property located at 320, 400, 414, 401-423, 439-441 West Taylor Street, Syracuse, NY 13057 | Debtor is lessee | $0.00 | | $0.00 |
| 55.3.  Lease of real property located at 3 East Industrial Parkway, Troy, NY 12180 | Debtor is lessee | $0.00 | | $0.00 |
| 55.4.  Lease of real property located at 304 Jumonville Street, Pittsburgh, PA 15219 | Debtor is lessee | $0.00 | | $0.00 |
| 55.5.  Lease of real property located at 201 Hodges Street, Albany, GA 31701 | Debtor is lessee | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                    $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

Debtor    Centerstone Linen Services, LLC                                    Case number *(If known)*  18-31754-5
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.claruslinens.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| Goodwill | $2,853,872.00 | Net Book Value | $2,853,872.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$2,853,872.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number *(If known)* 18-31754-5 |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $63,933.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $305,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $84,442.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $144,387.41 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,853,872.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,451,634.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,451,634.93 |

**Fill in this information to identify the case:**

Debtor name    Centerstone Linen Services, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31754-5

☐ Check if this is an
     amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   HSBC Bank USA, National Association<br>Creditor's Name<br><br>452 Fifth Avenue<br>New York, NY 10018<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>October 29, 2013<br>**Last 4 digits of account number**<br>6392<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,000,000.00 | Unknown |
| **2.2**   HSBC Bank USA, National Association<br>Creditor's Name<br><br>452 Fifth Avenue<br>New York, NY 10018<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>October 29, 2013<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,500,000.00 | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number (if know) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

6376

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | HSBC Bank USA, National Association | | $5,076,734.21 | Unknown |
|---|---|---|---|---|

Creditor's Name

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/29/13

**Last 4 digits of account number**
6200

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

**Describe the lien**
Revolving Line of Credit

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | HSBC Bank USA, National Association | | $920,625.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6400

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

**Describe the lien**
Term Debt B

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | HSBC Bank USA, National Association | | $1,428,025.29 | Unknown |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number (if know) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

| **Creditor's Name** | All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property |
|---|---|
| 452 Fifth Avenue<br>New York, NY 10018 | |
| Creditor's mailing address | **Describe the lien**<br>Equipment Line of Credit |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>October 29, 2013 | |
| **Last 4 digits of account number**<br>6418 | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 | Med One Capital Funding, LLC | **Describe debtor's property that is subject to a lien**<br>ScrubEx LV Dispensers, ScrubEx LC Remote Receivers, Packers, Video Equipment | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | 10712 South 1300 East<br>Sandy, UT 84094 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Lease/Security Interest | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>April 12, 2017 | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $21,925,384.50 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| HSBC Bank USA, National Association<br>c/o Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | Line  2.1 | |

| Debtor | Centerstone Linen Services, LLC | Case number (if know) | 18-31754-5 |
| | Name | | |

IPA One
10712 South 1300 East                    Line   2.6
Sandy, UT 84094

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Centerstone Linen Services, LLC_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF NEW YORK_

Case number (if known) _18-31754-5_

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**      **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Georgia Department of Revenue<br>Attn: Bankruptcy Section<br>1800 Centruy Boulevard, NE, Suite<br>9100<br>Atlanta, GA 30345-3208 | | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number | | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number | | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    23756                    Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

N.C. Department of Revenue and Taxation
501 N. Wilmington Street
Raleigh, NC 27604

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

NYS Department of Taxation &
Finance
Attn:  Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

S.C. Department of Revenue and
Taxation
775 Addison Avenue, Ste 201
Rock Hill, SC 29730

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

U.S. Securities and Exchange
Commission
Northeast Regional Office
200 Vesey Street, Suite 400
New York, NY 10281

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $428,516.16 |
|---|---|---|---|
| | ACN Companies, LLC<br>1415 Shoreland Drive<br>Vero Beach, FL 32963 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Arrears under Master Lease Agreement_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,300.00 |
|---|---|---|---|
| | Albany Medical Center Foundation<br>43 New Scotland Avenue<br>MC 119<br>Albany, NY 12208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Marketing_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,713.77 |
|---|---|---|---|
| | American Dawn Inc.<br>401 W. Artesia Blvd.<br>Compton, CA 90220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Linens_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $119,982.00 |
|---|---|---|---|
| | American Express<br>200 Vesey Street<br>New York, NY 10285 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit card charges_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | American Zurich Insurance Company<br>One Liberty Plaza<br>165 Broadway, 32nd Floor<br>New York, NY 10006 | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Action pending in New York State Supreme Court, Erie County_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |
|---|---|---|---|
| | AnMed Health Foundation<br>800 N. Fant Street<br>Anderson, SC 29621 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Marketing_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,600.00 |
|---|---|---|---|
| | Bonadio & Co., LLP<br>100 Corporate Parkway, Suite 200<br>Amherst, NY 14226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Auditing and accounting_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,537.12 |
|---|---|---|---|

