**Fill in this information to identify the case:**

Debtor name: Centerstone Linen Services, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known): 18-31754-5

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1. See Attached | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Raymond Barry<br>3475 Parkwood Common<br>Hamburg, NY 14075<br>Former CFO | 11/16/17;<br>2/16/18;<br>3/8/18;<br>4/20/18;<br>5/23/18;<br>6/14/18 | $19,703.25 | Expense reimbursement and quarterly payments on Investor Notes |
| 4.2. | Jamie Giardino<br>188 Bidwell Parkway<br>Buffalo, NY 14220<br>Director of Marketing | 2/10/17 and 6/27/18 | $405.67 | Expense reimbursement |
| 4.3. | John Giardino<br>188 Bidwell Parkway<br>Buffalo, NY 14222<br>Chief Executive Officer | 11/17/18 and 2/16/18 | $10,082.20 | Quarterly payments on Investor Notes |
| 4.4. | Gerry Lippes<br>50 Fountain Plaza<br>Suite 1700<br>Buffalo, NY 14202-2216<br>Baord of Members | 11/16/17 and 2/16/18 | $10,082.20 | Quarterly payments on Investor Notes |
| 4.5. | Brian Lipke<br>75 Elmview Avenue<br>Hamburg, NY 14075<br>Board of Members | 11/17/17 and 2/16/18 | $10,082.20 | Quarterly payments on Investor Notes |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   Centerstone Linen Services, LLC                                     Case number (if known) 18-31754-5

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Tamiko Favors v. Centerstone Linen Systems, LLC d/b/a Clarus Linen Systems. Aramark Uniform & Career Apparel, LLC and Mario Gartell, Individually<br>2018-CV-311679 | Discrimination proceeding | Superior Court Fulton County, Georgia<br>136 Pryor Street<br>Room C-103<br>Atlanta, GA 30303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | American Zurich Insurance Company, v. Centerstone Linen Services, LLC, Alliance Laundry & Textile Services of Atlanta, LLC and Atlas Health Care Linen Services Co., LLC<br>806824/2018 | Collection proceeding | NY State Supreme Court, Erie County<br>25 Delaware Avenue<br>Buffalo, NY 14202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Christopher Ivory v., Gunzarius Brown and Centerstone Linen Services, LLC<br>18-EV-000195 | Personal injury - vehicle collision | State Court of Fulton County of Georgia<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Superior Group of Companies, Inc. f/k/a Superior Uniform Group, Inc. v. Centerstone Linen Services, LLC d/b/a Clarus Linen Systems<br>811623/2018 | Collection proceeding | State of NY Supreme Court, Erie County<br>25 Delaware Avenue<br>Buffalo, NY 14202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Superior Group of Companies, Inc. f/k/a Superior Uniform Group, Inc. v. Centerstone Linen Services, LLC<br>8:18-cv-1099-T-26TGW | Collection proceeding | U.S. District Court, Middle District FL<br>801 North Florida Avenue<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | ACN Companies, LLC v. Centerstone Linen Services, LLC<br>2015/3206LT | Eviction proceeding | Syracuse City Court, Onondaga County<br>Part One<br>505 South State Street<br>Syracuse, NY 13202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Teems Electric Company v. Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems, Alliance Laundry & Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems and Centerstone Linen Services, LLC d/b/a Clarus Linen Systems<br>SUCV2018000984 | Collection proceeding | Superior Court of Catoosa County, GA<br>875 Lafayette Street, #205<br>Ringgold, GA 30736 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

Debtor   Centerstone Linen Services, LLC                                           Case number (if known) 18-31754-5

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Lewis County Hospital Foundation<br>7885 North State Street<br>Lowville, NY 13367 | Golf Tournament Hole sponsor 2017 | 6/20/17 | $150.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | Loretto Foundation<br>1305 Nottingham Road<br>Jamesville, NY 13078 | 13th Annual Celbration Luncheon sponsor | 11/1/17 | $2,500.00 |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202 | | 7/24/18;<br>8/15/18;<br>9/12/18;<br>10/12/18;<br>11/7/18;<br>12/11/18;<br>12/19/18 | $267,437.67 |
| | Email or website address<br>www.bsk.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   Centerstone Linen Services, LLC                                          Case number (if known) 18-31754-5

