**Fill in this information to identify the case:**

Debtor name    Atlas Health Care Linen Services Co., LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31753-5

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 11, 2019      X /s/ John Giardino
                                             Signature of individual signing on behalf of debtor

                                             John Giardino
                                             Printed name

                                             Chief Executive Officer
                                             Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Atlas Health Care Linen Services Co., LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   18-31753-5

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $    10,423,769.73

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $    10,423,769.73

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    21,925,384.50

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    173,303.90

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    4,915,114.92

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b         $    27,013,803.32

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Atlas Health Care Linen Services Co., LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-31753-5 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $700.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                      | $700.00 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  Security deposit with National Fuel (Buffalo location) | $16,100.00 |
|---|---|
| 7.2.  Security deposit with National Grid (Buffalo location) | $3,886.72 |
| 7.3.  Security deposit with National Grid (Syracuse location) | $9,070.84 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor   Atlas Health Care Linen Services Co., LLC                    Case number *(If known)* 18-31753-5
         Name

| | | |
|---|---|---|
| 7.4. | Security deposit with National Grid (Troy location) | $6,485.81 |
| 7.5. | Security deposit with Duquesne Light (Pittsburgh location) | $1,874.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Pre-payment for city and school taxes paid to Treasurer for City and School District of Pittsburgh | $7,203.43 |
| 8.2. | 2018 property and sewer taxes and rent paid to 60 Grider LLC | $9,508.00 |
| 8.3. | Pre-payment for 2018 Erie County taxes paid to 60 Grider LLC | $1,248.48 |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                     $55,377.28

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 3,985,163.26 | - | 119,554.90 = .... | $3,865,608.36 |
| 11b. Over 90 days old: | 701,971.35 | - | 246,125.72 =.... | $455,845.63 |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $4,321,453.99

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Atlas Health Care Linen Services Co., LLC                                    Case number *(If known)*   18-31753-5
       Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Linens in service (Buffalo, Syracuse and Troy locations) | | $2,742,345.00 | | $2,742,345.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** Add lines 19 through 22. Copy the total to line 84. | $2,742,345.00 |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     0.00    Valuation method _____     Current Value     428,426.56

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | **Office furniture** Miscellaneous office furniture and fixtures used in the Debtor's business operations consisting of desks, chairs, lockers, exhaust fans, and other related office furniture and fixtures (Buffalo and Syracuse locations) | | $8,268.74 | Book value | $8,268.74 |
| 40. | **Office fixtures** | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment and computers | | $12,090.50 | Book value | $12,090.50 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(If known)* | 18-31753-5 |
| --- | --- | --- | --- |
| | Name | | |

used in the Debtor's business operations consisting of computers, telephone systems, computer software programs, printers, barcode handhelds, laptops and other related office equipment (Buffalo, Syracuse and Troy locations)

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $20,359.24 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Miscellaneous machinery and equipment used in the Debtor's business operations consisting of washers, dryers, carts, forklifts, welders, shelving parts, band saws, sewing machines and other related machinery and equipment | $2,090,331.88 | Book value | $2,090,331.88 |
| Miscellaneous leased equipment under a certain capital lease which contains an option to own at the end of the capital lease; equipment consists of washers, dryers, scrubbers, folders, shrink wrap machines, floor scales, forklifts, irons and other related equipment | $0.00 | | $1,193,202.34 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $3,283,534.22 |
| --- | --- |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(If known)* 18-31753-5 |
|---|---|---|
| | Name | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white">Part 9:</div> **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Lease of real property located at 60 Grider Street, Buffalo, New York 14215 | | $0.00 | | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white">Part 10:</div> **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**
Interest in website:  www.claruslinens.com
| | $0.00 | | $0.00 |

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(if known)* 18-31753-5 |
|---|---|---|
| | Name | |

| Miscellaneous customer lists for Buffalo, Syracuse and Troy, New York locations | Unknown | | Unknown |
|---|---|---|---|

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(If known)* | 18-31753-5 |
|--------|-------------------------------------------|--------------------------|------------|
|        | Name                                      |                          |            |

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $700.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $55,377.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,321,453.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,742,345.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,359.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,283,534.22 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,423,769.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,423,769.73 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Atlas Health Care Linen Services Co., LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31753-5

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **HSBC Bank USA, National Association**<br>Creditor's Name<br><br>452 Fifth Avenue<br>New York, NY 10018<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>October 29, 2013<br>**Last 4 digits of account number**<br>6392<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,000,000.00 | Unknown |
| **2.2** | **HSBC Bank USA, National Association**<br>Creditor's Name<br><br>452 Fifth Avenue<br>New York, NY 10018<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>October 29, 2013<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,500,000.00 | Unknown |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 3

Debtor    **Atlas Health Care Linen Services Co., LLC**    Case number (if know)    18-31753-5

Name

6376

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **HSBC Bank USA, National Association** | **Describe debtor's property that is subject to a lien** | $5,076,734.21 | Unknown |
|---|---|---|---|---|

Creditor's Name

All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

**Describe the lien**

Revolving Line of Credit

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

October 29, 2013

**Last 4 digits of account number**
6200

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **HSBC Bank USA, National Association** | **Describe debtor's property that is subject to a lien** | $920,625.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

**Describe the lien**

Term Debt B

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

October 29, 2013

**Last 4 digits of account number**
6400

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **HSBC Bank USA, National Association** | **Describe debtor's property that is subject to a lien** | $1,428,025.29 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if know) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

Creditor's Name

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6418

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

**Describe the lien**
Equipment Line of Credit

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $21,925,384.50 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| HSBC Bank USA, National Association c/o Hahn & Hessen LLP 488 Madison Avenue New York, NY 10022 | Line 2.1 | |
| HSBC Bank USA, National Association c/o Phillips Lytle LLP One Canalside 125 Main Street Buffalo, NY 14203 | Line 2.2 | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Atlas Health Care Linen Services Co., LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF NEW YORK**

Case number (if known)  **18-31753-5**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,979.50 | Unknown |
| | Allegheny County Treasurer<br>Room 108 Courthouse<br>436 Grant Street<br>Pittsburgh, PA 15219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and property tax (Pittsburgh location) | | | |
| | Last 4 digits of account number  0000 | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $43,220.60 | Unknown |
| | City of Pittsburgh Treasurer<br>Real Estate Taxes<br>414 Grant Streeet<br>Pittsburgh, PA 15219-2476 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Facility maintenance (Pittsburgh location) | | | |
| | Last 4 digits of account number  0276 | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

| Debtor | Atlas Health Care Linen Services Co., LLC | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 18-31753-5 |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,015.77 | Unknown |
|---|---|---|---|---|
| | City of Troy | *Check all that apply.* | | |
| | 433 River Street, Suite 5001 | ☐ Contingent | | |
| | Troy, NY 12180 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and property tax (Troy location) | | |
| | Last 4 digits of account number **4316** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,141.65 | Unknown |
|---|---|---|---|---|
| | Commissioner of Finance | *Check all that apply.* | | |
| | City Hall, Room 122 | ☐ Contingent | | |
| | 233 East Washington Street | ☐ Unliquidated | | |
| | Syracuse, NY 13202 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and property tax - City/School (Syracuse location) | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,946.38 | Unknown |
|---|---|---|---|---|
| | Commissioner of Finance | *Check all that apply.* | | |
| | City Hall, Room 122 | ☐ Contingent | | |
| | 233 East Washington Street | ☐ Unliquidated | | |
| | Syracuse, NY 13202 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and property tax - Onondaga County (Syracuse location) | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service | *Check all that apply.* | | |
| | P.O. Box 7346 | ☐ Contingent | | |
| | Philadelphia, PA 19101-7346 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7**
Priority creditor's name and mailing address
NYS Department of Taxation & Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

$0.00    $0.00

---

**2.8**
Priority creditor's name and mailing address
NYS Sales Tax
W.A. Harriman Campus
Bldg. 9
Albany, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only (Syracuse, Buffalo and Troy locations)

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

$0.00    $0.00

---

**2.9**
Priority creditor's name and mailing address
PA Department of Revenue
15 W 3rd Street, Fl 2
Greensburg, PA 15601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

$0.00    $0.00

---

**2.10**
Priority creditor's name and mailing address
U.S. Securities & Exchange Commission
Northeast Regional Office
200 Vesey Street, Suite 400
New York, NY 10281

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

$0.00    $0.00

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,009.99**

32BJ Benefit Funds
25 West 18th Street
New York, NY 10011-4676

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Benefits (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$182,596.92**

60 Grider LLC
188 Bidwell Parkway
Buffalo, NY 14222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities paid to affiliate (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168,843.76**

60 Grider LLC
188 Bidwell Parkway
Buffalo, NY 14222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent paid to affiliate (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$395.85**

A. Village Locksmith
6926 Erie Road
Derby, NY 14047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Facility maintenance (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.21**

ACA Enterprises
870 North Woodland Avenue
Clyde, OH 43410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Linens (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,053.63**

ACA Enterprises
870 North Woodland Avenue
Clyde, OH 43410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Linens (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$428,516.16**

ACN Companies, LLC
1415 Shoreland Drive North
Vero Beach, FL 32963

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Arrears under Master Lease Agreement

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,138.54

Air Compressor Engineering Co., Inc.
P.O. Box 738
Westfield, MA 01086

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $276.48

Airgas USA, LLC
6055 Rockside Woods Boulevard
Independence, OH 44131

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Airline Hydraulics Corp.
P.O. Box 782275
Philadelphia, PA 19178-2275

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Albany Fire Extinguisher
215 Watervliet Shaker Road
Watervliet, NY 12189

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,475.38

Allentown Industries
Business Office
2643 Main Street
Buffalo, NY 14214

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  GPO Fees (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Allied Electronics Inc.
Attn:  Accounts Receivable Dept.
P.O. Box 2325
Fort Worth, TX 76113-2325

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse and Troy locations)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $425.77

Allied Electronics Inc.
Attn:  Accounts Receivable Dept.
P.O. Box 2325
Fort Worth, TX 76113-2325

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Alpha Analytical, Inc.<br>145 Flanders Road<br>Westborough, MA 01581 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,252.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _AHCLS-ISLE_ | **Basis for the claim:** _Rentals and repairs (Buffalo location)_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>Amcom Office Systems<br>3600 McClaren Woods Drive<br>Coraopolis, PA 15108 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,511.47 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _AH03_ | **Basis for the claim:** _Office supplies (Pittsburgh location)_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>American Arbitration Association<br>13727 Noel Road, Suite 700<br>Dallas, TX 75240 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _1064_ | **Basis for the claim:** _Recruiting and pre-employment (Troy location)_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>American Associated Cos., Inc.<br>116 Bethea Road<br>Suite 424<br>Fayetteville, GA 30214 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $409,442.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ALIN_ | **Basis for the claim:** _Linens (Syracuse location)_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>American Associated Cos., Inc.<br>P.O. Box 140439<br>Fayetteville, GA 30214 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $224,115.06 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Linens (Buffalo location)_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>American Associated Cos., Inc.<br>116 Bethea Road<br>Suite 424<br>Fayetteville, GA 30214 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $249,596.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ATRO_ | **Basis for the claim:** _Linens (Troy location)_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>American Dawn, Inc.<br>401 W. Artesia Blvd.<br>Compton, CA 90220 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $24,392.59 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Money loaned_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address

American Food & Vending
124 Metropolitan Park Drive
Liverpool, NY 13088

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office supplies (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

$291.60

---

**3.23** | Nonpriority creditor's name and mailing address

American Lubricants, Inc.
619 Bailey Avenue
Buffalo, NY 14206

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2828

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

$2,977.98

---

**3.24** | Nonpriority creditor's name and mailing address

American Zurich Insurance Company
One Liberty Plaza
165 Broadway, 32nd Floor
New York, NY 10006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Action pending in New York State Supreme Court, Erie County

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.25** | Nonpriority creditor's name and mailing address

Amrex Chemical Co., Inc.
117 E. Frederick Street
P.O. Box 642
Binghamton, NY 13902

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Chemicals (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

$1,774.00

---

**3.26** | Nonpriority creditor's name and mailing address

Amrex Chemical Co., Inc.
117 E. Frederick Street
P.O. Box 642
Binghamton, NY 13902

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Chemicals (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

$2,722.00

---

**3.27** | Nonpriority creditor's name and mailing address

Applied Industrial Technologies
405 Parkway View Drive
Pittsburgh, PA 15205-1408

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6157

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No  ☐ Yes

$5,814.97

---

**3.28** | Nonpriority creditor's name and mailing address

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse and Pittsburgh location)

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

Atlas Copco Compressors LLC
92 Interstate Drive
West Springfield, MA 01089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0726_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$12,915.31

---

**3.30** | Nonpriority creditor's name and mailing address

B & L Control Service Inc.
1448 Saratoga Road
Ballston Spa, NY 12020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$801.12

---

**3.31** | Nonpriority creditor's name and mailing address

B.J. Muirhead Co., Inc.
115 Mid Country Drive
Orchard Park, NY 14127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _L222_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Buffalo location)_

Is the claim subject to offset? ■ No ☐ Yes

$1,268.59

---

**3.32** | Nonpriority creditor's name and mailing address

Barber Welding
2517 State Route 31 West
P.O. Box 690
Weedsport, NY 13166-0690

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$3,598.56

---

**3.33** | Nonpriority creditor's name and mailing address

Barcode Discount
P.O. Box 0776
Chicago, IL 60690-0776

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3575_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Other production expenses (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$227.40

---

**3.34** | Nonpriority creditor's name and mailing address

Bearing Distributors Inc.
P.O. Box 236
Troy, NY 12181

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.35** | Nonpriority creditor's name and mailing address

Bonnet Sales & Service
864 County Route 37
Central Square, NY 13036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Facility maintenance (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$2,541.64

---

| Debtor | Atlas Health Care Linen Services Co., LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 18-31753-5 |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Brady Systems | ☐ Contingent | |
| | 811 North Alvord Street | ☐ Unliquidated | |
| | Syracuse, NY 13208-2015 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Brenntag Northeast Inc. | ☐ Contingent | |
| | P.O. Box 62111 | ☐ Unliquidated | |
| | Baltimore, MD 21264-2111 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Pittsburgh location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,018.90 |
|---|---|---|---|
| | Buffalo Exterminating Co. | ☐ Contingent | |
| | 505 Duke Road, Suite 300 | ☐ Unliquidated | |
| | Buffalo, NY 14225-5142 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Facility maintenance (Buffalo location) | |
| | **Last 4 digits of account number** 5709 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,732.00 |
|---|---|---|---|
| | Building Service 32BJ Health Fund | ☐ Contingent | |
| | c/o Raab, Sturm, & Ganchrow, LLP | ☐ Unliquidated | |
| | 2125 Center Avenue, Suite 100 | ☐ Disputed | |
| | Fort Lee, NJ 07024 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Settlement in District Court Action | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,907.28 |
|---|---|---|---|
| | Cardish Machine Works, Inc. | ☐ Contingent | |
| | 7 Elm Street | ☐ Unliquidated | |
| | Watervliet, NY 12189 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Troy location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,867.46 |
|---|---|---|---|
| | Carr Recruiting Solutions | ☐ Contingent | |
| | 15 E. Genesee Street | ☐ Unliquidated | |
| | Baldwinsville, NY 13027 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Recruiting and pre-employment (Syracuse location) | |
| | **Last 4 digits of account number** 3239 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,685.13 |
|---|---|---|---|
| | Caster Connections, Inc. | ☐ Contingent | |
| | 2380 International Street | ☐ Unliquidated | |
| | Columbus, OH 43228 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Troy location) | |
| | **Last 4 digits of account number** CLARUS | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.43** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $550.80

Catseye Pest Control
31 Commercial Drive
Castleton on Hudson, NY 12033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  6466

**Basis for the claim:**  Facility maintenance (Troy location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $0.00

Central Pension Fund Source A
P.O. Box 418433
Boston, MA 02241-8433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $1,137.09

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  4678

**Basis for the claim:**  Recruiting and pre-employment (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $6,431.10

Chicago Dryer Company
23731 Network Place
Chicago, IL 60673-1237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $1,584.47

Chuck's Fire Equipment
P.O. Box 11183
Syracuse, NY 13218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $14,003.45

Cima Energy
100 Waugh Drive
Suite 500
Houston, TX 77007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Utilities (Troy location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $724.20

Cintas Corp. #013
40 Abele Road
Bridgeville, PA 15017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  7331

**Basis for the claim:**  Benefits (Pittsburgh location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,718.83 |
|---|---|---|---|

Cintas Corp. #782
5740 Genesee Street
Lancaster, NY 14086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6263

**Basis for the claim:** Benefits (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,069.19 |
|---|---|---|---|

Cintas Corp.- 617
P.O. Box 630803
Cincinnati, OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5541

**Basis for the claim:** Benefits (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,372.46 |
|---|---|---|---|

Cintas Corporation
7655 Henry Clay Boulevard
Liverpool, NY 13088-3507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4310

