**Fill in this information to identify the case:**

Debtor name _Alliance Laundry & Textile Service, LLC_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF NEW YORK_

Case number (if known) _18-31755-5_

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _January 11, 2019_          **X** /s/ John Giardino
                                          Signature of individual signing on behalf of debtor

                                          John Giardino
                                          Printed name

                                          Chief Executive Officer
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Alliance Laundry & Textile Service, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31755-5

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $     0.00

   1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................   $     9,044,711.88

   1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................   $     9,044,711.88

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................   $     21,925,384.50

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     170,277.24

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$     3,967,677.39

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b    $     26,063,339.13

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Alliance Laundry & Textile Service, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31755-5

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.    Security Deposit for lease with Willingham 1631, LLC (EastPoint location)      $40,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.    Prepayment for sales tax (EastPoint location) paid to Georgia Department of Revenue      $5,480.09

9.    **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      | $45,480.09 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(If known)* 18-31755-5 |
|---|---|---|
| | Name | |

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 1,511,452.90 | - | 45,343.59 | = .... | $1,466,109.31 |

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | | 1,894,548.13 | - | 999,586.72 | =.... | $894,961.41 |

| 12. | **Total of Part 3.** | $2,361,070.72 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Linens in service (Spartanburg location) | | $0.00 | | $743,411.95 |
| | Linens in service (Tri-State location) | | $0.00 | | $590,655.66 |
| | Linens in service (EastPoint location) | | $0.00 | | $760,626.45 |

| 23. | **Total of Part 5.** | $2,094,694.06 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value              0.00  Valuation method                            Current Value              87,215.32

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(If known)* | 18-31755-5 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Miscellaneous desks, chairs and other related office furniture | $0.00 | | $1,000.00 |
| 40. | **Office fixtures**<br>Miscellaneous fixtures, HVAC system, boilers and related fixutres | $0.00 | | $5,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Miscellaneous office equipment, computer, printers, time clocks, employee lockers, telephone system and related equipment | $0.00 | | $1,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $7,000.00 |
|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(If known)* 18-31755-5 |
|---|---|---|
| | Name | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Miscellaneous machinery, fixtures and equipment used in the Debtor's business operations consisting of ironers, washers, folders, compressors, dryers and other related equipment | $4,536,467.01 | Book value | $4,536,467.01 |

| | |
|---|---|
| **51.**    **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $4,536,467.01 |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Lease of real property located at 355 Old Greenville Road, Spartanburg, South Carolina | Debtor is lessee | $0.00 | | $0.00 |
| 55.2.   Lease of real property located at 1631 Willingham Drive, East Point, Georgia | Debtor is lessee | $0.00 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(If known)* 18-31755-5 |
|---|---|---|
| | Name | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** www.claruslinens.com | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(If known)* 18-31755-5 |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,480.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,361,070.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,094,694.06 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,536,467.01 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,044,711.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,044,711.88 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Alliance Laundry & Textile Service, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF NEW YORK__

Case number (if known) __18-31755-5__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** HSBC Bank USA, National Association<br>_Creditor's Name_<br><br>452 Fifth Avenue<br>New York, NY 10018<br>_Creditor's mailing address_<br><br>_Creditor's email address, if known_<br><br>**Date debt was incurred**<br>October 29, 2013<br>**Last 4 digits of account number** 6392<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,000,000.00 | Unknown |
| **2.2** HSBC Bank USA, National Association<br>_Creditor's Name_<br><br>452 Fifth Avenue<br>New York, NY 10018<br>_Creditor's mailing address_<br><br>_Creditor's email address, if known_<br><br>**Date debt was incurred**<br>October 29, 2013<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | $2,500,000.00 | Unknown |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 9

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if know) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

6376

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | HSBC Bank USA, National Association | | | |
|---|---|---|---|---|

Creditor's Name

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6200

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

**Describe the lien**
Revolving Line of Credit

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,076,734.21        Unknown

---

| 2.4 | HSBC Bank USA, National Association | | | |
|---|---|---|---|---|

Creditor's Name

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6400

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

**Describe the lien**
Term Debt B

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$920,625.00        Unknown

---

| 2.5 | HSBC Bank USA, National Association | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$1,428,025.29        Unknown

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interests and other related personal and real property

**Describe the lien**
Equipment Line of Credit

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6418

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | IPA One | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ScrubEx 128 Dispensers, ScrubEx 128 Remote Receivers, Packers, Video Equipment and web-based management software

**Describe the lien**
Lease/Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
September 25, 2012

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | IPA One | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ScrubEx LV Dispenser/Receiver Unit, Packer, and Video

**Describe the lien**
Lease/Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
February 27, 2014

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| | |
|---|---|
| Debtor | Alliance Laundry & Textile Service, LLC |
| | Name |

Case number (if know)    18-31755-5

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | IPA One | | |
|---|---|---|---|

Creditor's Name

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

July 23, 2014

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

ScrubEx 128 Remote Receiver with Packer and Video; ScrubEx LV Dispenser; ScrubEX SV48 Dispenser/Receiver and Video

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.9 | IPA One | | |
|---|---|---|---|

Creditor's Name

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

January 9, 2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

ScrubEx LV Dispenser and ScrubEx LV Remote Receiver, Packer, Video, Factory Re-Certified

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.1 0 | IPA One | | |
|---|---|---|---|

Creditor's Name

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

ScrubEx MV Dispenser/Receiver Unit, Packer, Video; ScrubEx LV Dispenser; ScrubEx LV Remote Receiver, Packer, Video

**Describe the lien**

Lease/Security Interest

Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 9

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if know) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| January 9, 2015 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | MB Financial Bank, N.A. | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | 16111 North River Road Rosemont, IL 60018 | ScrubEx 128 Remote Receiver with Packer and Video; ScrubEx LV Dispenser; Scrub EX SV48 Dispenser/Receiver and Video | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Lease/Security Interest | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | July 23, 2014 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.12 | Med One Capital Funding, LLC | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | 10712 South 1300 East Sandy, UT 84094 | ScrubEx 128 Dispensers, ScrubEx 128 Remote Receivers, Packers, Video Equipment and web-based management software | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Lease/Security Interest | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | September 25, 2012 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if know) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | Med One Capital Funding, LLC | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
February 27, 2014
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
ScrubEx MV Dispenser/Receiver Unit, Packer, and Video

**Describe the lien**
Lease/Security Interest
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | Med One Capital Funding, LLC | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
July 23, 2014
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
ScrubEx 128 Remote Receiver with Packer and Video; ScrubEx LV Dispenser; Scrub EX SV48 Dispenser/Receiver and Video

**Describe the lien**
Lease/Security Interest
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Med One Capital Funding, LLC | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

10712 South 1300 East
Sandy, UT 84094

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ScrubEx LV Dispenser and ScrubEx LV Remote Receiver, Packer, Video, Factory Re-Certified

**Describe the lien**
Lease/Security Interest

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 9

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if know) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

January 9, 2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | Med One Capital Funding, LLC | | Unknown | Unknown |
|---|---|---|---|---|

**Creditor's Name**

10712 South 1300 East
Sandy, UT 84094

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

ScrubEx MV Dispenser/Receiver Unit, Packer, Video; ScrubEx LV Dispenser; ScrubEx LV Remote Receiver, Packer, Video

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

January 9, 2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | Optum Bank, Inc. | | Unknown | Unknown |
|---|---|---|---|---|

**Creditor's Name**

2525 Park Boulevard
Salt Lake City, UT 84120

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

ScrubEx MV Dispenser/Receiver Unit, Packer, and Video

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

February 27, 2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 7 of 9 |
|---|---|---|

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if know) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**2.18**

**Optumhealth Bank, Inc.**
Creditor's Name

2525 Lake Park Boulevard
Salt Lake City, UT 84120
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
September 25, 2012
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
ScrubEx 128 Dispensers, ScrubEx 128 Remote Receivers, Packers, Video Equipment and web-based management software

**Describe the lien**
Lease/Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

**2.19**

**Prime Alliance Bank**
Creditor's Name

1868 South 500 West
Woods Cross, UT 84087
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
September 25, 2012
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
ScrubEx 128 Dispensers, ScrubEx 128 Remote Receivers, Packers, Video Equipment and web-based management software

**Describe the lien**
Lease/Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

**2.20**

**Prime Alliance Bank**
Creditor's Name

1868 South 500 West
Woods Cross, UT 84087
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
ScrubEx MV Dispenser/Receiver Unit, Packer, and Video

**Describe the lien**
Lease/Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Unknown    Unknown

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if know) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

February 27, 2014

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $21,925,384.50 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| HSBC Bank USA, National Association<br>c/o Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | Line   2.1 | |
| IPA One<br>c/o CT Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line   2.6 | |
| Med One Capital Funding, LLC<br>c/o CT Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line   2.12 | |
| Optumhealth Bank, Inc.<br>c/o CT Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line   2.18 | |
| Prime Alliance Bank<br>c/o CT Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line   2.19 | |
| Prime Alliance Bank<br>c/o CT Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Line   2.20 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 9

**Fill in this information to identify the case:**

Debtor name ___Alliance Laundry & Textile Service, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) ___18-31755-5___

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>City of Anderson<br>Business License Office<br>601 South Main Street<br>Anderson, SC 29624 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,907.44 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Rents and property tax (Spartanburg location) | | |
| | Last 4 digits of account number __7798__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>City of East Point<br>1526 East Forrest Avenue, Suite 400<br>East Point, GA 30344 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,470.86 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and Property Tax (East Point location) | | |
| | Last 4 digits of account number __4789__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Alliance Laundry & Textile Service, LLC | | Case number (if known) | 18-31755-5 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,768.39 | Unknown |
|---|---|---|---|---|

| | City of Spartanburg | *Check all that apply.* | | |
| | 1450 W. Broad Street | ☐ Contingent | | |
| | Spartanburg, SC 29304 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Rent and property tax (Spartanburg location) |

| | Last 4 digits of account number 2753 | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | Floyd County Tax Commissioner | *Check all that apply.* | | |
| | 4 Government Plaza, Suite 109 | ☐ Contingent | | |
| | Floyd County Historic Courthouse | ☐ Unliquidated | | |
| | Rome, GA 30161 | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Notice only (East Point location) |

| | Last 4 digits of account number Alliance | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,669.61 | Unknown |
|---|---|---|---|---|

| | Fulton County Tax Commissioner | *Check all that apply.* | | |
| | 141 Pryor Street SW | ☐ Contingent | | |
| | Atlanta, GA 30303 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Rent and property tax (East Point location) |

| | Last 4 digits of account number 4789 | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | Georgia Department of Revenue | *Check all that apply.* | | |
| | Bankruptcy Section | ☐ Contingent | | |
| | 1800 Century Blvd., NE, Ste 9100 | ☐ Unliquidated | | |
| | Atlanta, GA 30345-3208 | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Notice only (Austell and Eastpoint locations) |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|--------|------------------------------------------|-------------------------|------------|
|        | Name                                     |                         |            |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|-----------------------------------------------|------------------------------------------------|-------|-------|

**2.7**

Priority creditor's name and mailing address
Georgia Department of Revenue
Attn: Payroll Tax
148 Andrew Young International Blvd.
Atlanta, GA 30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8**

Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9**

Priority creditor's name and mailing address
S.C. Department of Revenue and Taxation
P.O. Box 12265
Columbia, SC 29211-9979

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10**

Priority creditor's name and mailing address
Spartanburg County Treasurer
366 North Church Street, #300
Spartanburg, SC 29303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80,460.94    Unknown

Date or dates debt was incurred

Basis for the claim:
Real property taxes

Last 4 digits of account number 3703

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | | |
|---|---|---|---|
| Debtor | Alliance Laundry & Textile Service, LLC | | |
| | Name | Case number *(if known)* | 18-31755-5 |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.11 | Priority creditor's name and mailing address

U.S. Securities and Exchange
Commission
Office of Reorganization
950 East Paces Ferry Road, NE,
Suite 900
Atlanta, GA 30326-1382

