**Fill in this information to identify the case:**

Debtor name _Alliance Laundry and Textile Service of Atlanta, LLC_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF NEW YORK_

Case number (if known) _18-31756-5_

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 11, 2019_        X /s/ John Giardino
                                    Signature of individual signing on behalf of debtor

                                    John Giardino
                                    Printed name

                                    Chief Executive Officer
                                    Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name    Alliance Laundry and Textile Service of Atlanta, LLC |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK |
| Case number (if known)    18-31756-5 |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

      **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $                    0.00

      **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................. $        225,602.50

      **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................. $        225,602.50

---

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     21,925,384.50

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

      **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $        38,487.28

      **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     574,336.79

4.    **Total liabilities** ...............................................................................................
      Lines 2 + 3a + 3b

$    22,538,208.57

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Alliance Laundry and Textile Service of Atlanta, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) ___18-31756-5___

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | Security Deposit held by Teems Electric for boiler | $16,500.00 |
| --- | --- | --- |

| 7.2. | Utility Deposit held by Georgia Power | $26,300.00 |
| --- | --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| | $42,800.00 |
| --- | --- |

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | | Case number *(If known)*  18-31756-5 |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old:      377,674.61    -    283,255.96   =....    $94,418.65

                 face amount           doubtful or uncollectible accounts

11b. Over 90 days old:      88,383.85    -    0.00   =....    $88,383.85

                 face amount           doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                       $182,802.50

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(If known)* 18-31756-5 |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.claruslinens.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | | $0.00 |
   |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* 18-31756-5 |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $182,802.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $225,602.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $225,602.50 |

**Fill in this information to identify the case:**

Debtor name ___Alliance Laundry and Textile Service of Atlanta, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) ___18-31756-5___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** CHTD Company<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>All accounts, chattel paper, documents, instruments, general intangibles, etc. including, but not limited to Mitel 5340 ip phone, POE 24-Port switch, 4-Port POE Switch, Cisco 2801 router w/ Ethernet cards, Mediatrix 1102, Paging system, etc | Unknown | Unknown |

P.O. Box 2576
Springfield, IL 62708
Creditor's mailing address

Describe the lien
Lease/Security Interest
Is the creditor an insider or related party?

Creditor's email address, if known
☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
February 24, 2016
**Last 4 digits of account number**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** HSBC Bank USA, National Association<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interest and other related personal and real property | $12,000,000.00 | Unknown |

452 Fifth Avenue
New York, NY 10018
Creditor's mailing address

Describe the lien
Revolving Line of Credit
Is the creditor an insider or related party?

Creditor's email address, if known
☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
October 29, 2013
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | |
|---|---|
| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC |
| | Name |

Case number (if know)    18-31756-5

**Last 4 digits of account number**
6392

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3  HSBC Bank USA, National Association**
Creditor's Name

452 Fifth Avenue
New York, NY 10018
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6376

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interest and other related personal and real property

**Describe the lien**
Revolving Line of Credit

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500,000.00    Unknown

---

**2.4  HSBC Bank USA, National Association**
Creditor's Name

452 Fifth Avenue
New York, NY 10018
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 29, 2013

**Last 4 digits of account number**
6200

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interest and other related personal and real property

**Describe the lien**
Revolving Line of Credit

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,076,734.21    Unknown

---

**2.5  HSBC Bank USA, National Association**

**Describe debtor's property that is subject to a lien**

$920,625.00    Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if know) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

October 29, 2013

**Last 4 digits of account number**

6400

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interest and other related personal and real property

**Describe the lien**

Term Debt B

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | HSBC Bank USA, National Association | | $1,428,025.29 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

452 Fifth Avenue
New York, NY 10018

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

October 29, 2013

**Last 4 digits of account number**

6418

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

All assets, including, but not limited to, receivables, equipment, general intangibles, inventory, leasehold interest and other related personal and real property

**Describe the lien**

Equipment Line of Credit

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Med One Capital Funding, LLC | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

10712 S. 1300 E.
Sandy, UT 84094

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

SE-0003-PH-E-ScrubEx LV Dispenser, SE-0096-ScrubEx LV Remote Receiver, Video. Equipment location: Northeast Georgia Medical Center Braselton, 1515 River Place, Braselton, GA

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if know) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

March 20, 2015

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | Prime Alliance Bank | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

Equipment described in IPA invoice #15152 dated August 16, 2012: ScrubEx Dispenser, ScrubEx Remote Receiver, Packer, Video, Pre-Installation, Installation, etc. Equipment location: Eastside Medical Center, 1700 Medical Way, Snellville, GA.

