# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**CAMILLE W. HILL, ESQ.**
chill@bsk.com
P: 315.218.8627
F: 315.218.8100

January 22, 2019

**VIA ELECTRONIC FILING**
Honorable Margaret Cangilos-Ruiz
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re:   *Centerstone Linen Services, LLC, et al; Chapter 11 Case No. 18-31754*
      *Jointly Administered*

Dear Judge Cangilos-Ruiz:

Please accept this letter as the Debtors' request to adjourn the hearings on the following motions currently scheduled to be heard at 11:00 a.m. on January 23, 2019 to 1:00 p.m. on February 1, 2019:

1.   Motion of Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing of a Super-Priority, Senior Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Super-Priority Claims and (B) Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief [Dkt. No. 11]; and

2.   Motion to Compel the Debtor Centerstone Linen Services, LLC to Perform Post-Petition Obligations to Landlord Pursuant to Section 365(d)(3) [Dkt. No. 85].

The new objection deadline for these motions is 12:00 p.m. on January 31, 2019.

We have spoken with all counsel involved in these motions and all have consented to the adjournments. All counsel consenting to the adjournments are copied on this letter.

Thank you for your courtesies and consideration in these matters.

3286043.1 1/22/2019

Attorneys At Law | A Professional Limited Liability Company

Honorable Margaret Cangilos-Ruiz
January 22, 2019
Page 2


Respectfully yours,

BOND, SCHOENECK & KING, PLLC

*Camille W. Hill*

Camille W. Hill

cc:  Guy A. Van Baalen, Esq.
     Angela Z. Miller, Esq.
     David M. Banker, Esq.
     Gilbert R. Saydah, Esq.
     Robert K. Weiler, Esq.
     Stephen A. Donato, Esq.