UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case Nos. |
| CENTERSTONE LINEN SERVICES, LLC, | ) | 18-31754 (Main Case) |
| ATLAS HEALTH CARE LINEN SERVICES CO., LLC, | ) | 18-31753 |
| ALLIANCE LAUNDRY & TEXTILE SERVICE, LLC, | ) | 18-31755 |
| ALLIANCE LAUNDRY AND TEXTILE SERVICE OF | ) | 18-31756 |
| ATLANTA, LLC, and | ) | |
| ALLIANCE LTS WINCHESTER, LLC | ) | 18-31757 |
| *d/b/a Clarus Linen Systems*[1], | ) | |
| | ) | Chapter 11 Cases |
| Debtors. | ) | Jointly Administered |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2019, I electronically filed the *Notice Clarifying Bidding Procedures for the Sale of Substantially All Assets of Alliance Laundry & Textile Service, LLC, d/b/a Clarus Linen Systems* with the Court using the CM/ECF System, which sent notification of such filing to the following individuals:

Theodore M. Baum, Esq. – tbaum@mdmc-law.com
Marvin E. Clements, Jr., Esq. – agbanknewyork@ag.tn.gov
Mary Lannon Fangio, Esq. – mary@fangiolaw.com
Gabriel J. Ferber, Esq. – bkcy@nfdlaw.com
Garry M. Graber, Esq. – ggraber@hodgsonruss.com
Kelly C. Griffith, Esq. – kgriffith@harrisbeach.com
Anthony R. Hanley, Esq. – arh@ccf-law.com
F. Matthew Jackson, Esq. – mjackson@oalaw.com
Wendy A. Kinsella, Esq. – bkemail@harrisbeach.com
Steven Miles Lucks, Esq. – slucks@fishkinlucks.com
Lee Raymond Terry, Esq. – lterry@syrgov.net
U.S. Trustee – USTPRegion02.UT.ECF@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Centerstone Linen Services, LLC d/b/a Clarus Linen Systems (5594) ("Centerstone"); Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems (2681) ("Atlas"); Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems (8284) ("Alliance"); Alliance Laundry and Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems (4065) ("Atlanta"); and Alliance LTS Winchester, LLC d/b/a Clarus Linen Systems (0892) ("Winchester").

Guy A. Van Baalen, Esq. – USTPRegion02.UT.ECF@usdoj.gov
Rober K. Weiler, Esq. – rweiler@bhlawpllc.com
Megan Young-John, Esq. – megan.young@mhllp.com

And I hereby certify that I mailed, via first class mail using the United States Postal Service in

the State of New York, copies of the *Notice* to the individuals on the annexed service list.

_____ /s/  Kristin M. Doner
Kristin M. Doner

3288595.1

William J. Brown, Esq.
Angela Z. Miller, Esq.
Philips Lytle LLP
*Attorneys for HSBC Bank USA, National Association*
125 Main Street
Buffalo, NY 14203

Mr. Fred R. Schimel
HSBC Bank USA, National Association
1421 W. Shure Drive, Suite #100
Arlington Heights, IL 60004

Guy A. Van Baalen, Esq.
Office of the United States Trustee
105 U.S. Courthouse
10 Broad Street
Utica, NY 13501

Ronald Teplitsky, Partner
NextPoint, LLC
*Financial Advisors for Debtors*
107 Twin Oaks Drive
Syracuse, NY 13206

Garry M. Graber, Esq.
Hodgson Russ LLP
*Attorneys for Crown Health Care Laundry Services*
140 Pearl Street, Suite 100
Buffalo, NY 14202

Jayna Partain Lamar, Esq.
Maynard Cooper Gale
*Attorneys for Crown Health Care Laundry Services*
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

Trice Stabler, Esq.
Maynard Cooper Gale
*Attorneys for Crown Health Care Laundry Services*
11 North Water Street, Suite 24290
Mobile, AL 36602

Mr. John Giardino
c/o The Greenwich Group International LLC
805 3rd Avenue, 8th Floor
New York, NY 10022

Robert K. Weiler, Esq.
Bousquest Holstein PLLC
*Attorneys for CAN Companies, LLC*
110 W. Fayette Street, Suite 1000
Syracuse, NY 13202

F. Matthew Jackson, Esq.
O'Connell & Aronowitz, PC
*Attorneys for Troy Boiler Works, Inc.*
54 State Street, 9th Floor
Albany, NY 12207

Letitia James
Attorney General of the State of New York
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

3288595.1

NYS Department of Taxation & Finance
Attn:  Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

Cassandra Caverly, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20005-4026

NYS Department of Environmental Conservation
Office of General Counsel
625 Broadway
Albany, NY 12233

Basil Seggos, Commissioner
NYS Department of Environmental Conservation
625 Broadway
Albany, NY 12233

United States Environmental Protection Agency
Attn:  Douglas Fischer, Asst. Regional Counsel
New York/Caribbean Superfund Branch
Office of Regional Counsel
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

Georgia Environmental Protection Division
Mountain District
4244 International Parkway
Atlanta, GA 30354

Georgia Environmental Protection Division
Southwest District
2024 Newton Road
Albany, GA 31701

Georgia Environmental Protection Division
Mountain District
P.O. Box 3250
16 Center Road
Cartersville, GA 30120

South Carolina Board of Health and Environ. Control
2600 Bull Street
Columbia, SC 29201

Jenny Howard, Corporate Counsel
Tennessee Dept. of Environmental and Conservation
William Snodgrass Building
312 Rosa Parks Boulevard, Second Floor
Nashville, TN 37243

Pennsylvania Dept. of Conservation & Natural Res.
Attn:  Audrey Feinman Miner, Chief Counsel
Rachel Carson State Office Building
400 Market Street
Harrisburg, PA 17105

Steven M. Lucks, Esq.
Fishkin Lucks LLP
*Attorneys for Direct Energy Entities*
277 Broadway, Suite 408
New York, NY 10007

3288595.1

Megan Young-John, Esq.
McDowell Hetherington LLP
*Attorneys for Direct Energy Entities*
1000 Fannin Street, Suite 2700
Houston, TX 77002

Anthony R. Hanley, Esq.
Costello, Cooney & Fearon, PLLC
*Attorneys for American Associated Co., Inc.*
5701 West Genesee Street
Camillus, NY 13031

Theodore Baum, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Wellstart Health Systems, Inc.*
820 Bausch & Lomb Place
Rochester, NY 14604

Lee Terry, Esq., Asst. Corp. Counsel
City of Syracuse
300 City Hall
Syracuse, NY 13202

Med One Capital Funding, LLC
Attn:  Larry R. Stevens, President and CEO
10712 South 1300 East
Sandy, UT 84094

MB Financial Bank, N.A.
Attn:  Randall T. Conte, Vice President and CFO
800 West Madison Street
Chicago, IL 60607

