

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**CAMILLE W. HILL, ESQ.**
chill@bsk.com
P: 315.218.8627
F: 315.218.8100

January 31, 2019

**VIA ELECTRONIC FILING**
Honorable Margaret Cangilos-Ruiz
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re:   *Centerstone Linen Services, LLC, et al; Chapter 11 Case No. 18-31754
Jointly Administered*

Dear Judge Cangilos-Ruiz:

Please accept this letter as the joint request of the Debtors, HSBC Bank USA, National Association, the Official Committee of Unsecured Creditors and the Office of the United States Trustee for an adjournment of the January 31, 2019 12:00 noon deadline to file objections to the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-petition Financing on a Super-Priority, Senior Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Super-Priority Claims and (B) Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief (the "Motion")*. As discussed below, the parties respectfully request that the objection deadline be adjourned until 12:00 noon (EST) on Monday, February 11, 2019.

The parties are conferring concerning the terms of the Final Order authorizing the relief requested in the Motion and the form of budget. The parties will appear at the final hearing concerning the Motion scheduled for 1:00 p.m. tomorrow, February 1, 2019, and will request the entry of a Fourth Interim Order on Debtors' Motion for Postpetition Financing and budget, which will cover the period through February 13, 2019. The parties will also request that the Final Hearing on the Motion be adjourned to 12:00 noon (EST) on February 13, 2019 and that the objection deadline concerning the Final Hearing be adjourned to 12:00 noon on Monday, February 11, 2019.

We have spoken with all counsel involved concerning the Motion and all have consented to the adjournment. All counsel consenting to the adjournment are copied on this letter.

3291028.1 1/31/2019

Attorneys At Law | A Professional Limited Liability Company

Honorable Margaret Cangilos-Ruiz
January 31, 2019
Page 2

If the request for an adjournment of the objection deadline is acceptable, kindly indicate by signing this letter below.

Thank you for your courtesies and consideration in this matter.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

*Camille W. Hill*

Camille W. Hill

cc:  Guy A. Van Baalen, Esq.
     Angela Z. Miller, Esq.
     David M. Banker, Esq.
     Gilbert R. Saydah, Esq.
     Robert K. Weiler, Esq.
     Stephen A. Donato, Esq.

OBJECTION DEADLINE ADJOURNMENT SO ORDERED:

January _____, 2019
Syracuse, New York

_____
Hon. Margaret Cangilos-Ruiz
Chief, United States Bankruptcy Judge

3291028.1 1/31/2019