# EXHIBIT A

| Plant | Leasing Co Unit # | TYPE | Make | Year | Length | Owner / Leasing Company | Lease Expiration Date or Rental | Vin | License Plate Number | License Plate State |
|---|---|---|---|---|---|---|---|---|---|---|
| East Point | 48862 | Trailer | Great Dane | 2013 | 48 | CTL | 8/31/2022 | 1GRAA9620DB708201 | 2259015 | NJ |
| East Point | 48863 | Trailer | Great Dane | 2013 | 48 | CTL | 8/31/2022 | 1GRAA9620DB709606 | 2252092 | MA |
| Spartanburg | 53443 | Trailer | Great Dane | 2013 | 53' | CTL | 1/31/2020 | 1GRAA0626DB700289 | 2140348 | ME |
| Spartanburg | 53589 | Trailer | Great Dane | 2013 | 53' | CTL | 7/31/2021 | 1GRAA0627EB705132 | 2349138 | ME |
| Buffalo | 45256 | Trailer | Great Dane | 2012 | 45' | CTL/Great Dane | 1/31/2023 | 1graa9017db709748 | 2253165 | ME |
| Buffalo | 48539 | Trailer | Great Dane | 2005 | 48' | CTL/Great Dane | | 1GRAA96236D417943 | Unknown | ME |
| Syracuse | 45232 | Trailer | Great Dane | 2010 | 45 | CTL/Great Dane | 2/28/2020 | 1GRAA9012AB704601 | 2055200 | ME |
| Troy | 48861 | Trailer | Great Dane | 2010 | 53 | CTL/Great Dane | 2/28/2020 | 1GRAA9629DB708200 | 2249014 | ME |
| East Point | 53442 | Trailer | Great Dane | 2011 | 53 | CTL/Great Dane | 1/31/2020 | 1GRAA0624DB700288 | 2172273 | MA |
| Spartanburg | 674960 | Tractor | Freightliner | 2014 | 28 | Penske | 4/30/2019 | 3AKGGDDV3ESFM87500 | 2158756 | IND |
| East Point | 364682 | Trailer | Utility | 2012 | 53 | RYDER | 4/21/2021 | 1UYVS2535CG303402 | LE5572F | GA |
| East Point | 432983 | Trailer | Utility | 2012 | 53 | RYDER | 2/2/2022 | 1UYVS2532CG444802 | LE1792C | GA |
| East Point | 432984 | Trailer | Utility | 2012 | 53 | RYDER | 2/3/2022 | 1UYVS2532CG444803 | LE1792C | GA |
| Spartanburg | 629303 | Trailer | Utility | 2010 | 53' | RYDER | 3/29/2020 | 1UYVS2539BG041401 | LE4146E | GA |