# Exhibit 1

## Proof of Claim Form

**Fill in this information to identify your case:**

Debtor _____

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number _____
(if known)

# Official Form 410
# Proof of Unsecured Claim and Section 503(b)(9) Administrative Expense Claim
**4/16**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:    Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name, Number, Street, City, State & Zip Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**Where should payments to the creditor be sent?** (if different)

Name, Number, Street, City, State & Zip Code

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☐ No
☐ Yes.   Claim number on court claims registry (if known) _____   Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes.   Who made the earlier filing? _____

---

Official Form 410                                            **Proof of Claim**                                            page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes.  Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**

$ _____   **Does this amount include interest or other charges?**
☐ No
☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☐ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                $ _____

**Amount of claim that is secured:**  $ _____

**Amount of claim that is unsecured:** $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☐ Yes.  **Amount necessary to cure any default as of the date of the petition:**   $ _____

**11. Is this claim subject to a right of setoff?**

☐ No
☐ Yes.  Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a) and/or 11 U.S.C. § 503(b)(9)? | |
|---|---|
| ☐ No | |
| ☐ Yes.  *Check one:* | |
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| ☐ Other. Administrative expense under 11 U.S.C. § 503(b)(9). | $ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM/ DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number, Street, City, State and Zip Code

Contact phone _____  Email _____

*Penalty for presenting fraudulent claim*:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law.   In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor against which the Claim is held, and the bankruptcy case for such Debtor.   The Debtors and their respective case numbers are:

| Name of Debtor | Case Number |
|---|---|
| Centerstone Linen Services, LLC | 18-31754 |
| Atlas Health Care Linen Services Co., LLC | 18-31753 |
| Alliance Laundry & Textile Service, LLC | 18-31755 |
| Alliance Laundry and Textile Service of Atlanta, LLC | 18-31756 |
| Alliance LTS Winchester, LLC | 18-31757 |

*If your Claim is against multiple Debtors, complete a separate form for each Debtor.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.   A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1.   Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing.   Follow the instructions concerning whether to complete items 4 and 5.   Check the box if interest or other charges are included in the claim.

**2.   Basis for Claim:**
State the type of debt or how it was incurred.   Examples include goods sold, money loaned, services performed,   personal injury/wrongful death, car loan, mortgage note, and credit card.   If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.   You may be required to provide additional disclosure if an interested party objects to the claim.

**3.   Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a.   Debtor May Have Scheduled Account As**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this Proof of Claim and the claim as scheduled by the debtor.

**3b.   Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here.   A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4.   Secured Claim:**
Check whether the claim is fully or partially secured.   Skip this section if the claim is entirely unsecured.   (See Definitions)   If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation and state, as of the date of the bankruptcy filing the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5.   Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority.   (See Definitions)
A claim may be partly priority and partly non-priority.   For example, in some of the categories, the law limits the amount entitled to priority.

**6.   Amount of Claim Under 11 U.S.C. § 503(b)(9):**
The value of goods received by the debtor within 20 days before the date of commencement of the case.

**7.   Credits:**
An authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8.   Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt.   You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence.   You may also attach a summary in addition to the documents themselves.   FRBP 3001(c) and (d).   If the claim is based on delivering health care goods or services, limit disclosing confidential health care information.   Do not send original documents, as attachments may be destroyed after scanning.

**9.   Date and Signature:**
The individual completing this Proof of Claim must sign and date it.   FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature.   If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.   Your signature is also a certification that the claim meets the requirements of FRBP 901(.1(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration.   Print the name and title, if any, of the creditor or other person authorized to file this claim.   State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices.   If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent.   If the authorized agent is a servicer, identify the corporate servicer as the company.   Criminal penalties apply for making a false statement on a Proof of Claim.

| DEFINITIONS | | INFORMATION_ |
|---|---|---|

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt that was incurred before the date of the bankruptcy filing.  See 11 U.S.C. §101(5).  A claim may be secured or unsecured.

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing.  See 11 U.S.C. §101(5).  A claim may be secured or unsecured.

**Proof of Claim**
A Proof of Claim is a form sued by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing.  The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C.§506(a)**
A secured claim is one backed by a lien on property of the debtor.  The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property.  Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.  A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.  In some states, a court judgment is a lien.  A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim.  A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information.  A creditor may show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth.  If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, UCC Financing Statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgement of your filing, you may either enclose a stamped self-addressed envelope and a copy of this Proof of Claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed Proof of Claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims.  One or more of these entities may contact the creditor and offer to purchase the claim.  Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim.  However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 *et seq.*), and any applicable orders of the bankruptcy court.