**EXHIBIT "A"**

## Office Equipment Leases

| PLANT | MAKE | MODEL | SERIAL | EQUIP. SERVICER | EQUIP LESSOR | LEASE or Acct # |
|---|---|---|---|---|---|---|
| East Point | Canon | IR3225 | DFH13744 | Superior Office | Canon Financial Services | 001-0292307-003 |
| East Point | Sharp | MX-M364N | 605003698 | Superior Office | CIT Group Inc | 900-0259714-000 |
| East Point | Sharp | MX-3070v | 85104541 | Superior Office | LEAF Commercial Capital, Inc. | 100-1536447-004 |
| Rome | Sharp | MX-M364N | 605003968 | Superior Office | CIT Group Inc | 900-0259715-000 |
| Rome | Canon | IR2525 | FRU01546 | Superior Office | Wells Fargo Vendor Fin/Service | 7695998-001 |
| CORP | XEROX | 7835 | N/A | COMDOC | CIT Group Inc | 900-0230908-000 |
| Spartanburg | Sharp | MX4050 | 75083988 | G5 #22980 | DLL Financial Services LLC (G5) | 25473649 |
| Buffalo | Pitney Bowes | DM125 (Digital Mailing Sytem) | N/A | N/A | Pitney Bowes | 16604399 |

## Other Equipment Leases

| Location | Description of Equipment | Quote # / Contract Number | SERIAL | Make/Model | EQUIP LESSOR |
|---|---|---|---|---|---|
| Children's Hospital of Atlanta (Egleston) | (1) ScrubEx MV Dispenser/Receiver Unit, Packer Video | SA-9482 | N/A | N/A | Med One Capital Funding, LLC d/b/a IPA One |
| Children's Hospital of Atlanta (Egleston) | (1) ScrubEx LV Dispenser (1) ScrubEx LV Remote Receiver, Packer, Packer, Video | SA-9482 | N/A | N/A | Med One Capital Funding, LLC d/b/a IPA One |
| Children's Hospital of Atlanta (Egleston) | (1) Web-Based Management Software | SA-9482 | N/A | N/A | Med One Capital Funding, LLC d/b/a IPA One |
| Children's Hospital of Atlanta (Egleston) | (3) Hosting Services for Web-Based Management software | SA-9482 | N/A | N/A | Med One Capital Funding, LLC d/b/a IPA One |
| IPA Storage Facility | (1) ScrubEx MV Dispenser/Receiver Unit, Packer Video (SN7759) | SA-9972-A | N/A | N/A | Med One Capital Funding, LLC d/b/a IPA One |
| IPA Storage Facility | (1) ScrubEx LV Dispenser (1) ScrubEx LV Remote Receiver, Video | SA-9972-A | N/A | | Med One Capital Funding, LLC d/b/a IPA One |
| East Point | Class IV-IC Cushion Forklift | 100-10101365 | AF82F30268 | Mitsubishi/FGC25 | DLL Financial Services LLC (G5) |