**EXHIBIT "A"**

| Plant | Leasing Co Unit # | TYPE | Make | Year | Length | Owner / Leasing Company | Lease Expiration Date or Rental | Vin |
|---|---|---|---|---|---|---|---|---|
| East Point | 167236 | Straight truck | Isuzu | 2016 | 16 | Penske | 08/32/2021 | 54DC4W1B3GS808423 |
| East Point | 674093 | Straight Truck | Freightliner | 2014 | 26 | Penske | 1/31/2019 | 3ALACWDT5EDFL5897 |
| East Point | 687693 | Straight Truck | Freightliner | 2014 | 26 | Penske | 8/31/2019 | 3ALACWDT5EDFW3750 |
| East Point | 687694 | Straight Truck | Freightliner | 2014 | 26 | Penske | 8/31/2019 | 3ALACWDT7EDFW3751 |
| Spartanburg | 136746 | Straight Truck | FREIGHTLINER | 2016 | 28 | Penske | 1/31/2021 | 1FVACWDTXGHHE2147 |
| Spartanburg | 136747 | Straight Truck | FREIGHTLINER | 2016 | 28 | Penske | 12/31/2020 | 1FVACWDT1GHHE2148 |
| Spartanburg | 136748 | Straight Truck | FREIGHTLINER | 2016 | 28 | Penske | 12/31/2020 | 1FVACWDT3GHHE2149 |
| Spartanburg | 136749 | Straight Truck | FREIGHTLINER | 2016 | 28 | Penske | 12/31/2020 | 1FVACWDTXGHHE2150 |
| Spartanburg | 136750 | Straight Truck | FREIGHTLINER | 2016 | 28 | Penske | 1/31/2021 | 1FVACWDT1GHHE2151 |
| Spartanburg | 160113 | Straight Truck | FREIGHTLINER | 2017 | 28' | Penske | 04/30/220 | 1FVACWDT3HHHW3492 |
| Tri-State | 674104 | Straight Truck | FREIGHTLINER | 2016 | 28 | Penske | 1/31/2019 | 3ALACWDT7EDFL5898 |
| East Point | 364681 | TRAILER | UTILITY | 2012 | 53 | RYDER | 4/20/2021 | |
| East Point | 369209 | Tractor | Freightliner | 2015 | 15' | RYDER | 9/16/2021 | 3AKBGADV6GSHB9760 |
| East Point | 369210 | Tractor | freightliner | 2016 | 15' | RYDER | 9/16/2021 | 3AKBGADV8GSHB9761 |
| East Point | 371572 | Straight Truck | Freightliner | 2012 | 26' | RYDER | 5/6/2019 | 1FVACWDT6CBF8099 |
| Spartanburg | 434135 | TRACTOR | FREIGHTLINER | 2012 | TK | RYDER | 10/3/2019 | 1FUBGADV5CSBP7969 |
| Spartanburg | 629304 | Trailer | Utility | 2011 | 53' | RYDER | 1/30/2020 | 1UYVS2530BG041402 |
| Spartanburg | 629305 | Trailer | GREAT DANE | 2010 | 53' | RYDER | 4/30/2020 | 1GRAA0629BB701692 |
| Spartanburg | 631278 | Trailer | Great Dane | 2010 | 53' | RYDER | 10/16/2019 | 1GRAA0627BB701691 |
| Spartanburg | 369209 | Tractor | Freightliner | 2015 | 15' | RYDER | 9/16/2021 | 3AKBGADV6GSHB9760 |
| TriState | 358540 | Straight Truck | freightliner | 2016 | 26 | RYDER | 2/28/2020 | 1FVACWDT6GHG71542 |
| TriState | 529945 | Straight Truck | freightliner | 2013 | 28' | RYDER | 6/21/2019 | 3ALACWDT3EDFP6237 |
| TriState | 529965 | Straight Truck | freightliner | 2013 | 28' | RYDER | 6/27/2019 | 3ALACWDT5EDFP6238 |