**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  Centerstone Linen Services, LLC

Case No.:  18-31754

Division:  Syracuse

Adversary Proceeding No. (if applicable):

☒  Adjournment Request[2] for Hearing on Motion at Docket No.:  _____85_____

   Reason for Adjournment Request:  Per agreement with the parties.

   Original Return Date of Motion:  January 23, 2019

   Number of prior adjournment request that have been made  __2__

☐  Notification of Withdrawal of  ☐  Motion;  ☐  Opposition/Response;  ☐  Other:  _____
   at Docket No.:  _____

☐  Notification of Settlement of Motion at Docket No.:  _____

Date of Hearing:  March 21, 2019

Requested Adjourned Hearing Date:  April 4, 2019

Requesting Attorney's Name, Office Address, Phone and Email Address:
   Robert K. Weiler, Esq.
   Bousquet Holstein PLLC
   110 W. Fayette St, Syracuse, NY 13202
   (315) 701-6312; rweiler@bhlawpllc.com

Consent of All Parties Obtained?    ☒  Yes  ☐  No - *Absent compelling reasons,*
*adjournments will not be granted without the consent of all parties.*

Cc:  Camille Hill, Esq. and CM/ECF list

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior**
**to the Hearing.  When E-Filing, This Form Must Be Linked to the**
**Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)