**3.8**

Nonpriority creditor's name and mailing address
CDW
P.O. Box 75723
Chicago, IL 60675-5723

Date(s) debt was incurred _
Last 4 digits of account number  9686

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT related

Is the claim subject to offset? ■ No  ☐ Yes

$1,537.12

---

**3.9**

Nonpriority creditor's name and mailing address
Christopher Ivory
c/o Danielle I. Warlick, Esq.
2221 Peachtree Road, Suite D-317
Atlanta, GA 30309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Personal injury action from vehicle collision

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.10**

Nonpriority creditor's name and mailing address
Chubb
500 Ross Street 154-0455
Pittsburgh, PA 15262-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General liability insurance

Is the claim subject to offset? ■ No  ☐ Yes

$205,241.50

---

**3.11**

Nonpriority creditor's name and mailing address
ComDoc - Buffalo
P.O. Box 932159
Cleveland, OH 44193

Date(s) debt was incurred _
Last 4 digits of account number  CL01

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT related

Is the claim subject to offset? ■ No  ☐ Yes

$5,421.24

---

**3.12**

Nonpriority creditor's name and mailing address
ComDoc - Lease
10201 Centurion Parkway
Suite 100
Jacksonville, FL 32256

Date(s) debt was incurred _
Last 4 digits of account number  4103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT related

Is the claim subject to offset? ■ No  ☐ Yes

$4,478.32

---

**3.13**

Nonpriority creditor's name and mailing address
Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number  5955

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT related

Is the claim subject to offset? ■ No  ☐ Yes

$14,760.20

---

**3.14**

Nonpriority creditor's name and mailing address
Deluxe
P.O. Box 64468
Saint Paul, MN 55164-0468

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office supplies

Is the claim subject to offset? ■ No  ☐ Yes

$983.17

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00

ECMC Foundation, Inc.
462 Grider Street
Suite G1
Buffalo, NY 14215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Marketing

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $147,335.20

Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Linens

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00

F&L, LLC
665 Main Street, Suite 300
Buffalo, NY 14203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Monies loaned

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Grainger
Dept. 831813324
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only

**Last 4 digits of account number**  3324

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,024.39

Great American Insurance
Specialty Accounting
P.O. Box 89400
Cleveland, OH 44101-6400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Benefits

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $299.88

IVR Technology Group, LLC
65 Lawrence Bell Drive, Suite #102
Buffalo, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  IT related

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,605.66

Jones & Associates, LLC
1325 Avenue of the Americas, 28th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Legal

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|
| | Loretto Foundation<br>1305 Nottingham Road<br>Jamesville, NY 13078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | M&T Bank<br>One Fountain Plaza<br>Buffalo, NY 14203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Notice only_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $381,458.08 |
|---|---|---|---|
| | M&T Insurance Company<br>285 Delaware Avenue<br>Suite 4000<br>Buffalo, NY 14202-1885 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _General liability insurance_ | |
| | **Last 4 digits of account number** _NTE1_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,409.00 |
|---|---|---|---|
| | McKesson Medical Surgical<br>9954 Maryland Drive<br>Suite 4000<br>Richmond, VA 23233 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Recruiting and pre-employment_ | |
| | **Last 4 digits of account number** _7043_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32.63 |
|---|---|---|---|
| | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _IT related_ | |
| | **Last 4 digits of account number** _504a_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $520.37 |
|---|---|---|---|
| | Mountain Valley Water Co.<br>P.O. Box 95<br>Tonawanda, NY 14151-0095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Office supplies_ | |
| | **Last 4 digits of account number** _7620_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | Oswego Health Foundation<br>110 West Sixth Street<br>Oswego, NY 13126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Marketing_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,624.99**

PayScale, Inc.
75 Remittance Drive
Dept. 1343
Chicago, IL 60675-1343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Office supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$858.46**

Pitney Bowes - Corporate
2225 American Drive
Neenah, WI 54956-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Leased equipment

**Last 4 digits of account number**  4399

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,892.50**

PPS Pension & Financial Services, Inc.
8660 Sheridan Drive
Buffalo, NY 14221-6316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Benefits