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202 | | Post-Petition Retainer paid<br>12/19/18 | $200,000.00 |
| | Email or website address<br>www.bsk.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Next Point, LLC<br>107 Twin Oaks Drive<br>Syracuse, NY 13206 | | 10/11/18;<br>10/15/18;<br>10/23/18;<br>10/29/18;<br>11/5/18;<br>11/13/18;<br>11/21/18;<br>11/26/18;<br>12/4/18;<br>12/10/18;<br>12/17/18 | $54,323.57 |
| | Email or website address<br>www.nextpointllc.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | Next Point, LLC<br>107 Twin Oaks Drive<br>Syracuse, NY 13206 | | Post-Petition Retainer ($5,000 paid in October, 2018 and $80,000 paid 12/19/18) | $85,000.00 |
| | Email or website address<br>www.nextpointllc.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   Centerstone Linen Services, LLC                                                           Case number (if known)  18-31754-5

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | Phoenix Management Services, LLC<br>110 Commons Court<br>Chadds Ford, PA 19317-9716 | | 3/23/18;<br>4/17/18;<br>4/25/18;<br>5/10/18;<br>5/22/18;<br>5/29/18;<br>6/2/18;<br>6/14/18;<br>6/27/18;<br>7/6/18;<br>7/23/18;<br>7/27/18;<br>8/3/18;<br>8/24/18 | $116,344.50 |

Email or website address
www.phoenixmanagement.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Centerstone Linen Services, LLC                                         Case number (if known) 18-31754-5

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☒ Yes. Does the debtor serve as plan administrator?

    - ☐ No Go to Part 10.
    - ☒ Yes. Fill in below:

    Name of plan: Clarus 401(k) Retirement Plan

    Employer identification number of the plan
    EIN: 26-1825594

    Has the plan been terminated?
    - ☒ No
    - ☐ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, NY 10018 | XXXX-3177 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2017 - account was extablished, but never used | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |
|---|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | The Bonadio Group<br>100 Corporate Parkway, Suite 200<br>Buffalo, NY 14226 | 2008 to present |
| 26a.2. | Marc Yonkers<br>c/o Centerstone Linen Services, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | 11/27/12 to present |
| 26a.3. | Raymond Barry<br>3475 Parkwood Common<br>Hamburg, NY 14075 | 9/23/15 - 7/20/18 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | The Bonadio Group<br>100 Corporate Parkway, Suite 200<br>Buffalo, NY 14226 | 2008 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | The Bonadio Group<br>100 Corporate Parkway, Suite 200<br>Buffalo, NY 14226 | |
| 26c.2. | Marc Yonkers<br>c/o Centerstone Linen Services, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, NY 10018 |
|---|---|
| 26d.2. | Standard Textile<br>1 Knollcrest Drive<br>Cincinnati, OH 45237 |
| 26d.3. | American Express<br>P.O. Box 981531<br>El Paso, TX 79998-1531 |

| Debtor | Centerstone Linen Services, LLC | Case number (if known) | 18-31754-5 |

**Name and address**

26d.4.  IPA One
3059 Premiere Parkway
Suite 200
Duluth, GA 30097

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Giardino | 188 Bidwell Parkway, Buffalo, NY 14222 | Chief Executive Officer | 0.00% |
| Chris Alfiero | The Alfiero Group, 100 Corporate Parkway, Buffalo, NY 14226 | Board of Members | |
| Adam Greenberger | 560 Lexington Avenue, 10th Floor, New York, NY 10022 | Board of Members | |
| Gerald S. Lippes, Esq. | Lippes Mathias Wexler Friedman LLP, 50 Fountain Plaza, Suite 1700, Buffalo, NY 14202 | Board of Members | |
| Atlas Syracuse Holdings, Inc. | 414 West Taylor Street, Syracuse, NY 13202 | | 9.99% membership interest |
| GGCLS, LLC | 55 East 59th Street, Suite 1700, New York, NY 10022 | | 23.02% membership interest |
| F&L, LLC | 665 Main Street, Suite 300, Buffalo, NY 14203 | | 14.65% membership interest |
| Linen Investors, LLC | 6 Brighton Road, Clifton, NJ 07012 | | 41.86% membership interest |