**Basis for the claim:** Benefits (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.02 |
|---|---|---|---|

City Electric
P.O. Box 1018
Syracuse, NY 13201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1810

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,417.40 |
|---|---|---|---|

City of Troy Water Department
Treasurer's Office
433 River Street, Suite 5001
Troy, NY 12180-2238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3161

**Basis for the claim:** Utilities (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.00 |
|---|---|---|---|

COGZ Systems, LLC
58 Steeple View Lane
Woodbury, CT 06798

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.20 |
|---|---|---|---|

Colmac
401 North Lincoln
P.O. Box 72
Colville, WA 99114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |

Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,769.60 |

Colonial Life
1201 Avery Avenue
Columbia, SC 29210-7654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Benefits (Buffalo location)

Last 4 digits of account number  6824

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,061.76 |

Commercial Trailer Leasing, Inc.
103 Eisenhower Parkway
Suite 300
Roseland, NJ 07068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Delivery (Syracuse location)

Last 4 digits of account number  A006

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,510.00 |

Computer Software Architects LLC
601 21st Street, Suite 300
Vero Beach, FL 32960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  IT related (Buffalo location)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.00 |

Computer Software Architects LLC
601 21st Street, Suite 300
Vero Beach, FL 32960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  IT related (Troy location)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.00 |

Computer Software Architects LLC
601 21st Street, Suite 300
Vero Beach, FL 32960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  IT related (Syracuse location)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.50 |

Concentra Occupational Health Centers
 of Southwest PA PC
P.O. Box 8750
Elkridge, MD 21075-8750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Recruiting and pre-employment (Pittsburgh location)

Last 4 digits of account number  7190

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Consolidated International Corp.
P.O. Box 3428
Palos Verdes Peninsula, CA 90274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only (Troy location)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | Name | | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Conveyor & Caster Corp. | ☐ Contingent | |
| | P.O. Box 901802 | ☐ Unliquidated | |
| | Cleveland, OH 44190-1802 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Buffalo location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,682.44 |
|---|---|---|---|
| | Craft Products Company | ☐ Contingent | |
| | 2014-B Babcock Boulevard | ☐ Unliquidated | |
| | Pittsburgh, PA 15209 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Pittsburgh location) | |
| | **Last 4 digits of account number** Clarus | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,804.85 |
|---|---|---|---|
| | Cramer Co. | ☐ Contingent | |
| | 56 Chauncey Avenue, Toronto | ☐ Unliquidated | |
| | Ontario, Canada M8Z 2Z4 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) | |
| | **Last 4 digits of account number** 3202 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $785.88 |
|---|---|---|---|
| | Crouse - Telephone | ☐ Contingent | |
| | Crouse Business Center, 1st Floor | ☐ Unliquidated | |
| | 736 Irving Avenue | ☐ Disputed | |
| | Syracuse, NY 13210 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** IT related (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Crouse Health Hospital Business Center | ☐ Contingent | |
| | 736 Irving Avenue, 1st Floor | ☐ Unliquidated | |
| | Attn: Michele Spenard | ☐ Disputed | |
| | Syracuse, NY 13210 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Syracuse location) | |
| | **Last 4 digits of account number** 5765 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $272.95 |
|---|---|---|---|
| | Culligan Water | ☐ Contingent | |
| | 131 Little Britain Road | ☐ Unliquidated | |
| | Newburgh, NY 12550 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Troy location) | |
| | **Last 4 digits of account number** 3930 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,880.90 |
|---|---|---|---|
| | D & W Diesel Inc. | ☐ Contingent | |
| | 1503 Clark Street Road | ☐ Unliquidated | |
| | Auburn, NY 13021 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Buffalo location) | |
| | **Last 4 digits of account number** 6075 | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known)    18-31753-5 |
|---|---|---|
| | Name | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,271.03 |
|---|---|---|---|

Davis Vision, Inc.
P.O. Box 1416
Latham, NY 12110-1406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Benefits (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

DeGroot Management Services
P.O. Box 502
Syracuse, NY 13214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Benefits (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,896.78 |
|---|---|---|---|

Department of Water
P.O. Box 5268
Binghamton, NY 13902-5268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Utilities (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,645.14 |
|---|---|---|---|

Direct Energy
1001 Liberty Avenue
Attn: Customer Relations
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4850

Basis for the claim:  Utilities (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,718.76 |
|---|---|---|---|

Direct Energy Business
P.O. Box 32179
New York, NY 10087-2179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Utilities (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,759.47 |
|---|---|---|---|

Direct Energy Business
P.O. Box 32179
New York, NY 10087-2179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5115

Basis for the claim:  Utilities (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,786.33 |
|---|---|---|---|

Direct Energy Business
P.O. Box 32179
New York, NY 10087-2179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Utilities (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,230.68**
Direct Energy Business
1001 Liberty Avenue
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3402_

Basis for the claim: Utilities (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,535.50**
Direct Energy Business - 7798
1001 Liberty Avenue
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7798_

Basis for the claim: Utilities (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
Dival Safety Equipment, Inc.
1721 Niagara Street
Buffalo, NY 14207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Notice only (Buffalo and Syracuse locations)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$434.43**
Douglas Industrial Co.
811 Tenth Street
Watervliet, NY 12189-9133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2126_

Basis for the claim: Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
Duquesne Light
411 Seventh Avenue, MD 6-1
Pittsburgh, PA 15230-1930

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Notice only (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,400.00**
Dwight Coker
DC Snow Plowing
2610 South Salina Street, Suite 2C
Syracuse, NY 13205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$427.68**
Eastern Managed Print Network
Lockbox #3992
P.O. Box 8500
Philadelphia, PA 19178-3992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0368_

Basis for the claim: Marketing (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 18-31753-5 |

---

**3.85** | **Nonpriority creditor's name and mailing address**
Eastern Managed Print Network
1224 West Genesee Street
Syracuse, NY 13204

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0368

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

$8.64

---

**3.86** | **Nonpriority creditor's name and mailing address**
Ecolab
P.O. Box 32027
New York, NY 10087-2027

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Chemicals (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$13,351.94

---

**3.87** | **Nonpriority creditor's name and mailing address**
Ecolab
P.O. Box 21755
New York, NY 10087

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.88** | **Nonpriority creditor's name and mailing address**
Elbers Landscape Service, Inc.
2900 Main Street
Buffalo, NY 14214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Facility maintenance (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$18,531.02

---

**3.89** | **Nonpriority creditor's name and mailing address**
Ellis Corporation
P.O. Box 75717
Cleveland, OH 44101-4755

**Date(s) debt was incurred** _
**Last 4 digits of account number** 3765

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$18,087.32

---

**3.90** | **Nonpriority creditor's name and mailing address**
Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5422

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Linens (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$12,211.12

---

**3.91** | **Nonpriority creditor's name and mailing address**
Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5422

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Linens (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$14,547.62

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,208.86

Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5422

**Basis for the claim:** Linens (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,865.76

EnergyMark, LLC
6653 Main Street
Williamsville, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,491.79

Environmental Service Laboratories Inc.
280 Indian Springs Road, Suite 123
Indiana, PA 15701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Erie Bearings Co.
P.O. Box 10307
Erie, PA 16541-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,106.04

Everbank Commercial Finance, Inc.
1700 Lincoln Street
Lower Level  3 - Dept. #1608
Denver, CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5009

**Basis for the claim:** Office supplies (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Express Services, Inc.
P.O. Box 525434
Atlanta, GA 30353-5434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

F. W. Webb
160 Middlesex Turnpike
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,248.29**

Fashion Seal Uniforms
Superior Uniform Group
P.O. Box 748000
Cincinnati, OH 45274-8000

Date(s) debt was incurred _

Last 4 digits of account number  4889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Linens (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,894.21**

Fashion Seal Uniforms
Superior Uniform Group
P.O. Box 748000
Cincinnati, OH 45274-8000

Date(s) debt was incurred _

Last 4 digits of account number  4889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Linens (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,238.94**

Fashion Seal Uniforms
Superior Uniform Group
P.O. Box 748000
Cincinnati, OH 45274-8000

Date(s) debt was incurred _

Last 4 digits of account number  3808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Linens (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,165.36**

Fashion Seal Uniforms
Superior Uniform Group
P.O. Box 748000
Cincinnati, OH 45274-8000

Date(s) debt was incurred _

Last 4 digits of account number  4889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Linens (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Buffalo and Syracuse locations)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Pittsburgh and Syracuse locations)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,620.00**

Feedwater Treatment Systems, Inc.
P.O. Box 439
Athol Springs, NY 14010

Date(s) debt was incurred _

Last 4 digits of account number  5605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ferry, Inc.
3179 Walden Avenue
Depew, NY 14043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Buffalo location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fire, Security & Sound Systems, Inc.
4 Avis Drive
Suite 110
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Troy location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,401.09 |
|---|---|---|---|

First Unum Life Insurance Co.
P.O. Box 406927
Atlanta, GA 30384-6927

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Benefits (Buffalo location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Five Star Occupational Med. IMA
P.O. Box 500
Ellicottville, NY 14731-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Syracuse location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.00 |
|---|---|---|---|

Five Star Urgent Care
Billing Department
P.O. Box 10459
Albany, NY 12201-5459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Recruiting and pre-employment (Syracuse location)

**Last 4 digits of account number**  1515

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fleetpride
P.O. Box 847118
Dallas, TX 75284-7118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Troy location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fradon Lock
467 Burnet Avenue
Syracuse, NY 13203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Syracuse location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.89 |
|---|---|---|---|
| | Frank's Uniforms, Inc.<br>dba Bayberry Uniform and Shoe<br>7608 Oswego Road, Suite 2<br>Liverpool, NY 13090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Recruiting and pre-employment (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,600.00 |
|---|---|---|---|
| | Frey-Electric Construction Co.<br>100 Pearce Avenue<br>Tonawanda, NY 14150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Buffalo location) | |
| | **Last 4 digits of account number** 6082 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | G. A. Braun, Inc.<br>Dept. No. 309<br>P.O. Box 8000<br>Buffalo, NY 14267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Syracuse and Troy locations) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.47 |
|---|---|---|---|
| | G.H. Berlin Windward<br>Divs of Booth Waltz Ent., Inc.<br>42 Rumsey Road<br>East Hartford, CT 06108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.60 |
|---|---|---|---|
| | Gannon Pest Control, Inc.<br>2925 Milton Avenue<br>Solvay, NY 13209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Facility maintenance (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | George O'Day's, Inc.<br>19 E. 143rd Street<br>Hammond, IN 46327 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Troy location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.28 |
|---|---|---|---|
| | Gexpro<br>400 Technology Court SE, Ste. R<br>Smyrna, GA 30082-5237 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Troy location) | |
| | **Last 4 digits of account number** 4654 | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Atlas Health Care Linen Services Co., LLC**
Name

Case number (if known)    18-31753-5

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56,350.14
| GGG Partners, LLC,as Liquidating Trustee | ☐ Contingent |
| c/o Scroggins & Williamson, P.C. | ☐ Unliquidated |
| 4401 Northside Parkway, Suite 450 | ☑ Disputed |
| Atlanta, GA 30327 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Demand for recovery of preferential transfer in the |
| | adversary proceeding commenced in U.S. Bankruptcy Court, Northern |
| **Last 4 digits of account number** _ | District of Georgia |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| Glauber Equipment Corp. | ☐ Contingent |
| 1600 Commerce Parkway | ☐ Unliquidated |
| Lancaster, NY 14086 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Buffalo location) |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| Gleason Chemical | ☐ Contingent |
| P.O. Box 188 | ☐ Unliquidated |
| Warners, NY 13164 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Syracuse location) |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,345.50
| Global Environmental Industrial Inc. | ☐ Contingent |
| P.O. Box 656 | ☐ Unliquidated |
| Orchard Park, NY 14127 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Buffalo location) |
| **Last 4 digits of account number** 3651 | |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| Global Equipment | ☐ Contingent |
| P.O. Box 905713 | ☐ Unliquidated |
| Charlotte, NC 28290 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Buffalo and Syracuse locations) |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00
| GPX | ☐ Contingent |
| 60 Progress Avenue | ☐ Unliquidated |
| Cranberry Twp, PA 16066 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Pittsburgh location) |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,366.11
| Grainger | ☐ Contingent |
| 6285 East Molloy Road | ☐ Unliquidated |
| East Syracuse, NY 13057-1037 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) |
| **Last 4 digits of account number** 3224 | |
| | Is the claim subject to offset? ☑ No ☐ Yes |

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.127** | **Nonpriority creditor's name and mailing address**

Grainger
35 Corporate Circle
Albany, NY 12203-5154

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7357

**As of the petition filing date, the claim is:** *Check all that apply.*  $10,641.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

Grainger
6285 East Molloy Road
East Syracuse, NY 13057-1037

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3324

**As of the petition filing date, the claim is:** *Check all that apply.*  $673.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

Grainger
Dept. 886250674
Palatine, IL 60038-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3324

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

Grainger
Dept. 831813324
Palatine, IL 60038-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Syracuse and Troy locations)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

Graybar
12444 Collections Center Drive
Chicago, IL 60693-2444

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1444

**As of the petition filing date, the claim is:** *Check all that apply.*  $843.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**

Great Lakes Physician Services
462 Grider Street
Buffalo, NY 14215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $965.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Recruiting and pre-employment (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

Haun Welding Supply, Inc.
5921 Court Street Road
Syracuse, NY 13206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,136.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.134** | **Nonpriority creditor's name and mailing address**

Haun Welding Supply, Inc.
5921 Court Street Road
Syracuse, NY 13206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _050_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$129.60

---

**3.135** | **Nonpriority creditor's name and mailing address**

HG Maybeck
179-30 93rd Avenue
Jamaica, NY 11433-1406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136** | **Nonpriority creditor's name and mailing address**

Hill & Markes, Inc.
P.O. Box 7
Amsterdam, NY 12010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Other production expenses (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$1,649.36

---

**3.137** | **Nonpriority creditor's name and mailing address**

Hill & Markes, Inc.
P.O. Box 7
Amsterdam, NY 12010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7047_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Other production expenses (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$2,634.76

---

**3.138** | **Nonpriority creditor's name and mailing address**

Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1822_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Recruiting and pre-employment (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$1,834.45

---

**3.139** | **Nonpriority creditor's name and mailing address**

Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1822_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Recruiting and pre-employment (Buffalo location)_

Is the claim subject to offset? ■ No ☐ Yes

$1,834.45

---

**3.140** | **Nonpriority creditor's name and mailing address**

Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1822_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Recruiting and pre-employment (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$1,834.45

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,443.95

Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1822

Basis for the claim:  Recruiting and pre-employment (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,839.63

IFM Efector, Inc.
1100 Atwater Drive
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7188

Basis for the claim:  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Incom Supply
500 Ohio River Boulevard
Ambridge, PA 15003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,132.50

Ingersoll-Rand Company
170 Wales Avenue
Tonawanda, NY 14150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7760

Basis for the claim:  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Intrnl. Union of Operating Engineers
5959 Versailles Road
Lake View, NY 14085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Intrnl. Union of Operating Engineers
Local Union No. 95-95A
300 Saline Street
Pittsburgh, PA 15207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,943.00

IPS/Electro Mec
4470 Lucerne Road
Indiana, PA 15701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8605

Basis for the claim:  Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address**
Irish Propane Corporation
1444 Clinton Street
Buffalo, NY 14206

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7850

**As of the petition filing date, the claim is:** *Check all that apply.*                    $215.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other production expenses (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**
J.J. Keller & Associates
P.O. Box 548
Neenah, WI 54957-0548

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3220

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**
Jackson Welding Supply Co. Inc.
1421 West Carlson Street
Pittsburgh, PA 15219

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1725

**As of the petition filing date, the claim is:** *Check all that apply.*                    $677.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**
JB Kane
P.O. Box 2277
Syracuse, NY 13220-2277

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0239

**As of the petition filing date, the claim is:** *Check all that apply.*                    $4,758.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  IT related (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**
Jensen USA, Inc.
Dept. CH 19533
Palatine, IL 60055-9533

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**
John W. Danforth Co.
300 Colvin Woods Parkway
Tonawanda, NY 14150

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2130

**As of the petition filing date, the claim is:** *Check all that apply.*                    $10,188.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**
Joseph P. Mangione, Inc.
187 Fourth Street
Troy, NY 12180

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,500.00 |
|---|---|---|---|

Jumonville Acquisition LLC
304 Jumonville Street
Pittsburgh, PA 15219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent and property tax paid to affiliate (Pittsburgh location)

Is the claim subject to offset? ☐ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,116.58 |
|---|---|---|---|

Kaman Industrial Technologies
213 West Wayne Street
Fort Wayne, IN 46801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ☐ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Kemco Systems Co., LLC
11500 47th Street North
Clearwater, FL 33762-4955

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ☐ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

KJ Electric
5894 East Molloy Road
Syracuse, NY 13211-2124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Syracuse and Troy locations)

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

LABCORP
P.O. Box 12140
Burlington, NC 27216-2140

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Recruiting and pre-employment (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Laboratory Corp of America Holding
P.O. Box 12140
Burlington, NC 27216-2140