**Date or dates debt was incurred**

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>A-1 Products Inc.<br>P.O. Box 8347<br>Birmingham, AL 35118<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Notice only (East Point location)<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | $0.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A-1 Products, Inc.<br>1235 E. Kennestone Circle<br>Marietta, GA 30066<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number**  3271 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Rentals and repairs (Spartanburg location)<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | $122.91 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ACA Enterprises<br>870 North Woodland Avenue<br>Clyde, OH 43410<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Linens (Spartanburg location)<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,857.44 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ACA Enterprises<br>870 North Woodland Avenue<br>Clyde, OH 43410<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Linens (East Point location)<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $26,881.73 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>ACA Enterprises<br>870 North Woodland Avenue<br>Clyde, OH 43410<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Linens (Tri-State location)<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,371.29 |

| Debtor | Alliance Laundry & Textile Service, LLC | | Case number (if known) | 18-31755-5 |
|--------|------------------------------------------|--|------------------------|-----------|
| | Name | | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>AFLAC<br>Worlwide Headquarters<br>1932 Wynnton Road<br>Columbus, GA 31999 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (East Point location) | |
| | **Last 4 digits of account number** X977 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Airgas USA, LLC<br>630 Buffington Road<br>Piedmont, SC 29673 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Spartanburg location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Alarm Systems, Inc.<br>P.O. Box 2732<br>Rome, GA 30164-2732 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $860.00 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Facility Maintenance (East Point location) | |
| | **Last 4 digits of account number** 1130 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>American Associated Cos., Inc.<br>P.O. Box 142039<br>Fayetteville, GA 30214 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $253,843.21 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Linens (Spartanburg location) | |
| | **Last 4 digits of account number** ASPA | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>American Associated Cos., Inc.<br>P.O. Box 142039<br>Fayetteville, GA 30214 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $149,722.05 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Linens (East Point location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>American Associated Cos., Inc.<br>116 Bethea Road, Ste 424<br>Fayetteville, GA 30214 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122,578.74 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Linens (Tri-State location) | |
| | **Last 4 digits of account number** AALB | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Amtech Industrial Supply, LLC<br>745 Trabert Avenue NW<br>Atlanta, GA 30318 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,566.32 |
|-----|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (East Point location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address**
Applied Industrial Technologies
337 S. Erwin Street
Cartersville, GA 30120-3913

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8908_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$2,002.12

---

**3.14** | **Nonpriority creditor's name and mailing address**
Atlanta Sprinkler Inspection
P.O. Box 929
Dacula, GA 30019-0929

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4507_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$335.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
Atlas Copco Compressors LLC
92 Interstate Drive
West Springfield, MA 01089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1653_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$6,897.37

---

**3.16** | **Nonpriority creditor's name and mailing address**
Banks Boiler Service, Inc.
P.O. Box 50608
Albany, GA 31703-0608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.17** | **Nonpriority creditor's name and mailing address**
Bearing Distributors, Inc.
P.O. Box 887
Columbia, SC 29202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
Bearings and Drives, Inc.
P.O. Box 116733
Atlanta, GA 30368-6733

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3913_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.19** | **Nonpriority creditor's name and mailing address**
Boiler Supply Company
P.O. Box 40225
Nashville, TN 37204-0225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1680_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$3,733.76

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 |
|---|---|---|---|

Boyce Lee Blackwood III
230 Humphries Road
Cowpens, SC 29330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

C. J. Compton Plumbing & Heating, Inc.
7606 Prince Street
Spartanburg, SC 29303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Caduceus Occupational
535 N. Central Ave.
Atlanta, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  Alliance

Basis for the claim:  Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Camp Industries, Inc.
P.O. Box 833
38 Superior Drive
Rome, GA 30161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  ALLIANCE

Basis for the claim:  Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,432.00 |
|---|---|---|---|

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7001

Basis for the claim:  IT related (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,267.64 |
|---|---|---|---|

Captain Vending Services
471 N. Sessions Street NW
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  Alliance

Basis for the claim:  Office supplies (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|---|

Carolina Occupational Healthcare, LLC
1715 Blanding Street
Columbia, SC 29201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Recruiting and pre-employment (Austell location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $720.00 |
|---|---|---|---|
| | Carolina Technical Services, Inc. | ☐ Contingent | |
| | P.O. Box 268 | ☐ Unliquidated | |
| | China Grove, NC 28023 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Spartanburg location) | |
| | **Last 4 digits of account number** 7102 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Carson's Nut-Bolt & Tool Co., Inc. | ☐ Contingent | |
| | P.O. Box 3629 | ☐ Unliquidated | |
| | Greenville, SC 29608-3629 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only (Spartanburg location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,652.04 |
|---|---|---|---|
| | CC Boiler Sales & Service, Inc. | ☐ Contingent | |
| | P.O. Box 561745 | ☐ Unliquidated | |
| | Charlotte, NC 28256 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs (Spartanburg location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $346.94 |
|---|---|---|---|
| | Charter Communications | ☐ Contingent | |
| | P.O. Box 742614 | ☐ Unliquidated | |
| | Cincinnati, OH 45274-2614 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** IT related (Spartanburg location) | |
| | **Last 4 digits of account number** 8803 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,750.39 |
|---|---|---|---|
| | Chase Professionals | ☐ Contingent | |
| | Tyler Staffing Services, Inc. | ☐ Unliquidated | |
| | P.O. Box 534501 | ☐ Disputed | |
| | Atlanta, GA 30353-4501 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Temp labor (East Point location) | |
| | **Last 4 digits of account number** 2404 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,966.30 |
|---|---|---|---|
| | Chem-Aqua | ☐ Contingent | |
| | P.O. Box 152170 | ☐ Unliquidated | |
| | Irving, TX 75015 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Chemicals (Spartanburg location) | |
| | **Last 4 digits of account number** 9964 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,528.93 |
|---|---|---|---|
| | Chem-Aqua | ☐ Contingent | |
| | 23261 Network Place | ☐ Unliquidated | |
| | Chicago, IL 60673-1232 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Chemicals (East Point location) | |
| | **Last 4 digits of account number** 9675 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address**
Chief Fire Protection Company
689 Whitehall Street, SW
Atlanta, GA 30310

**Date(s) debt was incurred** _

**Last 4 digits of account number**  ALLIANCE LTS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Facility maintenance (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$570.20

---

**3.35** | **Nonpriority creditor's name and mailing address**
Cintas - EP
1705 Corporate Drive, Suite 440
Norcross, GA 30093

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8527

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$304.16

---

**3.36** | **Nonpriority creditor's name and mailing address**
Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263-0803

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4843

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

$6,589.83

---

**3.37** | **Nonpriority creditor's name and mailing address**
CIT
21146 Network Place
Chicago, IL 60673-1211

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Leased equipment (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$1,905.06

---

**3.38** | **Nonpriority creditor's name and mailing address**
City Electric Supply
P.O. Box 71465
North Charleston, SC 29415

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.39** | **Nonpriority creditor's name and mailing address**
City of Albany
Attn: Finance Department
P.O. Box 447, Suite 460
Albany, GA 31702-0447

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4166

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.40** | **Nonpriority creditor's name and mailing address**
City of East Point
2791 East Point Street
East Point, GA 30344-3239

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9274

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$115,425.99

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Combustion Services, Inc.<br>101 Mountain Ridge<br>Industrial Park<br>Taylors, SC 29687 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice only (Spartanburg location) | |
| | **Last 4 digits of account number**  Clarus | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Commercial Trailer Leasing, Inc.<br>103 Eisenhower Parkway, Suite 300<br>Roseland, NJ 07068 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,653.93 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Delivery (East Point location) | |
| | **Last 4 digits of account number**  1002 | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Commercial Trailer Leasing, Inc.<br>103 Eisenhower Parkway, Suite 300<br>Roseland, NJ 07068 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $590.88 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Delivery  (Spartanburg location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Computer Software Architects LLC<br>601 21st Street, Suite 300<br>Vero Beach, FL 32960 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,120.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  IT related (Tri-State location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Computer Software Architects LLC<br>601 21st Street, Suite 300<br>Vero Beach, FL 32960 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,540.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  IT related  (East Point location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Computer Software Architects LLC<br>601 21st Street, Suite 300<br>Vero Beach, FL 32960 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,420.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  IT services (Spartanburg location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Concentra Medical Centers<br>P.O. Box 82730<br>Hapeville, GA 30354 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135.50 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Recruiting and pre-employment (Austell location) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Consolidated International Corp.
P.O. Box 3428
Rancho Palos Verdes, CA 90275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,169.31 |
|---|---|---|---|

Constellation NewEnergy
P.O. Box 5473
Carol Stream, IL 60197-5473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,221.84 |
|---|---|---|---|

Crothall Laundry Services, Inc.
901 RA Dent Boulevard
Augusta, GA 30901-5112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6433

**Basis for the claim:** Outside processing (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,850.00 |
|---|---|---|---|

Crowe Lawn Care LLC
6 Maplelane Street
Spartanburg, SC 29301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Facility maintenance (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $814.08 |
|---|---|---|---|

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9865

**Basis for the claim:** Leased equipment (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $336.66 |
|---|---|---|---|

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Leased equipment (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28.00 |
|---|---|---|---|

Directv
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services provided

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $571.00 |
|---|---|---|---|

Dival Safety Equipment, Inc.
1721 Niagara Street
Buffalo, NY 14207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  6093

Basis for the claim:  Other production expenses (Spartanburg and East Point location)

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,894.71 |
|---|---|---|---|

Diversified Plastics, Inc.
1309 Highway 917 West
Latta, SC 29565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Other production expenses (Spartanburg location)

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,730.34 |
|---|---|---|---|

Duke Energy
P.O. Box 70515
Charlotte, NC 28272-0515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Utilities  (Spartanburg location)

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Eastern Industrial Supplies, Inc.
P.O. Box 75106
Charlotte, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Notice only (Spartanburg location)

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,612.43 |
|---|---|---|---|

Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  0101

Basis for the claim:  Services provided (Spartanburg location)

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $861.00 |
|---|---|---|---|

Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  5422

Basis for the claim:  Linens (Spartanburg location)

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $550.00 |
|---|---|---|---|

EPS Plumbing Services, LLC
2076 Montgomery Drive
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Rentals and repairs (East Point location)

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

ExperCare
Attn: Billing Department
P.O. Box 2233
Loves Park, IL 61131-2233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Austell location)

**Last 4 digits of account number**  2455

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,123.11 |
|---|---|---|---|

Express Services, Inc.
P.O. Box 535434
Atlanta, GA 30353-5434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Delivery (Spartanburg location)

**Last 4 digits of account number**  0427

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,563.92 |
|---|---|---|---|

Fashion Seal Uniforms
P.O. Box 748000
Cincinnati, OH 45274-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Linens (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,085.74 |
|---|---|---|---|

Fashion Seal Uniforms
P.O. Box 748000
Cincinnati, OH 45274-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Linens (East Point location)

**Last 4 digits of account number**  3808

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,893.60 |
|---|---|---|---|

Fashion Seal Uniforms
P.O. Box 748000
Cincinnati, OH 45274-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Linens (Austell location)

**Last 4 digits of account number**  3808

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,064.96 |
|---|---|---|---|

Fashion Seal Uniforms
P.O. Box 636822
Cincinnati, OH 45263-6822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Linens (Tri-State location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,037.84 |
|---|---|---|---|

Fastenal Company
604A & 604B Cordell Drive
College Park, GA 30349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Other production expenses (East Point location)

**Last 4 digits of account number**  0937

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fastenal Industrial & Construction Supp.
P.O. Box 1286
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $357.02 |
|---|---|---|---|

FedEx
P.O. Box 223125
Pittsburgh, PA 15251-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0361

**Basis for the claim:** Delivery (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,932.23 |
|---|---|---|---|

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5873

**Basis for the claim:** Delivery (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1424

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $749.93 |
|---|---|---|---|

Forklift Services, LLC
P.O. Box 160880
Boiling Springs, SC 29316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $706.20 |
|---|---|---|---|