1868 South 500 West
Woods Cross, UT 84087

Creditor's mailing address

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

September 25, 2012

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | Prime Alliance Bank | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

SE-3003-PH-E- ScrubEx MV Dispenser/Receiver Unit, Packer, Video, Installation and Start-Up. Equipment location: Eastside Medical Center, 1700 Medical Way, Snellville, GA

1868 South 500 West
Woods Cross, UT 84087

Creditor's mailing address

**Describe the lien**

Lease/Security Interest

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

February 27, 2014

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if know)* | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| 2.1<br>0 | Republic Bank | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | ScrubEx MV Dispensers, Master Kit,<br>Pre-Installation, Installation, Start Up and<br>Training, Equipment located at: Alliance Laundry<br>for Children's Healthcare of Atlanta 1631<br>Willingham Drive, East Point, GA | | |

**Creditor's Name:** Republic Bank

801 North 500 West, Suite 103
Woods Cross, UT 84087
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ScrubEx MV Dispensers, Master Kit, Pre-Installation, Installation, Start Up and Training, Equipment located at: Alliance Laundry for Children's Healthcare of Atlanta 1631 Willingham Drive, East Point, GA

**Describe the lien**
Lease/Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
July 31, 2007
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $21,925,384.50 |
|---|---|---|

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| IPA One<br>10712 South 1300 East<br>Sandy, UT 84094 | Line  2.10 | |
| IPA One<br>10712 South 1300 East<br>Sandy, UT 84094 | Line  2.8 | |
| IPA One<br>10712 South 1300 East<br>Sandy, UT 84094 | Line  2.9 | |
| IPA One<br>10712 South 1300 East<br>Sandy, UT 84094 | Line  2.7 | |
| Med One Capital Funding, LLC<br>10712 South 1300 East<br>Sandy, UT 84094 | Line  2.10 | |
| Med One Capital Funding, LLC<br>10712 South 1300 East<br>Sandy, UT 84094 | Line  2.8 | |
| Med One Capital Funding, LLC<br>10712 S. 1300 E.<br>Sandy, UT 84094 | Line  2.9 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 6

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if know) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Optum Bank, Inc.<br>2525 Lake Park Blvd.<br>West Valley City, UT 84120 | Line 2.9 | |
| Optum Bank, Inc.<br>2525 Lake Park Blvd.<br>Salt Lake City, UT 84120 | Line 2.9 | |
| OptumHealth Bank, Inc.<br>2525 Lake Park Blvd.<br>West Valley City, UT 84120 | Line 2.8 | |
| OptumHealth Bank, Inc.<br>2525 Lake Park Blvd.<br>Salt Lake City, UT 84120 | Line 2.8 | |
| Republic Bank<br>801 North 500 West, Suite 103<br>West Bountiful, UT 84087 | Line 2.10 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alliance Laundry and Textile Service of Atlanta, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-31756-5 |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>City of Rome Clerk's Office<br>P.O. Box 1433<br>Rome, GA 30162-1433 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,612.65 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and property tax | | |
| | Last 4 digits of account number <u>3431</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Floyd County Tax Commissioner<br>P.O. Box 26<br>Rome, GA 30162-0026 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,874.63 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Rent and property tax | | |
| | Last 4 digits of account number <u>Alliance</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Georgia Department of Revenue | Check all that apply. | | |
| | P.O. Box 105296 | ☐ Contingent | | |
| | Atlanta, GA 30348-5296 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Notice only | | |
| | Last 4 digits of account number 5161 | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Internal Revenue Service | Check all that apply. | | |
| | 30 West Pershing Road | ☐ Contingent | | |
| | Kansas City, MO 64108 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Notice only | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $814.95 |
| | A-1 Products Inc. | ☐ Contingent | |
| | 2020 Avenue F | ☐ Unliquidated | |
| | Birmingham, AL 35218 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Rentals and repairs | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,945.39 |
| | ACA Enterprises | ☐ Contingent | |
| | 870 N. Woodland Avenue | ☐ Unliquidated | |
| | Clyde, OH 43410 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Linens | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,064.85 |
| | ADF Welding & Medical | ☐ Contingent | |
| | 312 Dodd Boulevard, S.E. | ☐ Unliquidated | |
| | Rome, GA 30161 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Rentals and repairs | |
| | **Last 4 digits of account number**  0137 | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $71.00 |
|---|---|---|---|