Wendy A. Kinsella, Esq.
Kelly C. Griffith, Esq.
Harris Beach PLLC
*Attorneys for NYSID and*
*AMCP Clean Acquisition Company*
333 West Washinton Street, Suite 200
Syracuse, NY 13202

Mary Lannon Fangio, Esq.
Whitelaw & Fangio
*Attorneys for Willingham 1631, LLC*
247 West Fayette Street, Third Floor
Syracuse, NY 13202

David M. Banker, Esq.
Gilbert R. Saydah, Jr., Esq.
CKR Law
*Proposed Counsel for Creditors Committee*
1330 Avenue of the Americas, 14th Floor
New York, NY 10019

Tennessee Department of Revenue
c/o Office of the Attorney General
Attn:  Marvin E. Clements, Jr., Esq.
Attn:  Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

MB Financial Bank, N.A.
16111 North River Road
Rosemont, IL 60018

IPA One
10712 South 1300 East
Sandy, UT 84094

3288595.1

Optum Bank, Inc.
2525 Lake Park Boulevard
Salt Lake City, UT 84120

Optum Bank, Inc.
2525 Lake Park Boulevard
West Valley City, UT 84120


OptumHealth Bank, Inc.
2525 Lake Park Boulevard
Salt Lake City, UT 84120

OptumHealth Bank, Inc.
2525 Lake Park Boulevard
West Valley City, UT 84120


Prime Alliance Bank
1868 South 500 West
Woods Cross, UT 84087

Republic Bank
801 North 500 West, Suite 103
Bountiful, UT 84087


CHTD Company
P.O. Box 2576
Springfield, IL 62708

City of Anderson
Business License Office
601 South Main Street
Anderson, SC 29624


City of East Point
1526 East Forrest Avenue, Suite 400
East Point, GA 30344

City of Spartanburg
1450 W. Broad Street
Spartanburg, SC 29304


Floyd County Tax Commissioner
4 Government Plaza, Suite 109
Floyd County Historic Courthouse
Rome, GA 30161

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

3288595.1

Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd., NE, Suite 9100
Atlanta, GA 30345-3208

South Carolina Department of Revenue and Taxation
P.O. Box 12265
Columbia, SC 29211-9979

South Carolina Department of Revenue and Taxation
775 Addison Avenue, Suite 201
Rock Hill, SC 29730

Spartanburg County Treasurer
366 North Church Street, #300
Spartanburg, SC 29303

Ryder Truck Rental
d/b/a Ryder Transportation
Attn:  Michael Mandell
11690 NW 105th Street
Miami, FL 33178

Superior Group of Companies, Inc.
Attn:  Stephanie Burton, Esq., Assoc. General Counsel
10055 Seminole Blvd.
Seminole, FL 33772

Tyler Staffing Services, Inc.
d/b/a Chase Professionals
Attn:  Tracey Bailey
750 Hammond Drive NE
Atlanta, GA 30328-6136

Houston Hospitals, Inc. d/b/a Houston Healthcare
Attn:  Cary Martin, CEO
Houston Medical Center
1601 Watson Boulevard
Warner Robins, GA 31093

A&P Coat, Apron and Linen Supply, Inc.
d/b/a Unitex Rental Services
Attn:  Steve Gottlieb or Michael Potack
565 Taxter Road, Suite 620
Elmsford, NY 10523-2300

Angelica
Attn:  John Partridge
1901 S. Meyers Road Suite 630
Oakbrook Terrace, IL 60181

Century Linen
335 N. Main Street
Gloversville, NY 12078

Clean Rental Services, Inc.
Attn:  James Wasserson, CEO
4352 North American Street
Philadelphia, PA 19140

3288595.1

Emerald Textiles
Highland Avenue Capital
Attn:  Chris Bryan
205 Pier Avenue, Suite 102
Hermosa Beach, CA 90254

FDR Services Corp.
Attn:  Keith Luneburg or Sal Romeo
44 Newmans Court
Hempstead, NY 11550

Florida Linen
Attn:  Richard or Christian Luneburg
12011 Panama City Beach Parkway
Panama City, FL 32407

Handcraft Healthcare Linen Services
Attn:  Keith Nichols
2810 Cofer Road
Richmond, VA 23224

Logan's Linen
Thompson Street Capital
Attn:  Jeff Senneff
120 S. Central Ave., Suite 600
St. Louis, Missouri 63105

Nixon Uniform Service, Inc.
Attn:  Jason Berstein, CEO or Jack Phillips, CFO
500 Centerpoint Blvd.
New Castle, DE 19720

Puretex Solutions
Sunrise Capital Partners
Attn:  Nevil Shah
1000 Aviara Parkway, Suite 205
Carlsbad, CA 92011

Prudential Overall Supply
Attn:  Stefan Schurter, SVP
1661 Alton Parkway
Irvine, CA 92606

UniFirst Corp.
Attn:  Shane O'Connor, SVP/CFO
68 Jonspin Road
Wilmington, MA 01887

United Hospitality Services, LLC
Attn:  Philip A. Sharpe or Wesley J. Goebel
7990 Second Flags Drive, Suite A
Austell, GA 30168

United Linen
Attn:  Phillip Foussard
400 SW Frank Phillips Blvd.
Bartlesville, OK 74003

Universal Linen
Attn:  Tom Austin, CEO
1807 Commerce Road
Louisville, KY 40208

3288595.1

Your Linen Service, Inc.
Attn:  David M. Struminger, COO
4778, 1400 Hickory Hill Road
Petersburg, VA 23803

AFI Partners
Attn:  EJ Antonio
158 Mercer Street, 2nd Floor
New York, NY 10012

Ames Watson
Attn:  Lawrence Berger
4500 East West Highway, Suite 125
Bethesda, MD 20814

Architect Equity
Attn:  John Spiezia
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245

Asgard Partners
Attn:  Robert Beall
12 East 49th Street, 11th Floor
New York, NY 10017

Aterian Investments Partners, LLC
Attn:  Chris Thomas or Daniel Phan
11 E 44th Street #1803
New York, NY 10017

Blue Wolf Capital
Attn:  Michael Ranson
One Liberty Plaza, 52nd Floor
New York, NY 10006

CenterGate Capital
Attn:  Tim Liu
900 South Capital of Texas Highway
Las Cimas IV, Suite 478
Austin, TX 78746

DW Partners
Attn:  John Buck
150 N. Radnor-Chester Road, Suite 110
Radnor, PA 19087

Excelsior Capital
Attn:  Steve Emerson
4695 MacArthur Court, Suite 370
Newport Beach, CA 92660

Gardner Standard
Attn:  Phillip Johnson
885 Third Avenue, Suite 2403
New York, NY 10022