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$646.64**

Purchase Power
2225 American Drive
Neenah, WI 54956-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  3128

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.18**

RJW Services LLC
5986 Miller Road
Niagara Falls, NY 14304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs

**Last 4 digits of account number**  Clarus

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$799,705.88**

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Linens

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Staples
Dept. ATL
P.O. Box 405386
Atlanta, GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Centerstone Linen Services, LLC | Case number *(if known)* | 18-31754-5 |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tamiko Favors
c/o Barrett & Farahany
Attn: Amanda A. Farahany, Esq.
1100 Peachtree Street, Suite 500
Atlanta, GA 30309

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Discrimination proceeding

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,464.00 |
|---|---|---|---|

The Hartford
301 Woods Park Drive
Clinton, NY 13323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** General liability insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
|---|---|---|---|

The Upstate Foundation
750 E. Adams Street
CAB Room 326
Syracuse, NY 13210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Marketing

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|

Total Utility Management Services, LLC
10497 Town & Country Way, Suite 224
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Consultant services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11.85 |
|---|---|---|---|

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Delivery

**Last 4 digits of account number** 22F5

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,847.79 |
|---|---|---|---|

Vaspian LLC
P.O. Box 3399
Buffalo, NY 14240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** IT related

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,494.89 |
|---|---|---|---|

VITEC Solutions, LLC
611 Jamison Road
Suite 4104
Elma, NY 14059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** IT related

**Last 4 digits of account number** AR09

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|--------|--------------------------------|------------------------|------------|
|        | Name                           |                        |            |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Zurich Insurance Company<br>c/o Relin, Goldstein & Crane, LLP<br>Attn:  Joseph M. Shur, Esq.<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614 | Line _3.5_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Internal Revenue Service<br>30 West Pershing Road<br>Kansas City, MO 64108-5000 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Microsoft Corporation<br>P.O. Box 842103<br>Dallas, TX 75284-2103 | Line _3.26_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | NYS Department of Taxation & Finance<br>W.A. Harriman Campus<br>Bldg. 9<br>Albany, NY 12227 | Line _2.4_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Standard Textile<br>P.O. Box 630302<br>Cincinnati, OH 45263-0302 | Line _3.34_<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,280,354.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,280,354.87 |

**Fill in this information to identify the case:**

Debtor name  Centerstone Linen Services, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)  18-31754-5

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease by and between Centerstone Linen Services LLC, Atlas Health Care Linen Services Co., LLC, and 60 Grider LLC for operation of a laundry facility consisting of 60,000 square feet located at One Wright Place, 60 Grider Street, Buffalo, New York; Lease expires December 31, 2023 | |
| | State the term remaining | approx. 5 years and 2 months | 60 Grider LLC |
| | List the contract number of any government contract | | 188 Bidwell Parkway Buffalo, NY 14222 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease for equipment used to run Debtor's operations dated July 9, 2013; Lease expires December 31, 2020 | |
| | State the term remaining | | 60 Grider, LLC |
| | List the contract number of any government contract | | 805 Third Avenue New York, NY 10022 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement for lease of building used to run Debtor's operations; Lease expired June 30, 2018 and is now month to month | |
| | State the term remaining | | ACN Companies, LLC |
| | List the contract number of any government contract | | 414 West Taylor Street Syracuse, NY 13202 |

| Debtor 1 | Centerstone Linen Services, LLC | | Case number *(if known)* | 18-31754-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Linen Control Subscription Agreement dated February 28, 2017 | |
|---|---|---|---|
| | State the term remaining | | Innovative Product Achievements, LLC 10712 South 1300 East Sandy, UT 84094 |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease for building located at 304 Lumonville Street, Pittsburgh, PA 15219; Lease expires September 30, 2022 | |
|---|---|---|---|
| | State the term remaining | | Jumonville Acquisition, LLC 805 Third Avenue, 8th Floor New York, NY 10022 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease for laundry facility located at 201 Hodges Street, Albany, Georgia dated August 1, 2016; lease term is 3 years and expires July 31, 2019 | |
|---|---|---|---|
| | State the term remaining | approximately 10 months | Phoebe Putney Memorial Hospital, Inc. 417 W. Third Avenue Albany, GA 31701 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement dated December 28, 2016 for the following equipment: DM125 Digital Mailing System; Dept. Accounting Enabler; MPC4 Integrate Weigh Platform; PR00 Meter for DM125/DM225; PRW2 2lb. Integrated Weighing; and SBRP DM125 Digital Mailing System, together with related subscriptions and equipment service agreements; Lease expires June 30, 2022 | |
|---|---|---|---|
| | State the term remaining | Approx. 3 years and 5 months | Pitney Bowes 2225 American Drive Neenah, WI 54956-1005 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Centerstone Linen Services, LLC                                          Case number (*if known*)   18-31754-5
           First Name        Middle Name        Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated September 22, 2012 | |
| | State the term remaining | | Standard Textile |
| | List the contract number of any government contract | | One Knollcrest Drive Cincinnati, OH 45237 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Custom Product Agreement dated December 19, 2016; agreement expired December 19, 2017, with automatic yearly renewals | |
| | State the term remaining | | Standard Textile |
| | List the contract number of any government contract | | One Knollcrest Drive Cincinnati, OH 45237 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | Standard Textile |
| | List the contract number of any government contract | | One Knollcrest Drive Cincinnati, OH 45237 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Centerstone Linen Services, LLC