Debtor   Centerstone Linen Services, LLC                                         Case number *(if known)* 18-31754-5

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Xdolos Equity, LLC | 805 Third Avenue, 8th Floor<br>New York, NY 10022 | | 10.47% membership interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Raymond Barry | 3475 Parkwood Common<br>Hamburg, NY 14075 | Former Chief Financial Officer | 9/23/15 - 7/20/18 |
| Roland Anderson | 1415 Shoreland Drive North<br>Vero Beach, FL 32963 | Manager | May 2008 - 1/16/18 |
| Brian Lipke | c/o V. Assoc.<br>75 Elmview Avenue<br>Hamburg, NY 14075 | Former Board of Members | Resigned July 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Raymond Barry<br>3475 Parkwood Common<br>Hamburg, NY 14075 | $142,200.12 | 11/10/17 - July 2018 | Salary and car allowance |
| | **Relationship to debtor**<br>Chief Financial Officer | | | |
| 30.2 | John Giardino<br>188 Bidwell Parkway<br>Buffalo, NY 14222 | $324,538.42 | 12/20/17 - 12/19/18 | Salary and car allowance |
| | **Relationship to debtor**<br>Chief Executive Officer | | | |

Debtor  Centerstone Linen Services, LLC                                   Case number (if known) 18-31754-5

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | Jamie Giardino<br>188 Bidwell Parkway<br>Buffalo, NY 14222 | $93,461.58 | 12/20/17 -<br>12/19/18 | Salary |
| | **Relationship to debtor**<br>Director of Marketing and Promotions | | | |
| 30.4 | Kaylee Konczal<br>15 Tommie Court<br>West Seneca, NY 14224 | $4,129.80 | 12/20/17 -<br>12/19/18 | Salary |
| | **Relationship to debtor**<br>Part time file clerk | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☐ No
  ■ Yes. Identify below.

**Name of the parent corporation**

Centerstone Linen Services, LLC

**Employer Identification number of the parent corporation**
EIN:    26-1825594

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

**Name of the pension fund**

**Employer Identification number of the parent corporation**

**Fill in this information to identify the case:**

Debtor name: Centerstone Linen Services, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known): 18-31754-5

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 11, 2019

/s/ John Giardino                                              John Giardino
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Executive Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Centerstone Linen Services, LLC**
**Chapter 11 Case No. 18-31754**