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lavatec Laundry Technologies Inc.
P.O. Box 215
49 Lancaster Falls
Beacon Falls, CT 06403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo and Pittsburgh locations)

Is the claim subject to offset? ■ No ☐ Yes

Case 18-31754-5-mcr    Doc 116    Filed 01/11/19    Entered 01/11/19 14:08:53    Desc
Main Document    Page 39 of 171

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.162** | **Nonpriority creditor's name and mailing address**
Life Safety Engineered Systems
60 Sonwil Drive
Buffalo, NY 14225

Date(s) debt was incurred _
Last 4 digits of account number  Clarus (Atlas)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Facility maintenance (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

$7,137.82

---

**3.163** | **Nonpriority creditor's name and mailing address**
Life Science Laboratories, Inc.
5854 Butternut Drive
East Syracuse, NY 13057

Date(s) debt was incurred _
Last 4 digits of account number  7606

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

$627.00

---

**3.164** | **Nonpriority creditor's name and mailing address**
Liftech Equipment
Dept. CR4804
6847 Ellicott Drive
East Syracuse, NY 13057

Date(s) debt was incurred _
Last 4 digits of account number  3220

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

$226.80

---

**3.165** | **Nonpriority creditor's name and mailing address**
Liftech Equipment
Dept. CR4804
6847 Ellicott Drive
East Syracuse, NY 13057

Date(s) debt was incurred _
Last 4 digits of account number  3220

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No  ☐ Yes

$2,494.80

---

**3.166** | **Nonpriority creditor's name and mailing address**
LiftSafe/FuelSafe Inc.
212 West Seneca Turnpike
Syracuse, NY 13205

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

$2,832.84

---

**3.167** | **Nonpriority creditor's name and mailing address**
Lins Elevator Service Inc.
207 Gist Street
Pittsburgh, PA 15219-5903

Date(s) debt was incurred _
Last 4 digits of account
number  Clarus Linen Systems

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Facility maintenance (Pittsburgh location)

Is the claim subject to offset? ■ No  ☐ Yes

$2,074.50

---

**3.168** | **Nonpriority creditor's name and mailing address**
Load Cell Central
RDR Technology, Inc.
28175 Rte 220
Milan, PA 18831

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

$1,825.88

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address**

Local 95 Training Fund
International Union Operating Engineers
Local Union No. 95-95A
300 Saline Street
Pittsburgh, PA 15207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $143.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

Luiz Martinez
1208 First North Street
Syracuse, NY 13208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $59.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

Lusco Paper Company
1401 Liberty Street
Troy, NY 12180

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address**

M. Bonani Property Maintenance
2824 Sebolt Road
South Park, PA 15129

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $2,086.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address**

M.I.S. of America, Inc.
4391 Walden Avenue
Lancaster, NY 14086-9754

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $2,436.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**

M.I.S. of America, Inc.
4391 Walden Avenue
Lancaster, NY 14086-9754

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $373.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**

Mark-N-Mend, Inc.
38151 Airport Parkway, Unit #54
Willoughby, OH 44094

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $1,093.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other production expenses (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $211.11

Mark-N-Mend, Inc.
38151 Airport Parkway, Unit #54
Willoughby, OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number** _Clar Troy_

**Basis for the claim:** Other production expenses (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Maxi-Press Elastomeric, Inc.
80 Turnpike Drive, Suite 4
Middlebury, CT 06762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** Notice only (Buffalo, Pittsburgh, Syracuse and Troy locations)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,692.29

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number** _6800_

**Basis for the claim:** Rentals and repairs (Syracuse and Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Med One
10712 South 1300 East
Sandy, UT 84094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.33

Medline Industries, Inc.
P.O. Box 382075
Pittsburgh, PA 15251-8075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number** _6564_

**Basis for the claim:** Linens (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,041.48

MEDtegrity
Linen Systems for Healthcare, LLC
P.O. Box 198688
Atlanta, GA 30384-8688

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** GPO fees (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,648.75

MEESE
MODRoto, Division of Tingue, Brown & Co.
535 North Midland Avenue
Saddle Brook, NJ 07663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number** _6975_

**Basis for the claim:** Rentals and repairs (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.183** | **Nonpriority creditor's name and mailing address**
Metlife - Group Benefits (2)
P.O. Box 803323
Kansas City, MO 64180-3323

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$6,635.98

---

**3.184** | **Nonpriority creditor's name and mailing address**
Mettler-Toledo LLC
P.O. Box 730867
Dallas, TX 75373-0867

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185** | **Nonpriority creditor's name and mailing address**
Midway Industrial Supply
 P.O. Box 303
Utica, NY 13503-0303

Date(s) debt was incurred _

Last 4 digits of account number  S1

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other productio expenses (Troy and Syracuse locations)

Is the claim subject to offset? ■ No ☐ Yes

$3,564.89

---

**3.186** | **Nonpriority creditor's name and mailing address**
Midwestern Industries
P.O. Box 810
Massillon, OH 44648

Date(s) debt was incurred _

Last 4 digits of account number  5700

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$2,716.70

---

**3.187** | **Nonpriority creditor's name and mailing address**
Mosebach Electric Supply
133 Industry Drive
RIDC Park West
Pittsburgh, PA 15275

Date(s) debt was incurred _

Last 4 digits of account number  0884

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

$408.09

---

**3.188** | **Nonpriority creditor's name and mailing address**
Motion Industries
P.O. Box 414444
Boston, MA 02241

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse and Troy locations)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.189** | **Nonpriority creditor's name and mailing address**
Murphy & Nolan, Inc.
340 Peat Street
Syracuse, NY 13217-6689

Date(s) debt was incurred _

Last 4 digits of account number  5163

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$118.80

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $160.48

National Elevator
11973 Westline Industrial Drive
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7316

**Basis for the claim:** Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.10

National Elevator
P.O. Box 503067
Saint Louis, MO 63150-3067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1037

**Basis for the claim:** Facility maintenance (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,559.98

National Grid
300 Erie Boulevard West
Syracuse, NY 13202-0960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,409.96

National Grid
300 Erie Boulevard West
Syracuse, NY 13202-0960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,819.25

National Retirement Fund
333 Westchester Avenue
North Building
White Plains, NY 10604-2942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9015

**Basis for the claim:** Benefits (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $983.10

National Retirement Fund
6 Blackstone Valley Place, Suite 302
Lincoln, RI 02865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1640

**Basis for the claim:** Benefits (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $824.65

Noble Gas Solutions
10 Erie Boulevard
Albany, NY 12204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1338

**Basis for the claim:** Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.197**

**Nonpriority creditor's name and mailing address**
Noftz Sheet Metal, Inc.
2737 Penn Avenue
Pittsburgh, PA 15222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198**

**Nonpriority creditor's name and mailing address**
NY Urgent Care Practices, PC
P.O. Box 500
Ellicottville, NY 14731-0500

**Date(s) debt was incurred** _

**Last 4 digits of account number**  455

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Recruiting and pre-employment (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$943.00

---

**3.199**

**Nonpriority creditor's name and mailing address**
NY Urgent Care Practices, PC
P.O. Box 500
Ellicottville, NY 14731-0500

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1800

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Recruiting and pre-employment (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

**3.200**

**Nonpriority creditor's name and mailing address**
NY Urgent Care Practices, PC
P.O. Box 500
Ellicottville, NY 14731-0500

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1666

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Recruiting and pre-employment (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.201**

**Nonpriority creditor's name and mailing address**
NYS Teamsters Council
P.O. Box 4928
Syracuse, NY 13221-4928

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7632

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.202**

**Nonpriority creditor's name and mailing address**
NYS Thruway Authority
Commercial Services Unit
P.O. Box 189
Albany, NY 12201-0189

**Date(s) debt was incurred** _

**Last 4 digits of account number**  748

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Delivery - Tolls (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$4,147.86

---

**3.203**

**Nonpriority creditor's name and mailing address**
Office Team
12400 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Oil Service, Inc.
3498 Grand Avenue
Pittsburgh, PA 15225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Notice only (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,708.00

Olympic Compactor Rentals
P.O. Box 800336
Houston, TX 77280-0336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** _1145_

**Basis for the claim:** Facility maintenance (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Omega Engineering
26904 Network Place
Chicago, IL 60673-1269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $799.22

OMNI Services
190 Old Loudon Road
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Orkin
255 Millers Run Road
Bridgeville, PA 15017-1321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Notice only (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,987.14

Otis Elevator Company
Bldg TR-7
P.O. Box 4808
Syracuse, NY 13221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** _7O45_

**Basis for the claim:** Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Overhead Door Co. of Albany
15 Corporate Drive
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Notice only (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | Name | | | |

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112.88 |
|---|---|---|---|
| | Overhead Door Company of Greater Syr.<br>P. O. Box 107<br>Cortland, NY 13045-0107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,717.16 |
|---|---|---|---|
| | Penske Truck Leasing Co. L.P.<br>P.O. Box 827380<br>Philadelphia, PA 19182-7380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Delivery (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,631.53 |
|---|---|---|---|
| | Penske Truck Leasing Co. L.P.<br>P.O. Box 827380<br>Philadelphia, PA 19182-7380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Delivery (Troy location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,946.39 |
|---|---|---|---|
| | Peoples Natural Gas<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities (Pittsburgh location) | |
| | **Last 4 digits of account number** 5623 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $439,488.99 |
|---|---|---|---|
| | Pittsburgh Water & Sewer Authority (674)<br>1200 Penn Avenue<br>Pittsburgh, PA 15222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities (Pittsburgh location) | |
| | **Last 4 digits of account number** 8674 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220,419.79 |
|---|---|---|---|
| | Pittsburgh Water & Sewer Authority (675)<br>1200 Penn Avenue<br>Pittsburgh, PA 15222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities (Pittsburgh location) | |
| | **Last 4 digits of account number** 8675 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $564.84 |
|---|---|---|---|
| | Potter Heating & A/C<br>4004 New Court Avenue<br>Syracuse, NY 13206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.218** | **Nonpriority creditor's name and mailing address**
Precision Conveyors, Inc.
4203 Mara Lane
Monroe, NC 28110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$9,200.00

---

**3.219** | **Nonpriority creditor's name and mailing address**
Prestige Services Inc.
4 Enterprise Avenue
Clifton Park, NY 12065

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1227

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Office supplies (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$49.09

---

**3.220** | **Nonpriority creditor's name and mailing address**
Professional Screening & Information Inc
P.O. Box 644
Rome, GA 30162

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Recruiting and pre-employment (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$573.00

---

**3.221** | **Nonpriority creditor's name and mailing address**
Prolift, Inc.
1835 Dale Road
Buffalo, NY 14225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.222** | **Nonpriority creditor's name and mailing address**
Psychemedics Corp.
289 Great Road, Suite 200
Acton, MA 01720

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Recruiting and pre-employment (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$1,738.50

---

**3.223** | **Nonpriority creditor's name and mailing address**
Quality Built Technologies Inc.
8609 Creekview Court
Douglasville, GA 30135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$2,200.00

---

**3.224** | **Nonpriority creditor's name and mailing address**
R.C. Kolstad Water Corp.
73 Lake Road
Ontario, NY 14519

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.225**

**Nonpriority creditor's name and mailing address**
Regional Distributors Inc.
1281 Mount Read Boulevard
Rochester, NY 14606

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5851

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ☒ No ☐ Yes

$1,547.76

---

**3.226**

**Nonpriority creditor's name and mailing address**
Republic Services #964
136 Sicker Road
Latham, NY 12110

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0720

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities (Troy location)

Is the claim subject to offset? ☒ No ☐ Yes

$7,134.35

---

**3.227**

**Nonpriority creditor's name and mailing address**
Root Neal & Co., Inc.
64 Peabody Street
Buffalo, NY 14210

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0702

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ☒ No ☐ Yes

$345.83

---

**3.228**

**Nonpriority creditor's name and mailing address**
Rotor-Matic
159 Delaware Ave., Unit #211
Delmar, NY 12054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Troy location)

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.229**

**Nonpriority creditor's name and mailing address**
RRHA Joint Ventures Corp.
Attn: Sharon Zink
3445 Winton Place, Suite 222
Rochester, NY 14623

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  GPO fees (Syracuse location)

Is the claim subject to offset? ☒ No ☐ Yes

$6,644.03

---

**3.230**

**Nonpriority creditor's name and mailing address**
Ryder Shared Services Center
6000 Winard Parkway
Alpharetta, GA 30005

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4186

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Buffalo location)

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.231**

**Nonpriority creditor's name and mailing address**
Ryder Transportation
6000 Winward Parkway
Alpharetta, GA 30005

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4185

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Delivery (Syracuse location)

Is the claim subject to offset? ☒ No ☐ Yes

$33,342.78

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,818.18 |
|---|---|---|---|

Ryder Transportation
P.O. Box 96723
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Delivery (Troy location)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.69 |
|---|---|---|---|

SAF Consulting & Print Services
P.O. Box 14092
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Other production expenses (Syracuse location)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $487.89 |
|---|---|---|---|

Safety-Kleen Services, Inc.
2600 North Central Expresway, Suite 400
Richardson, TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4723

**Basis for the claim:** Rentals and repairs (Buffalo location)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $482.76 |
|---|---|---|---|

Safety-Kleen Services, Inc.
2600 North Central Expresway, Suite 400
Richardson, TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,879.44 |
|---|---|---|---|

Samaritan Hospital
Primary Care Network
2215 Burdett Avenue
Troy, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Recruiting and pre-employment (Troy location)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,122.00 |
|---|---|---|---|

Samaritan Hospital-1
P.O. Box 844228
Boston, MA 02284-4228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Recruiting and pre-employment (Troy location)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Sentry Link LLC
7500 Greenway Center Drive
Suite 1040
Greenbelt, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Buffalo and Syracuse locations)

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|--------|-------------------------------------------|------------------------|------------|
| | Name | | |

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $957.50

Sonitrol of Pittsburgh
610 Melwood Avenue
Pittsburgh, PA 15213-1192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6892

**Basis for the claim:**  Facility maintenance (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $786.14

Sonitrol Services of NY, Inc.
400 West Division Street
Syracuse, NY 13204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0255

**Basis for the claim:**  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,452.54

SPSMedical
6789 West Henrietta Road
Rush, NY 14543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4705

**Basis for the claim:**  Other production expenses (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $284,732.39

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0309

**Basis for the claim:**  Linens (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $347,452.67

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0309

**Basis for the claim:**  Linens (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $213,980.74

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0309

**Basis for the claim:**  Linens (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $204,272.59

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4637

**Basis for the claim:**  Linens (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.246** | **Nonpriority creditor's name and mailing address**
Stanley Material Handling
8094 Saintsville Road
Kirkville, NY 13082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$1,145.74

---

**3.247** | **Nonpriority creditor's name and mailing address**
Stanley Security
8350 Sunlight Drive, Suite 200
Fishers, IN 46037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4815_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$2,483.78

---

**3.248** | **Nonpriority creditor's name and mailing address**
Staples Advantage
Dept. ATL
P.O. Box 405386
Atlanta, GA 30384-5386

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4203_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office supplies (Syracuse, Pittsburgh and Troy locations)

Is the claim subject to offset? ■ No ☐ Yes

$3,159.98

---

**3.249** | **Nonpriority creditor's name and mailing address**
Stericycle, Inc.
4010 Commercial Avenue
Northbrook, IL 60062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6098_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$5,499.80

---

**3.250** | **Nonpriority creditor's name and mailing address**
Storms Industries, Inc.
1500 South Western Avenue
Chicago, IL 60608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Syracuse and Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$1,421.04

---

**3.251** | **Nonpriority creditor's name and mailing address**
Storms Industries, Inc.
1500 South Western Avenue
Chicago, IL 60608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No ☐ Yes

$1,959.00

---

**3.252** | **Nonpriority creditor's name and mailing address**
Storms Industries, Inc.
1500 South Western Avenue
Chicago, IL 60608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _Clarus_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (Pittsburgh location)

Is the claim subject to offset? ■ No ☐ Yes

$674.12

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Strategic Aligned Companies, Inc.
838 Erie Boulevard West
Syracuse, NY 13204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,437.80 |
|---|---|---|---|

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3301

**Basis for the claim:**  Linen cost of goods sold (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,077.79 |
|---|---|---|---|

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2846

**Basis for the claim:**  Linen cost of goods sold (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,822.00 |
|---|---|---|---|

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3324

**Basis for the claim:**  Linens (Troy location)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stritt & Priebe Inc.
37 Clyde Avenue
Buffalo, NY 14215-2298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $628.02 |
|---|---|---|---|

Sunbelt Rentals, Inc.
Branch #285
415 East Taft Road
North Syracuse, NY 13212-3776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4374

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

Syracuse Parking Services, LLC
Crouse Parking Garage
P.O. Box 621
Jamesville, NY 13078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delivery (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.260** **Nonpriority creditor's name and mailing address**
Taylor Rental Center
3131 Erie Boulevard East
Syracuse, NY 13214-1207