Fowler Brothers Cleaners & Laundry
614 North Church Street
Spartanburg, SC 29303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Outside processing (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,025.17 |
|---|---|---|---|

G & K Services
6030 Lagrange Blvd.
Atlanta, GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0401

**Basis for the claim:** Benefits (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|--------|------------------------------------------|-------------------------|------------|
|        | Name                                     |                         |            |

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,308.39

G-Five, Inc.
297-H Garlington Road
Greenville, SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2980

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

G. A. Braun, Inc.
Department No. 309
P.O. Box 8000
Buffalo, NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,075.21

GE Capital
P.O. Box 105710
Atlanta, GA 30348-5710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8717

**Basis for the claim:** IT related (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Grady Health System
80 Jesse Hill Jr. Drive S.E.
Atlanta, GA 30303-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,347.23

Grainger
730 Congaree Road
Greenville, SC 29607-3598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,944.44

Grainger
5300 Frontage Road
Forest Park, GA 30297-2516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6406

**Basis for the claim:** Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Grainger
Dept. 848866406
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6406

**Basis for the claim:** Notice only (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Harley's Electronics, Inc.
1093 Asheville Highway
Spartanburg, SC 29303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401,452.06 |
|---|---|---|---|

Hospital Services, Inc.
2751 The Boulevard
Columbia Industrial Park
Columbia, SC 29209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Outside processing (Austell location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,655.29 |
|---|---|---|---|

Humbleton Industrial
49 Duncan Circle
Sunny Industrial Park
Hiram, GA 30141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (East Point location)

**Last 4 digits of account number**  Allian

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,835.49 |
|---|---|---|---|

Hygiena, LLC
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Recruiting and pre-employment (Spartanburg location)

**Last 4 digits of account number**  1822

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,867.74 |
|---|---|---|---|

Hygiena, LLC
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Recruiting and pre-employment (East Point location)

**Last 4 digits of account number**  1822

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,443.10 |
|---|---|---|---|

Hygiena, LLC
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Recruiting and pre-employment (Tri-State location)

**Last 4 digits of account number**  1822

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Illingworth Engineering Company
6855 Phillips Parkway Drive South
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Tri-State location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,281.15 |
|---|---|---|---|

Integra Business Alternatives LLC
P.O. Box 4932
Albany, GA 31706

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _910_

Basis for the claim: _Temp labor (Tri-State location); action pending_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,394.50 |
|---|---|---|---|

Interstate Nationalease
2700 Palmyra Road
Albany, GA 31707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3000_

Basis for the claim: _Delivery (Tri-State location)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198.06 |
|---|---|---|---|

Jackson-Hirch, Inc.
700 Anthony Trail
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4537_

Basis for the claim: _Rentals and repairs  (East Point location)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Jensen USA, Inc.
Dept. CH 19533
Palatine, IL 60055-9533

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1467_

Basis for the claim: _Notice only (East Point location)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kaeser Compressors
P.O. Box 946
Fredericksburg, VA 22404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Notice only (East Point location)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $204.48 |
|---|---|---|---|

Key Office Solutions
841 California Avenue
Spartanburg, SC 29303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _324_

Basis for the claim: _Office supplies (Spartanburg location)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

Laboratory Corp. of America Holding
P.O. Box 12140
Burlington, NC 27216-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Recruiting and pre-employment (East Point location)_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Lavatec Laundry Technologies, Inc.
P.O. Box 215
49 Lancaster Drive
Beacon Falls, CT 06403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Spartanburg and Tri-State locations)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,926.27 |
|---|---|---|---|

Leaf
P.O. Box 742647
Cincinnati, OH 45274-2647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Office Supplies (East Point location)

**Last 4 digits of account number**  7003

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,263.20 |
|---|---|---|---|

Leaf - 004
P.O. Box 742647
Cincinnati, OH 45274-2647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Office supplies (East Point location)

**Last 4 digits of account number**  7004

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

M & J Machine, Inc.
P.O. Box 5993
Spartanburg, SC 29304-5993

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Maxi-Press Elastomeric, Inc.
80 Turnpike Drive, Suite 4
Middlebury, CT 06762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (East Point location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,862.03 |
|---|---|---|---|

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $874.97 |
|---|---|---|---|

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (East Point location)

**Last 4 digits of account number**  9500

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

McNaughton-McKay Electric Co.
P.O. Box 890976
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,784.32

Med One Capital Funding, LLC
P.O. Box 708278
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0526

**Basis for the claim:**  Leased equipment (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $173.63

Mediacom Business
1104 N. Westover Boulevard
Albany, GA 31707-6626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8280

**Basis for the claim:**  Marketing (Tri-State location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8836

**Basis for the claim:**  Notice only (East Point and Tri-State locations)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,146.19

Medline Industries Inc.
Box 382075
Pittsburgh, PA 15251-8075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2273

**Basis for the claim:**  Linens (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Morrisette Paper Company, Inc.
P.O. Box 890982
Charlotte, NC 28289-0982

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice only (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.00

Nathan Harvey Enterprises Inc.
645 Cooper Road
Social Circle, GA 30025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$890.00**

NY Urgent Care Practices, P.C.
P.O. Box 500
Ellicottville, NY 14731-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  1665

Basis for the claim:  Recruiting and pre-employment (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.00**

NY Urgent Care Practices, P.C.
P.O. Box 500
Ellicottville, NY 14731-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  1662

Basis for the claim:  Recruiting and pre-employment (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

NY Urgent Care Practices, P.C.
P.O. Box 500
Ellicottville, NY 14731-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2511

Basis for the claim:  Recruiting and pre-employment (Austell location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

NY Urgent Care Practices, P.C.
P.O. Box 500
Ellicottville, NY 14731-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2744

Basis for the claim:  Recruiting and pre-employment (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

Orkin
1400 Marietta Blvd. W, Suite B
Atlanta, GA 30318-4144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2042

Basis for the claim:  Facility maintenance (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,784.60**

Osceola Supply, Inc.
P.O. Box 13503
Tallahassee, FL 32317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  3734

Basis for the claim:  Chemicals (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Overhead Door of Atlanta
221 Armour Drive
Atlanta, GA 30324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  ALLIANCE

Basis for the claim:  Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**

Pace Analytical Services, Inc.
P.O. Box 684056
Chicago, IL 60695-4056

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3840

**As of the petition filing date, the claim is:** *Check all that apply.*          $1,080.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

Palmetto Compressors, Inc.
P.O. Box 577
302 Hughes Street
Clemson, SC 29633

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

Partsmaster
P.O. Box 655326
Dallas, TX 75265

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4381

**As of the petition filing date, the claim is:** *Check all that apply.*          $4,054.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

Penske Truck Leasing Co., L.P.
P.O. Box 532658
Atlanta, GA 30353-2658

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4835

**As of the petition filing date, the claim is:** *Check all that apply.*          $39,462.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Delivery (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

Penske Truck Leasing Co., L.P.
2675 Morgantown Road
Reading, PA 19607

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0318

**As of the petition filing date, the claim is:** *Check all that apply.*          $23,237.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Delivery (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

Penske Truck Leasing Co., L.P.
P.O. Box 532658
Atlanta, GA 30353-2658

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0098

**As of the petition filing date, the claim is:** *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only (Austell location)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

PeopleReady Inc.
1015 "A" Street
Tacoma, WA 98402

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7100

**As of the petition filing date, the claim is:** *Check all that apply.*          $31,802.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Temp labor (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**

Phillips Staffing
c/o AR Funding
P.O. Box 16253
Greenville, SC 29606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2519_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Temp labor (Spartanburg location)_

Is the claim subject to offset? ■ No ☐ Yes

$126,385.45

---

**3.126** | **Nonpriority creditor's name and mailing address**

Phoebe Corporate Health Center
2410 Sylvester Road
Albany, GA 31705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Recruiting and pre-employment (Tri-State location)_

Is the claim subject to offset? ■ No ☐ Yes

$1,615.00

---

**3.127** | **Nonpriority creditor's name and mailing address**

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5001_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities (Spartanburg location)_

Is the claim subject to offset? ■ No ☐ Yes

$8,735.47

---

**3.128** | **Nonpriority creditor's name and mailing address**

Powell Contract Services, LLC
129 Lake Estates Drive
Ashburn, GA 31714

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (Tri-State location)_

Is the claim subject to offset? ■ No ☐ Yes

$368.45

---

**3.129** | **Nonpriority creditor's name and mailing address**

Protection 1/ADT
P.O. Box 219044
Kansas City, MO 64121-9044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1467_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rentals and repairs (East Point location)_

Is the claim subject to offset? ■ No ☐ Yes

$864.72

---

**3.130** | **Nonpriority creditor's name and mailing address**

Pumps, Valves and Controls
1709 South Slappey Boulevard
Albany, GA 31701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only (Tri-State location)_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131** | **Nonpriority creditor's name and mailing address**

Pure Health Solutions Inc.
P.O. Box 742647
Cincinnati, OH 45274-2647

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9001_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Recruiting and pre-employment (East Point location)_

Is the claim subject to offset? ■ No ☐ Yes

$72.40

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.132** | **Nonpriority creditor's name and mailing address**
Pye-Barker Fire & Safety, Inc.
P.O. Box 69
Roswell, GA 30077-0069

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8520

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

$242.78

---

**3.133** | **Nonpriority creditor's name and mailing address**
R. S. Andrews
3617 Clearview Parkway
Atlanta, GA 30340

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$780.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
Raintree Waste
P.O. Box 18974
Atlanta, GA 31126

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2738

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$1,275.00

---

**3.135** | **Nonpriority creditor's name and mailing address**
Republic Services #744
P.O. Box 9001099
Louisville, KY 40290-1099

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7564

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

$905.05

---

**3.136** | **Nonpriority creditor's name and mailing address**
Right Sales & Service
1666 East Vesta Avenue
Atlanta, GA 30337

**Date(s) debt was incurred** _

**Last 4 digits of account number** Alliance LTS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137** | **Nonpriority creditor's name and mailing address**
Robertson Home Improvement
2320 Prime Point
Conyers, GA 30013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138** | **Nonpriority creditor's name and mailing address**
Rogers & Callcott Environmental
Attn:  Accounts Receivable
P.O. Box 5655
Greenville, SC 29606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

$1,179.92

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Rome Electric Motor Works
36 Westside Industrial Boulevard
Rome, GA 30165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (East Point location)

**Last 4 digits of account number**  Alliance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ross Textiles, Inc.
P.O. Box 622
507 King Street E
Bethune, SC 29009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (East Point and Tri-State locations)

**Last 4 digits of account number**  Alliance LTS

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ryder
P.O. Box 402366
Atlanta, GA 30384-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (Spartanburg location)

**Last 4 digits of account number**  5412

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $824.99 |
|---|---|---|---|

Ryder
P.O. Box 402366
Atlanta, GA 30384-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Delivery (East Point location)

**Last 4 digits of account number**  5412

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,076.69 |
|---|---|---|---|

Ryder
P.O. Box 402366
Atlanta, GA 30384-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Delivery (Tri-State location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $365.00 |
|---|---|---|---|

Scale Systems, Inc.
P.O. Box 116733
Atlanta, GA 30368-6733

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (East Point location)

**Last 4 digits of account number**  1533

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $463.79 |
|---|---|---|---|

Shippers Supply, Inc.
P.O. Box 8238
Spartanburg, SC 29305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Other production expenses (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Alliance Laundry & Textile Service, LLC**                    Case number (if known)    18-31755-5
          Name

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,735.62 |
|---|---|---|---|

SimplexGrinnell
District #23
2788 Fairforest Clevedale
Spartanburg, SC 29301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Facility maintenance (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $171.41 |
|---|---|---|---|