Alarm Systems, Inc.
P.O. Box 2732
Rome, GA 30164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1130

**Basis for the claim:** Facility maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Allied Materials Handling, Inc.
4370 Shallowford Industrial Parkway
Marietta, GA 30066-1134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $99,896.14 |
|---|---|---|---|

American Associated Cos., Inc.
P.O. Box 142039
Fayetteville, GA 30214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** AROM

**Basis for the claim:** Linens

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

American Zurich Insurance Company
One Liberty Plaza
165 Broadway, 32nd Floor
New York, NY 10006

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Action pending in New York State Supreme Court, Erie County

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55.71 |
|---|---|---|---|

Applied Industrial Technologies
337 S. Erwin Street
Cartersville, GA 30120-3913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8104

**Basis for the claim:** Rentals and repairs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $720.00 |
|---|---|---|---|

ATCO Fire Protection
P.O. Box 1852
Rome, GA 30161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** Alliance LTS

**Basis for the claim:** Facility maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Bearings and Drives, Inc.
P.O. Box 116733
Atlanta, GA 30368-6733

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3913

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,383.10 |
|---|---|---|---|
| | Bubes and Associates<br>1601 31st Street N.W.<br>Washington, DC 20007 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _Alliance LTS_ | **Basis for the claim:** _Clean-up costs following termination of lease_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | C&L Hydraulics<br>P.O. Box 129<br>Lindale, GA 30147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Notice only_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Camp Industries<br>P.O. Box 833<br>38 Superior Drive<br>Rome, GA 30161 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ALTS_ | **Basis for the claim:** _Notice only_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,542.30 |
|---|---|---|---|
| | Chem-Aqua<br>P.O. Box 152170<br>Irving, TX 75015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _9705_ | **Basis for the claim:** _Chemicals_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $164.46 |
|---|---|---|---|
| | Cintas Corporation - Rome<br>1705 Corporate Drive<br>Suite 440<br>Norcross, GA 30093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _8519_ | **Basis for the claim:** _Benefits_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,456.44 |
|---|---|---|---|
| | CIT<br>21146 Network Place<br>Chicago, IL 60673-1211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _4103_ | **Basis for the claim:** _Leased equipment_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.18 |
|---|---|---|---|
| | City of Rome<br>P.O. Box 1711<br>Rome, GA 30162 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _5096_ | **Basis for the claim:** _Utilities_ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.40**

City of Rome
P.O. Box 1711
Rome, GA 30162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities

**Last 4 digits of account number** 0600

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Comcast
P.O. Box 530098
Atlanta, GA 30353-0098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Cook's Pest Control
P.O. Box 6
Rome, GA 30162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Facility maintenance

**Last 4 digits of account number** 0401

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,267.86**

Crothall Laundry Services, Inc.
1800 Parrish Drive, S.E.
Rome, GA 30161-9573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Outside processing

**Last 4 digits of account number** 0047

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.25**

DiVal Safety Equipment, Inc.
1721 Niagara Street
Buffalo, NY 14207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals and repairs

**Last 4 digits of account number** 6093

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,161.72**

E.C.S., Inc.
2890 GA Highway 212
Suite A-151
Conyers, GA 30094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Auditing and accounting

**Last 4 digits of account number** Alliance LTS

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,333.85**

Employer Solutions Staffing Group
7480 Flying Cloud Drive
Suite 200
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Recruiting and pre-employment

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|

Name

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,067.30

Fashion Seal Uniforms
P.O. Box 748000
Cincinnati, OH 45274-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3808