Gores Group
Attn: David Leeney
9800 Wilshire Blvd.
Beverly Hills, CA 90212

3288595.1

H.I.G. Capital
Attn: Ricky Stokes
600 5th Ave., 24th Floor
New York, NY 10020

Hidden Harbor
Attn: Tucker Coates
5355 Town Center Road, Suite 702
Boca Raton, FL 33486

Insight Equity Partners
Attn: Taylor West
400 Madison Avenue, #15
New York, NY 10017

Kingswood Capital
Attn: Alex Wolf
11777 San Vincente Blvd, Suite 650
Los Angeles, CA 90049

Littlejohn
Attn: Angus Littlejohn
P.O. Box 10065
Savannah, GA 31412

MTN Capital
Attn: Olivier Trouveroy
489 Fifth Avenue, 24th Floor
New York, NY 10017

New Water Capital
Attn: Andrew Ravenna
2424 Federal Highway, Suite 418
Boca Raton, FL 33431

Oakland Standard
Attn: Bryan Tolles
280 W. Maple Road, Suite 305
Birmingham, MI 48009

Platinum Equity
Attn: Scott Fitch or Casey Lo
52 Vanderbilt Ave., 21st Floor
New York, NY 10017

Prophet Equity, LLC
Attn: John Tatum
1460 Main Street, Suite 200
Southlake, Texas 76092

Resilience Capital Partners, LLC
Attn: B. Monsou, R. Schwartz or D. Glickman
25101 Chagrin Blvd., Suite 350
Cleveland, OH 44122

Resurgent Ventures
Attn: Bryce Winkle
31416 Agoura Road # 105
Westlake Village, CA 91361

3288595.1

Revolution Capital
Attn:  Jeremy Patel
54 West 40th Street
New York, NY 10018

MFG Partners
Attn:  Jeff Mizrahi
135 East 57th Street, 14th Floor
New York, NY 10022

Skyview Capital
Attn:  Bryan Betts
8th Floor, North Tower
2000 Avenue of the Stars
Los Angeles, CA 90067

Solace Capital Partners
Attn:  Christopher Brothers or Andrew Morris
595 Madison Avenue, 31st Floor
New York, NY 10022

Stone Calibre
Attn:  Nick Matzke
2049 Century Park East, Suite 2550
Los Angeles, CA 90067

Summit Investment Management
Attn:  Patrick Gilbert
1700 Lincoln Street, Suite 2150
Denver, CO 80203

T5 Equity Partners
Attn:  Ira Perlmuter
1 Meadowlands Plaza
East Rutherford, NJ 07073

Transom Capital Group
Attn:  Harrison Furse
100 N. Pacific Coast Highway, Suite 1725
El Segundo, CA 90245

Turnspire
Attn:  Peter Northrup
575 Madison Avenue, Suite 1006
New York, NY 10022

Victory Park Capital
Attn:  Zachary Nemes
150 N. Riverside Plaza, Suite 5200
Chicago, IL 60606

1631 Willingham BT, LLC
700 Promontory Point Lane, Unit 1401
San Mateo, CA 94404

23 Contracting Squadron - FA4830
4380B Alabama Road, Bldg. 932
Moody A F B, GA 31699-1794

A-1 Products Inc.
P.O. Box 8347
Birmingham, AL 35118

A-1 Products, Inc.
1235 E. Kennestone Circle
Marietta, GA 30066

ABM Lanier-Hunt Airport Parking
6033 South Terminal Parkway
Atlanta, GA 30321-9999

ACA Enterprises
870 North Woodland Avenue
Clyde, OH 43410

3288595.1

ADT Protection1
P.O. Box 49292
Wichita, KS 67201

AFLAC
Worlwide Headquarters
1932 Wynnton Road
Columbus, GA 31999

Airgas USA, LLC
630 Buffington Road
Piedmont, SC 29673

Alarm Systems, Inc.
P.O. Box 2732
Rome, GA 30164-2732

Alliance Laundry and Textile
Service of Atlanta, LLC
60 Grider Street
Buffalo, NY 14215

Alliance Laundry and Textile Service
of Atlanta, LLC
60 Grider Street
Buffalo, NY 14215

Alliance LTS Winchester, LLC
60 Grider Street
Buffalo, NY 14215

American Associated Cos, Inc.
140 Cecil Court
Fayetteville, GA 30214

American Associated Cos., Inc.
P.O. Box 142039
Fayetteville, GA 30214

American Associated Cos., Inc.
116 Bethea Road, Ste 424
Fayetteville, GA 30214

American Associated Cos., Inc.
140 Cecil Court
Fayetteville, GA 30214

Amtech Industrial Supply, LLC
745 Trabert Avenue NW
Atlanta, GA 30318

Amtran Medical Transportation, Inc.
14 Redmond Ct. NW
Rome, GA 30165-1244

Amulatory Care Center
947 S. Broad Street
Thomasville, GA 31792-6161

AnMed Health
2000 East Greenville Street
Anderson, SC 29621

AnMed Health Cannon
123 WG Acker Drive
Pickens, SC 29671-2739

AnMed Health Medical Center
800 N. Fant Street
Anderson, SC 29621-5708

AnMed Health North Campus
2000 E. Greenville Street
Anderson, SC 29621-1580

AnMed Health Sleep Lab
355 Old Greenville Road
Spartanburg, SC 29301-4755

AnMed Health Wound & Hyperbaric
Medicine
2000 E. Greenville Street, Ste. 5110
Anderson, SC 29621-1763

Applied Industrial Technologies
337 S. Erwin Street
Cartersville, GA 30120-3913

Archbold Memorial Hospital, Inc.
915 Gordon Avenue
Thomasville, GA 31792-6614

Archbold Primary Care
2621 E. Pinetree Blvd.
Thomasville, GA 31792-4840

Archbold Sleep Center
114 Momosa Drive, Ste D
Thomasville, GA 31792-6679

Atlanta Sprinkler Inspection
P.O. Box 929
Dacula, GA 30019-0929

Atlanta Sprinkler Inspection
32 Business Center Drive
Winder, GA 30680

Atlas Copco Compressors LLC
92 Interstate Drive
West Springfield, MA 01089

3288595.1

Atlas Health Care Linen Services Co.,LLC
414 West Taylor Street
Syracuse, NY 13202