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF NEW YORK

Case number (if known)     18-31754-5

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2  Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3  Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.4  Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.5  Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |

| Debtor | Centerstone Linen Services, LLC | Case number *(if known)* | 18-31754-5 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.5<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Centerstone Linen Services, LLC | | Case number *(if known)* | 18-31754-5 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.13 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.14 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.15 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.16 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.17 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.18 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.19 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.20 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |

| Debtor | Centerstone Linen Services, LLC | Case number *(if known)* | 18-31754-5 |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.21 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | ACN Companies, LLC | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.22 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.23 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.24 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.25 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.26 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.27 | Atlas Health Care Linen Services Co., LL | 414 West Taylor Street Syracuse, NY 13202 | 60 Grider LLC | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re   Centerstone Linen Services, LLC _____    Case No.   18-31754-5
_____    Chapter    11
                                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ...........................................    $    200,000.00

        Prior to the filing of this statement I have received ...........................    $    200,000.00

        Balance Due ...............................................................................    $         0.00

2.   The source of the compensation paid to me was:

        ■ Debtor        □ Other (specify):

3.   The source of compensation to be paid to me is:

        ■ Debtor        □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
           Negotiate with all creditors, including secured creditors, unsecured creditors, taxing authorities and other government
           agencies concerning claim treatment, negotiate with prospective purchasers, administer sale of assets under section 363
           of the Bankruptcy Code, negotiate use of cash collateral, prepare chapter 11 plans and disclosure statements and all
           matters to property administer chapter 11 cases.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

   January 11, 2019 _____        /s/ Stephen A. Donato _____
   *Date*                                          Stephen A. Donato
                                                   *Signature of Attorney*
                                                   Bond, Schoeneck & King, PLLC
                                                   One Lincoln Center
                                                   Syracuse, NY 13202
                                                   (315) 218-8000   Fax: (315) 218-8100
                                                   sdonato@bsk.com
                                                   *Name of law firm*

# United States Bankruptcy Court
## Northern District of New York

In re    Centerstone Linen Services, LLC

Debtor(s)

Case No.    18-31754-5

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Atlas Syracuse Holdings, Inc.<br>414 West Taylor Street<br>Syracuse, NY 13202 | | | 9.99% membership interest |
| F&L, LLC<br>665 Main Street, Suite 300<br>Buffalo, NY 14203 | | | 14.65% membership interest |
| GGCLS, LLC<br>55 East 59th Street<br>Suite 1700<br>New York, NY 10022 | | | 23.02% membership interest |
| Linen Investors, LLC<br>6 Brighton Road<br>Clifton, NJ 07012 | | | 41.86% membership interest |
| Xdolos Equity, LLC<br>805 Third Avenue, 8th Floor<br>New York, NY 10022 | | | 10.47% membership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 11, 2019

Signature    /s/ John Giardino

John Giardino

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re    Centerstone Linen Services, LLC           Case No.   18-31754-5

                                     Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Centerstone Linen Services, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

F&L, LLC
665 Main Street, Suite 300
Buffalo, NY 14203

GGCLS, LLC
55 East 59th Street
Suite 1700
New York, NY 10022

Linen Investors, LLC
6 Brighton Road
Clifton, NJ 07012

Xdolos Equity, LLC
805 Third Avenue, 8th Floor
New York, NY 10022

☐ None [*Check if applicable*]

January 11, 2019                       /s/ Stephen A. Donato

Date                                        Stephen A. Donato

Signature of Attorney or Litigant
Counsel for   Centerstone Linen Services, LLC

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
sdonato@bsk.com