## Statement of Financial Affairs - Item 3(a)

September 18 through December 17, 2018

| Type | Date | Name | Debit | Credit |
|---|---|---|---:|---|
| Bill Pmt -Check | 10/26/2018 | American Arbitration Association | 4,630.00 | |
| Bill Pmt -Check | 11/30/2018 | Auburn Community Hospital | 343.00 | |
| Bill Pmt -Check | 10/12/2018 | Bond, Schoeneck & King, PLLC | 20,048.30 | |
| Bill Pmt -Check | 11/06/2018 | Bond, Schoeneck & King, PLLC | 49,084.12 | |
| Bill Pmt -Check | 12/10/2018 | Bond, Schoeneck & King, PLLC | 78,320.25 | |
| Bill Pmt -Check | 09/28/2018 | CDW | 237.99 | |
| Bill Pmt -Check | 10/26/2018 | Chubb | 102,845.75 | |
| Bill Pmt -Check | 11/30/2018 | Chubb | 102,635.75 | |
| Bill Pmt -Check | 11/20/2018 | Clinton Municipal Court | 330.00 | |
| Bill Pmt -Check | 11/26/2018 | Computer Software Architects LLC | 418.33 | |
| Bill Pmt -Check | 09/21/2018 | Concur Technologies, Inc | 5,904.08 | |
| Bill Pmt -Check | 11/13/2018 | Encompass Group, LLC | 14,733.52 | |
| Bill Pmt -Check | 11/27/2018 | Encompass Group, LLC | 14,733.52 | |
| Bill Pmt -Check | 09/28/2018 | Great American Insurance | 171,048.79 | |
| Bill Pmt -Check | 12/03/2018 | Great American Insurance | 0.00 | |
| Bill Pmt -Check | 12/04/2018 | Great American Insurance | 131,424.10 | |
| Bill Pmt -Check | 12/04/2018 | Great American Insurance | 282,008.25 | |
| Bill Pmt -Check | 11/13/2018 | Intralinks, Inc. | 4,293.64 | |
| Bill Pmt -Check | 10/10/2018 | M & T Bank | 4,555.56 | |
| Bill Pmt -Check | 11/08/2018 | M & T Bank | 4,279.51 | |
| Bill Pmt -Check | 12/07/2018 | M & T Bank | 4,479.17 | |
| Bill Pmt -Check | 10/26/2018 | M&T Insurance Company | 165,910.12 | |
| Bill Pmt -Check | 10/26/2018 | Mountain Valley Water Co. | 590.68 | |
| Bill Pmt -Check | 10/11/2018 | NextPoint LLC | 5,000.00 | |
| Bill Pmt -Check | 10/15/2018 | NextPoint LLC | 3,581.25 | |
| Bill Pmt -Check | 10/23/2018 | NextPoint LLC | 9,076.63 | |
| Bill Pmt -Check | 10/29/2018 | NextPoint LLC | 6,101.79 | |
| Bill Pmt -Check | 11/05/2018 | NextPoint LLC | 4,990.15 | |
| Bill Pmt -Check | 11/13/2018 | NextPoint LLC | 6,675.98 | |
| Bill Pmt -Check | 11/21/2018 | NextPoint LLC | 6,238.71 | |
| Bill Pmt -Check | 11/26/2018 | NextPoint LLC | 1,875.00 | |
| Bill Pmt -Check | 12/04/2018 | NextPoint LLC | 5,144.06 | |
| Bill Pmt -Check | 12/10/2018 | NextPoint LLC | 2,070.00 | |
| Bill Pmt -Check | 12/17/2018 | NextPoint LLC | 3,570.00 | |
| Bill Pmt -Check | 09/28/2018 | Purchase Power | 931.89 | |
| Bill Pmt -Check | 10/05/2018 | SSG Capital Advisors, LLC | 25,000.00 | |
| Bill Pmt -Check | 11/13/2018 | SSG Capital Advisors, LLC | 25,368.39 | |
| Bill Pmt -Check | 12/10/2018 | SSG Capital Advisors, LLC | 25,000.00 | |

| Type | Date | Name | Debit | Credit |
|---|---|---|---:|---:|
| Bill Pmt -Check | 10/26/2018 | The Hartford | 7,195.65 | |
| Bill Pmt -Check | 11/16/2018 | The Hartford | 2,667.15 | |
| Bill Pmt -Check | 11/16/2018 | The Hartford | 898.30 | |
| Bill Pmt -Check | 11/30/2018 | The Hartford | 742.75 | |
| Bill Pmt -Check | 11/30/2018 | The Hartford | 2,600.15 | |
| Bill Pmt -Check | 10/29/2018 | Total Utility Management Services, LLC | 6,000.00 | |
| Bill Pmt -Check | 11/30/2018 | Total Utility Management Services, LLC | 6,000.00 | |
| Bill Pmt -Check | 10/05/2018 | Vaspian LLC | 1,859.40 | |
| Bill Pmt -Check | 10/26/2018 | Vaspian LLC | 1,901.78 | |
| Bill Pmt -Check | 11/30/2018 | Vaspian LLC | 1,859.83 | |
| Bill Pmt -Check | 09/28/2018 | VITEC Solutions, LLC | 4,760.81 | |
| Bill Pmt -Check | 10/05/2018 | VITEC Solutions, LLC | 3,359.16 | |
| Bill Pmt -Check | 11/16/2018 | VITEC Solutions, LLC | 3,504.17 | |
| | | | 1,336,827.43 | 0.00 |