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$388.80

---

**3.261** **Nonpriority creditor's name and mailing address**
Tennant Sales & Service Company
P.O. Box 71414
Chicago, IL 60694-1414

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262** **Nonpriority creditor's name and mailing address**
The ARC Erie County
2643 Main Street
Buffalo, NY 14214

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0309

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$5,026.15

---

**3.263** **Nonpriority creditor's name and mailing address**
The Hartford-Priority Accounts
Group Benefits Division
P.O. Box 783690
Philadelphia, PA 19178-3690

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264** **Nonpriority creditor's name and mailing address**
The Worlds Global Source LLC
10364 Alpharetta Street
Roswell, GA 30075

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (Buffalo location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265** **Nonpriority creditor's name and mailing address**
Thermal Engineering of Arizona
2250 West Wetmore Road
Tucson, AZ 85705

**Date(s) debt was incurred** _
**Last 4 digits of account number** 410

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$555.45

---

**3.266** **Nonpriority creditor's name and mailing address**
Thompson & Johnson Equipment Co., Inc.
6926 Fly Road
East Syracuse, NY 13057

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No ☐ Yes

$567.50

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

**3.267** | **Nonpriority creditor's name and mailing address**
Tifco Industries
P.O. Box 40277
Houston, TX 77240-0277

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _2484_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$2,348.90

---

**3.268** | **Nonpriority creditor's name and mailing address**
Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

$7,856.77

---

**3.269** | **Nonpriority creditor's name and mailing address**
Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _2954_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Buffalo location)_

Is the claim subject to offset? ■ No ☐ Yes

$2,266.58

---

**3.270** | **Nonpriority creditor's name and mailing address**
Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _1859_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$5,432.20

---

**3.271** | **Nonpriority creditor's name and mailing address**
Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _2896_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Pittsburgh location)_

Is the claim subject to offset? ■ No ☐ Yes

$10,880.03

---

**3.272** | **Nonpriority creditor's name and mailing address**
TLC Tri-State Laundry Companies
P.O. Box 69
Valdosta, GA 31603-0069

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Buffalo and Pittsburgh locations)_

Is the claim subject to offset? ■ No ☐ Yes

$1,657.93

---

**3.273** | **Nonpriority creditor's name and mailing address**
TLC Tri-State Laundry Companies
P.O. Box 69
Valdosta, GA 31603-0069

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

$18,871.54

---

Debtor    **Atlas Health Care Linen Services Co., LLC**        Case number *(if known)*    18-31753-5

      Name

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,659.84 |

Township of Pine
230 Pearce Mill Road
Wexford, PA 15090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Facility maintenance (Pittsburgh location)

**Last 4 digits of account number** 4712

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Tristate Electric Motors
P.O. Box 326
Troy, NY 12181-0326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (Troy location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,972.47 |

Trojan Energy Systems
2790 6th Avenue
Troy, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs (Troy location)

**Last 4 digits of account number** CLARUS

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,147.21 |

Troy Belting
70 Cohoes Road
Watervliet, NY 12189-1829

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs (Troy location)

**Last 4 digits of account number** CAPHE

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,817.47 |

Troy Boiler Works
2800 Seventh Avenue
Troy, NY 12180

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs (Troy location)

**Last 4 digits of account number** Clarus

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,331.48 |

TRS Heating & Air Conditioning Co., Inc.
82 Abbott Road
Buffalo, NY 14220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (Buffalo location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Tschopp Supply Co., Inc.
2260 Bailey Avenue
Buffalo, NY 14211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (Buffalo and Syracuse locations)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,238.85 |
|---|---|---|---|

TyPac, Inc.
P.O. Box 425
Baldwinsville, NY 13027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rentals and repairs (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $526.38 |
|---|---|---|---|

TyPac, Inc.
P.O. Box 425
Baldwinsville, NY 13027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rentals and repairs (Buffalo location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,372.35 |
|---|---|---|---|

TyPac, Inc.
P.O. Box 425
Baldwinsville, NY 13027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rentals and repairs (Troy location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Uline, Inc.
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Syracuse and Troy locations)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52.36 |
|---|---|---|---|

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delivery services provided (Syracuse)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

United Rentals (North America) Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Troy location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,166.24 |
|---|---|---|---|

Upstate NY Bakery Drivers Pension
151 Northern Concourse, Suite 3
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Benefits (Syracuse location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,375.83 |
|---|---|---|---|

Vantage Healthcare Linen Services
1305 South Main Street
Meadville, PA 16335-3036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1320_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Outside processing (Pittsburgh location)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Vaspian LLC
P.O. Box 3399
Buffalo, NY 14240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _IT related (Syracuse location)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $610.00 |
|---|---|---|---|

Vaspian LLC
P.O. Box 3399
Buffalo, NY 14240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _IT related (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,203.60 |
|---|---|---|---|

Venus Group
25861 Wright Street
Foothill Ranch, CA 92610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5294_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Linens (Buffalo location)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220.67 |
|---|---|---|---|

Verizon
P.O. Box 15124
Albany, NY 12212-5124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1696_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities (Buffalo location)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.92 |
|---|---|---|---|

Verizon
P.O. Box 4846
Trenton, NJ 08650-4846

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0220_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities (Pittsburgh location)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111.18 |
|---|---|---|---|

Verizon
P.O. Box 4846
Trenton, NJ 08650-4846

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3846_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities (Troy location)_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,400.35 |
|---|---|---|---|

Verizon Wireless-00001
Attn:  Correspondence Team
P.O. Box 408
Newark, NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services provided (Syracuse location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $980.05 |
|---|---|---|---|

Verizon Wireless-00007
Attn:  Correspondence Team
P.O. Box 408
Newark, NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services provided (Syracuse location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,096.87 |
|---|---|---|---|

Volland Electric Equipment Corp.
75 Innsbruck Drive
Buffalo, NY 14227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Buffalo location)

**Last 4 digits of account number**  0114

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.00 |
|---|---|---|---|

Walker's Wildlife Solutions
108 Cutler Street
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Syracuse location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $71.39 |
|---|---|---|---|

Ward Trucking, LLC
P.O. Box 1553
Altoona, PA 16603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Buffalo location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,707.00 |
|---|---|---|---|

Waste Management
Buffalo Hauling
P.O. Box 42090
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utilities (Buffalo location)

**Last 4 digits of account number**  3001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,252.48 |
|---|---|---|---|

WestRock CP, LLC
Camillus Plant
100 Southern Drive
Camillus, NY 13031-1578

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Syracuse location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,580.00 |
|---|---|---|---|
| | William P. Keegan<br>36 Lansing Avenue<br>Watervliet, NY 12189 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Facility maintenance (Troy location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $827.27 |
|---|---|---|---|
| | Winzer<br>106 Woodberry Lane<br>Fayetteville, NY 13066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) | |
| | **Last 4 digits of account number** 8599 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,402.68 |
|---|---|---|---|
| | Woodcock & Armani<br>6500 New Venture Gear Drive<br>East Syracuse, NY 13057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Facility maintenance (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00 |
|---|---|---|---|
| | Yankee Equipment Systems, Inc.<br>15 Glass Lane<br>P.O. Box 630<br>Barrington, NH 03825 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Syracuse location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ACA Enterprises<br>c/o Casarona Legal Services, LLC<br>The Falls Building, 57 E. Washington St.<br>Chagrin Falls, OH 44022 | Line 3.6<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Associated Cos., Inc.<br>140 Cecil Court<br>Fayetteville, GA 30214 | Line 3.19<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | American Zurich Insurance Company<br>c/o Relin, Goldstein & Crane, LLP<br>Attn: Joseph M. Shur, Esq.<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614 | Line 3.24<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Applied Industrial Technologies<br>22510 Network Place<br>Chicago, IL 60673-1225 | Line 3.27<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Building Service BJ Supplemental Retirement & Savings Fund c/o Raab, Sturm & Ganchrow, LLP 2125 Center Avenue, Suite 100 Fort Lee, NJ 07024 | Line  3.39 ☐ Not listed. Explain ____ | _ |
| 4.6 | Chuck's Fire Equipment 1628 North Salina Street Syracuse, NY 13208 | Line  3.47 ☐ Not listed. Explain ____ | _ |
| 4.7 | City Electric 450 Tracy Street Syracuse, NY 13204 | Line  3.53 ☐ Not listed. Explain ____ | _ |
| 4.8 | Consolidated International Corp. 3804 Main Street, Suite 1 Chula Vista, CA 91911 | Line  3.63 ☐ Not listed. Explain ____ | _ |
| 4.9 | DeGroot Management Services 6501 Basile Rowe East Syracuse, NY 13057 | Line  3.72 ☐ Not listed. Explain ____ | _ |
| 4.10 | Department of Water 101 North Beech Street Syracuse, NY 13210 | Line  3.73 ☐ Not listed. Explain ____ | _ |
| 4.11 | Encompass Group, LLC 621 Macon Street McDonough, GA 30253 | Line  3.90 ☐ Not listed. Explain ____ | _ |
| 4.12 | Encompass Group, LLC 621 Macon Street McDonough, GA 30253 | Line  3.91 ☐ Not listed. Explain ____ | _ |
| 4.13 | Encompass Group, LLC 621 Macon Street McDonough, GA 30253 | Line  3.92 ☐ Not listed. Explain ____ | _ |
| 4.14 | Feedwater Treatment Systems, Inc. S5167 Columbia Avenue Hamburg, NY 14075 | Line  3.105 ☐ Not listed. Explain ____ | _ |
| 4.15 | Feedwater Treatment Systems, Inc. 1 Sawgrass Court Hamburg, NY 14075 | Line  3.105 ☐ Not listed. Explain ____ | _ |
| 4.16 | Grainger Dept. 831813324 Palatine, IL 60038-0001 | Line  3.128 ☐ Not listed. Explain ____ | _ |
| 4.17 | Hill & Markes, Inc. 1997 State Highway 5S Amsterdam, NY 12010 | Line  3.136 ☐ Not listed. Explain ____ | _ |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | Hill & Markes, Inc.<br>1997 State Highway 5S<br>Amsterdam, NY 12010 | Line 3.137<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Internal Revenue Service<br>30 West Pershing Road<br>Kansas City, MO 64108 | Line 2.6<br>☐ Not listed. Explain ____ | _ |
| 4.20 | JB Kane<br>1105 Vine Street<br>Liverpool, NY 13088 | Line 3.151<br>☐ Not listed. Explain ____ | _ |
| 4.21 | Jensen USA, Inc.<br>99 Aberdeen Loop<br>Panama City, FL 32405 | Line 3.152<br>☐ Not listed. Explain ____ | _ |
| 4.22 | Joseph M. Shur, Esq.<br>Relin, Goldstein & Crane, LLP<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614 | Line 3.21<br>☐ Not listed. Explain ____ | _ |
| 4.23 | Midwestern Industries<br>915 Oberlin Road SW<br>Massillon, OH 44648-0810 | Line 3.186<br>☐ Not listed. Explain ____ | _ |
| 4.24 | National Elevator<br>11973 Westline Industrial Drive<br>Saint Louis, MO 63146 | Line 3.191<br>☐ Not listed. Explain ____ | _ |
| 4.25 | NYS Department of Taxation and Finance<br>W.A. Harriman Campus<br>Bldg. 9<br>Albany, NY 12227 | Line 2.7<br>☐ Not listed. Explain ____ | _ |
| 4.26 | OMNI Services<br>P.O. Box 350016<br>Boston, MA 02241-0516 | Line 3.207<br>☐ Not listed. Explain ____ | _ |
| 4.27 | Otis Elevator Company<br>6304 Carrier Parkway - Bldg TR-7<br>East Syracuse, NY 13057 | Line 3.209<br>☐ Not listed. Explain ____ | _ |
| 4.28 | SAF Consulting & Print Services<br>1510 Central Avenue, Ste. 320<br>Albany, NY 12205-5079 | Line 3.233<br>☐ Not listed. Explain ____ | _ |
| 4.29 | Standard Textile<br>P.O. Box 630302<br>Cincinnati, OH 45263-0302 | Line 3.242<br>☐ Not listed. Explain ____ | _ |
| 4.30 | Standard Textile<br>P.O. Box 630302<br>Cincinnati, OH 45263-0302 | Line 3.243<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.31 | Standard Textile<br>P.O. Box 0302<br>Cincinnati, OH 45263-0302 | Line _3.244_<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | Standard Textile<br>P.O. Box 630302<br>Cincinnati, OH 45263-0302 | Line _3.245_<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | Syracuse Parking Management LLC<br>Barclay Damon Tower Garage<br>352 S. Warren Street<br>Syracuse, NY 13202 | Line _3.259_<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | Tifco Industries<br>21400 Northwest Freeway<br>Cypress, TX 77429 | Line _3.267_<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | Tingue, Brown & Co.<br>P.O. Box 824644<br>Philadelphia, PA 19182-4644 | Line _3.268_<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | Tingue, Brown & Co.<br>P.O. Box 824619<br>Philadelphia, PA 19182-4619 | Line _3.269_<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | Tingue, Brown & Co.<br>P.O. Box 824619<br>Philadelphia, PA 19182-4619 | Line _3.270_<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | Tingue, Brown & Co.<br>P.O. Box 824619<br>Philadelphia, PA 19182-4619 | Line _3.271_<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | Troy Boiler Works, Inc.<br>C/O O'Connell & Aronowitz, PC<br>Attn:  F. Matthew Jackson, Esq.<br>54 State Street<br>Albany, NY 12207 | Line _3.278_<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | TyPac, Inc.<br>7858 River Road<br>Baldwinsville, NY 13027 | Line _3.281_<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 | TyPac, Inc.<br>7858 River Road<br>Baldwinsville, NY 13027 | Line _3.282_<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 | TyPac, Inc.<br>7858 River Road<br>Baldwinsville, NY 13027 | Line _3.283_<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | Vaspian LLC<br>266 Oak Street<br>Buffalo, NY 14203 | Line _3.289_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number (if known) | 18-31753-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.44 | Vaspian LLC<br>266 Oak Street<br>Buffalo, NY 14203 | Line  3.290<br>☐ Not listed. Explain ____ | _ |
| 4.45 | Ward Trucking, LLC<br>1436 Ward Trucking Drive<br>Altoona, PA 16602 | Line  3.299<br>☐ Not listed. Explain ____ | _ |
| 4.46 | Winzer<br>P.O. Box 671482<br>Dallas, TX 75267-1482 | Line  3.303<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $            173,303.90 |
| **5b. Total claims from Part 2** | 5b.  + | $         4,915,114.92 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $         5,088,418.82 |

**Fill in this information to identify the case:**

Debtor name    Atlas Health Care Linen Services Co., LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31753-5

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | 281 Grant Ave Realty CRASMI |
| | List the contract number of any government contract | | 281 Grant Avenue<br>Auburn, NY 13021-1421 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease by and between Atlas Health Care Linen Services Co., LLC, Centerstone Linen Services LLC and 60 Grider LLC for operation of a laundry facility consisting of 60,000 square feet located at One Wright Place, 60 Grider Street, Buffalo, New York | |
| | State the term remaining | approx. 5 years and 2 months | 60 Grider LLC |
| | List the contract number of any government contract | | 188 Bidwell Parkway<br>Buffalo, NY 14222 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through its County Executive and New York State Industries For The Disabled dated March 2017; and Authorization to Proceed Partnership between NYSID and Clarus Linen Systems and Customer Renewal Option of New Term Contract (Albany County Correctional Facility); term expires December 31, 2018 (with renewal option); Troy location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Albany County Correctional Facility 840 Albany Shaker Road Albany, NY 12211-1054 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through the Albany County Department of Residential Healthcare Facilities and New York State Industries For The Disabled; and Partnership Customer Price Concurrence between NYSID and Clarus Linens dated May 14, 2018 (Albany County Nursing Home); term expires December 31, 2020 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Albany County Nursing Home 780 Albany Shaker Road Albany, NY 12211-1058 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options) | |
|---|---|---|---|
| | State the term remaining | | Altus Management LLC Attn: CEO 840 Aero Drive Buffalo, NY 14225 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Anthone Eye Center 2211 Sheridan Drive Buffalo, NY 14223-1558 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Arthritis Center of Rochester 890 Westfall Road, Ste D Rochester, NY 14618-2610 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Arthritis Health Association 5794 Widewaters Parkway Syracuse, NY 13214-1845 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |  |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Associated Gastroenterologists of CNY PC |
| | List the contract number of any government contract | _____ | 5112 W. Taft Road, Ste 2U |
| | | | Liverpool, NY 13088-4868 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Auburn Community Hospital dated May 7, 2014; term expires 5/19/2019 (with renewal option); Syracuse location | |
| | State the term remaining | | Auburn Cardiology |
| | List the contract number of any government contract | _____ | 281 Grant Avenue |
| | | | Auburn, NY 13021-1421 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Auburn Community Hospital dated May 7, 2014; term expires 5/19/2019 (with renewal option); Syracuse location | |
| | State the term remaining | | Auburn Comm. Hosp. Scrubs & Lab Coats |
| | List the contract number of any government contract | _____ | 17 Lansing Street |
| | | | Auburn, NY 13021-1983 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Auburn Community Hospital dated May 7, 2014; term expires 5/19/2019 (with renewal option); Syracuse location | |
| | State the term remaining | | Auburn Comm. Hospital Sleep Lab |
| | List the contract number of any government contract | _____ | 17 Lansing Street |
| | | | Auburn, NY 13021-1983 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated May 7, 2014; term expires 5/19/2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Auburn Community Hospital |
| | List the contract number of any government contract | | Attn: Director of Material Management 17 Lansing Street Auburn, NY 13021 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Auburn Community Hospital dated May 7, 2014; term expires 5/19/2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Auburn Family Care |
| | List the contract number of any government contract | | 8 Hulbert Street Auburn, NY 13021-3430 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Baird Nursing Home |
| | List the contract number of any government contract | | 2150 Saint Paul Street Rochester, NY 14621-1415 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | BHCC Rugs |
| | List the contract number of any government contract | | 257 State Street Batavia, NY 14020-1044 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Bloomingrove Veterinarian Hospital |
| | List the contract number of any government contract | | 498 N. Greenbush Road Rensselaer, NY 12144-9444 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Brookdale Bassett Park |
| | List the contract number of any government contract | | 111 SAint Gregory Court<br>Buffalo, NY 14221-2633 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Brooks Memorial Hospital |
| | List the contract number of any government contract | | 529 Central Avenue<br>Dunkirk, NY 14048-2514 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Buffalo Gen Memorial Hospital EMS<br>100 High Street<br>Buffalo, NY 14203-1126 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Buffalo General Medical Campus<br>100 High Street<br>Buffalo, NY 14203-1126 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Buffalo General Medical Center 100 High Street Buffalo, NY 14203-1126 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
| | State the term remaining | | Buffalo General Mem Hospital Direct Sale 100 High Street Buffalo, NY 14203-1126 |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Buffalo | |
| | State the term remaining | | Buffalo Star Wipers, Inc. - RAGS 1125 E. Main Street Newark, OH 43055-8869 |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Camillus Family Health Associates 5006 W. Genesee Street Camillus, NY 13031-2326 |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Capital Distr Interventional Spine & Rehabilitation 63 Shaker Road, Ste G04 Albany, NY 12204-1030 |