Southeastern Freight
420 Davega Road
Lexington, SC 29073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Delivery (Tri-State location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Southern Industrial Electronics Inc.
834 Pine Avenue
Albany, GA 31701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (Tri-State location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Spa Rent
803 3rd Avenue, Floor 8
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,595.00 |
|---|---|---|---|

Spartanburg Regional Healthcare Services
Patient Financial Services
P.O. Box 743070
Atlanta, GA 30374-3070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Recruiting and pre-employment (Spartanburg location)

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,443.01 |
|---|---|---|---|

Spartanburg Water System
200 Commerce Street
P.O. Box 251
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities (Spartanburg location)

**Last 4 digits of account number** 0585

Is the claim subject to offset? ☑ No ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $341,917.75 |
|---|---|---|---|

Standard Textile
P.O. Box 630302
Cincinnati, OH 45263-0302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Linens (Spartanburg location)

**Last 4 digits of account number** 2000

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $510,021.63 |
|---|---|---|---|

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2723

Basis for the claim:  Linens (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $104,524.32 |
|---|---|---|---|

Standard Textile
P.O. Box 630302
Cincinnati, OH 45263-0302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2723

Basis for the claim:  Linens (Austell location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $740.64 |
|---|---|---|---|

Standard Textile
P.O. Box 630302
Cincinnati, OH 45263-0302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7153

Basis for the claim:  Linens (Tri-State location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,485.58 |
|---|---|---|---|

Staples Advantage
Dept ATL
P.O. Box 105748
Atlanta, GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4203

Basis for the claim:  Office supplies (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Steel Core Industrial Supply
849 California Avenue
Spartanburg, SC 29303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,007.08 |
|---|---|---|---|

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8472

Basis for the claim:  Facility maintenance (Spartanburg location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,472.22 |
|---|---|---|---|

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9204

Basis for the claim:  Facility maintenance (East Point location)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,381.38 |
|---|---|---|---|

Storms Industries, Inc.
1500 S. Western Ave.
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs (East Point and Spartanburg locations)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,547.50 |
|---|---|---|---|

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Linen cost of goods sold (East Point location)

**Last 4 digits of account number** _2614_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,802.70 |
|---|---|---|---|

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Linen cost of goods sold (Tri-State location)

**Last 4 digits of account number** _3448_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,243.79 |
|---|---|---|---|

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs (Spartanburg location)

**Last 4 digits of account number** _5719_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,344.15 |
|---|---|---|---|

Superior Document Solutions
1925 Breckinridge Plaza
Ste. 160
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Leased equipment (East Point location)

**Last 4 digits of account number** _ALLLAU_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Tamiko Favors
c/o Barrett & Farahany
Attn:  Amanda A. Farahany, Esq.
1100 Peachtree Street, Suite 500
Atlanta, GA 30309

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Discrimination proceeding

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,060.33 |
|---|---|---|---|

Teems Electric Inc.
6362 Battle Field Pkwy.
Ringgold, GA 30736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs (East Point location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00

Terminix Service, Inc.
Attn:  Central Accounting
3612 Fernandina Road
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Spartanburg location)

**Last 4 digits of account number  8668**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Texchine Inc.
P.O. Box 188
207 Beaufort Street
Chapin, SC 29036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only (East Point location)

**Last 4 digits of account number  LI01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,279.53

Thermal Engineering of Arizona
2250 W. Wetmore Road
Tucson, AZ 85705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Spartanburg location)

**Last 4 digits of account number  2337**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,279.78

Thermopatch Corporation
P.O. Box 8007
Syracuse, NY 13217-8007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Other production expenses (Spartanburg location)

**Last 4 digits of account number  6735**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,335.44

Thermopatch Corporation
P.O. Box 8007
Syracuse, NY 13217-8007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Other production expenses (East Point location)

**Last 4 digits of account number  1267**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,283.25

Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (East Point location)

**Last 4 digits of account number  4480**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,929.04

Tingue, Brown & Co.
P.O. Box 824619
Philadelphia, PA 19182-4619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rentals and repairs (Tri-State location)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$373.02**

TLC Tri-State Laundry Companies
P.O. Box 1259
Waycross, GA 31502-1259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,372.73**

TLC Tri-State Laundry Companies
P.O. Box 69
Valdosta, GA 31603-0069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** Alliance LTS

**Basis for the claim:** Rentals and repairs (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,437.84**

TLC Tri-State Laundry Companies
P.O. Box 69
Valdosta, GA 31603-0069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Tri-State location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,666.68**

ULS Acquisition, LLC
803 3rd Avenue, Floor 8
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent and property taxes owed to affiliate (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

United Rentals (North America), Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00**

Universal Environmental Services, LLC
411 Dividend Drive
Peachtree City, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** A355

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Vaspian LLC**
P.O. Box 3399
Buffalo, NY 14240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** IT related (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

**Vaspian LLC**
P.O. Box 3399
Buffalo, NY 14240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** IT related (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vaughn Belting Co., Inc.**
P.O. Box 5505
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wachovia Commercial Loan (0009-1)**
P.O. Box 41602
Philadelphia, PA 19101-1601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,228.59 |
|---|---|---|---|

**Waldrop Mechanical Services**
P.O. Box 369
Reidville, SC 29375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rentals and repairs (Spartanburg location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,904.93 |
|---|---|---|---|

**Walton EMC Natural Gas**
P.O. Box 1347
Monroe, GA 30655-1347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.39 |
|---|---|---|---|

**WebAddo, Inc.**
1270 Caroline Street
Suite D120-106
Atlanta, GA 30307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** IT related (East Point location)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known)    18-31755-5 |
| | Name | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Weldor's Supply HOuse, Inc.<br>P.O. Box 4926<br>Spartanburg, SC 29305-4926 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Notice only (Spartanburg location) | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,010,731.26 |
| | Wellstar Health Systems<br>1800 Parkway Place<br>Marietta, GA 30067 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Outside processing (Austell location); judgment entered in Superior Court of Cobb County, State of Georgia | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Willingham 1631, LLC<br>B.T. Investments<br>P.O. Box 25585<br>San Mateo, CA 94402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** Alliance | **Basis for the claim:** Notice only (East Point location) | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Wiregrass Rehabilitation Center<br>795 Ross Clark Circle #1<br>Dothan, AL 36303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Notice only (Tri-State location) | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,555.76 |
| | Wright Express<br>P.O. Box 639<br>Portland, ME 04104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** 2850 | **Basis for the claim:** Delivery (East Point location) | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Associated Cos, Inc.<br>140 Cecil Court<br>Fayetteville, GA 30214 | Line 3.9<br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Associated Cos., Inc.<br>140 Cecil Court<br>Fayetteville, GA 30214 | Line 3.10<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Atlanta Sprinkler Inspection<br>32 Business Center Drive<br>Winder, GA 30680 | Line 3.14<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Banks Boiler Service, Inc.<br>2265 Toledo Drive<br>Albany, GA 31705 | Line 3.16<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Cintas-EP<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Line 3.35<br>☐ Not listed. Explain ____ | _ |
| 4.6 | City of Albany<br>Attn: Finance Department<br>222 Pine Avenue<br>Albany, GA 31702-0447 | Line 3.39<br>☐ Not listed. Explain ____ | 4166 |
| 4.7 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Line 3.52<br>☐ Not listed. Explain ____ | 9865 |
| 4.8 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Line 3.53<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Floyd County Tax Commissioner<br>P.O. Box 26<br>Rome, GA 30162-0026 | Line 2.4<br>☐ Not listed. Explain ____ | Alliance |
| 4.10 | Grainger<br>Dept. 831813324<br>Palatine, IL 60038-0001 | Line 3.80<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Grainger<br>Dept. 848866406<br>Palatine, IL 60038-0001 | Line 3.81<br>☐ Not listed. Explain ____ | 6406 |
| 4.12 | Integra Business Alternatives LLC<br>1704 N. Slappey Blvd.<br>Albany, GA 31701 | Line 3.90<br>☐ Not listed. Explain ____ | 910 |
| 4.13 | Integra Business Alternatives, LLC<br>c/o Kitchens Kelley Gaynes P.C.<br>Attn: Bryan Kaplan, Esq.<br>5555 Glenridge Connector<br>Atlanta, GA 30342 | Line 3.90<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Jensen USA, Inc.<br>99 Aberdeen Loop<br>Panama City, FL 32405 | Line 3.93<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Med One Group<br>10712 South 1300 East<br>Sandy, UT 84094 | Line 3.105<br>☐ Not listed. Explain ____ | 4070 |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.16 | Osceola Supply, Inc.<br>915 Commerce Boulevard<br>Midway, FL 32343 | Line 3.116<br>☐ Not listed. Explain ____ | 3734 |
| 4.17 | Partsmaster<br>2727 Chemsearch Blvd.<br>Irving, TX 75062 | Line 3.120<br>☐ Not listed. Explain ____ | 4381 |
| 4.18 | Penske Truck Leasing Co., L.P.<br>2675 Morgantown Road<br>Reading, PA 19607 | Line 3.121<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Penske Truck Leasing Co., L.P.<br>P.O. Box 532658<br>Atlanta, GA 30353-2658 | Line 3.122<br>☐ Not listed. Explain ____ | 0318 |
| 4.20 | Penske Truck Leasing Co., L.P.<br>2675 Morgantown Road<br>Reading, PA 19607 | Line 3.123<br>☐ Not listed. Explain ____ | 0098 |
| 4.21 | Raintree Waste<br>1073 Ridge Avenue SW<br>Atlanta, GA 30315 | Line 3.134<br>☐ Not listed. Explain ____ | 2738 |
| 4.22 | S.C. Department of Revenue and Taxation<br>775 Addison Avenue, Ste 201<br>Rock Hill, SC 29730 | Line 2.9<br>☐ Not listed. Explain ____ | _ |
| 4.23 | SimplexGrinnell<br>Dept. CH 10320<br>Palatine, IL 60055-0320 | Line 3.146<br>☐ Not listed. Explain ____ | _ |
| 4.24 | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 | Line 3.152<br>☐ Not listed. Explain ____ | _ |
| 4.25 | Standard Textile<br>P.O. Box 630302<br>Cincinnati, OH 45263-0302 | Line 3.153<br>☐ Not listed. Explain ____ | _ |
| 4.26 | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 | Line 3.154<br>☐ Not listed. Explain ____ | 2723 |
| 4.27 | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 | Line 3.155<br>☐ Not listed. Explain ____ | 7153 |
| 4.28 | Staples Advantage<br>Dept ATL<br>P.O. Box 405386<br>Atlanta, GA 30384-5386 | Line 3.156<br>☐ Not listed. Explain ____ | 4203 |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.29 | Stericycle, Inc.<br>28161 N. Keith Drive<br>Lake Forest, IL 60045 | Line  3.159<br>☐ Not listed. Explain ____ | 9204 |
| 4.30 | Teems Electric Company<br>c/o Spears, Moore, Rebman & Williams<br>Attn:  Cara Weiner, Esq.<br>601 Market Street, Suite 400<br>Chattanooga, TN 37402 | Line  3.166<br>☐ Not listed. Explain ____ | _ |
| 4.31 | Thermopatch Corporation<br>2204 Erie Boulevard East<br>Syracuse, NY 13224 | Line  3.170<br>☐ Not listed. Explain ____ | _ |
| 4.32 | Thermopatch Corporation<br>2204 Erie Boulevard East<br>Syracuse, NY 13224 | Line  3.171<br>☐ Not listed. Explain ____ | 1267 |
| 4.33 | Tingue, Brown & Co.<br>P.O. Box 824619<br>Philadelphia, PA 19182-4619 | Line  3.172<br>☐ Not listed. Explain ____ | _ |
| 4.34 | TLC Tri-State Laundry Companies<br>1560 Old Clyattville Road<br>Valdosta, GA 31601 | Line  3.175<br>☐ Not listed. Explain ____ | Alliance LTS |
| 4.35 | TLC Tri-State Laundry Companies<br>P.O. Box 69<br>Valdosta, GA 31603-0069 | Line  3.175<br>☐ Not listed. Explain ____ | Alliance LTS |
| 4.36 | TLC Tri-State Laundry Companies<br>1560 Old Clyattville Road<br>Valdosta, GA 31601 | Line  3.176<br>☐ Not listed. Explain ____ | _ |
| 4.37 | Vaspian LLC<br>266 Oak Street<br>Buffalo, NY 14203 | Line  3.181<br>☐ Not listed. Explain ____ | _ |
| 4.38 | Vaspian LLC<br>266 Oak Street<br>Buffalo, NY 14203 | Line  3.182<br>☐ Not listed. Explain ____ | _ |
| 4.39 | Wellstar Health System, Inc.<br>c/o Moore Ingram Johnson & Steele, LLP<br>Emerson Overlook<br>326 Roswell Street, Suite 100<br>Marietta, GA 30060 | Line  3.189<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 170,277.24 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,967,677.39 |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number (if known) | 18-31755-5 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $          4,137,954.63