**Basis for the claim:**  Linens

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,662.06

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0937

**Basis for the claim:**  Other production expenses

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,805.70

Fire Services South, Inc.
28 Westover Drive
Rome, GA 30165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rentals and repairs

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,409.79

Floyd Corporate Health
P.O. Box 1882
Rome, GA 30162-1882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9AIA

**Basis for the claim:**  Recruiting and pre-employment

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,746.00

Floyd Primary Care
P.O. Box 1882
Rome, GA 30162-1882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9AIA

**Basis for the claim:**  Recruiting and pre-employment

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,839.28

G & K Services
73 Center Road
Cartersville, GA 30121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0402

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,601.20

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4412

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,131.32**

Georgia Power
96 Annex
Atlanta, GA 30396-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Utility services provided

**Last 4 digits of account number**  1030

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,350.14**

GGG Partners, LLC, as Liquidating Trustee
c/o Scroggins & Williamson, P.C.
4401 Northside Parkway, Suite 450
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Demand for recovery of preferential transfer in the adversary proceeding commenced in U.S. Bankruptcy Court, Northern District of Georgia

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$499.00**

Global Electronic Services, Inc.
5325 Palmero Court
Buford, GA 30518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Rentals and repairs

**Last 4 digits of account number**  1063

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Hi-Tech Signs
1018 North Fifth Avenue
Rome, GA 30165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Notice only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,805.37**

Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Recruiting and pre-employment

**Last 4 digits of account number**  1822

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ingersol Rand
111 Ingersoll Rand Drive
Atlanta, GA 30431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Notice only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.08**

Kaeser Compressors
P.O. Box 946
Fredericksburg, VA 22404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Rentals and repairs

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

---

**3.39**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,686.92 |
|---|---|---|
| Kannegiesser Etech, Inc. | ☐ Contingent | |
| 2425 109th Street | ☐ Unliquidated | |
| Grand Prairie, TX 75050 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Rentals and repairs__ | |
| **Last 4 digits of account number** _2084_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.40**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,959.90 |
|---|---|---|
| Kannegiesser USA | ☐ Contingent | |
| 2425 109th Street | ☐ Unliquidated | |
| Grand Prairie, TX 75050 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Rentals and repairs__ | |
| **Last 4 digits of account number** _2084_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.41**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| Lindale Machine and Tool | ☐ Contingent | |
| P.O. Box 247 | ☐ Unliquidated | |
| 134 Teat Street | ☐ Disputed | |
| Lindale, GA 30147 | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice only__ | |
| **Last 4 digits of account number** _Alliance_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| Maxi-Press Elastomeric, Inc. | ☐ Contingent | |
| 80 Turnpike Drive, Suite 4 | ☐ Unliquidated | |
| Middlebury, CT 06762 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice only__ | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $607.13 |
|---|---|---|
| McMaster-Carr | ☐ Contingent | |
| P.O. Box 7690 | ☐ Unliquidated | |
| Chicago, IL 60680-7690 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Rentals and repairs__ | |
| **Last 4 digits of account number** _9500_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $664.28 |
|---|---|---|
| Med One Capital Funding, LLC | ☐ Contingent | |
| 10712 South 1300 East | ☐ Unliquidated | |
| Sandy, UT 84094 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Leased equipment__ | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| Morgan & Hunt Oil Company | ☐ Contingent | |
| P.O. Box 147 | ☐ Unliquidated | |
| Rome, GA 30162-0147 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice only__ | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | North Georgia Equipment | ☐ Contingent | |
| | 1743 Calhoun Road NE | ☐ Unliquidated | |
| | Rome, GA 30161-8972 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** 5003 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $201.10 |
| | Old Fashion Foods | ☐ Contingent | |
| | Coffee, Water & Vending Services | ☐ Unliquidated | |
| | 5521 Collins Boulevard, S.W. | ☐ Disputed | |
| | Austell, GA 30106 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Office supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Pemco, Inc. | ☐ Contingent | |
| | 801 Blacklawn Road | ☐ Unliquidated | |
| | Suite R | ☐ Disputed | |
| | Conyers, GA 30012 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** E100 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,162.29 |
| | Penske Truck Leasing Co., L.P. | ☐ Contingent | |
| | P.O. Box 532658 | ☐ Unliquidated | |
| | Atlanta, GA 30353-2658 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Delivery | |
| | **Last 4 digits of account number** 0318 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $533.23 |
| | Republic Services #999 | ☐ Contingent | |
| | P.O. Box 9001099 | ☐ Unliquidated | |
| | Louisville, KY 40290-1099 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $793.98 |
| | Rome Electric Motor Works | ☐ Contingent | |
| | 36 Westside Industrial Boulevard | ☐ Unliquidated | |
| | Rome, GA 30165 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs | |
| | **Last 4 digits of account number** Alliance | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,441.06 |
| | Scale Systems | ☐ Contingent | |
| | 3905 Steve Reynolds Boulevard | ☐ Unliquidated | |
| | Norcross, GA 30093 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rentals and repairs | |
| | **Last 4 digits of account number** 2921 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556.76 |
|---|---|---|---|