Bainbridge Specialty Clinic
1323 E. Shotwell Street
Bainbridge, GA 39819-4252

Banks Boiler Service, Inc.
P.O. Box 50608
Albany, GA 31703-0608

Banks Boiler Service, Inc.
2265 Toledo Drive
Albany, GA 31705

Bearing Distributors, Inc.
P.O. Box 887
Columbia, SC 29202

Bearings and Drives, Inc.
P.O. Box 116733
Atlanta, GA 30368-6733

BG Neurology
1071 Boiling Springs Road
Spartanburg, SC 29303-2201

Boiler Supply Company
P.O. Box 40225
Nashville, TN 37204-0225

Boyce Lee Blackwood III
230 Humphries Road
Cowpens, SC 29330

Brooks County Hospital
903 N. Court Street
Quitman, GA 31643-1315

C. J. Compton Plumbing & Heating, Inc.
7606 Prince Street
Spartanburg, SC 29303

Caduceus Occupational
535 N. Central Ave.
Atlanta, GA 30350

Camp Industries, Inc.
P.O. Box 833
38 Superior Drive
Rome, GA 30161

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

Captain Vending Services
471 N. Sessions Street NW
Marietta, GA 30060

Cardio Consultants of South Georgia
100 Mimosa Drive
Thomasville, GA 31792-6676

Carlton Breast Center At Meredyth Place
2709 Meredyth Drive, Ste 260
Albany, GA 31707-0218

Carolina Center for Behavioral Health
2700 E. Phillips Road
Greer, SC 29650-4815

Carolina Occupational Healthcare, LLC
1715 Blanding Street
Columbia, SC 29201

Carolina Orthopaedic & Neurologic Assoc.
1330 Boiling Springs Road, Ste 1600
Spartanburg, SC 29303-4219

Carolina Technical Services, Inc.
P.O. Box 268
China Grove, NC 28023

Carson's Nut-Bolt & Tool Co., Inc.
P.O. Box 3629
Greenville, SC 29608-3629

CC Boiler Sales & Service, Inc.
P.O. Box 561745
Charlotte, NC 28256

Center for Advanced Rehabilitation
110 Park City Road
Rossville, GA 30741-3980

Center for Advanced Rehabilitation
SACU 3rd Floor
100 Gross Crescent Circle
Fort Oglethorpe, GA 30742-3643

Centerstone Linen Services, LLC
60 Grider Street
Buffalo, NY 14215

Charter Communications
P.O. Box 742614
Cincinnati, OH 45274-2614

3288595.1

Chase Professionals
Tyler Staffing Services, Inc.
P.O. Box 534501
Atlanta, GA 30353-4501

Chem-Aqua
P.O. Box 152170
Irving, TX 75015

Chem-Aqua
23261 Network Place
Chicago, IL 60673-1232

Chief Fire Protection Company
689 Whitehall Street, SW
Atlanta, GA 30310

Cintas - EP
1705 Corporate Drive, Suite 440
Norcross, GA 30093

Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas-EP
P.O. Box 631025
Cincinnati, OH 45263-1025

CIT
21146 Network Place
Chicago, IL 60673-1211

City Electric Supply
P.O. Box 71465
North Charleston, SC 29415

City of Albany
Attn: Finance Department
P.O. Box 447, Suite 460
Albany, GA 31702-0447

City of Albany
Attn: Finance Department
222 Pine Avenue
Albany, GA 31702-0447

City of Anderson
Business License Office
601 South Main Street
Anderson, SC 29624

City of East Point
1526 East Forrest Avenue, Suite 400
East Point, GA 30344

City of East Point
2791 East Point Street
East Point, GA 30344-3239

City of Spartanburg
1450 W. Broad Street
Spartanburg, SC 29304

Combustion Services, Inc.
101 Mountain Ridge
Industrial Park
Taylors, SC 29687

Commercial Trailer Leasing, Inc.
103 Eisenhower Parkway, Suite 300
Roseland, NJ 07068

Computer Software Architects LLC
601 21st Street, Suite 300
Vero Beach, FL 32960

Concentra Medical Centers
P.O. Box 82730
Hapeville, GA 30354

Consolidated International Corp.
P.O. Box 3428
Rancho Palos Verdes, CA 90275

Constellation NewEnergy
P.O. Box 5473
Carol Stream, IL 60197-5473

Constellation NewEnergy - Gas Division
9960 Corporate Campus Drive
Suite 2000
Louisville, KY 40223

Crothall Laundry Services, Inc.
901 RA Dent Boulevard
Augusta, GA 30901-5112

Crowe Lawn Care LLC
6 Maplelane Street
Spartanburg, SC 29301

Daisy Mvou
2300 County Walk
Apt. 916
Snellville, GA 30039

David M. Krawczyk
229 Hearthwood Lane
Simpsonville, SC 29681

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602

14

3288595.1

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
Attn:  Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
Attn:  Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087-8608

Department of Veterans Affairs
VISN 7 Network Contracting Activity
501 Greene Street
Hatcher Building - Suite 2
Augusta, GA 30901

Directv
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

Dival Safety Equipment, Inc.
1721 Niagara Street
Buffalo, NY 14207

Diversified Plastics, Inc.
1309 Highway 917 West
Latta, SC 29565

Duke Energy
P.O. Box 70515
Charlotte, NC 28272-0515

Dunwoody Urgent Care
1730 Mount Vernon Road
Atlanta, GA 30338-4245

Eastern Industrial Supplies, Inc.
P.O. Box 75106
Charlotte, NC 28275

Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262

Eden Terrace of Spartanburg
2780 E. Main Street
Spartanburg, SC 29307-1248

EMB, BMACH
Martin Army Community Hospital
7950 Martin Loop
Fort Benning, GA 31905

Encompass Group, LLC
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

EP Star Wipers, Inc. - RAGS
1125 E. Main Street
Newark, OH 43055-8869

EPS Plumbing Services, LLC
2076 Montgomery Drive
Duluth, GA 30096

ExperCare
Attn: Billing Department
P.O. Box 2233
Loves Park, IL 61131-2233

Express Services, Inc.
P.O. Box 535434
Atlanta, GA 30353-5434

Express Services, Inc.
d/b/a Express Employment Professionals
P.O. Box 535434
Atlanta, GA 30353-5434

Family Medical Center
1657 N. Expressway
Griffin, GA 30223-1276

Fashion Seal Uniforms
P.O. Box 748000
Cincinnati, OH 45274-8000

Fashion Seal Uniforms
P.O. Box 636822
Cincinnati, OH 45263-6822

Fastenal Company
604A & 604B Cordell Drive
College Park, GA 30349

Fastenal Industrial & Construction Supp.
P.O. Box 1286
Winona, MN 55987-1286

FedEx
P.O. Box 223125
Pittsburgh, PA 15251-2125

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

First Georgia Physician Group
4000 Shakerag Hill, Ste 3201
Peachtree City, GA 30269-4047

3288595.1

First Georgia Physician Group
101 Yorktown Drive, Suite 100
Fayetteville, GA 30214

Floyd County Tax Commissioner
4 Government Plaza, Suite 109
Floyd County Historic Courthouse
Rome, GA 30161

Floyd County Tax Commissioner
P.O. Box 26
Rome, GA 30162-0026

Floyd Healthcare Management, Inc.
304 Turner McCall Boulevard
Rome, GA 30165

Forklift Services, LLC
P.O. Box 160880
Boiling Springs, SC 29316

Fort Jackson
Building 3295 Forney Street
Columbia, SC 29202

Fowler Brothers Cleaners & Laundry
614 North Church Street
Spartanburg, SC 29303

Fresenius Medical Care of
Duluth-Lawrenceville
1115 Herrington Road
Lawrenceville, GA 30044-7503