Debtor 1    Atlas Health Care Linen Services Co., LLC

| First Name | Middle Name | Last Name | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and now month to month; Troy location | |
|---|---|---|---|
| | State the term remaining | | Capital District Psychiatric Center |
| | List the contract number of any government contract | | 75 New Scotland Avenue Albany, NY 12208-3409 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Cardiology Associates of NNY |
| | List the contract number of any government contract | | 19436 Howell Drive Watertown, NY 13601-4071 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated April 26, 2015; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Carthage Area Hospital |
| | List the contract number of any government contract | | Attn: Administrator 1001 West Street Carthage, NY 13619 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Troy | |
|---|---|---|---|
| | State the term remaining | | Center for Nursing and Rehabilitation at Hoosick Falls 21 Danforth Street Hoosick Falls, NY 12090-1223 |

Debtor 1    Atlas Health Care Linen Services Co., LLC _____    Case number *(if known)*    18-31753-5
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | _____ |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Center for Wound Care & Hyperbaric Med 600 Northern Blvd. Albany, NY 12204-1004 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Chase Memorial Nursing Home 1 Terrace Heights New Berlin, NY 13411 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Chase Memorial Nursing Home Direct Sales 1 Terrace Heights New Berlin, NY 13411-9515 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Childrens Amherst Health Center #20350 3580 Sheridan Drive, Ste 1 Buffalo, NY 14226-1645 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | City Centre Massage 786 Pre Emption Road Geneva, NY 14456-2018 |

Debtor 1    Atlas Health Care Linen Services Co., LLC                                    Case number *(if known)*    18-31753-5
    First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.36. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Linen Service Agreement dated March 18, 2014; term expires March 2019 (with renewal option)<br><br>Clifton Fine Hospital<br>Attn: Director of Materials Management<br>1014 Oswegatchie Trail Road<br>Star Lake, NY 13690-3143 |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Contract; Syracuse<br><br>Clifton Fine Hospital Direct Sales<br>1014 Oswegatchie Trail Road<br>Star Lake, NY 13690-3143 |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Clarus Linen Systems Agreement with CNY Cardiology dated April 18, 2017 (for Utica, Oneida, Herkimer and Rome locations); term expires April 2022 (with renewal option)<br><br>CNY Cardiology<br>Attn: Executive Director<br>2211 Genesee Street, Ste. 200<br>Utica, NY 13501-5930 |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Clarus Linen Systems Agreement with CNY Cardiology dated April 18, 2017 (for Utica, Oneida, Herkimer and Rome locations); term expires April 2022 (with renewal option); Syracuse location<br><br>CNY Cardiology - Rome<br>91 Perimeter Road, Ste 130<br>Rome, NY 13441-4018 |
| 2.40. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Contract; Syracuse<br><br>CNY Diagnostic Imaging Associates<br>1000 E. Genesee Street, Suite 100<br>Syracuse, NY 13210-1853 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | CNY Facial Surgery Group, PC |
| | List the contract number of any government contract | | 4939 Brittonfield Parkway, Ste 210 East Syracuse, NY 13057-9208 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | CNY Family Care, LLP |
| | List the contract number of any government contract | | 4939 Brittonfield Parkway East Syracuse, NY 13057-9208 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expires December 31, 2008 and is now month to monht; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | CNY Psychiatric Center |
| | List the contract number of any government contract | | 9005 Old River Road Marcy, NY 13403-3000 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | CNY Urology, PC 357 Genesee Street Oneida, NY 13421-2658 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

<span style="background:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | College at Brockport |
| | List the contract number of any government contract | | Student Health Center |
| | | | 350 New Campus Drive |
| | | | Brockport, NY 14420-2997 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Community Care Physicians PC |
| | List the contract number of any government contract | | 711 Troy Schenectady Road |
| | | | Latham, NY 12110-2442 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Community Mem. Hosp Lab Coats & Jackets |
| | List the contract number of any government contract | | 150 Broad Street |
| | | | Hamilton, NY 13346-9575 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Atlas Healthcare Linen Services Healthcare Linen Rental Service Agreement dated February 1, 2006 and Addendum of Linen Service Agreement dated March 2013; term expires April 30, 2019; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Community Memorial Hospital |
| | List the contract number of any government contract | | Attn: Administrator |
| | | | 150 Broad Street |
| | | | Hamilton, NY 13346-9575 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Compassionate Family Medicine - Green St |
| | List the contract number of any government contract | | 311 Green Street |
| | | | Syracuse, NY 13203-2911 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Compassionate Family Medicine - N. Syr. |
| | List the contract number of any government contract | | 511 S. Main Street<br>Syracuse, NY 13212-2813 |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through the Albany County Department of Residential Healthcare Facilities and New York State Industries For The Disabled;  and Partnership Customer Price Concurrence between NYSID and Clarus Linens dated May 14, 2018 (Albany County Nursing Home); term expires December 31, 2020 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | County of Albany<br>Attn: Dept. Res. Healthcare Facilities<br>Albany County Office Building |
| | List the contract number of any government contract | | 112 State Street<br>Albany, NY 12207 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through its County Executive and New York State Industries For The Disabled dated March 2017; and Authorization to Proceed Partnership between NYSID and Clarus Linen Systems and Customer Renewal Option of New Term Contract (Albany County Correctional Facility); term expires December 31, 2018 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | County of Albany<br>Attn: County Executive<br>Albany County Office Building |
| | List the contract number of any | | 112 State Street<br>Albany, NY 12207 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| **2.53.** | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| | State the term remaining | |
| | List the contract number of any government contract | Cross Keys Medical Group<br>420 Cross Keys Office Park<br>Fairport, NY 14450-3506 |
| **2.54.** | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Crouse Hospital dated February 1, 2016; term expires January 31, 2020 (with renewal option); various locations; Syracuse location |
| | State the term remaining | |
| | List the contract number of any government contract | Crouse Hosp. Commonwealth Place 883<br>6010 E. Molloy Road<br>Syracuse, NY 13211-2131 |
| **2.55.** | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated February 1, 2016; term expires January 31, 2020 (with renewal option); various locations; Syracuse location |
| | State the term remaining | |
| | List the contract number of any government contract | Crouse Hospital<br>Attn: Chief Financial Officer<br>736 Irving Avenue<br>Syracuse, NY 13210 |
| **2.56.** | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Crouse Hospital dated February 1, 2016; term expires January 31, 2020 (with renewal option); various locations; Syracuse location |
| | State the term remaining | |
| | List the contract number of any government contract | Crouse Hospital<br>Madison Irving Surgery Center 892<br>475 Irving Avenue<br>Syracuse, NY 13210-1756 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Crouse Hospital dated February 1, 2016; term expires January 31, 2020 (with renewal option); various locations; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Crouse Hospital Ancillary Areas<br>736 Irving Avenue<br>Syracuse, NY 13210-1687 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | CSHC Lab Coats/Scrubs/Specials<br>100 Kings Highway S.<br>Rochester, NY 14617-5504 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Care Health Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | DeGraff Memorial Hospital<br>445 Tremont Street<br>North Tonawanda, NY 14120-6150 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location

State the term remaining

List the contract number of any government contract

DeGraff Memorial Hospital Direct Sale
445 Tremont Street
North Tonawanda, NY 14120-6150

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Syracuse

State the term remaining

List the contract number of any government contract

Dermatology Associates of CNY
4110 Medical Center Drive, Ste 110
Fayetteville, NY 13066-6613

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Syracuse

State the term remaining

List the contract number of any government contract

Dermatology Associates of Rochester
100 White Spruce Blvd.
Rochester, NY 14623-1507

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Syracuse

State the term remaining

Donald A. Flihan, DDS, MD
130 Lomond Court
Utica, NY 13502-5851

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Eastern Niagara Hospital dated September 1, 2016 (for various facilities); term expires November 13, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Eastern Niagara Health |
| | List the contract number of any government contract | _____ | 521 East Avenue Lockport, NY 14094-3201 |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated September 1, 2016 (for various facilities); term expires November 13, 2019 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | Eastern Niagara Hospital Attn: CEO |
| | List the contract number of any government contract | _____ | 521 East Avenue Lockport, NY 14094 |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | ECMC Terrace View Long-Term Care 462 Grider Street Buffalo, NY 14215-3021 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | ELL Bellevue Women's Center Equip. Lease |
| | List the contract number of any government contract _____ | | 2210 Troy Schenectady Road Schenectady, NY 12309-4725 |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Ellis Ancillary Areas |
| | List the contract number of any government contract _____ | | 1101 Nott Street Schenectady, NY 12308-2425 |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Ellis Bariatric |
| | List the contract number of any government contract _____ | | 2125 River Road, Ste 302 Schenectady, NY 12309-1135 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.70.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location

State the term remaining

List the contract number of any government contract

Ellis Bellevue Women's Center
2210 Troy Schenectady Road
Schenectady, NY 12309-4725

**2.71.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location

State the term remaining

List the contract number of any government contract

Ellis CP Ancillary Areas
939 Route 146
Clifton Park, NY 12065-3662

**2.72.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location

State the term remaining

List the contract number of any government contract

Ellis Glenville Primary Care
115 Saratoga Road, Ste 200
Schenectady, NY 12302-4194

**2.73.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location

State the term remaining

List the contract number of any

Ellis Health Center - McClellan
600 McClellan Street
Schenectady, NY 12304-1009

Debtor 1    Atlas Health Care Linen Services Co., LLC                                            Case number (if known)    18-31753-5
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
| | State the term remaining | | Ellis Hospital |
| | List the contract number of any government contract | | 1101 Nott Street Schenectady, NY 12308-2425 |

| | | | |
|---|---|---|---|
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
| | State the term remaining | | Ellis Hospital Equipment Lease |
| | List the contract number of any government contract | | 1101 Nott Street Schenectady, NY 12308-2425 |

| | | | |
|---|---|---|---|
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
| | State the term remaining | | Ellis Hospital Marked Scrubs |
| | List the contract number of any government contract | | 1101 Nott Street Schenectady, NY 12308-2425 |

| | | | |
|---|---|---|---|
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | Ellis McClellan Hospital Sterile Processing (PO 1831820) 600 McClellan Street Schenectady, NY 12304-1009 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | Ellis McClellan Hospital Equip. Lease 600 McClellan Street Schenectady, NY 12304-1009 |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated February 10, 2014 wih Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations); term expires February 2019 | |
|---|---|---|---|
|  | State the term remaining | | Ellis Medicine Attn: Director Materials Management 1101 Nott Street Schenectady, NY 12308 |
|  | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Ellis Medicine, including Bellevue Woman's Hospital, and Ellis Health Center (various locations) dated February 10, 2014; term expires February 2019; Syracuse location | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | Ellis Primary Care Ballston Spa 990 State Route 67 Ballston Spa, NY 12020-3603 |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
|  | State the term remaining | | Elmwood Pediatric Group, LLP 919 Westfall Road, Ste 105 Rochester, NY 14618-2638 |
|  | List the contract number of any | | |