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alliance Laundry & Textile Service, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-31755-5 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: Lease for single story masonry building containing approximately 52,066 square feet of space located at 1631 Willingham Drive, East Point, Georgia dated December 3, 2001 and as amended by First Amendment to Lease Agreement dated October 31, 2017; term of lease extended for additional 10 years <br><br> State the term remaining: approximatey 9 years <br><br> List the contract number of any government contract | 1631 Willingham BT, LLC <br> 700 Promontory Point Lane, Unit 1401 <br> San Mateo, CA 94404 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: Contract with the United States of America for linen service at Moody Air Force Base Clinic, Georgia dated October 1, 2016 <br><br> State the term remaining: <br><br> List the contract number of any government contract: FA4830-16-C-0007 | 23 Contracting Squadron - FA4830 <br> 4380B Alabama Road, Bldg. 932 <br> Moody A F B, GA 31699-1794 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: Customer Contract; EastPoint <br><br> State the term remaining: <br><br> List the contract number of any government contract | ABM Lanier-Hunt Airport Parking <br> 6033 South Terminal Parkway <br> Atlanta, GA 30321-9999 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Schedule of Protection, Proposal and Sales Agreement dated May 30, 2018 (East Point location)<br><br>State the term remaining<br><br>List the contract number of any government contract | ADT Protection1<br>P.O. Box 49292<br>Wichita, KS 67201 |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; EastPoint<br><br>State the term remaining<br><br>List the contract number of any government contract | Amtran Medical Transportation, Inc.<br>14 Redmond Ct. NW<br>Rome, GA 30165-1244 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement;Tri-State<br><br>State the term remaining<br><br>List the contract number of any government contract | Amulatory Care Center<br>947 S. Broad Street<br>Thomasville, GA 31792-6161 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — Linen Service Agreement dated June 17, 2013; contract expires June 30, 2020<br><br>State the term remaining — Approximately 1 year and 8 months<br><br>List the contract number of any government contract | AnMed Health<br>2000 East Greenville Street<br>Anderson, SC 29621 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Linen Service Agreement with AnMed Health dated June 17, 2013; contract expires June 30, 2020; Spartanburg<br><br>State the term remaining<br><br>List the contract number of any government contract | AnMed Health Cannon<br>123 WG Acker Drive<br>Pickens, SC 29671-2739 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with AnMed Health dated June 17, 2013; contract expires June 30, 2020; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | AnMed Health Medical Center 800 N. Fant Street Anderson, SC 29621-5708 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with AnMed Health dated June 17, 2013; contract expires June 30, 2020; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | AnMed Health North Campus 2000 E. Greenville Street Anderson, SC 29621-1580 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with AnMed Health dated June 17, 2013; contract expires June 30, 2020; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | AnMed Health Sleep Lab 355 Old Greenville Road Spartanburg, SC 29301-4755 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with AnMed Health dated June 17, 2013; contract expires June 30, 2020; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | AnMed Health Wound & Hyperbaric Medicine 2000 E. Greenville Street, Ste. 5110 Anderson, SC 29621-1763 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement dated September 1, 2013 and Participating Hospital Agreement dated May 25, 2017; contract expires July 31, 2019; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Archbold Memorial Hospital, Inc. 915 Gordon Avenue Thomasville, GA 31792-6614 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement;Tri-State |
| | State the term remaining | |
| | List the contract number of any government contract | Archbold Primary Care<br>2621 E. Pinetree Blvd.<br>Thomasville, GA 31792-4840 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement;Tri-State |
| | State the term remaining | |
| | List the contract number of any government contract | Archbold Sleep Center<br>114 Momosa Drive, Ste D<br>Thomasville, GA 31792-6679 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State |
| | State the term remaining | |
| | List the contract number of any government contract | Bainbridge Specialty Clinic<br>1323 E. Shotwell Street<br>Bainbridge, GA 39819-4252 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg |
| | State the term remaining | |
| | List the contract number of any government contract | BG Neurology<br>1071 Boiling Springs Road<br>Spartanburg, SC 29303-2201 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State |
| | State the term remaining | |
| | List the contract number of any | Brooks County Hospital<br>903 N. Court Street<br>Quitman, GA 31643-1315 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Cardio Consultants of South Georgia |
| | List the contract number of any government contract | | 100 Mimosa Drive |
| | | | Thomasville, GA 31792-6676 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract;Tri-State | |
|---|---|---|---|
| | State the term remaining | | Carlton Breast Center At Meredyth Place |
| | List the contract number of any government contract | | 2709 Meredyth Drive, Ste 260 |
| | | | Albany, GA 31707-0218 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | Carolina Center for Behavioral Health |
| | List the contract number of any government contract | | 2700 E. Phillips Road |
| | | | Greer, SC 29650-4815 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | Carolina Orthopaedic & Neurologic Assoc. |
| | List the contract number of any government contract | | 1330 Boiling Springs Road, Ste 1600 |
| | | | Spartanburg, SC 29303-4219 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | Center for Advanced Rehabilitation |
| | List the contract number of any government contract | | 110 Park City Road |
| | | | Rossville, GA 30741-3980 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; EastPoint

State the term remaining

List the contract number of any government contract

Center for Advanced Rehabilitation
SACU 3rd Floor
100 Gross Crescent Circle
Fort Oglethorpe, GA 30742-3643

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — Lease dated March 13, 2012 for 2 2013 Great Dane Trailers for the East Point plant; term of lease is 120 months and expires August 31, 2022

State the term remaining — Approx. 3 years and 5 months

List the contract number of any government contract

Commercial Trailer Leasing, Inc.
103 Eisenhower Parkway, Suite 300
Roseland, NJ 07068

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — Lease dated May 23, 2012 for a 2013 Great Dane Trailer for the East Point plant; term of lease is 120 months and expires August 31, 2022

State the term remaining — Approx. 3 years and 7 months

List the contract number of any government contract

Commercial Trailer Leasing, Inc.
103 Eisenhower Parkway, Suite 300
Roseland, NJ 07068

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — Lease dated July 26, 2011 for 2 2012 Great Dane Utility Trailers for the Spartanburg plant; term of lease is 96 months and expires January 31, 2020

State the term remaining — Approx. 9 months

List the contract number of any government contract

Commercial Trailer Leasing, Inc.
103 Eisenhower Parkway, Suite 300
Roseland, NJ 07068

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — Lease dated July 26, 2011 for a Great Dane Trailer for the Spartanburg plant; term of lease is 96 months and expires July 31, 2021

State the term remaining — Approx. 9 months

List the contract number of any

Commercial Trailer Leasing, Inc.
103 Eisenhower Parkway, Suite 300
Roseland, NJ 07068

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Gas Supply Agreement dated November 26, 2018 for Spartanburg location; delivery term is January 1, 2019 through December 31, 2019 | |
|---|---|---|---|
| | State the term remaining | | Constellation NewEnergy - Gas Division 9960 Corporate Campus Drive Suite 2000 Louisville, KY 40223 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Employment contract dated October 10, 2018 | |
|---|---|---|---|
| | State the term remaining | | Daisy Mvou 2300 County Walk Apt. 916 Snellville, GA 30039 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated April 12, 2017 | |
|---|---|---|---|
| | State the term remaining | | David M. Krawczyk 229 Hearthwood Lane Simpsonville, SC 29681 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement dated February 18, 2016 for lease of Mitsubishi Class IV-IC Custom Forklift; Model No. FG25; Serial Number AF82F30268 | |
|---|---|---|---|
| | State the term remaining | Approximately 4 months | De Lage Landen Financial Services, Inc. Attn:  Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement dated October 19, 2017 for a Sharp MC-4050N Copier; term of Lease is 48 months | |
|---|---|---|---|
| | State the term remaining | Approximately 2 years and 11 months | De Lage Landen Financial Services, Inc. Attn:  Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087-8608 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (if known) | 18-31755-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen service to the Veterans Administration in Augusta, Georgia dated August 1, 2017 | Department of Veterans Affairs VISN 7 Network Contracting Activity 501 Greene Street Hatcher Building - Suite 2 Augusta, GA 30901 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | VA247-17-D-0138 | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | Dunwoody Urgent Care 1730 Mount Vernon Road Atlanta, GA 30338-4245 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | Eden Terrace of Spartanburg 2780 E. Main Street Spartanburg, SC 29307-1248 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen service at Martin Army Community Hospital, Fort Benning, Georgia dated October 1, 2014 | EMB, BMACH Martin Army Community Hospital 7950 Martin Loop Fort Benning, GA 31905 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | W81K00-14-C-0096 | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | EP Star Wipers, Inc. - RAGS 1125 E. Main Street Newark, OH 43055-8869 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1   Alliance Laundry & Textile Service, LLC                                   Case number *(if known)*   18-31755-5
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Staffing Agreement dated July 10, 2017 | |
|---|---|---|---|
| | State the term remaining | | Express Services, Inc. d/b/a Express Employment Professionals P.O. Box 535434 Atlanta, GA 30353-5434 |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | Family Medical Center 1657 N. Expressway Griffin, GA 30223-1276 |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | First Georgia Physician Group 4000 Shakerag Hill, Ste 3201 Peachtree City, GA 30269-4047 |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | First Georgia Physician Group 101 Yorktown Drive, Suite 100 Fayetteville, GA 30214 |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | First Georgia Physician Group 101 Yorktown Drive, Suite 100 Fayetteville, GA 30214 |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Participating Hospital Agreement/Laundry Service Agreement dated September 1, 2013; contract expires November 1, 2020 | Floyd Healthcare Management, Inc. 304 Turner McCall Boulevard Rome, GA 30165 |
|---|---|---|---|

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Approximatey 1 year, 11 months | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |
| **2.45.** | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg and Austell locations | |
| | State the term remaining | | Fort Jackson<br>Building 3295 Forney Street<br>Columbia, SC 29202 |
| | List the contract number of any government contract | _____ | |
| **2.46.** | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
| | State the term remaining | | Fresenius Medical Care of Duluth-Lawrenceville<br>1115 Herrington Road<br>Lawrenceville, GA 30044-7503 |
| | List the contract number of any government contract | _____ | |
| **2.47.** | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
| | State the term remaining | | Fresenius Medical Care of DeKalb/Rockdale<br>6085 Hillandale Drive<br>Lithonia, GA 30058-4839 |
| | List the contract number of any government contract | _____ | |
| **2.48.** | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
| | State the term remaining | | Fresenius Medical Care of Decatur<br>2721 Irvin Way<br>Decatur, GA 30030-1720 |
| | List the contract number of any government contract | _____ | |
| **2.49.** | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
| | State the term remaining | | Fresenius Medical Care of Honey Creek<br>1901 Honey Creek Commons SE<br>Conyers, GA 30013-5806 |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — Linen Service Agreement dated July 1, 2018; contract expires June 30, 2019

State the term remaining — Approximately 8 months

List the contract number of any government contract

GA State Univ. Student Health Clinic
141 Piedmont Avenue, NE
Suite D
Atlanta, GA 30303-2417