Shred-It USA - New York
P.O. Box 28883 Network Place
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Office supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184,090.18 |
|---|---|---|---|

Standard Textile
P.O. Box 630302
Cincinnati, OH 45263-0302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Linens

Last 4 digits of account number  0309

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Staples
Dept. ATL
P.O. Box 405386
Atlanta, GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number  4203

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,745.15 |
|---|---|---|---|

Storms Industries, Inc.
1500 S. Western Avenue
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rentals and repairs

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number  2614

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.22 |
|---|---|---|---|

Superior Document Solutions
1925 Breckinridge Plaza
Suite 160
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Leased equipment

Last 4 digits of account number  ALLIAU

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Tanner Medical Center
705 Dixie Street
Carrollton, GA 30117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,624.00 |
|---|---|---|---|

Tanner Occupational Health Center
1480 Highway 27 South
Carrollton, GA 30117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Recruiting and pre-employment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,101.61 |
|---|---|---|---|

Teems Electric Inc.
P.O. Box 1008
Ringgold, GA 30736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rentals and repairs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Texchine Inc.
P.O. Box 188
207 Beaufort Street
Chapin, SC 29036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  LI01

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,180.11 |
|---|---|---|---|

The Bailey Company
P.O. Box 280565
Nashville, TN 37222-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4073

**Basis for the claim:**  Rentals and repairs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,212.30 |
|---|---|---|---|

Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4480

**Basis for the claim:**  Rentals and repairs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,502.25 |
|---|---|---|---|

TLC Tri-State Laundry Companies
P.O. Box 69
Valdosta, GA 31603-0069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  Alliance LTS

**Basis for the claim:**  Rentals and repairs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.12 |
|---|---|---|---|

Uline
Attn:  Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5363

**Basis for the claim:**  Delivery

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.34 |
|---|---|---|---|
| | Venus Group<br>25861 Wright Street<br>Foothill Ranch, CA 92610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _5294_ | **Basis for the claim:** _Delivery_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,188.02 |
|---|---|---|---|
| | Wells Fargo Bank, N.A.<br>P.O. Box 70239<br>Philadelphia, PA 19178-0239 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Office supplies_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Associated Cos., Inc.<br>140 Cecil Court<br>Fayetteville, GA 30214 | Line _3.6_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Zurich Insurance Company<br>c/o Relin, Goldstein & Crane, LLC<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614 | Line _3.7_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Atlas Health Care Linen Services Co.,LLC<br>414 West Taylor Street<br>Syracuse, NY 13202 | Line _3.33_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Bubes Associates LLP<br>c/o Arent Fox<br>1717 K Street, N.W.<br>Washington, DC 20006-5344 | Line _3.11_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Chem-Aqua<br>23261 Network Place<br>Chicago, IL 60673-1232 | Line _3.14_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987-0978 | Line _3.26_<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Georgia Department of Revenue<br>148 Andrew Young International Blvd.<br>Ste 850<br>Atlanta, GA 30303 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Line _2.4_<br>☐ Not listed. Explain ____ | _ |