Fresenius Medical Care of
DeKalb/Rockdale
6085 Hillandale Drive
Lithonia, GA 30058-4839

Fresenius Medical Care of Decatur
2721 Irvin Way
Decatur, GA 30030-1720

Fresenius Medical Care of Honey Creek
1901 Honey Creek Commons SE
Conyers, GA 30013-5806

Fulton County Tax Commissioner
141 Pryor Street SW
Atlanta, GA 30303

G & K Services
6030 Lagrange Blvd.
Atlanta, GA 30336

G-Five, Inc.
297-H Garlington Road
Greenville, SC 29615

G. A. Braun, Inc.
Department No. 309
P.O. Box 8000
Buffalo, NY 14267

GA State Univ. Student Health Clinic
141 Piedmont Avenue, NE
Suite D
Atlanta, GA 30303-2417

GE Capital
P.O. Box 105710
Atlanta, GA 30348-5710

Georgia Baptist College of Nursing
Mercer University
3001 Mercer University Drive
Atlanta, GA 30341-4115

Georgia Breast Surgery, PC
631 Professional Drive, Ste 240
Lawrenceville, GA 30046-3367

Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd., NE, Ste 9100
Atlanta, GA 30345-3208

Georgia Department of Revenue
Attn:  Payroll Tax
148 Andrew Young International Blvd.
Atlanta, GA 30303

Georgia Regional Hospital
1915 Eisenhower Drive
Savannah, GA 31406-5027

Glenn-Mor Nursing Home
10629 US Highway 19 S
Thomasville, GA 31792-1127

GoldStar EMS
922 E. Jefferson Street, Ste E
Americus, GA 31709-4781

Grady General Hospital
1182 5th Street SE
Cairo, GA 39828-3141

Grady Health System
80 Jesse Hill Jr. Drive S.E.
Atlanta, GA 30303-3050

Grainger
730 Congaree Road
Greenville, SC 29607-3598

3288595.1

Grainger
5300 Frontage Road
Forest Park, GA 30297-2516

Grainger
Dept. 848866406
Palatine, IL 60038-0001

Grainger
Dept. 831813324
Palatine, IL 60038-0001

Gwinnett Medical Center
1000 Medical Center Boulevard
Lawrenceville, GA 30046

Harley's Electronics, Inc.
1093 Asheville Highway
Spartanburg, SC 29303

Home Hospice Nurses-Direct Sale
1530 Drayton Road
Spartanburg, SC 29307

Hospice of Laurens County
1304 Springdale Drive
Clinton, SC 29325-7226

Hospice of the Upstate, Inc.
Attn:  Pamela S. Melbourne, President
1835 Rogers Road
Anderson, SC 29621

Hospital Services, Inc.
2751 The Boulevard
Columbia Industrial Park
Columbia, SC 29209

Hospital Services, Inc.
2751 The Boulevard
Columbia, SC 29209

Houston Health Pavilion
233 N. Houston Road
Warner Robins, GA 31093-3024

Houston Hospitals, Inc.
d/b/a Houston Healthcare
1601 Watson Boulevard
Warner Robins, GA 31093

Houston Medical Center
c/o Houston Hospitals, Inc.
1601 Watson Blvd.
Warner Robins, GA 31093

Houston Perry Hospital
1120 Morningside Drive
Perry, GA 31069-2906

Houston Surgery Center
1659 Watson Blvd.
Warner Robins, GA 31093-3431

HSBC Bank USA, National Association
452 Fifth Avenue
New York, NY 10018

HSBC Bank USA, National Association
c/o Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Humbleton Industrial
49 Duncan Circle
Sunny Industrial Park
Hiram, GA 30141

Hygiena, LLC
941 Avenida Acaso
Camarillo, CA 93012

Illingworth Engineering Company
6855 Phillips Parkway Drive South
Jacksonville, FL 32256

Integra Business Alternatives LLC
P.O. Box 4932
Albany, GA 31706

Integra Business Alternatives LLC
1704 N. Slappey Blvd.
Albany, GA 31701

Integra Business Alternatives, Inc.
1704 N. Slappey Blvd.
Columbus, GA 31901

Integra Business Alternatives, LLC
c/o Kitchens Kelley Gaynes P.C.
Attn:  Bryan Kaplan, Esq.
5555 Glenridge Connector
Atlanta, GA 30342

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Nationalease
2700 Palmyra Road
Albany, GA 31707

IPA One
10712 South 1300 East
Sandy, UT 84094

3288595.1

IPA One
c/o CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Jackson-Hirch, Inc.
700 Anthony Trail
Northbrook, IL 60062

Jensen USA, Inc.
Dept. CH 19533
Palatine, IL 60055-9533

Jensen USA, Inc.
99 Aberdeen Loop
Panama City, FL 32405

Joe-Anne Burgin Nursing Home
321 Randolph Street
Cuthbert, GA 39840-6127

John Giardino
203 E. 77th Street
New York, NY 10075

John Giardino
188 Bidwell Parkway
Buffalo, NY 14222

Judson G. Black, MD LLC
755 Mount Vernon Hwy NE, Ste 430
Atlanta, GA 30328-4279

Kaeser Compressors
P.O. Box 946
Fredericksburg, VA 22404

Kendric McCarty
3399 Benthollow Lane
Duluth, GA 30096

Key Office Solutions
841 California Avenue
Spartanburg, SC 29303

Laboratory Corp. of America Holding
P.O. Box 12140
Burlington, NC 27216-2140

Lavatec Laundry Technologies, Inc.
P.O. Box 215
49 Lancaster Drive
Beacon Falls, CT 06403

Leaf
P.O. Box 742647
Cincinnati, OH 45274-2647

Leaf - 004
P.O. Box 742647
Cincinnati, OH 45274-2647

Lewis Hall Singletary Oncology Center
919 S. Broad Street
Thomasville, GA 31792-6114

Linen Replacement in Excess of Allowance
1631 Willingham Drive
Atlanta, GA 30344-4810

Linen Replacement in Excess of Allowance
355 Old Greenville Road
Spartanburg, SC 29301-4755

Linen Replacement in Excess of Allowance
404 Hodges Avenue
Albany, GA 31701-1614

Lung & Chest Medical Associates
2030 N. Church Street Place
Spartanburg, SC 29303-2706