Debtor 1   Atlas Health Care Linen Services Co., LLC
_____   Case number *(if known)*   18-31753-5
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emeritus at Bellevue Manor<br>4330 Onondaga Blvd.<br>Syracuse, NY 13219-3030 |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emeritus at Colonie Manor<br>626 Watervliet Shaker Road<br>Latham, NY 12110-3618 |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emeritus at Landing of Brockport<br>90 West Avenue<br>Brockport, NY 14420-1306 |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emeritus at West Side Rochester<br>1404 Long Pond Road<br>Rochester, NY 14626-3732 |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Empire Education Corporation<br>1 Park Place, FL 3<br>Albany, NY 12205-2676 |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | | | Endoscopy Center of CNY<br>4308 Medical Center Drive<br>Fayetteville, NY 13066 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name      Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Eastern Niagara Hospital dated September 1, 2016 (for various facilities); term expires November 13, 2019 (with renewal option); Syracuse location |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | ENHS Family Practice<br>475 S. Transit Street<br>Lockport, NY 14094-5562 |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Eastern Niagara Hospital dated September 1, 2016 (for various facilities); term expires November 13, 2019 (with renewal option); Syracuse location |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | ENHS Imaging Center<br>5875 S. Transit Road<br>Lockport, NY 14094-6340 |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Eastern Niagara Hospital dated September 1, 2016 (for various facilities); term expires November 13, 2019 (with renewal option); Syracuse location |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | ENHS Newfane<br>2600 William Street<br>Newfane, NY 14108-1026 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Eastern Niagara Hospital dated September 1, 2016 (for various facilities); term expires November 13, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | ENHS Surgery Center 5875 S. Transit Road Lockport, NY 14094-6340 |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Episcopal Church Home 505 Mount Hope Avenue Rochester, NY 14620-2251 |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Erie County Medical Center 462 Grider Street Buffalo, NY 14215-3021 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    Atlas Health Care Linen Services Co., LLC                                    Case number (*if known*)    18-31753-5
            First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Executive Woods Ambulatory Surgery Centr |
| | List the contract number of any government contract | | 3 Atrium Drive, Ste 150 Albany, NY 12205-1445 |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Eye & Tissue Bank |
| | List the contract number of any government contract | | 517 E. Washington Street Syracuse, NY 13202-1917 |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Eye Health Associates, Inc. |
| | List the contract number of any government contract | | 170 Maple Road Buffalo, NY 14221-2930 |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Family Care Medical Group |
| | List the contract number of any government contract | | 5566 Jordan Road Elbridge, NY 13060-9617 |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Family Ear, Nose & Throat Clinic, PC |
| | List the contract number of any government contract | | 5010 State Highway 30, Ste 204 Amsterdam, NY 12010-7532 |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Farah Dermatology & Cosmetics |
| | List the contract number of any | | 1000 E. Genesee Street, Ste 601 Syracuse, NY 13210-1885 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Fawn Ridge Senior Living |
| | List the contract number of any government contract | | 2902 Tibbits Avenue |
| | | | Troy, NY 12180-7077 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Faxton-St. Luke's Healthcare |
| | List the contract number of any government contract | | 1656 Champlin Avenue |
| | | | Utica, NY 13502-4830 |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Finger Lakes Cardiology Associates |
| | List the contract number of any government contract | | 360 Parrish Street, Ste 307 |
| | | | Canandaigua, NY 14424-1777 |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Finger Lakes Cardiology Associates |
| | List the contract number of any government contract | | 4 Coultier Road |
| | | | Clifton Springs, NY 14432-1122 |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Finger Lakes DDSO Canandaigua Day Prog. |
| | List the contract number of any government contract | | 3220 Middle Cheshire Road |
| | | | Canandaigua, NY 14424-2470 |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | Finger Lakes DDSO E. Henrietta Day Prog. |
|---|---|---|---|
| | | | 2059 E. Henrietta Road |
| | | | Rochester, NY 14623-3922 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract _____ | Finger Lakes DDSO Geneva Day Program<br>3660 County Road 6<br>Geneva, NY 14456-9138 |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract _____ | Finger Lakes DDSO Metro Park<br>220 Metro Park<br>Rochester, NY 14623-2162 |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract _____ | Finger Lakes DDSO Parkside Commons<br>5259 Parkside Drive<br>Canandaigua, NY 14424-7507 |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract _____ | Finger Lakes DDSO Tymeson Day Program<br>703 E. Maple Avenue<br>Newark, NY 14513-1845 |
| **2.110.** State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract _____ | Finger Lakes Office of<br>Alternative Therapies<br>751 Pre Emption Road<br>Geneva, NY 14456-1335 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Finger Lakes Otolaryngology |
| | List the contract number of any government contract | _____ | 1206 Driving Park Avenue |
| | | | Newark, NY 14513-1057 |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Fox & Schingo Plastic Surgery |
| | List the contract number of any government contract | _____ | 624 McClellan Street |
| | | | Schenectady, NY 12304-1020 |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Francis Cullen, MD |
| | List the contract number of any government contract | _____ | 5 Palisades Drive, Ste 110 |
| | | | Albany, NY 12205-6433 |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Great Lakes Physicians, PC - Sanborn |
| | List the contract number of any government contract | _____ | 3850 Saunders Settlement Road |
| | | | Sanborn, NY 14132-9128 |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Great Lakes Physicians, PC- Cheektowaga |
| | List the contract number of any government contract | _____ | 3085 Harlem Road, Ste 200 |
| | | | Buffalo, NY 14225-2591 |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Greene & Miller Dentistry |
| | List the contract number of any | | 507 E. Genesee Street |
| | | | Fayetteville, NY 13066-9999 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Heartspring |
| | List the contract number of any government contract | | 786 Pre Emption Road |
| | | | Geneva, NY 14456-2018 |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Helendale Dermatology & Medical Spa |
| | List the contract number of any government contract | | 500 Helendale Road, Ste 100 |
| | | | Rochester, NY 14609-3109 |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Hillside Family of Agencies |
| | List the contract number of any government contract | | 1183 Monroe Avenue |
| | | | Rochester, NY 14620-1662 |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated January 27, 2014; term expires 2019 (with renewal options); Troy location | |
|---|---|---|---|
| | State the term remaining | | Hudson Park Rehabilitation and Nursing Center |
| | List the contract number of any government contract | | Attn: Administrator |
| | | | 325 Northern Boulevard |
| | | | Albany, NY 12204-1001 |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Hudson Valley Community College |
| | List the contract number of any government contract | | 145 Congress Street |
| | | | Troy, NY 12180-4154 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Hudson Valley Community College |
| | List the contract number of any government contract | | 80 Vandenburgh Avenue Troy, NY 12180-6037 |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Hutchings Psychiatric Center |
| | List the contract number of any government contract | | 620 Madison Street Syracuse, NY 13210-2319 |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement for a compressor with Serial Number VN1835 dated November 17, 2017; agreement is rent to own | |
|---|---|---|---|
| | State the term remaining | | Ingersoll Rand |
| | List the contract number of any government contract | | 170 Wales Avenue Tonawanda, NY 14150 |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Innovative Physical Therapy Solutions |
| | List the contract number of any | | 316 Sherman Street Watertown, NY 13601-3614 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Interlakes Oncology & Hematology |
| | List the contract number of any government contract | | 211 White Spruce Blvd. Rochester, NY 14623-1618 |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement for Engineers effective April 13, 2019 (Buffalo location); Agreement expires April 12, 2019 | |
|---|---|---|---|
| | State the term remaining | approximately 4 months | International Union Operating Engineers Local 17-17S, AFL-CIO |
| | List the contract number of any government contract | | 5959 Versailles Road Lake View, NY 14085 |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | John R. Oishei Children's Hospital |
| | List the contract number of any government contract | | 219 Bryant Street Buffalo, NY 14222-2006 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | John Robb, MD |
| | List the contract number of any government contract | | 99 Canal Landing Blvd. Rochester, NY 14626-5112 |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Kaaterskil Operating LLC, dba Green Meadows Nursing & Rehabilitation Center dated October 1, 2016; term expires June 1, 2021 (with renewal option); Troy location | |
|---|---|---|---|
| | State the term remaining | | Kaaterskil Operating LLC dba Green Meadows Nursing & Rehab Center Attn: Administrator 161 Jefferson Heights Catskill, NY 12414-1239 |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Laundry and Linen Distribution Services Agreement dated February 26, 2018; term expires February 28, 2019 | |
|---|---|---|---|
| | State the term remaining | | Kaleida Health Attn: Director of Purchasing Larkin Building 726 Exchange Street, Suite 210 Buffalo, NY 14210-1484 |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Laundry and Linen Distribution Services Agreement with Kaleida Health dated February 26, 2018 | |
|---|---|---|---|
| | State the term remaining | | Kaleida Health c/o Office of General Counsel Kalieda Health Larkin Building 726 Exchange Street, Suite 270 Buffalo, NY 14210-1484 |
| | List the contract number of any government contract | | |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kaleida Health Contract Labor<br>726 Exchange Street<br>Buffalo, NY 14210-1484 |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Kenmore Mercy Hospital<br>2950 Elmwood Avenue<br>Buffalo, NY 14217-1304 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | KHS BGMC Family Planning Center |
| | List the contract number of any government contract | _____ | 1313 Main Street Buffalo, NY 14209-1947 |

Debtor 1     Atlas Health Care Linen Services Co., LLC                          Case number *(if known)*     18-31753-5
              First Name         Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | KHS Diabetes-Endocrinology Center of WNY |
| | List the contract number of any government contract | | 705 Maple Road |
| | | | Buffalo, NY 14221-3208 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | KHS Hertel Elmwood Internal Med. Center |
| | List the contract number of any government contract | | 900 Hertel Avenue |
| | | | Buffalo, NY 14216-2611 |

Debtor 1    Atlas Health Care Linen Services Co., LLC

|  |  |  |
|---|---|---|
| First Name | Middle Name | Last Name |

Case number *(if known)*    18-31753-5

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

KHS MSFH Flint Rehab #20945
705 Maple Road
Buffalo, NY 14221-3208

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
| | State the term remaining | | |
| | List the contract number of any government contract | | KHS Niagara Street OB/GYN<br>564 Niagara Street<br>Buffalo, NY 14201-1108 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | KHS Niagara Street Pediatrics |
| | List the contract number of any government contract | | 1050 Niagara Street |
| | | | Buffalo, NY 14213-2007 |

Debtor 1  Atlas Health Care Linen Services Co., LLC

First Name        Middle Name        Last Name

Case number *(if known)*   18-31753-5



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.141.   State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location

State the term remaining

List the contract number of any government contract

KHS Oishei Outpatient Aquatic
5959 Big Tree Road, Ste 200
Orchard Park, NY 14127-2291

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | KHS Ralph C Wilson Jr Adult Day Services |
| | List the contract number of any government contract | | 3780 Commerce Ct., Ste 100 North Tonawanda, NY 14120-2025 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | KHS Towne Garden Pediatrics |
| | List the contract number of any government contract | | 461 William Street |
| | | | Buffalo, NY 14204-1811 |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | | | KMH McAuley Residence Nursing Home |
| | | | 1503 Military Road |
| | | | Buffalo, NY 14217-1339 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Laboratory Alliance of CNY, LLC Crouse RRL 736 Irving Avenue, FL 9 Syracuse, NY 13210-1687 |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Laboratory Alliance of CNY, LLC North Medical Center PSC 5100 W. Taft Road, Ste 2F Liverpool, NY 13088-4841 |
| | List the contract number of any government contract | | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Laboratory Alliance of CNY, LLC SJHHC PSC 104 Union Avenue, Ste 802 Syracuse, NY 13203-1844 |
| | List the contract number of any government contract | | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Laboratory Alliance of CNY, LLC SJHHC RRL 301 Prospect Avenue, FL 2 Syracuse, NY 13203-1807 |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Laboratory Alliance of CNY, LLC UUH CC POB 4900 Broad Road Syracuse, NY 13215-2265 |
| | List the contract number of any government contract | | |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Laboratory Alliance of CNY, LLC-Lvpool<br>113 Innovation Lane<br>Liverpool, NY 13088-6061 |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Lake Shore Health Care Center<br>845 Route 5 and 20<br>Irving, NY 14081-9706 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Lakeshore Primary Care Associates |
| | List the contract number of any government contract | | 4855 Camp Road |
| | | | Hamburg, NY 14075-2600 |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Laura K. Riposo-Hackney, LMT |
| | List the contract number of any government contract | | 3733 Old State Road |
| | | | Erieville, NY 13061-3167 |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Laurel M. White, MD |
| | List the contract number of any government contract | | 136 Maple Road |
| | | | Buffalo, NY 14221-2922 |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Troy | |
|---|---|---|---|
| | State the term remaining | | Linen Replacement in Excess of Allowance |
| | | | 3 E. Industrial Parkway |
| | | | Troy, NY 12180-5942 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Linen Replacement in Excess of Allowance |
| | List the contract number of any government contract _____ | | 414 W. Taylor Street Syracuse, NY 13202-3443 |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Loftus & Ryu, MD, PC |
| | List the contract number of any government contract _____ | | 475 Irving Avenue, Ste 108 Syracuse, NY 13210-1691 |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto Churchill Manor, Inc. |
| | List the contract number of any government contract _____ | | 750 E. Brighton Avenue Syracuse, NY 13205-2201 |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto Commons on St. Anthony |
| | List the contract number of any government contract _____ | | 3 Saint Anthony Street Auburn, NY 13021-4525 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
| | State the term remaining | | Loretto Health & Rehab. Center 700 E. Brighton Avenue Syracuse, NY 13205-2201 |
| | List the contract number of any government contract | | |
| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option) | |
| | State the term remaining | | Loretto Management Corporation Attn: CFO 700 E. Brighton Avenue Syracuse, NY 13205-2201 |
| | List the contract number of any government contract | | |
| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
| | State the term remaining | | Loretto Nottingham Direct Sale 1305 Nottingham Road Jamesville, NY 13078-8790 |
| | List the contract number of any government contract | | |
| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
| | State the term remaining | | Loretto Nottingham Rugs 1305 Nottingham Road Jamesville, NY 13078-8790 |
| | List the contract number of any government contract | | |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto Nottingham Senior Living Comm. |
| | List the contract number of any government contract | | 1305 Nottingham Road |
| | | | Jamesville, NY 13078-8790 |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto PACE CNY |
| | List the contract number of any government contract | | McAuliffe Health Center |
| | | | 115 Creek Circle |
| | | | East Syracuse, NY 13057-1369 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto PACE CNY |
| | List the contract number of any government contract | | Sally Coyne Center for Independence |
| | | | 100 Malta Lane |
| | | | Syracuse, NY 13212-2375 |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto PACE CNY |
| | List the contract number of any government contract | | Bernadine |
| | | | 417 Churchill Avenue |
| | | | Syracuse, NY 13205-2124 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Loretto Management Corporation dated July 1, 2016 (various facilities); term expires June 30, 2019 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Loretto Sedwick Hgts. Assisted Living |
| | List the contract number of any government contract | | 1100 James Street Syracuse, NY 13203-2806 |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Magnetic Diagnostic Resources of CNY North Medical Center, Suite 1A |
| | List the contract number of any government contract | | 5100 Taft Road Liverpool, NY 13088 |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Magnetic Diagnostic Resources of CNY |
| | List the contract number of any government contract | | 5700 W. Genesee Street, Ste 7 Camillus, NY 13031-3202 |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Malinda Knibbs, LMT |
| | List the contract number of any government contract | | 12 Colonial Circle, Apt 2 Buffalo, NY 14213-1468 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Mercy Hospital of Buffalo 565 Abbott Road Buffalo, NY 14220-2039 |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Merit Medical Practice, PC 500 Helendale Road, Ste 90 Rochester, NY 14609-3109 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Atlas Health Care Linen Services Co., LLC |
| | First Name       Middle Name       Last Name |

Case number *(if known)*    18-31753-5

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.174.  State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location

State the term remaining

List the contract number of any government contract

MFSH Direct Sale
1540 Maple Road
Buffalo, NY 14221-3647

2.175.  State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location

State the term remaining

MHOB Ambulatory Care Center
3669 Southwestern Blvd.
Orchard Park, NY 14127-1732

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

<span style="background:#4b1a4b;color:#4b1a4b">████</span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location

State the term remaining

List the contract number of any government contract

MHOB Mercy Nursing Facility at OLV
55 Melroy Avenue
Buffalo, NY 14218-1658

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

Customer Contract; Syracuse

State the term remaining

List the contract number of any government contract

Mill View Assisted Living Residence
514 Old Loudon Road
Cohoes, NY 12047-4908

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Millard Fillmore Suburban Hospital 1540 Maple Road Buffalo, NY 14221-3647 |
| | List the contract number of any government contract | | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Mohawk Valley Endoscopy Center 116 Business Park Drive Utica, NY 13502-6313 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.180.** State what the contract or lease is for and the nature of the debtor's interest

NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location

State the term remaining

List the contract number of any government contract

Mohawk Valley Psychiatric Center
McPike Building
1400 Noyes Street
Utica, NY 13502-3854

**2.181.** State what the contract or lease is for and the nature of the debtor's interest

NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location

State the term remaining

List the contract number of any government contract

Mohawk Valley Psychiatric Center
Pinefield 80
1400 Noyes Street
Utica, NY 13502-3854

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.182.** State what the contract or lease is for and the nature of the debtor's interest

NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location

State the term remaining

List the contract number of any government contract

Mohawk Valley Psychiatric Center
Pinefield 82
1400 Noyes Street
Utica, NY 13502-3854

**2.183.** State what the contract or lease is for and the nature of the debtor's interest

NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location

State the term remaining

List the contract number of any government contract

Mohawk Valley Psychiatric Center
Pinefield 83
1400 Noyes Street
Utica, NY 13502-3854

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Mohawk Valley Psychiatric Center Wright Building 32 1400 Noyes Street Utica, NY 13502-3854 |
| | List the contract number of any government contract | | |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Mohawk Valley Psychiatric Center Wright Building 85 1400 Noyes Street Utica, NY 13502-3854 |
| | List the contract number of any | | |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | 2.186. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location | |
|---|---|---|---|---|
| | | State the term remaining | | Mohawk Valley Psychiatric Center Wright TLC 1400 Noyes Street Utica, NY 13502-3854 |
| | | List the contract number of any government contract | | |

| | 2.187. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location | |
|---|---|---|---|---|
| | | State the term remaining | | Mohawk Valley Psychiatric Center Exchange Cart Fee 1400 Noyes Street Utica, NY 13502-3854 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract  _____

---

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Mount St. Mary's Hospital of Niagara Falls dated June 25, 2013; term expires July 31, 2019 with automatic renewals; Buffalo location |
|---|---|---|

State the term remaining

List the contract number of any
government contract  _____

Mount St. Mary's Hospital Contract Labor
5300 Military Road
Lewiston, NY 14092-1903

---

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location |
|---|---|---|

State the term remaining

List the contract number of any
government contract  _____

Mount St. Mary's Hospital Dietary
5300 Military Road
Lewiston, NY 14092-1903

---

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Mount St. Mary's Hospital of Niagara Falls dated June 25, 2013; term expires July 31, 2019 with automatic renewals; Buffalo location |
|---|---|---|