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; EastPoint

State the term remaining

List the contract number of any government contract

Georgia Baptist College of Nursing
Mercer University
3001 Mercer University Drive
Atlanta, GA 30341-4115

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; EastPoint

State the term remaining

List the contract number of any government contract

Georgia Breast Surgery, PC
631 Professional Drive, Ste 240
Lawrenceville, GA 30046-3367

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Spartanburg

State the term remaining

List the contract number of any government contract

Georgia Regional Hospital
1915 Eisenhower Drive
Savannah, GA 31406-5027

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State

State the term remaining

List the contract number of any government contract

Glenn-Mor Nursing Home
10629 US Highway 19 S
Thomasville, GA 31792-1127

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

GoldStar EMS
1607 North Martin Luther King Jr. Blvd.
Americus, GA 31719

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | List the contract number of any government contract | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State |
| | State the term remaining | Grady General Hospital |
| | List the contract number of any government contract | 1182 5th Street SE Cairo, GA 39828-3141 |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Participating Hospital Agreement/Laundry Service Agreement dated September 1, 2013; contract expires November 1, 2020 |
| | State the term remaining | Approximately 1 year, 11 months |
| | List the contract number of any government contract | Gwinnett Medical Center 1000 Medical Center Boulevard Lawrenceville, GA 30046 |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg |
| | State the term remaining | Home Hospice Nurses-Direct Sale |
| | List the contract number of any government contract | 1530 Drayton Road Spartanburg, SC 29307 |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg |
| | State the term remaining | Hospice of Laurens County |
| | List the contract number of any government contract | 1304 Springdale Drive Clinton, SC 29325-7226 |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated January 15, 2016; contract expires January 14, 2019 |
| | State the term remaining | Approximately 2 months |
| | List the contract number of any government contract | Hospice of the Upstate, Inc. Attn: Pamela S. Melbourne, President 1835 Rogers Road Anderson, SC 29621 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Service Agreement dated May 1, 2016; contract expires April 30, 2021 | |
| | State the term remaining | Approximately 2 years and 6 months | Hospital Services, Inc. 2751 The Boulevard Columbia, SC 29209 |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Houston Hospitals, Inc. dated September 1, 2018; contract expires August 31, 2021; EastPoint | |
| | State the term remaining | | Houston Health Pavilion 233 N. Houston Road Warner Robins, GA 31093-3024 |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated September 1, 2018; contract expires August 31, 2021 | |
| | State the term remaining | Approximatley 2 years and 10 months | Houston Hospitals, Inc. d/b/a Houston Healthcare 1601 Watson Boulevard Warner Robins, GA 31093 |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Houston Hospitals, Inc. dated September 1, 2018; contract expires August 31, 2021; EastPoint | |
| | State the term remaining | | Houston Medical Center c/o Houston Hospitals, Inc. 1601 Watson Blvd. Warner Robins, GA 31093 |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Houston Hospitals, Inc. dated September 1, 2018; contract expires August 31, 2021; EastPoint | |
| | State the term remaining | | Houston Perry Hospital 1120 Morningside Drive Perry, GA 31069-2906 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Houston Hospitals, Inc. dated September 1, 2018; contract expires August 31, 2021; EastPoint | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston Surgery Center 1659 Watson Blvd. Warner Robins, GA 31093-3431 |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated July 10, 2017 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Integra Business Alternatives, Inc. 1704 N. Slappey Blvd. Columbus, GA 31901 |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Linen Control Subscription Agreement dated March 11, 2015 for a ScrubEx MV Dispenser/Receiver Unit and Web Based Management Software ScrubEx/alEx; Equipment Addendum dated April 3, 2015 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | IPA One 10712 South 1300 East Sandy, UT 84094 |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joe-Anne Burgin Nursing Home 321 Randolph Street Cuthbert, GA 39840-6127 |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Judson G. Black, MD LLC 755 Mount Vernon Hwy NE, Ste 430 Atlanta, GA 30328-4279 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated July 31, 2018 | |
|---|---|---|---|
| | State the term remaining | | Kendric McCarty<br>3399 Benthollow Lane<br>Duluth, GA 30096 |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Lewis Hall Singletary Oncology Center<br>919 S. Broad Street<br>Thomasville, GA 31792-6114 |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | Linen Replacement in Excess of Allowance<br>1631 Willingham Drive<br>Atlanta, GA 30344-4810 |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | Linen Replacement in Excess of Allowance<br>355 Old Greenville Road<br>Spartanburg, SC 29301-4755 |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Linen Replacement in Excess of Allowance<br>404 Hodges Avenue<br>Albany, GA 31701-1614 |
| | List the contract number of any government contract | | |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | Lung & Chest Medical Associates |
| | List the contract number of any government contract | | 2030 N. Church Street Place Spartanburg, SC 29303-2706 |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen services at Martin Army Community Hospital, Fort Benning, Georgia dated September 13, 2016 and modified as of December 14, 2017 | |
|---|---|---|---|
| | State the term remaining | | Martin Army Hospital |
| | List the contract number of any government contract | W81K00-14-C-0096 | 7950 Martin Loop Fort Benning, GA 31905-5648 |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated July 17, 2013; contract expires June 18, 2019 | |
|---|---|---|---|
| | State the term remaining | Approximately 8 months | Mary Black Health System LLC |
| | List the contract number of any government contract | | 1700 Skyline Drive Spartanburg, SC 29304 |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Mary Black Health System LLC dated July 17, 2013; contract expires June 18, 2019; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | Mary Black Memorial Hospital |
| | List the contract number of any government contract | | 1700 Skylyn Drive Spartanburg, SC 29307-1041 |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Mary Black Health System LLC dated July 17, 2013; contract expires June 18, 2019; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | MBMH Outpatient Therapy Services |
| | List the contract number of any government contract | | 1650 Skylyn Drive, Ste 100 Spartanburg, SC 29307-1069 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Mary Black Health System LLC dated July 17, 2013; contract expires June 18, 2019; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | MBMH Women's Breast Health Center 1650 Skylyn Drive, Ste 130 Spartanburg, SC 29307-1069 |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | MEM Ooltway Imaging Center 6401 Mountain View Road Ooltewah, TN 37363-6681 |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | Midtown Neurology PC 285 Boulevard NE, Ste 345 Atlanta, GA 30312-4201 |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Mitchell Convalescent Center 37 S. Ellis Street Camilla, GA 31730-1812 |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement;Tri-State | |
|---|---|---|---|
| | State the term remaining | | Mitchell County Hospital 90 E. Stephens Street Camilla, GA 31730-1836 |
| | List the contract number of any government contract | | |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number (if known) | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen services at Moncrief Army Health Clinic, Fort Jackson, South Carolina dated May 1, 2018; and Contract with the United States of America for linen service at Moncrief Army Health Clinic, Fort Jackson, South Carolina dated November 1, 2018 | |
|---|---|---|---|
| | State the term remaining | | Moncrief Army Health Clinic 4500 Stuart Avenue Columbia, SC 29207-5700 |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen services at Moody Air Force Base in Georgia dated October 1, 2018; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Moody Air Force Base Clinic 3276 Mitchell Blvd. Moody A F B, GA 31699-1500 |
| | List the contract number of any government contract | FA4830-16-C-0007 | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract;Tri-State | |
|---|---|---|---|
| | State the term remaining | | Morningside of Albany 1721 Beattie Road Albany, GA 31721-2911 |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | Laundry Service Agreement dated September 1, 2013 and Participating Hospital Agreement dated October 8, 2013 | |
|---|---|---|---|
| | State the term remaining | | Northeast Georgia Hospital System 743 Spring Street Gainesville, GA 30501-3899 |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 18 of 42
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90.** State what the contract or lease is for and the nature of the debtor's interest — Partners Cooperative Laundry Service Agreement dated September 1, 2013 and Participating Hospital Agreement with Northeast Georgia Hospital System dated October 8, 2013 (EastPoint location) <br><br> State the term remaining <br><br> List the contract number of any government contract | Northeast Georgia Medical Center Barrow<br>316 N. Broad Street<br>Winder, GA 30680-2150 |
| **2.91.** State what the contract or lease is for and the nature of the debtor's interest — Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement for Tri-State location; <br><br> State the term remaining <br><br> List the contract number of any government contract | Northside Center for Behavioral & Psychiatric Care<br>401 Old Albany Road<br>Thomasville, GA 31792-4014 |
| **2.92.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Spartanburg <br><br> State the term remaining <br><br> List the contract number of any government contract | Orthopedic Specialties<br>303 E. Wood Street<br>Spartanburg, SC 29303-3020 |
| **2.93.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Spartanburg <br><br> State the term remaining <br><br> List the contract number of any government contract | Palmetto Hematology Oncology- Union<br>407 W. South Street<br>Union, SC 29379-2771 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Linen Services Agreement dated September 1, 2013; associated with Participating Hospital Agreement with Northeast Georgia Hospital System; contract expires November 1, 2020 | |
|---|---|---|---|
| | State the term remaining | Approximately 1 year, 11 months | Partners Cooperative, Inc. 3625 Cumberland Boulevard, SE Suite #1425 Atlanta, GA 30339 |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement for Tri-State location; | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pelham Parkway Nursing Home 608 Dogwood Drive NE Pelham, GA 31779-1132 |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement dated December 10, 2014 for a Freightliner Truck for the Spartanburg plant; Lease Nos. 136746 and 136750 expire January 31, 2021 and Lease Nos. 136747, 136748 and 136749 expire December 31, 2020 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Penske Truck Leasing Co., LP P.O. Box 532658 Atlanta, GA 30353-2658 |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement dated November 4, 2015 for a Freightliner Truck for the Spartanburg plant; Lease Nos. 160110 and 160111 expire October 31, 2022 and Lease No. 160113 expires April 30, 2020 | |
|---|---|---|---|
| | State the term remaining | | Penske Truck Leasing Co., LP P.O. Box 532658 Atlanta, GA 30353-2658 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement dated February 3, 2016 for a Freightliner for the Spartanburg plant; Lease expires August 31, 2021 |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Penske Truck Leasing Co., LP P.O. Box 532658 Atlanta, GA 30353-2658 |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement effective December 20, 2012; Lease expires January 31, 2019 |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Penske Truck Leasing Co., LP P.O. Box 532658 Atlanta, GA 30353-2658 |
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement dated January 7, 2013; Lease expires April 30, 2019 |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Penske Truck Leasing Co., LP P.O. Box 532658 Atlanta, GA 30353-2658 |
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement effective August 1, 2013; Lease expires August 31, 2019 |
| | State the term remaining | |
| | List the contract number of any government contract _____ | Penske Truck Leasing Co., LP P.O. Box 532658 Atlanta, GA 30353-2658 |
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Employment Services Agreement dated July 10, 2017 |
| | State the term remaining | |
| | List the contract number of any government contract _____ | PeopleReady Inc. 1015 "A" Street Tacoma, WA 98402 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract;Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phobe Community Care Clinic |
| | List the contract number of any government contract | | 417 W. 4th Avenue<br>Albany, GA 31701-1915 |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Community Benefit |
| | List the contract number of any government contract | | 417 W. 3rd Avenue<br>Albany, GA 31701-1943 |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Diagnostics Imaging Center |
| | List the contract number of any government contract | | 2709 Meredyth Drive, Ste. 100<br>Albany, GA 31707-0222 |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Endoscopy Center |
| | List the contract number of any government contract | | 2709 Meredyth Drive<br>Albany, GA 31707-0222 |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Family Medical Center - Albany |
| | List the contract number of any government contract | | 901 N. Madison Street<br>Albany, GA 31701-2210 |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Family Medical Center - Camilla |
| | List the contract number of any | | 48 US Highway 19 S<br>Camilla, GA 31730-1960 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (if known) | 18-31755-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.109.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Phoebe Family Medical Center - Pelham
410 Curry Street NE
Pelham, GA 31779-1457