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number (if known) | 18-31756-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | Pemco, Inc.<br>P.O. Box 641<br>Lithonia, GA 30058-0641 | Line 3.48<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Standard Textile<br>One Knollcrest Drive<br>Cincinnati, OH 45237 | Line 3.54<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Teems Electric Inc.<br>6362 Battlefield Parkway<br>P.O. Box 1008<br>Ringgold, GA 30736 | Line 3.61<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Tingue, Brown & Co.<br>P.O. Box 824644<br>Philadelphia, PA 19182-4644 | Line 3.64<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 38,487.28 |
| 5b. Total claims from Part 2 | 5b.  + | $ 574,336.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 612,824.07 |

**Fill in this information to identify the case:**

Debtor name __Alliance Laundry and Textile Service of Atlanta, LLC__

United States Bankruptcy Court for the:   __NORTHERN DISTRICT OF NEW YORK__

Case number (if known)   __18-31756-5__

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Alliance Laundry and Textile Service of Atlanta, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    18-31756-5

☐ Check if this is an
    amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Alliance Laundry & Textile Service, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Alliance Laundry & Textile Service, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Alliance Laundry & Textile Service, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Alliance Laundry & Textile Service, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Alliance Laundry & Textile Service, LLC | 60 Grider Street<br>Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D   2.6<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.10 | Alliance LTS Winchester, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.12 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | Atlas Health Care Linen Services Co.,LLC | 414 West Taylor Street Syracuse, NY 13202 | HSBC Bank USA, National Association | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | Centerstone Linen Services, LLC | 60 Grider Street Buffalo, NY 14215 | HSBC Bank USA, National Association | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | John Giardino | 188 Bidwell Parkway Buffalo, NY 14222 | HSBC Bank USA, National Association | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | HSBC Bank USA,<br>National Association | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

---

**Fill in this information to identify the case:**

Debtor name ___Alliance Laundry and Textile Service of Atlanta, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) ___18-31756-5___

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $2,147,065.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $7,814,374.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $7,510,254.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | | Case number (if known) | 18-31756-5 |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | American Associated Cos., Inc.<br>P.O. Box 142039<br>Fayetteville, GA 30214 | 11/5/18;<br>11/14/18;<br>11/19/18;<br>11/23/18;<br>12/3/18 | $17,516.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Med One Capital Funding, LLC<br>10712 South 1300 East<br>Sandy, UT 84094 | 9/28/18;<br>10/31/18;<br>11/30/18 | $5,331.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Lease payments secured by equipment |
| 3.3. | Standard Textile<br>P.O. Box 630302<br>Cincinnati, OH 45263-0302 | 9/21/18;<br>10/31/18;<br>11/30/18;<br>12/6/18 | $29,454.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Vaspian, LLC<br>266 Oak Street<br>Buffalo, NY 14203 | 9/28/18 | $300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | American Zurich Insurance Company v. Centerstone Linen Services, LLC, Alliance Laundry & Textile Services of Atlanta, LLC and Atlas Health Care Linen Services Co., LLC<br>806824/2018 | Collection proceeding | NYS Supreme Court, County of Erie<br>25 Delaware Avenue<br>Buffalo, NY 14202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Teems Electric Company v. Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems, Alliance Laundry & Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems and Centerstone Linen Services, LLC d/b/a Clarus Linen Systems<br>SUCV2018000984 | Collection proceeding | Superior Court of Catoosa County, GA<br>875 Lafayette Street, #205<br>Ringgold, GA 30736 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | GGG Partners, LLC, in its capacity as the liquidating trustee of the Clayton General Liquidating Trust v. Atlas Health Care Linen Services Co., LLC a/k/a Alliance Laundry and Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems<br>17-05198 | Proceeding to recover preferential transfers | U.S. Bankruptcy Court, Northern Dist. GA<br>Room 1340<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* 18-31756-5 |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202 | See item #11 of the Statement of Financial Affairs filed in Centerstone Linen Services, LLC Chapter 11 Case | | $0.00 |
| | **Email or website address**<br>www.bsk.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | NextPoint, LLC<br>107 Twin Oaks Drive<br>Syracuse, NY 13206 | See item #11 of the Statement of Financial Affairs filed in Centerstone Linen Services, LLC Chapter 11 Case | | $0.00 |
| | **Email or website address**<br>www.nextpointllc.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Phoenix Management Services, LLC<br>110 Commons Court<br>Chadds Ford, PA 19317-9716 | See item #11 of the Statement of Financial Affairs filed in Centerstone Linen Services, LLC Chapter 11 Case | | $0.00 |
| | **Email or website address**<br>www.phoenixmanagement.com | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)*  18-31756-5 |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Clarus 401(k) Retirement Plan | EIN:   26-1825594 |