M & J Machine, Inc.
P.O. Box 5993
Spartanburg, SC 29304-5993

Martin Army Hospital
7950 Martin Loop
Fort Benning, GA 31905-5648

Mary Black Health System LLC
1700 Skyline Drive
Spartanburg, SC 29304

Mary Black Memorial Hospital
1700 Skylyn Drive
Spartanburg, SC 29307-1041

Maxi-Press Elastomeric, Inc.
80 Turnpike Drive, Suite 4
Middlebury, CT 06762

MB Financial Bank, N.A.
16111 North River Road
Rosemont, IL 60018

MBMH Outpatient Therapy Services
1650 Skylyn Drive, Ste 100
Spartanburg, SC 29307-1069

3288595.1

MBMH Women's Breast Health Center
1650 Skylyn Drive, Ste 130
Spartanburg, SC 29307-1069

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

McNaughton-McKay Electric Co.
P.O. Box 890976
Charlotte, NC 28289

Med One Capital Funding, LLC
P.O. Box 708278
Sandy, UT 84070

Med One Capital Funding, LLC
10712 South 1300 East
Sandy, UT 84094

Med One Capital Funding, LLC
c/o CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Med One Group
10712 South 1300 East
Sandy, UT 84094

Mediacom Business
1104 N. Westover Boulevard
Albany, GA 31707-6626

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Medline Industries Inc.
Box 382075
Pittsburgh, PA 15251-8075

MEM Ooltway Imaging Center
6401 Mountain View Road
Ooltewah, TN 37363-6681

Midtown Neurology PC
285 Boulevard NE, Ste 345
Atlanta, GA 30312-4201

Mitchell Convalescent Center
37 S. Ellis Street
Camilla, GA 31730-1812

Mitchell County Hospital
90 E. Stephens Street
Camilla, GA 31730-1836

Moncrief Army Health Clinic
4500 Stuart Avenue
Columbia, SC 29207-5700

Moody Air Force Base Clinic
3276 Mitchell Blvd.
Moody A F B, GA 31699-1500

Morningside of Albany
1721 Beattie Road
Albany, GA 31721-2911

Morrisette Paper Company, Inc.
P.O. Box 890982
Charlotte, NC 28289-0982

Nathan Harvey Enterprises Inc.
645 Cooper Road
Social Circle, GA 30025

Northeast Georgia Hospital System
743 Spring Street
Gainesville, GA 30501-3899

Northeast Georgia Medical Center Barrow
316 N. Broad Street
Winder, GA 30680-2150

Northside Center for Behavioral
& Psychiatric Care
401 Old Albany Road
Thomasville, GA 31792-4014

NY Urgent Care Practices, P.C.
P.O. Box 500
Ellicottville, NY 14731-0500

Optum Bank, Inc.
2525 Lake Park Boulevard
Salt Lake City, UT 84120

Optumhealth Bank, Inc.
2525 Lake Park Boulevard
Salt Lake City, UT 84120

Optumhealth Bank, Inc.
c/o CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Orkin
1400 Marietta Blvd. W, Suite B
Atlanta, GA 30318-4144

3288595.1

Orthopedic Specialties
303 E. Wood Street
Spartanburg, SC 29303-3020

Osceola Supply, Inc.
P.O. Box 13503
Tallahassee, FL 32317

Osceola Supply, Inc.
915 Commerce Boulevard
Midway, FL 32343


Overhead Door of Atlanta
221 Armour Drive
Atlanta, GA 30324

Pace Analytical Services, Inc.
P.O. Box 684056
Chicago, IL 60695-4056

Palmetto Compressors, Inc.
P.O. Box 577
302 Hughes Street
Clemson, SC 29633


Palmetto Hematology Oncology- Union
407 W. South Street
Union, SC 29379-2771

Partners Cooperative, Inc.
3625 Cumberland Boulevard, SE
Suite #1425
Atlanta, GA 30339

Partsmaster
P.O. Box 655326
Dallas, TX 75265


Partsmaster
2727 Chemsearch Blvd.
Irving, TX 75062

Pelham Parkway Nursing Home
608 Dogwood Drive NE
Pelham, GA 31779-1132

Penske Truck Leasing Co., L.P.
P.O. Box 532658
Atlanta, GA 30353-2658


Penske Truck Leasing Co., L.P.
2675 Morgantown Road
Reading, PA 19607

Penske Truck Leasing Co., LP
P.O. Box 532658
Atlanta, GA 30353-2658

PeopleReady Inc.
1015 "A" Street
Tacoma, WA 98402


Phillips Staffing
c/o AR Funding
P.O. Box 16253
Greenville, SC 29606

Phobe Community Care Clinic
417 W. 4th Avenue
Albany, GA 31701-1915

Phoebe Community Benefit
417 W. 3rd Avenue
Albany, GA 31701-1943


Phoebe Corporate Health Center
2410 Sylvester Road
Albany, GA 31705

Phoebe Diagnostics Imaging Center
2709 Meredyth Drive, Ste. 100
Albany, GA 31707-0222

Phoebe East
3410 Sylvester Road
Albany, GA 31705-2479


Phoebe Endoscopy Center
2709 Meredyth Drive
Albany, GA 31707-0222

Phoebe Family Medical Center - Albany
901 N. Madison Street
Albany, GA 31701-2210

Phoebe Family Medical Center - Camilla
48 US Highway 19 S
Camilla, GA 31730-1960


Phoebe Family Medical Center - Pelham
410 Curry Street NE
Pelham, GA 31779-1457

Phoebe Family Medical Center- Laurel Pl.
1390 US Highway 19 S
Leesburg, GA 31763-4831

Phoebe Gastroenterology Associates
2709 Meredyth Drive
Albany, GA 31707-0222

3288595.1

Phoebe Healthworks
311 W. 3rd Avenue
Albany, GA 31701-2093

Phoebe Infectious Disease
507 W. 3rd Avenue, Ste 3
Albany, GA 31701-1944

Phoebe Neurology Associates
2709 Meredyth Drive, Ste 230
Albany, GA 31707-0218

Phoebe Neurosurgical Associates
2622 Meredyth Drive
Albany, GA 31707-0206

Phoebe Northwest
2336 Dawson Road
Albany, GA 31707-2800

Phoebe Orthopaedic Specialty Group
2709 Meredyth Drive, Ste 450
Albany, GA 31707-0220

Phoebe Putney Memorial Hospital
417 W. 3rd Avenue
Albany, GA 31701-1943

Phoebe Putney Memorial Hospital
North Campus
2000 Palmyra Road
Albany, GA 31701-1528

Phoebe Rheumatology
901 N. Madison Street
Albany, GA 31701-2210

Phoebe Sickle Cell Clinic
1009 N. Monroe Street, Ste B
Albany, GA 31701-1970

Phoebe Sleep Disorders Center
2709 Meredyth Drive, Ste 310
Albany, GA 31707-0219

Phoebe Sumter Medical Center
126 US Highway 280 W.
Americus, GA 31719-8645

Phoebe Sumter OB/GYN
126 US Highway 280 W.
Americus, GA 31719-8645

Phoebe Sumter Orthopedics
132 US Highway 280 W.
Americus, GA 31719-8645

Phoebe Sumter Surgical Associates
120 US Highway 280 W
Americus, GA 31719-8645

Phoebe Sumter Wellness & Educ. Center
132 US Highway 280 W.
Americus, GA 31719-8645