Mount St. Mary's Hospital Hyperbaric
5300 Military Road
Lewiston, NY 14092-1903

---

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement daed June 25, 2013; term expires July 31, 2019 with automatic renewals; Buffalo location |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Mount St. Mary's Hospital of Niagara Falls<br>Attn: Chief Executive Officer<br>5300 Military Road<br>Lewiston, NY 14092-1903 |
| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Mount St. Mary's Hospital of Niagara Falls dated June 25, 2013; term expires July 31, 2019 with automatic renewals; Buffalo location |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Mt. St. Mary's Hosp. Our Lady of Peace Nursing Home Residence<br>5285 Lewiston Road<br>Lewiston, NY 14092-1942 |
| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Agreement with Neighborhood Health Center dated April 2017 (for Mattina, NW Buffalo, Southtowns and Blasdell locations); term expires 2020 |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Neighborhood Health Center<br>300 Niagara Street<br>Buffalo, NY 14201 |
| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Agreement with Neighborhood Health Center dated April 2017 (for Mattina, NW Buffalo, Southtowns and Blasdell locations); term expires 2020; Syracuse location |
| | State the term remaining | |
| | List the contract number of any | Neighborhood Health Center - Blasdell<br>4233 Lake Avenue<br>Buffalo, NY 14219-1216 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Agreement with Neighborhood Health Center dated April 2017 (for Mattina, NW Buffalo, Southtowns and Blasdell locations); term expires 2020; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Neighborhood Health Center - Mattina 300 Niagara Street Buffalo, NY 14201-2135 |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Agreement with Neighborhood Health Center dated April 2017 (for Mattina, NW Buffalo, Southtowns and Blasdell locations); term expires 2020; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Neighborhood Health Center - NW Buffalo 155 Lawn Avenue Buffalo, NY 14207-1816 |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Agreement with Neighborhood Health Center dated April 2017 (for Mattina, NW Buffalo, Southtowns and Blasdell locations); term expires 2020; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Neighborhood Health Center - Southtowns 151 Elmview Avenue Hamburg, NY 14075-3762 |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Neil Scheier, MD 410 Clifton Springs Professional Park Clifton Springs, NY 14432-1037 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Neurological Associates Albany |
| | List the contract number of any government contract | _____ | 760 Madison Avenue Albany, NY 12208-3464 |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | New Eng. Laser & Cosmetic Surgery Center |
| | List the contract number of any government contract | _____ | 1072 Troy Schenectady Road, STe 101 Latham, NY 12110-1025 |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | NFMMC Emergency Department |
| | List the contract number of any government contract | _____ | 621 10th Street Niagara Falls, NY 14301-1813 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Niagara Falls Memorial Medical Center |
| | List the contract number of any government contract | | 621 10th Street<br>Niagara Falls, NY 14301-1813 |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Norman Meisner, DDS |
| | List the contract number of any government contract | | 225 Fairview Avenue<br>Hudson, NY 12534-1207 |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | North Coast Dental Group |
| | List the contract number of any government contract | | 1875 Hudson Avenue<br>Rochester, NY 14617-5107 |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | North Country Orthopaedics Group<br>1571 Washington Street, STe 202<br>Watertown, NY 13601-9304 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Northeast Orthodontic Associates |
| | List the contract number of any government contract _____ | | 709 N. Main Street Syracuse, NY 13212-1669 |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Northern Litho & Uro Therapies, Inc. |
| | List the contract number of any government contract _____ | | 17 S. 1st Street Fulton, NY 13069-1704 |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Novelis Corporation |
| | List the contract number of any government contract _____ | | 72 Alcan Road Oswego, NY 13126-9999 |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology PC-ALMC Stem Cell |
| | List the contract number of any government contract _____ | | 43 New Scotland Avenue Albany, NY 12208-3412 |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology, PC - ALMC |
| | List the contract number of any government contract _____ | | 43 New Scotland Avenue Albany, NY 12208-3412 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology, PC - Amsterdam |
| | List the contract number of any government contract | _____ | 1700 Riverfront Ctr.<br>Amsterdam, NY 12010-4620 |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology, PC - Patroon Crk |
| | List the contract number of any government contract | _____ | 400 Patroon Creek Blvd.<br>Albany, NY 12206-5013 |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology, PC- Troy |
| | List the contract number of any government contract | _____ | 258 Hoosick Street, Ste 206<br>Troy, NY 12180-2450 |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology, PC-Clifton Pk |
| | List the contract number of any government contract | _____ | 3 Crossing Blvd, Ste 1<br>Clifton Park, NY 12065-4154 |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematology, PC-Rexford |
| | List the contract number of any government contract | _____ | 896 Riverview Road<br>Rexford, NY 12148-1318 |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NY Oncology Hematoloty, PC - Hudson |
| | List the contract number of any | | 69 Prospect Avenue<br>Hudson, NY 12534-2907 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through its County Executive and New York State Industries For The Disabled dated March 2017; and Authorization to Proceed Partnership between NYSID and Clarus Linen Systems and Customer Renewal Option of New Term Contract (Albany County Correctional Facility); term expires December 31, 2018 (with renewal option); Troy location | |
|---|---|---|---|
| | State the term remaining | | NYS Dept of Corrections Training Academy |
| | List the contract number of any government contract | | 1134 New Scotland Road Albany, NY 12208-1041 |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through the Albany County Department of Residential Healthcare Facilities and New York State Industries For The Disabled; and Partnership Customer Price Concurrence between NYSID and Clarus Linens dated May 14, 2018 (Albany County Nursing Home); term expires December 31, 2020 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | NYS Industries For The Disabled |
| | List the contract number of any government contract | | Attn: VP, Contract Administration 11 Columbia Circle Drive Albany, NY 12203 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with the County of Albany acting by and through its County Executive and New York State Industries For The Disabled dated March 2017; and Authorization to Proceed Partnership between NYSID and Clarus Linen Systems and Customer Renewal Option of New Term Contract (Albany County Correctional Facility); term expires December 31, 2018 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | NYS Industries For The Disabled Attn: VP, Contract Administration 11 Columbia Circle Drive Albany, NY 12203 |
| | List the contract number of any government contract | | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center); term expired December 31, 2008 and is now month to month | |
|---|---|---|---|
| | State the term remaining | | NYS Industries For The Disabled Attn: VP, Contract Administration 11 Columbia Circle Drive Albany, NY 12203 |
| | List the contract number of any government contract | | |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | NYS Veteran's Home at Batavia 220 Richmond Avenue Batavia, NY 14020-1227 |
| | List the contract number of any government contract | | |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | O'Connor Medical Group |
| | List the contract number of any government contract | | 3075 Southwestern Blvd., Ste 100 Orchard Park, NY 14127-1236 |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | OrthoSports Orthopedic, Sports & Spine |
| | List the contract number of any government contract | | 3970 Harlem Road Buffalo, NY 14226-4739 |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Oswego County Oppurtunities, Inc. |
| | List the contract number of any government contract | | 10 George Street Oswego, NY 13126-2962 |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Oswego County Urology PC |
| | List the contract number of any government contract | | 17 South First Street Fulton, NY 13069-1704 |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Oswego Hosp Behavioral Health Services |
| | List the contract number of any government contract | | 74 Bunner Street Oswego, NY 13126-3357 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Oswego Hosp Central Square Med Center |
| | List the contract number of any government contract | | 3045 East Avenue Central Square, NY 13036-9502 |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option) | |
|---|---|---|---|
| | State the term remaining | | Oswego Hospital |
| | List the contract number of any government contract | | Attn: Director of Materials Management 110 West Sixth Street Oswego, NY 13126-2507 |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Oswego Hospital Direct Sale |
| | List the contract number of any government contract | | 110 West 6th Street Oswego, NY 13126-2507 |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | | | Oswego Hospital Fulton Medical Center 510 South 4th Street Fulton, NY 13069-2994 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Oswego Hospital Manor at Seneca Hill 20 Manor Drive Oswego, NY 13126-6495 |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Oswego Hospital Scrubs 110 West 6th Street Oswego, NY 13126-2507 |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Oswego Hospital dated January 1, 2015 with Oswego Hospital also including the affiliated Manor at Seneca Hill; term expires 2020 (with renewal option); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Owsego Hospital Operating Room 110 West 6th Street Oswego, NY 13126-2507 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.234. State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract | Paciorek Facial Plastic Surgery 4900 Broad Road, Ste 2D Syracuse, NY 13215-2265 |
| 2.235. State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract | Parkway Pediatric & Adolescent Medicine 353 Island Cottage Road Rochester, NY 14612-2349 |
| 2.236. State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | Paul A. Karpinski, DDS Karpinski & Karpinski |
| List the contract number of any government contract | 183 Genesee Street Auburn, NY 13021-3370 |
| 2.237. State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract | Pediatric Cardiology, LLC 725 Irving Avenue, Ste 804 Syracuse, NY 13210-1682 |
| 2.238. State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any government contract | Pittsford Internal Medicine 59 Monroe Avenue, Ste E Pittsford, NY 14534-1308 |
| 2.239. State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
| State the term remaining | |
| List the contract number of any | Planned Parenthood - Schenectady/Utica 1040 State Street Schenectady, NY 12307-1508 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Linen Service Agreement dated February 23, 2017; term expires 2020 | |
|---|---|---|---|
| | State the term remaining | | Planned Parenthood - Syracuse Center |
| | | | Attn: CFO |
| | List the contract number of any government contract | | 1120 East Genesee Street |
| | | | Syracuse, NY 13210-1912 |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Planned Parenthood - West Seneca |
| | | | 240 Center Road |
| | List the contract number of any government contract | | Buffalo, NY 14224-1947 |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | Clarus Linen Systems Linen Service Agreement dated February 28, 2017; term expires 2020 | |
|---|---|---|---|
| | State the term remaining | | Planned Parenthood-Rochester Center |
| | | | Attn: CFO |
| | List the contract number of any government contract | | 114 University Avenue |
| | | | Rochester, NY 14605-2929 |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Pontiac Nursing Home |
| | | | 303 E. River Road |
| | List the contract number of any government contract | | Oswego, NY 13126-6400 |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Port City Family Medicine, PC |
| | | | 33 E. Schuyler Street |
| | List the contract number of any government contract | | Oswego, NY 13126-1161 |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | | | RadNet Inc. |
| | | | 2259 Clinton Avenue S. |
| | | | Rochester, NY 14618-2623 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Rejha Group<br>23 Railroad Avenue<br>Albany, NY 12205-5910 |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Ridgeview Internal Medicine<br>1850 E. Ridge Road<br>Rochester, NY 14622-2448 |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with River Hospital of Alexandria Bay dated February 15, 2008; term expires February 15, 2013 - contract month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | River Hospital Direct Sale<br>4 Fuller Street<br>Alexandria Bay, NY 13607-1316 |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with River Hospital of Alexandria Bay dated February 15, 2008; term expires February 15, 2013 - contract month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | River Hospital of Alexandria Bay<br>4 Fuller Street<br>Alexandria Bay, NY 13607-1316 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with River Hospital of Alexandria Bay dated February 15, 2008; term expires February 15, 2013 - contract month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | River Hospital Rugs<br>4 Fuller Street<br>Alexandria Bay, NY 13607-1316 |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rochester Community Orthopaedics<br>20 Hagen Drive, Ste 110<br>Rochester, NY 14625-2665 |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rochester Gynecologic & Obstetrics Associates, PC - Lattimore Road<br>125 White Spruce Blvd., Ste 600<br>Rochester, NY 14623-1607 |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rochester Gynecologic & Obstetrics Associates, PC - Pittsford<br>1050 Pittsford Victor Road<br>Pittsford, NY 14534-3812 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | NYS Industries For The Disabled, Inc. Authorization to Proceed with Atlas Health Care Linen Services dated February 22, 2008; Addedum between The State of New York acting by and through the New York State Office of Mental Health and NYSID for modification of Contract Number C008249 effective January 1, 2008; (Rochester Psychiatric Center, Capital District Psychiatric Center and various other locations); term expired December 31, 2008 and is now month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | Rochester Psychiatric Center 1111 Elmwood Avenue Rochester, NY 14620-3005 |
| | List the contract number of any government contract | | |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement dated October 4, 2017 (Buffalo location); Agreement expires October, 2020 | |
|---|---|---|---|
| | State the term remaining | | Rochester Regional Joint Board Local 2607 715 Old Liverpool Road Liverpool, NY 13088 |
| | List the contract number of any government contract | | |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement effective November 1, 2016 (Buffalo location); Agreement expires October 31, 2019 approximately 11 months | |
|---|---|---|---|
| | State the term remaining | | Rochester Regional Joint Board Local 51 4429 Union Road Buffalo, NY 14225 |
| | List the contract number of any government contract | | |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Saratoga Hair Transplant Center 60 Railroad Place, Ste 102 Saratoga Springs, NY 12866-3048 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Saratoga Hospital Clinics<br>211 Church Street<br>Saratoga Springs, NY 12866-1003 |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Sedona Holistic Medical Centre<br>4535 Southwestern Blvd, Ste 801-802<br>Hamburg, NY 14075-1860 |

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Shire at Culverton Adult Home<br>2515 Culver Road<br>Rochester, NY 14609-1751 |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Simmonds, Brady & Loi Oral Surgery<br>19 E. Genesee Street<br>Auburn, NY 13021-4058 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Sisters of Charity Hospital 2157 Main Street Buffalo, NY 14214-2648 |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Buffalo location | |
|---|---|---|---|
| | State the term remaining | | Sisters of Charity St. Joseph Campus 2605 Harlem Road Buffalo, NY 14225-4018 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SJH Cardiology Associates<br>4820 W. Taft Road, Ste 209<br>Liverpool, NY 13088-2806 |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SJH HC Primary Care (6725)<br>321 Gifford Street<br>Syracuse, NY 13204-3201 |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SJH Health Center Cardio Janus (6723)<br>7246 Janus Park Drive<br>Liverpool, NY 13088-4839 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Atlas Health Care Linen Services Co., LLC                                    Case number *(if known)*    18-31753-5
         First Name         Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
| | State the term remaining | | SJH Health Center CSD |
| | List the contract number of any government contract | | 301 Prospect Avenue<br>Syracuse, NY 13203-1807 |
| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
| | State the term remaining | | SJH Health Center Dialysis - Camillus |
| | List the contract number of any government contract | | 5101 W. Genesee Street<br>Camillus, NY 13031-2371 |
| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
| | State the term remaining | | SJH Health Center Hemo - Seneca |
| | List the contract number of any government contract | | 8302 Provo Drive<br>Liverpool, NY 13090-4112 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | SJH Health Center Hyperbaric (7397) 4206 Medical Center Drive Fayetteville, NY 13066-6642 |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | SJH Health Center NE Hemo 4105 Medical Center Drive, Fl 1 Fayetteville, NY 13066-6636 |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | SJH Health Center OPT (7512) 5008 Brittonfield Parkway, Ste 103 East Syracuse, NY 13057-9248 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJH Health Center PAT |
| | List the contract number of any government contract | | 104 Union Avenue, Ste 904 Syracuse, NY 13203-1845 |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC Family Medicine Center (6861) |
| | List the contract number of any government contract | | 301 Prospect Avenue, Ste 601 Syracuse, NY 13203-1807 |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC NE Surgery Center (6836) |
| | List the contract number of any government contract | | 4208 Medical Center Drive Fayetteville, NY 13066-6642 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC North Surgery Center (6835) 5100 W. Taft Road Liverpool, NY 13088-3807 |
| | List the contract number of any government contract | | |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC OB Clinic OBC (6865) 301 Prospect Avenue, Ste 706 Syracuse, NY 13203-1807 |
| | List the contract number of any government contract | | |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC Primary Care - James Street 742 James Street, Fl 2 Syracuse, NY 13203-2017 |
| | List the contract number of any government contract | | |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC RE Dialysis |
| | List the contract number of any government contract | | 973 James Street Syracuse, NY 13203-2524 |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC Sleep Lab - Janus Park |
| | List the contract number of any government contract | | 7246 Janus Park Drive Liverpool, NY 13088-4839 |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJHHC Therapy 4th Floor |
| | List the contract number of any government contract | | 4401 Medical Center Drive Fayetteville, NY 13066-6603 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | SJP Upstate Surgical Group, PC |
| | List the contract number of any government contract | | 5100 W. Taft Road, Ste 2E Liverpool, NY 13088-4841 |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | Service Contract for recycling equipment dated January 23, 2017; contract expires January 2020 with automatic yearly renewals | |
|---|---|---|---|
| | State the term remaining | | Skyline Dynamics, LLC |
| | List the contract number of any government contract | | 1521 Alton Road #478 Miami Beach, FL 33139 |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | SNY Surgery Center |
| | List the contract number of any government contract | | 5781 Bridge Street, Ste 30 East Syracuse, NY 13057-2944 |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Southgate Medical Group |
| | List the contract number of any government contract | | 1026 Union Road Buffalo, NY 14224-3445 |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Spectrum Radiology Associates, PLLC |
| | List the contract number of any government contract | | 1150 Youngs Road, Ste 111 Buffalo, NY 14221-8024 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | St. Elizabeth Medical Center Ancillary 2209 Genesee Street Utica, NY 13501-5930 |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | St. Joseph's Hospital Health Center Attn: COO 301 Prospect Street Syracuse, NY 13203-1807 |
| | List the contract number of any government contract | | |

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement with St. Joseph's Hospital Health Center dated January 1, 2016 (various locations); and Amendment to Services Agreement dated June 1, 2017; term expires May 21, 2020 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | St. Joseph's Physicians 5100 W. Taft Road, Ste 1D Liverpool, NY 13088-3808 |
| | List the contract number of any government contract | | |