**2.110.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Phoebe Family Medical Center- Laurel Pl.
1390 US Highway 19 S
Leesburg, GA 31763-4831

**2.111.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Phoebe Gastroenterology Associates
2709 Meredyth Drive
Albany, GA 31707-0222

**2.112.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Phoebe Healthworks
311 W. 3rd Avenue
Albany, GA 31701-2093

**2.113.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Phoebe Infectious Disease
1950 Palmyra Road
Albany, GA 31701

**2.114.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

Phoebe Neurology Associates
2709 Meredyth Drive, Ste 230
Albany, GA 31707-0218

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Neurosurgical Associates |
| | List the contract number of any government contract | | 2622 Meredyth Drive Albany, GA 31707-0206 |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Northwest |
| | List the contract number of any government contract | | 2336 Dawson Road Albany, GA 31707-2800 |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Orthopaedic Specialty Group |
| | List the contract number of any government contract | | 2709 Meredyth Drive, Ste 450 Albany, GA 31707-0220 |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated August 1, 2016, together with Addendum to Linen Service Agreement dated July 27, 2017 | |
|---|---|---|---|
| | State the term remaining | | Phoebe Putney Memorial Hospital |
| | List the contract number of any government contract | | 417 W. 3rd Avenue Albany, GA 31701-1943 |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Putney Memorial Hospital North Campus |
| | List the contract number of any government contract | | 2000 Palmyra Road Albany, GA 31701-1528 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phoebe Rheumatology<br>901 N. Madison Street<br>Albany, GA 31701-2210 |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phoebe Sickle Cell Clinic<br>1009 N. Monroe Street, Ste B<br>Albany, GA 31701-1970 |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phoebe Sleep Disorders Center<br>2709 Meredyth Drive, Ste 310<br>Albany, GA 31707-0219 |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phoebe Sumter Medical Center<br>126 US Highway 280 W.<br>Americus, GA 31719-8645 |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phoebe Sumter OB/GYN<br>126 US Highway 280 W.<br>Americus, GA 31719-8645 |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Sumter Orthopedics<br>132 US Highway 280 W.<br>Americus, GA 31719-8645 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract _____

---

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Phoebe Sumter Surgical Associates 120 US Highway 280 W Americus, GA 31719-8645 |

---

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Phoebe Sumter Wellness & Educ. Center 132 US Highway 280 W. Americus, GA 31719-8645 |

---

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Phoebe Tower Medical at Meredyth Place 2709 Meredyth Drive, Ste 330 Albany, GA 31707-0213 |

---

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Phoebe Worth Family Medicine - Sylvester 1014 W. Franklin Street Sylvester, GA 31791-1971 |

---

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Phoebe Worth Medical Center 807 S. Isabella Street Sylvester, GA 31791-7554 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Phoebe Wound Care & Hyperbaric Center |
| | List the contract number of any government contract | | 803 N. Jefferson Street Albany, GA 31701-2373 |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Premier Orthopedics |
| | List the contract number of any government contract | | 2405 Osler Court, STe 100 Albany, GA 31707-0215 |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated January 8, 2018 | |
|---|---|---|---|
| | State the term remaining | | R. Allen Simmons |
| | List the contract number of any government contract | | 14 Red Jonathan Court Simpsonville, SC 29681 |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Randolph Medical Associates |
| | List the contract number of any government contract | | 125 McDonald Avenue Cuthbert, GA 39840-5829 |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated August 1, 2018; contract expires July 31, 2021 | |
|---|---|---|---|
| | State the term remaining | Approximately 2 years and 8 months | Regional Medical Center of Orangeburg and Calhoun Counties |
| | List the contract number of any government contract | | 3000 Saint Matthews Road Orangeburg, SC 29118-1442 |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated February 28, 2017 | |
|---|---|---|---|
| | State the term remaining | | Richard Leatherwood |
| | List the contract number of any | | 1370 Hanging Rock Road Boiling Springs, SC 29316 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Regional Medical Center of Orangeburg and Calhoun Counties dated August 1, 2018; contract expires July 31, 2021 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | RMCO Healthplex<br>3000 Saint Matthews Road<br>Orangeburg, SC 29118-1442 |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Regional Medical Center of Orangeburg and Calhoun Counties dated August 1, 2018; contract expires July 31, 2021 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | RMCO Healthplex - Holly Hill<br>187 Bunch Ford Road<br>Holly Hill, SC 29059-8224 |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Regional Medical Center of Orangeburg and Calhoun Counties dated August 1, 2018; contract expires July 31, 2021 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | RMCO Healthplex - Santee<br>111 John Lawson Avenue<br>Santee, SC 29142-8654 |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with Regional Medical Center of Orangeburg and Calhoun Counties dated August 1, 2018; contract expires July 31, 2021 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | RMCO Urgent Care - Bamburg<br>185 McGee Street<br>Bamberg, SC 29003-1154 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated October 27, 2017 | |
|---|---|---|---|
| | State the term remaining | | Robert J. Hawkins |
| | List the contract number of any government contract | | 744 September Chase Wellford, SC 29385 |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated January 10, 2018 | |
|---|---|---|---|
| | State the term remaining | | Rossu Smith |
| | List the contract number of any government contract | | 4801 Impala Lane Albany, GA 31705 |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated February 9, 2017; Lease expired February 28, 2020 | |
|---|---|---|---|
| | State the term remaining | | Ryder Truck Rental, Inc. |
| | List the contract number of any government contract | | 6000 Windward Parkway Alpharetta, GA 30005 |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated August 20, 2010; Lease expires April 21, 2021 | |
|---|---|---|---|
| | State the term remaining | | Ryder Truck Rental, Inc. |
| | List the contract number of any government contract | | 6000 Windward Parkway Alpharetta, GA 30005 |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated November 4, 2014; Lease expires September 16, 2021 | |
|---|---|---|---|
| | State the term remaining | | Ryder Truck Rental, Inc. |
| | List the contract number of any government contract | | 6000 Windward Parkway Alpharetta, GA 30005 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number (if known) | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated December 10, 2010; Lease expires May 6, 2019 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated April 26, 2011; Lease expires February 3, 2022 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated January 10, 2013; Lease expires June 27, 2019 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated August 11, 2009; Lease No. 629303 expires March 29, 2020 and Lease No. 629304 expires January 30, 2020 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Truck lease and Service Agreement dated August 11, 2009; Lease No. 629305 expires April 30, 2020 and Lease No. 631278 expires October 16, 2019 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (if known) | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement dated April 26, 2011; Lease expires October 3, 2019 | |
|---|---|---|---|
| | State the term remaining | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease and Service Agreement; Lease No. 529945 expires June 21, 2019 | |
|---|---|---|---|
| | State the term remaining | | Ryder Truck Rental, Inc. 6000 Windward Parkway Alpharetta, GA 30005 |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement dated September 1, 2013 and Participating Hospital Agreement dated March 18, 2016; expires September 30, 2020 | |
|---|---|---|---|
| | State the term remaining | | Self Regional Healthcare 1325 Spring Street Greenwood, SC 29646 |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement dated September 1, 2013 and Participating Hospital Agreement dated March 18, 2016 with Self Regional Healthcare; expires September 30, 2020 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | Self Regional Medical Center 402 Maxwell Avenue Greenwood, SC 29646-2619 |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | SFMC Outpatient Imaging & Specialty Care at Camp Creek 3890 Redwine Road SW, Ste 104 Atlanta, GA 30331-5583 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | Service Contract for recycling equipment dated November 4, 2009; contract expired November 2012 with automatic yearly renewals | |
|---|---|---|---|
| | State the term remaining | | Skyline Dynamics, LLC 20423 State Route 7, Suite F-6 Boca Raton, FL 33498 |
| | List the contract number of any government contract | _____ | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement for Tri-State location; | |
|---|---|---|---|
| | State the term remaining | | South Georgia Surgical Associates 100 Mimosa Drive Thomasville, GA 31792-6676 |
| | List the contract number of any government contract | _____ | |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | Southeastern Interventional Pain Assoc. 1140 Hammond Drive NE, #D4190 Atlanta, GA 30328-5338 |
| | List the contract number of any government contract | _____ | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | Participating Hospital Agreement/Laundry Service Agreement dated September 1, 2013; contract expires November 1, 2020 | |
|---|---|---|---|
| | State the term remaining | Approximately 1 year, 11 months | Southern Regional Medical Center 11 Upper Riverdale Road, SW Riverdale, GA 30274 |
| | List the contract number of any government contract | _____ | |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | Southern Surgical Arts Calhoun 120 Cornerstone Way SE, Ste C Calhoun, GA 30701-4791 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Southwest Georgia OB/GYN |
| | List the contract number of any government contract | | 808 13th Avenue
Albany, GA 31701-1328 |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Southwest Georgia Physical Therapy |
| | List the contract number of any government contract | | 333 Randolph Street
Cuthbert, GA 39840-6127 |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Tri-State | |
|---|---|---|---|
| | State the term remaining | | Southwest Georgia Regional Med. Center |
| | List the contract number of any government contract | | 361 Randolph Street
Cuthbert, GA 39840-6127 |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | Spartanburg Community College |
| | List the contract number of any government contract | | Tyger River Campus
290 Commerce Court, Rm 303
Duncan, SC 29334-9285 |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
|---|---|---|---|
| | State the term remaining | | SPN Star Wipers, Inc. - RAGS |
| | List the contract number of any government contract | | 1125 E. Main Street
Newark, OH 43055-8869 |

Debtor 1  Alliance Laundry & Textile Service, LLC

| First Name | Middle Name | Last Name |
|---|---|---|

Case number *(if known)*   18-31755-5

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.166.** State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated September 22, 2012 | |
| State the term remaining | | |
| List the contract number of any government contract | | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 |
| **2.167.** State what the contract or lease is for and the nature of the debtor's interest | Custom Product Agreement dated December 19, 2016; agreement expired December 19, 2017, with automatic yearly renewals | |
| State the term remaining | | |
| List the contract number of any government contract | | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 |
| **2.168.** State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated April 12, 2013 | |
| State the term remaining | | |
| List the contract number of any government contract | | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 |
| **2.169.** State what the contract or lease is for and the nature of the debtor's interest | Bag Purchase and Recycling Agreement dated October 1, 2009 for East Point, Georgia facility; | |
| State the term remaining | | |
| List the contract number of any government contract | | Streamline Solutions, LLC<br>P.O. Box 560775<br>Orlando, FL 32856 |
| **2.170.** State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
| State the term remaining | | |
| List the contract number of any government contract | | Surgery Center at Pelham<br>2755 S. Highway 14<br>Greer, SC 29650-4902 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number (*if known*) | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | SurgiCare Gwinnett |
| | List the contract number of any government contract | | 367 Athens Highway, Ste 100 Loganville, GA 30052-2207 |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | T3 Labs, Inc. |
| | List the contract number of any government contract | | 387 Technology Circle NW, Ste 175 Atlanta, GA 30313-2422 |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Non-Compete and Non-Solicitation Agreement dated March 8, 2018 | |
|---|---|---|---|
| | State the term remaining | | Tamelia N. Moore |
| | List the contract number of any government contract | | 3243 Staton Drive Albany, GA 31705 |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement for Tri-State location; | |
|---|---|---|---|
| | State the term remaining | | Thomasville Physical Therapy |
| | List the contract number of any government contract | | 300 W. Hansell Street Thomasville, GA 31792-6650 |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement dated September 22, 2015 | |
|---|---|---|---|
| | State the term remaining | | Tyler Staffing Services, Inc. |
| | List the contract number of any government contract | | d/b/a CHASE Professionals 750 Hammond Drive, Bldg. 9 Atlanta, GA 30328 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

Lease for laundry facility located at 355 Old Greenville Road, Spartanburg, South Carolina dated November 1, 2013; term of lease is 10 years