Has the plan been terminated?
■ No
☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)*  18-31756-5 |
|--------|------------------------------------------------------|--------------------------------------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
       ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    The Bonadio Group 100 Corporate Parkway, Suite 200 Buffalo, NY 14226 | 2008 to present |
| 26a.2.    Marc Yonkers c/o Centerstone Linen Services, LLC 60 Grider Street Buffalo, NY 14215 | 11/27/12 - present |
| 26a.3.    Raymond Barry 3475 Parkwood Common Hamburg, NY 14075 | 9/23/15 - 7/20/18 |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
       within 2 years before filing this case.

       ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    The Bonadio Group 100 Corporate Parkway, Suite 200 Buffalo, NY 14226 | 2008 to present |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Debtor | Alliance Laundry and Textile Service of Atlanta, LLC | Case number *(if known)* | 18-31756-5 |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | The Bonadio Group<br>100 Corporate Parkway, Suite 200<br>Buffalo, NY 14226 | |
| 26c.2. | Marc Yonkers<br>c/o Centerstone Linen Services, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, NY 10018 |
| 26d.2. | Standard Textile<br>1 Knollcrest Drive<br>Cincinnati, OH 45237 |
| 26d.3. | American Express<br>P.O. Box 981531<br>El Paso, TX 79998-1531 |
| 26d.4. | IPA One<br>3059 Premiere Parkway<br>Suite 200<br>Duluth, GA 30097 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Centerstone Linen Services, LLC | 60 Grider Street<br>Buffalo, NY 14215 | | 100% interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Giardino | 188 Bidwell Parkway<br>Buffalo, NY 14222 | Chief Executive Officer | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Alliance Laundry and Textile Service of Atlanta, LLC

Case number *(if known)*    18-31756-5

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Raymond Barry | 3475 Parkwood Common<br>Hamburg, NY 14075 | former Chief Financial Officer | 9/23/15 - 7/20/18 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|
| Centerstone Linen Services, LLC | EIN:    26-1825594 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|---------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 11, 2019

/s/ John Giardino                                        John Giardino
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of New York

In re   Alliance Laundry and Textile Service of Atlanta, LLC      Case No.    18-31756-5
                                     Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):   See Disclosure of Compensation of Centerstone Linen Services, LLC (Chapter 11 Case No. 18-31754)

3.    The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       Negotiate with all creditors, including secured creditors, unsecured creditors, taxing authorities and other government agencies concerning claim treatment, negotiate with prospective purchasers, administer sale of assets under section 363 of the Bankruptcy Code, negotiate use of cash collateral, prepare chapter 11 plans and disclosure statements and all matters to property administer chapter 11 cases.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| January 11, 2019 | /s/  Stephen A. Donato |
| *Date* | Stephen A. Donato |
| | *Signature of Attorney* |
| | Bond, Schoeneck & King, PLLC |
| | One Lincoln Center |
| | Syracuse, NY 13202 |
| | (315) 218-8000   Fax: (315) 218-8100 |
| | sdonato@bsk.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of New York

In re    Alliance Laundry and Textile Service of Atlanta, LLC       Case No.    18-31756-5

                                         Debtor(s)         Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Centerstone Linen Services, LLC<br>60 Grider Street<br>Buffalo, NY 14215 | | | 100% interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 11, 2019                Signature    /s/ John Giardino

                                                                   John Giardino

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re    Alliance Laundry and Textile Service of Atlanta, LLC        Case No.    18-31756-5
                    Debtor(s)        Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Alliance Laundry and Textile Service of Atlanta, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Centerstone Linen Services, LLC
60 Grider Street
Buffalo, NY 14215

☐ None [*Check if applicable*]

January 11, 2019
Date

/s/ Stephen A. Donato
Stephen A. Donato
Signature of Attorney or Litigant
Counsel for   Alliance Laundry and Textile Service of Atlanta, LLC
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
sdonato@bsk.com