Phoebe Tower Medical at Meredyth Place
2709 Meredyth Drive, Ste 330
Albany, GA 31707-0213

Phoebe Worth Family Medicine - Sylvester
1014 W. Franklin Street
Sylvester, GA 31791-1971

Phoebe Worth Medical Center
807 S. Isabella Street
Sylvester, GA 31791-7554

Phoebe Wound Care & Hyperbaric Center
803 N. Jefferson Street
Albany, GA 31701-2373

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

Powell Contract Services, LLC
129 Lake Estates Drive
Ashburn, GA 31714

Premier Orthopedics
2405 Osler Court, STe 100
Albany, GA 31707-0215

Prime Alliance Bank
1868 South 500 West
Woods Cross, UT 84087

Prime Alliance Bank
c/o CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Protection 1/ADT
P.O. Box 219044
Kansas City, MO 64121-9044

Pumps, Valves and Controls
1709 South Slappey Boulevard
Albany, GA 31701

3288595.1

Pure Health Solutions Inc.
P.O. Box 742647
Cincinnati, OH 45274-2647

Pye-Barker Fire & Safety, Inc.
P.O. Box 69
Roswell, GA 30077-0069

R. Allen Simmons
14 Red Jonathan Court
Simpsonville, SC 29681

R. S. Andrews
3617 Clearview Parkway
Atlanta, GA 30340

Raintree Waste
P.O. Box 18974
Atlanta, GA 31126

Raintree Waste
1073 Ridge Avenue SW
Atlanta, GA 30315

Randolph Medical Associates
125 McDonald Avenue
Cuthbert, GA 39840-5829

Regional Medical Center of Orangeburg
and Calhoun Counties
3000 Saint Matthews Road
Orangeburg, SC 29118-1442

Republic Services #744
P.O. Box 9001099
Louisville, KY 40290-1099

Richard Leatherwood
1370 Hanging Rock Road
Boiling Springs, SC 29316

Right Sales & Service
1666 East Vesta Avenue
Atlanta, GA 30337

RMCO Healthplex
3000 Saint Matthews Road
Orangeburg, SC 29118-1442

RMCO Healthplex - Holly Hill
187 Bunch Ford Road
Holly Hill, SC 29059-8224

RMCO Healthplex - Santee
111 John Lawson Avenue
Santee, SC 29142-8654

RMCO Urgent Care - Bamburg
185 McGee Street
Bamberg, SC 29003-1154

Robert J. Hawkins
744 September Chase
Wellford, SC 29385

Robertson Home Improvement
2320 Prime Point
Conyers, GA 30013

Rogers & Callcott Environmental
Attn:  Accounts Receivable
P.O. Box 5655
Greenville, SC 29606

Rome Electric Motor Works
36 Westside Industrial Boulevard
Rome, GA 30165

Ross Textiles, Inc.
P.O. Box 622
507 King Street E
Bethune, SC 29009

Rossu Smith
4801 Impala Lane
Albany, GA 31705

Ryder
P.O. Box 402366
Atlanta, GA 30384-2366

Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA 30005

S.C. Department of Revenue and Taxation
P.O. Box 12265
Columbia, SC 29211-9979

S.C. Department of Revenue and Taxation
775 Addison Avenue, Ste 201
Rock Hill, SC 29730

Scale Systems, Inc.
P.O. Box 116733
Atlanta, GA 30368-6733

Self Regional Healthcare
1325 Spring Street
Greenwood, SC 29646

3288595.1

Self Regional Medical Center
402 Maxwell Avenue
Greenwood, SC 29646-2619

SFMC Outpatient Imaging & Specialty
Care at Camp Creek
3890 Redwine Road SW, Ste 104
Atlanta, GA 30331-5583

Shippers Supply, Inc.
P.O. Box 8238
Spartanburg, SC 29305

SimplexGrinnell
District #23
2788 Fairforest Clevedale
Spartanburg, SC 29301

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

South Georgia Surgical Associates
100 Mimosa Drive
Thomasville, GA 31792-6676

Southeastern Freight
420 Davega Road
Lexington, SC 29073

Southeastern Interventional Pain Assoc.
1140 Hammond Drive NE, #D4190
Atlanta, GA 30328-5338

Southern Industrial Electronics Inc.
834 Pine Avenue
Albany, GA 31701

Southern Regional Medical Center
11 Upper Riverdale Road, SW
Riverdale, GA 30274

Southern Surgical Arts Calhoun
120 Cornerstone Way SE, Ste C
Calhoun, GA 30701-4791

Southwest Georgia OB/GYN
808 13th Avenue
Albany, GA 31701-1328

Southwest Georgia Physical Therapy
333 Randolph Street
Cuthbert, GA 39840-6127

Southwest Georgia Regional Med. Center
361 Randolph Street
Cuthbert, GA 39840-6127

Spa Rent
803 3rd Avenue, Floor 8
New York, NY 10022

Spartanburg Community College
Tyger River Campus
290 Commerce Court, Rm 303
Duncan, SC 29334-9285

Spartanburg County Treasurer
366 North Church Street, #300
Spartanburg, SC 29303

Spartanburg Regional Healthcare Services
Patient Financial Services
P.O. Box 743070
Atlanta, GA 30374-3070

Spartanburg Water System
200 Commerce Street
P.O. Box 251
Spartanburg, SC 29304

SPN Star Wipers, Inc. - RAGS
1125 E. Main Street
Newark, OH 43055-8869

Standard Textile
P.O. Box 630302
Cincinnati, OH 45263-0302

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237

Staples Advantage
Dept ATL
P.O. Box 105748
Atlanta, GA 30384-5386

Staples Advantage
Dept ATL
P.O. Box 405386
Atlanta, GA 30384-5386

Steel Core Industrial Supply
849 California Avenue
Spartanburg, SC 29303

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Stericycle, Inc.
28161 N. Keith Drive
Lake Forest, IL 60045

3288595.1

Storms Industries, Inc.
1500 S. Western Ave.
Chicago, IL 60608

Streamline Solutions
P.O. Box 560775
Orlando, FL 32856

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Superior Document Solutions
1925 Breckinridge Plaza
Ste. 160
Duluth, GA 30096

Surgery Center at Pelham
2755 S. Highway 14
Greer, SC 29650-4902

SurgiCare Gwinnett
367 Athens Highway, Ste 100
Loganville, GA 30052-2207

T3 Labs, Inc.
387 Technology Circle NW, Ste 175
Atlanta, GA 30313-2422

Tamelia N. Moore
3243 Staton Drive
Albany, GA 31705

Tamiko Favors
c/o Barrett & Farahany
Attn:  Amanda A. Farahany, Esq.
1100 Peachtree Street, Suite 500
Atlanta, GA 30309