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | State of New York Agreement for Linen Supply Services with St. Lawrence Psychiatric Center for period of January 1, 2018 through February 28, 2019; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | St. Lawrence Psychiatric Center Attn: Business Officer 1 Chimney Point Drive Ogdensburg, NY 13669-2212 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number (*if known*) | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | St. Peter's Surgery and Endoscopy Center |
| | List the contract number of any government contract | | 1375 Washington Avenue<br>Albany, NY 12206-1070 |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated September 22, 2012 | |
|---|---|---|---|
| | State the term remaining | | Standard Textile |
| | List the contract number of any government contract | | One Knollcrest Drive<br>Cincinnati, OH 45237 |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | Custom Product Agreement dated December 19, 2016; agreement expired December 19, 2017, with automatic yearly renewals | |
|---|---|---|---|
| | State the term remaining | | Standard Textile |
| | List the contract number of any government contract | | One Knollcrest Drive<br>Cincinnati, OH 45237 |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated April 12, 2013 | |
|---|---|---|---|
| | State the term remaining | | Standard Textile |
| | List the contract number of any government contract | | One Knollcrest Drive<br>Cincinnati, OH 45237 |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | Bag Purchase and Recycling Agreement dated January 19, 2017 for the Syracuse, New York facility | |
|---|---|---|---|
| | State the term remaining | | Streamline Solutions, LLC |
| | List the contract number of any government contract | | P.O. Box 560775<br>Orlando, FL 32856 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | Bag Purchase and Recycling Agreement dated January 19, 2017 for the Troy, New York facility | |
|---|---|---|---|
| | State the term remaining | | Streamline Solutions, LLC |
| | List the contract number of any government contract | | P.O. Box 560775 Orlando, FL 32856 |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | Service Contracting for recycling equipment dated October 8, 2008; contract expired October 2009 with automatic yearly renewal | |
|---|---|---|---|
| | State the term remaining | | Super Link Plastic, Inc. |
| | List the contract number of any government contract | | 888 92nd Avenue Oakland, CA 94603 |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | SYR Penrick Enterprises, Inc. DBA Ricks Rags |
| | List the contract number of any government contract | | 124 Hickory Street Canastota, NY 13032-0030 |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Syracuse Educational Opportunity Center |
| | List the contract number of any government contract | | 100 New Street, Rm 200 Syracuse, NY 13202-3523 |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Syracuse Endoscopy Associates |
| | List the contract number of any government contract | | 739 Irving Avenue, Ste 420 Syracuse, NY 13210-1652 |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | Syracuse Fire Chief Office 900 South State Street Syracuse, NY 13202-3604 |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Syracuse Fire Department - Airport |
| | List the contract number of any government contract | | 1000 Col Eileen Collins Blvd. Syracuse, NY 13212-3903 |
| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Syracuse Surgery Center |
| | List the contract number of any government contract | | 3400 Vickery Road Syracuse, NY 13212-4540 |
| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Syracuse University |
| | List the contract number of any government contract | | 111 Waverly Avenue Syracuse, NY 13210-1722 |
| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement dated October 1, 2016 for Drivers (Syracuse location); Agreement expires September 30, 2019 | |
| | State the term remaining | | Teamster Union Local 294 |
| | List the contract number of any government contract | | 890 3rd Street Albany, NY 12206 |
| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Texas Med Diagnostics, Inc.-Sleep Center |
| | List the contract number of any government contract | | 1000 E. Genesee Street Syracuse, NY 13210-1892 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | The Centers at Camillus |
| | List the contract number of any government contract | | 813 Fay Road |
| | | | Syracuse, NY 13219-3009 |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | Agreement between The Jewish Home of Central New York, Inc. and Northern Health Care Linen Services dated February 1, 2004 and Addendum by and between Menorah Park and Atlas Health Care Linen Services dated 2009; term expires April 30, 2014 - month to month; Syracuse location | |
|---|---|---|---|
| | State the term remaining | | The Jewish Home of Central New York, Inc |
| | List the contract number of any government contract | | Attn: Administrator |
| | | | 4101 East Genesee Streeet |
| | | | Syracuse, NY 13214-2136 |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with The Saratoga Hospital, Inc. dated September 2, 2015 (various locations); term expires November 30, 2020 (with renewal option); Troy location | |
|---|---|---|---|
| | State the term remaining | | The Saratoga Hospital, Inc. |
| | List the contract number of any government contract | | Attn: Director of Facilities |
| | | | 211 Church Street |
| | | | Saratoga Springs, NY 12866 |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Tiffany Genewick, MD |
| | List the contract number of any government contract | | 2741 Transit Road |
| | | | Elma, NY 14059-9036 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Troy | |
|---|---|---|---|
| | State the term remaining | | TR Penrick Enterprises, Inc. - RAGS |
| | List the contract number of any government contract | | P.O. Box 30 |
| | | | Canastota, NY 13032-0030 |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Buffalo | |
|---|---|---|---|
| | State the term remaining | | Tri County Family Medicine |
| | List the contract number of any government contract | | 1 School Street, Ste 107 |
| | | | Gowanda, NY 14070-1143 |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Troy | |
|---|---|---|---|
| | State the term remaining | | Twin Rivers Medical PC |
| | List the contract number of any government contract | | 16 Danforth Street |
| | | | Hoosick Falls, NY 12090-1226 |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | UBMD |
| | List the contract number of any government contract | | 1001 Main Street, FL 4 |
| | | | Buffalo, NY 14203-1009 |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | United Mem Med Center Physical Therapy |
| | List the contract number of any government contract | | 99 Med Tech Drive |
| | | | Batavia, NY 14020-9712 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.316.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location

State the term remaining

List the contract number of any government contract

United Memorial Med Center Primary Care
3 Tountas Avenue, Ste 4
Le Roy, NY 14482-1368

**2.317.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Buffalo location

State the term remaining

List the contract number of any government contract

United Memorial Medical Center
Attn: Dir. of Supply Chain Management
127 North Street
Batavia, NY 14020-1631

**2.318.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location

State the term remaining

List the contract number of any government contract

United Memorial Medical Center
Batavia Family Care
16 Bank Street
Batavia, NY 14020-2250

**2.319.** State what the contract or lease is for and the nature of the debtor's interest

Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location

State the term remaining

List the contract number of any government contract

United Memorial Medical Center
Jerome ARU
16 Bank Street
Batavia, NY 14020-2250

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location | |
| | State the term remaining | | United Memorial Medical Center Jerome Corporate Health 16 Bank Street Batavia, NY 14020-2250 |
| | List the contract number of any government contract | | |
| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location | |
| | State the term remaining | | United Memorial Medical Center Jerome Dietary 16 Bank Street Batavia, NY 14020-2250 |
| | List the contract number of any government contract | | |
| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location | |
| | State the term remaining | | United Memorial Medical Center Jerome Urgent Care Radiology 16 Bank Street Batavia, NY 14020-2250 |
| | List the contract number of any government contract | | |
| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location | |
| | State the term remaining | | United Memorial Medical Center Medina Family Care 11225 Maple Ridge Road Medina, NY 14103-1845 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Atlas Health Care Linen Services Co., LLC                                    Case number *(if known)*   18-31753-5

    First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with United Memorial Medical Center dated September 15, 2014 (various facilities); term expires August 31, 2017 (renewal option to 2019); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | United Memorial Medical Center Medina Women's Care 11225 Maple Ridge Road Medina, NY 14103-1845 |
| | List the contract number of any government contract | | |

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Univ at Buffalo Surgeons-Vascular Surg. 1150 Youngs Road, Ste 108 Buffalo, NY 14221-8024 |
| | List the contract number of any government contract | | |

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Univ. of Rochester Vascular Surgery 30 Hagen Drive, Ste 320 Rochester, NY 14625-2658 |
| | List the contract number of any government contract | | |

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | University Cardiovascular Assoc. 101 Canal Landing Blvd., Ste 8 Rochester, NY 14626-5109 |
| | List the contract number of any government contract | | |

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | University Gastroenterology 1000 E. Genesee Street, Ste 206 Syracuse, NY 13210-1853 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number (if known) | 18-31753-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | University Surgical Associates, LP |
| | List the contract number of any government contract | | 750 E. Adams Street Syracuse, NY 13210-2306 |
| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Upstate Orthopedics Ambulatory Surg. Ctr |
| | List the contract number of any government contract | | 6620 Fly Road, Ste 300 East Syracuse, NY 13057-9717 |
| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Upstate Univ Hosp - Community Campus |
| | List the contract number of any government contract | | 4900 Broad Road Syracuse, NY 13215-2265 |
| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Upstate Univ Hosp CC Sleep Center |
| | List the contract number of any government contract | | 5700 W. Genesee Street Camillus, NY 13031-3200 |
| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Upstate Univ Hosp. CC Contract Labor |
| | List the contract number of any government contract | | 4900 Borad Road Syracuse, NY 13215-2265 |
| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
| | State the term remaining | | Upstate Univ. Hosp. CC Satellites |
| | List the contract number of any | | 4900 Broad Road Syracuse, NY 13215-2265 |

Debtor 1   Atlas Health Care Linen Services Co., LLC _____   Case number *(if known)*   18-31753-5
    First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate Univ. Hospital CC Mops |
| | List the contract number of any government contract | | 4900 Broad Road<br>Syracuse, NY 13215-2265 |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hosp CC<br>Breast Care Center - OHACMS, PC |
| | List the contract number of any government contract | | 4900 Broad Road, Ste 1D<br>Syracuse, NY 13215-2265 |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hosp Lab Coats |
| | List the contract number of any government contract | | 750 E. Adams Street, FL 6<br>Syracuse, NY 13210-2342 |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital<br>Manlius Health Center |
| | List the contract number of any government contract | | 102 W. Seneca Street<br>Manlius, NY 13104-2480 |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital CC<br>Cancer Center - Oneida |
| | List the contract number of any government contract | | 603 Seneca Street, Ste 2<br>Oneida, NY 13421-2653 |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | | | Upstate University Hospital CC<br>Univ Otolaryngology at Fayetteville<br>4304 Medical Center Drive, Ste 304<br>Fayetteville, NY 13066-6625 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital CC University Otolaryngology at Liverpool 5100 W. Taft Road, Ste 3E Liverpool, NY 13088-3809 |
| | List the contract number of any government contract | _____ | |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital CC University Pulmonary & Sleep Medicine 4900 Broad Road, Ste 21 Syracuse, NY 13215-2265 |
| | List the contract number of any government contract | _____ | |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital CC West Outpatient - Velasko Road 4761 Onondaga Blvd. Syracuse, NY 13219-3315 |
| | List the contract number of any government contract | _____ | |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital COG 750 E. Adams Street Syracuse, NY 13210-2306 |
| | List the contract number of any government contract | _____ | |

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Upstate University Hospital Physicians Hematology/Oncology & Rheumatology 1000 E. Genesee Street, Ste 403 13210-1840 |
| | List the contract number of any government contract | _____ | |

Debtor 1   Atlas Health Care Linen Services Co., LLC                              Case number *(if known)*   18-31753-5
         First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | URMC Specialty Services |
| | List the contract number of any government contract | _____ | 3170 West Street, STe 275 Canandaigua, NY 14424-1711 |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | UUH Upstate Cardiology North |
| | List the contract number of any government contract | _____ | 138 E. Genesee Street, Unit 2 Baldwinsville, NY 13027-2720 |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | UUH Upstate Cardiology West |
| | List the contract number of any government contract | _____ | 5700 W. Genesee Street, Ste 128 Camillus, NY 13031-3206 |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Vascular Surgeons of CNY |
| | List the contract number of any government contract | _____ | 104 Union Avenue, #1003-1004 Syracuse, NY 13203-1843 |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Vega Aesthetic & Reconstructive Surgery |
| | List the contract number of any government contract | _____ | 1050 Pittsford Victor Road, Ste B Pittsford, NY 14534-3812 |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | VET Direct Sale |
| | List the contract number of any | | 220 Richmond Avenue Batavia, NY 14020-1227 |

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement between Western New York Purchasing Alliance and its participating hospitals (as listed on Schedule A - Participating Hospital Agreements) and Sodexo Laundry Services, Inc. dated August 13, 2010; Assignment and Assumption Agreement by and among Altus Management, LLC (successor by name change to Western New York Purchasing Alliance), Sodexo Laundry Services, Inc. and Atlas Health Care Linen Services Co, LLC dated April 11, 2013; Term expires January 1, 2015 (with renewal options); Syracuse location | |
|---|---|---|---|
| | State the term remaining | | WCHOB Women's OB/GYN Health Center |
| | List the contract number of any government contract | | 462 Grider Street Buffalo, NY 14215-3021 |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Wesley Gardens Direct Sale |
| | List the contract number of any government contract | | 3 Upton Park Rochester, NY 14607-1500 |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Syracuse | |
|---|---|---|---|
| | State the term remaining | | Wesley Gardens Nursing Home |
| | List the contract number of any government contract | | 3 Upton Park Rochester, NY 14607-1500 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                 Best Case Bankruptcy

| Debtor 1 | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.355.　State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Whittier Health Services Inc. as receiver for Hudson Valley Care Centers, Inc. d/b/a Whittier Rehabilitation & Skilled Nursing Center and d/b/a Whittier Place dated August 25, 2016; term expires October 17, 2019 (with 1 year renewal option) |
| 　　　State the term remaining | |
| 　　　List the contract number of any government contract | Whittier Health Services, Inc.<br>25 Railroad Square<br>Haverhill, MA 01832 |
| 2.356.　State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Whittier Health Services Inc. as receiver for Hudson Valley Care Centers, Inc. d/b/a Whittier Rehabilitation & Skilled Nursing Center and d/b/a Whittier Place dated August 25, 2016; term expires October 17, 2019 (with 1 year renewal option); Troy location |
| 　　　State the term remaining | |
| 　　　List the contract number of any government contract | Whittier Place Assisted Living Center<br>30 Whittier Way<br>Ghent, NY 12075-3213 |
| 2.357.　State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Whittier Health Services Inc. as receiver for Hudson Valley Care Centers, Inc. d/b/a Whittier Rehabilitation & Skilled Nursing Center and d/b/a Whittier Place dated August 25, 2016; term expires October 17, 2019 (with 1 year renewal option); Troy location |
| 　　　State the term remaining | |
| 　　　List the contract number of any government contract | Whittier Rehab & Skilled Nursing Center<br>1 Whittier Way<br>Ghent, NY 12075-3213 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Atlas Health Care Linen Services Co., LLC _____   Case number *(if known)*   18-31753-5
          First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.358.   State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Customer Contract;
Syracuse

William H. Stephan, PC
4080 Delaware Avenue
Tonawanda, NY 14150-6848

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Atlas Health Care Linen Services Co., LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   18-31753-5

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
<div align="right">12/15</div>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 Alliance Laundry & Textile Service, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | GGG Partners, LLC,as Liquidating Trustee | ☐ D _____<br>■ E/F ___3.120___<br>☐ G _____ |
| 2.12 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Atlas Health Care Linen Services Co., LLC | | Case number *(if known)* | 18-31753-5 |
|---|---|---|---|---|

## █ Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.13 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Atlas Health Care Linen Services Co., LLC | Case number *(if known)* | 18-31753-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.21 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D __2.5__  ☐ E/F ____  ☐ G ____ |
| 2.22 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | ACN Companies, LLC | ☐ D ____  ■ E/F __3.7__  ☐ G ____ |
| 2.23 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.1__  ☐ E/F ____  ☐ G ____ |
| 2.24 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.2__  ☐ E/F ____  ☐ G ____ |
| 2.25 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.3__  ☐ E/F ____  ☐ G ____ |
| 2.26 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.4__  ☐ E/F ____  ☐ G ____ |
| 2.27 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D __2.5__  ☐ E/F ____  ☐ G ____ |
| 2.28 | Centerstone Linen Services LLC | 60 Grider Street Buffalo, NY 14215 | 60 Grider LLC | ☐ D ____  ☐ E/F ____  ■ G __2.2__ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re    Atlas Health Care Linen Services Co., LLC                 Case No.    18-31753-5

                                               Debtor(s)              Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):      See Disclosure of Compensation for Centerstone Linen Services, LLC (Chapter 11 Case No. 18-31754)

3.    The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         Negotiate with all creditors, including secured creditors, unsecured creditors, taxing authorities and other government agencies concerning claim treatment, negotiate with prospective purchasers, administer sale of assets under section 363 of the Bankruptcy Code, negotiate use of cash collateral, prepare chapter 11 plans and disclosure statements and all matters to property administer chapter 11 cases.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| January 11, 2019 | /s/  Stephen A. Donato |
| *Date* | Stephen A. Donato |
| | *Signature of Attorney* |
| | Bond, Schoeneck & King, PLLC |
| | One Lincoln Center |
| | Syracuse, NY 13202 |
| | (315) 218-8000   Fax: (315) 218-8100 |
| | sdonato@bsk.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
### Northern District of New York

In re   Atlas Health Care Linen Services Co., LLC        Case No.   18-31753-5

                         Debtor(s)        Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Centerstone Linen Services, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | | | 100% Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 11, 2019           Signature   /s/ John Giardino

                                            John Giardino

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

| In re | Atlas Health Care Linen Services Co., LLC | | Case No. | 18-31753-5 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Atlas Health Care Linen Services Co., LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Centerstone Linen Services, LLC
60 Grider Street
Buffalo, NY 14215

☐ None [*Check if applicable*]

| January 11, 2019 | /s/ Stephen A. Donato |
|---|---|
| Date | Stephen A. Donato |
| | Signature of Attorney or Litigant |
| | Counsel for   Atlas Health Care Linen Services Co., LLC |
| | Bond, Schoeneck & King, PLLC |
| | One Lincoln Center |
| | Syracuse, NY 13202 |
| | (315) 218-8000 Fax:(315) 218-8100 |
| | sdonato@bsk.com |