State the term remaining: approximately 5 years

List the contract number of any government contract

ULS Acquisition LLC
Attn: John Giardino
805 Third Avenue, 8th Floor
New York, NY 10022

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

Customer Contract; Spartanburg

State the term remaining

List the contract number of any government contract

Union County Emergency Medical Services
1262 S. Duncan Bypass
Union, SC 29379-7218

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement for Tri-State location;

State the term remaining

List the contract number of any government contract

Urgent Care & Corporate Care Centers
2705 E. Pinetree Blvd, Ste A
Thomasville, GA 31792-4875

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Urgent Care Center at Phoebe East
2410 Sylvester Road
Albany, GA 31705

**2.180.** State what the contract or lease is for and the nature of the debtor's interest

Contract with United States of America for linen service to the Veterans Administration in Augusta, Georgia dated August 1, 2017 (EastPoint and Spartanburg locations)

State the term remaining

List the contract number of any

VAMC Augusta Downtown Division
800 Bailie Drive
Augusta, GA 30912-2619

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen service to the Veterans Administration in Augusta, Georgia dated August 1, 2017 (EastPoint and Spartanburg locations) | |
|---|---|---|---|
| | State the term remaining | | VAMC Augusta Uptown Division |
| | List the contract number of any government contract | | 1 Freedom Way |
| | | | Augusta, GA 30904-6258 |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen service to the Veterans Administration in Augusta, Georgia dated August 1, 2017 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | VAMC Charleston |
| | List the contract number of any government contract | | 109 Bee Street |
| | | | Charleston, SC 29401-5703 |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen service to the Veterans Administration in Augusta, Georgia dated August 1, 2017 (Spartanburg location) | |
|---|---|---|---|
| | State the term remaining | | VAMC Columbia |
| | List the contract number of any government contract | | 6439 Garners Ferry Road |
| | | | Columbia, SC 29209-1638 |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen service to the Veterans Administration in Augusta, Georgia dated August 1, 2017 | |
|---|---|---|---|
| | State the term remaining | | VAMC Dublin |
| | List the contract number of any government contract | | 1826 Veterans Blvd. |
| | | | Dublin, GA 31021-3620 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | VITAS Innovatice Hospice Care |
| | List the contract number of any government contract | | Direct Sale<br>123 SE 3rd Avenue, Ste 440<br>Miami, FL 33131-2003 |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | VITAS Innovative Hospice Care |
| | List the contract number of any government contract | | 931 Quarry Road<br>Stockbridge, GA 30281-4352 |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; EastPoint | |
|---|---|---|---|
| | State the term remaining | | VITAS Innovative Hospice Care - Duluth |
| | List the contract number of any government contract | | 3840 Peachtree Industrial Blvd., Ste 101<br>Duluth, GA 30096-5031 |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | Contract with United States of America for linen services at Moncrief Army Health Clinic, Fort Jackson, South Carolina dated May 1, 2018 | |
|---|---|---|---|
| | State the term remaining | | W40M RHCO-Atlantic USAHCA |
| | List the contract number of any government contract | W91YTZ-17-P-0286 | Northern Regional Health Contracting Off<br>6021 5th Street, Bldg. 1467<br>Fort Belvoir, VA 22060-5580 |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | Contract with the United States of America for linen service at Moncrief Army Health Clinic, Fort Jackson, South Carolina dated November 1, 2018 | |
|---|---|---|---|
| | State the term remaining | | W40M RHCO-Atlantic USAHCA |
| | List the contract number of any government contract | W91YTZ-19-P-0014 | Northern Reg. Contracting Office NRCO<br>6021 5th Street, Bldg. 1467<br>Fort Belvoir, VA 22060-5580 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Natural Gas Sales dated November 16, 2017; term of agreement is 2/1/18 through 1/31/19 | |
|---|---|---|---|
| | State the term remaining | Approximately 2 months | Walton Energy, Inc. d/b/a Walton EMC Natural Gas P.O. Box 260 Monroe, GA 30655 |
| | List the contract number of any government contract | | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | WellStar AMC  Morrow Healthcare 1000 Corporate Center Drive, Ste 200 Morrow, GA 30260-4129 |
| | List the contract number of any government contract | | |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | WellStar AMC Bone & Joint Specialists 285 Boulevard NE, Ste 310 Atlanta, GA 30312-4209 |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | WellStar AMC East Point Clinic 1136 Cleveland Avenue, Ste 317 Atlanta, GA 30344-3618 |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | WellStar AMC Gym 303 Parkway Drive NE, #427 Atlanta, GA 30312-1212 |
| | List the contract number of any government contract | | |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WellStar AMC Inman Park Physicians<br>240 N. Highland Avenue, Ste E<br>Atlanta, GA 30307-5625 |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WellStar AMC Orthopaedic Rehabilitation<br>320 Parkway Drive NE<br>Atlanta, GA 30312-1213 |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WellStar AMC Primary Care Clinic<br>3886 Princeton Lakes Way SW, Ste 120A<br>Atlanta, GA 30331-5511 |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WellStar AMC Primary Care Clinic<br>560 Amsterdam Avenue NE, Ste D<br>Atlanta, GA 30306-3479 |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
|---|---|---|---|
| | State the term remaining | | WellStar AMC Prinary Care Clinic<br>3355 Cascade Road SW<br>Atlanta, GA 30311-3678 |

| Debtor 1 | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |
| --- | --- | --- | --- | --- |
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | List the contract number of any government contract | |
| --- | --- | --- |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement with WellStar Health System, Inc. dated April 1, 2016; contract expires March 31, 2019 (EastPoint location) | |
| --- | --- | --- | --- |
| | State the term remaining | | WellStar Atlanta Medical Center |
| | List the contract number of any government contract | | 303 Parkway Drive NE, #427 Atlanta, GA 30312-1212 |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | Linen Service Agreement dated April 1, 2016; contract expires March 31, 2019 | |
| --- | --- | --- | --- |
| | State the term remaining | Approximately 4 months | Wellstar Health System, Inc. |
| | List the contract number of any government contract | | 793 Sawyer Road Marietta, GA 30062 |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
| --- | --- | --- | --- |
| | State the term remaining | | Wesley Commons |
| | List the contract number of any government contract | | 1110 Marshall Road Greenwood, SC 29646-4216 |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
| --- | --- | --- | --- |
| | State the term remaining | | Westside Dermatology |
| | List the contract number of any government contract | | 1250 John B White Sr. Blvd. Spartanburg, SC 29306-3929 |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract; Spartanburg | |
| --- | --- | --- | --- |
| | State the term remaining | | Whitten Center |
| | List the contract number of any government contract | | P.O. Box 4540 Columbia, SC 29240-4540 |

---

Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 41 of 42

Debtor 1    Alliance Laundry & Textile Service, LLC

| First Name | Middle Name | Last Name |

Case number *(if known)*    18-31755-5

![purple rectangle] **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.205.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Willsom Hospice House
320 Foundation Lane
Albany, GA 31707-5862

**2.206.** State what the contract or lease is for and the nature of the debtor's interest — Cooperative Agreement with Wiregrass Rehabilitation Center, Inc. dated April 5, 2017 (Tri-State location)

State the term remaining

List the contract number of any government contract

Wiregrass Rehabilitation Center II
2080 Child Street
Jacksonville, FL 32214-5005

**2.207.** State what the contract or lease is for and the nature of the debtor's interest — Cooperative Agreement dated April 5, 2017

State the term remaining

List the contract number of any government contract — N68836-16-T-0368

Wiregrass Rehabilitation Center, Inc.
795 Ross Clark Circle
Dothan, AL 36303

**2.208.** State what the contract or lease is for and the nature of the debtor's interest — Partners Cooperative Laundry Service Agreement with Archbold Memorial Hospital and Participating Hospital Agreement for Tri-State location;

State the term remaining

List the contract number of any government contract

Wound Management & Hyperbaric Medicine
113 W. Hansell Street
Thomasville, GA 31792-6664

**2.209.** State what the contract or lease is for and the nature of the debtor's interest — Customer Contract; Tri-State

State the term remaining

List the contract number of any government contract

Zero Waste Solutions
3276 Mitchell Blvd.
Moody A F B, GA 31699-1500

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Alliance Laundry & Textile Service, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-31755-5 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | Med One Capital Funding, LLC | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | Optumhealth Bank, Inc. | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | IPA One | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | Prime Alliance Bank | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | Prime Alliance Bank | ■ D ___2.20___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | IPA One | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | Med One Capital Funding, LLC | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Alliance Laundry and Textile | Service of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | Optum Bank, Inc. | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Alliance Laundry and Textile Service | of Atlanta, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Alliance LTS Winchester, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street<br>Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.21 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.22 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.23 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.24 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Med One Capital Funding, LLC | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.25 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Optumhealth Bank, Inc. | ■ D ___2.18___ ☐ E/F _____ ☐ G _____ |
| 2.26 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | IPA One | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.27 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Prime Alliance Bank | ■ D ___2.19___ ☐ E/F _____ ☐ G _____ |

Official Form 206H

Schedule H: Your Codebtors

Page 4 of 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.28 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Prime Alliance Bank | ■ D ___2.20___ ☐ E/F _____ ☐ G _____ |
| 2.29 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | IPA One | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.30 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Med One Capital Funding, LLC | ■ D ___2.13___ ☐ E/F _____ ☐ G _____ |
| 2.31 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Optum Bank, Inc. | ■ D ___2.17___ ☐ E/F _____ ☐ G _____ |
| 2.32 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | IPA One | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.33 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Med One Capital Funding, LLC | ■ D ___2.14___ ☐ E/F _____ ☐ G _____ |
| 2.34 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | MB Financial Bank, N.A. | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.35 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | IPA One | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |

| Debtor | Alliance Laundry & Textile Service, LLC | Case number *(if known)* | 18-31755-5 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.36 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | Med One Capital Funding, LLC | ■ D ___2.15___ ☐ E/F _____ ☐ G _____ |
| 2.37 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.38 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.39 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.40 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.41 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.42 | John Giardino | 203 E. 77th Street New York, NY 10075 | 1631 Willingham BT, LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.43 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

| Debtor | Alliance Laundry & Textile Service, LLC | | Case number *(if known)* | 18-31755-5 |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.44 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.46 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

| | | | |
|---|---|---|---|
| In re | Alliance Laundry & Textile Service, LLC | Case No. | 18-31755-5 |
| | Debtor(s) | Chapter | 11 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):  See Disclosure of Compensation for Centerstone Linen Services, LLC (Chapter 11 Case No. 18-31754)

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiate with all creditors, including secured creditors, unsecured creditors, taxing authorities and other government agencies concerning claim treatment, negotiate with prospective purchasers, administer sale of assets under section 363 of the Bankruptcy Code, negotiate use of cash collateral, prepare chapter 11 plans and disclosure statements and all matters to property administer chapter 11 cases.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| January 11, 2019 | /s/  Stephen A. Donato |
| *Date* | Stephen A. Donato |
| | *Signature of Attorney* |
| | Bond, Schoeneck & King, PLLC |
| | One Lincoln Center |
| | Syracuse, NY 13202 |
| | (315) 218-8000   Fax: (315) 218-8100 |
| | sdonato@bsk.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of New York

| | | | |
|---|---|---|---|
| In re | Alliance Laundry & Textile Service, LLC | Case No. | 18-31755-5 |
| | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Centerstone Linen Services, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | | | 100% interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 11, 2019            Signature   /s/ John Giardino
                                                      John Giardino

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re   Alliance Laundry & Textile Service, LLC     Case No.  18-31755-5

Debtor(s)     Chapter  11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _Alliance Laundry & Textile Service, LLC_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Centerstone Linen Services, LLC
60 Grider Street
Buffalo, NY 14215

☐ None [*Check if applicable*]

January 11, 2019
Date

/s/ Stephen A. Donato
Stephen A. Donato
Signature of Attorney or Litigant
Counsel for  Alliance Laundry & Textile Service, LLC
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
sdonato@bsk.com