Teems Electric Company
c/o Spears, Moore, Rebman & Williams
Attn:  Cara Weiner, Esq.
601 Market Street, Suite 400
Chattanooga, TN 37402

Teems Electric Inc.
6362 Battle Field Pkwy.
Ringgold, GA 30736

Terminix Service, Inc.
Attn:  Central Accounting
3612 Fernandina Road
Columbia, SC 29210

Texchine Inc.
P.O. Box 188
207 Beaufort Street
Chapin, SC 29036

Thermal Engineering of Arizona
2250 W. Wetmore Road
Tucson, AZ 85705

Thermopatch Corporation
P.O. Box 8007
Syracuse, NY 13217-8007

Thermopatch Corporation
2204 Erie Boulevard East
Syracuse, NY 13224

Thomasville Physical Therapy
300 W. Hansell Street
Thomasville, GA 31792-6650

Tingue, Brown & Co.
309 Dividend Drive
Peachtree City, GA 30269

Tingue, Brown & Co.
P.O. Box 824619
Philadelphia, PA 19182-4619

TLC Tri-State Laundry Companies
P.O. Box 1259
Waycross, GA 31502-1259

TLC Tri-State Laundry Companies
P.O. Box 69
Valdosta, GA 31603-0069

TLC Tri-State Laundry Companies
1560 Old Clyattville Road
Valdosta, GA 31601

Tyler Staffing Services, Inc.
d/b/a CHASE Professionals
750 Hammond Drive, Bldg. 9
Atlanta, GA 30328

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

ULS Acquisition LLC
Attn:  John Giardino
805 Third Avenue, 8th Floor
New York, NY 10022

ULS Acquisition, LLC
803 3rd Avenue, Floor 8
New York, NY 10022

3288595.1

Union County Emergency Medical Services
1262 S. Duncan Bypass
Union, SC 29379-7218

United Rentals (North America), Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Universal Environmental Services, LLC
411 Dividend Drive
Peachtree City, GA 30269

Urgent Care & Corporate Care Centers
2705 E. Pinetree Blvd, Ste A
Thomasville, GA 31792-4875

VAMC Augusta Downtown Division
800 Bailie Drive
Augusta, GA 30912-2619

VAMC Augusta Uptown Division
1 Freedom Way
Augusta, GA 30904-6258

VAMC Charleston
109 Bee Street
Charleston, SC 29401-5703

VAMC Columbia
6439 Garners Ferry Road
Columbia, SC 29209-1638

VAMC Dublin
1826 Veterans Blvd.
Dublin, GA 31021-3620

Vaspian LLC
P.O. Box 3399
Buffalo, NY 14240

Vaspian LLC
266 Oak Street
Buffalo, NY 14203

Vaughn Belting Co., Inc.
P.O. Box 5505
Spartanburg, SC 29304

VITAS Innovatice Hospice Care
Direct Sale
123 SE 3rd Avenue, Ste 440
Miami, FL 33131-2003

VITAS Innovative Hospice Care
931 Quarry Road
Stockbridge, GA 30281-4352

VITAS Innovative Hospice Care - Duluth
3840 Peachtree Industrial Blvd., Ste 101
Duluth, GA 30096-5031

W40M RHCO-Atlantic USAHCA
Northern Regional Health Contracting Off
6021 5th Street, Bldg. 1467
Fort Belvoir, VA 22060-5580

W40M RHCO-Atlantic USAHCA
Northern Reg. Contracting Office NRCO
6021 5th Street, Bldg. 1467
Fort Belvoir, VA 22060-5580

Wachovia Commercial Loan (0009-1)
P.O. Box 41602
Philadelphia, PA 19101-1601

Waldrop Mechanical Services
P.O. Box 369
Reidville, SC 29375

Walton EMC Natural Gas
P.O. Box 1347
Monroe, GA 30655-1347

Walton Energy, Inc.
d/b/a Walton EMC Natural Gas
P.O. Box 260
Monroe, GA 30655

WebAddo, Inc.
1270 Caroline Street
Suite D120-106
Atlanta, GA 30307

Weldor's Supply HOuse, Inc.
P.O. Box 4926
Spartanburg, SC 29305-4926

WellStar AMC  Morrow Healthcare
1000 Corporate Center Drive, Ste 200
Morrow, GA 30260-4129

WellStar AMC Bone & Joint Specialists
285 Boulevard NE, Ste 310
Atlanta, GA 30312-4209

WellStar AMC East Point Clinic
1136 Cleveland Avenue, Ste 317
Atlanta, GA 30344-3618

WellStar AMC Gym
303 Parkway Drive NE, #427
Atlanta, GA 30312-1212

25

3288595.1

WellStar AMC Inman Park Physicians
240 N. Highland Avenue, Ste E
Atlanta, GA 30307-5625

WellStar AMC Orthopaedic Rehabilitation
320 Parkway Drive NE
Atlanta, GA 30312-1213

WellStar AMC Primary Care Clinic
3886 Princeton Lakes Way SW, Ste 120A
Atlanta, GA 30331-5511

WellStar AMC Primary Care Clinic
560 Amsterdam Avenue NE, Ste D
Atlanta, GA 30306-3479

WellStar AMC Prinary Care Clinic
3355 Cascade Road SW
Atlanta, GA 30311-3678

WellStar Atlanta Medical Center
303 Parkway Drive NE, #427
Atlanta, GA 30312-1212

Wellstar Health System, Inc.
c/o Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street, Suite 100
Marietta, GA 30060

Wellstar Health System, Inc.
793 Sawyer Road
Marietta, GA 30062

Wellstar Health Systems
1800 Parkway Place
Marietta, GA 30067

Wesley Commons
1110 Marshall Road
Greenwood, SC 29646-4216

Westside Dermatology
1250 John B White Sr. Blvd.
Spartanburg, SC 29306-3929

Whitten Center
P.O. Box 4540
Columbia, SC 29240-4540

Willingham 1631, LLC
B.T. Investments
P.O. Box 25585
San Mateo, CA 94402

Willsom Hospice House
320 Foundation Lane
Albany, GA 31707-5862

Wiregrass Rehabilitation Center
795 Ross Clark Circle #1
Dothan, AL 36303

Wiregrass Rehabilitation Center II
2080 Child Street
Jacksonville, FL 32214-5005

Wiregrass Rehabilitation Center, Inc.
795 Ross Clark Circle
Dothan, AL 36303

Wound Management & Hyperbaric
Medicine
113 W. Hansell Street
Thomasville, GA 31792-6664

Wright Express
P.O. Box 639
Portland, ME 04104

Zero Waste Solutions
3276 Mitchell Blvd.
Moody A F B, GA 31699-1500

3288595.1