## Schedule 3

## Notice of Assumption and Assignment

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case Nos. |
| CENTERSTONE LINEN SERVICES, LLC, | ) 18-31754 (main case) |
| ATLAS HEALTH CARE LINEN SERVICES CO., LLC, | ) 18-31753 |
| ALLIANCE LAUNDRY & TEXTILE SERVICE, LLC, | ) 18-31755 |
| ALLIANCE LAUNDRY AND TEXTILE SERVICE OF | ) 18-31756 |
| ATLANTA, LLC, and | ) |
| ALLIANCE LTS WINCHESTER, LLC | ) 18-31757 |
| *d/b/a Clarus Linen Systems*[1], | ) |
| | ) Chapter 11 Cases |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## NOTICE OF ASSUMPTION AND ASSIGNMENT

*PLEASE TAKE NOTICE OF THE FOLLOWING:*

1.      On March 20, 2019, the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") entered an order (the "Bidding Procedures Order"),[2] approving, among other things, the fixing of cure amounts (the "Cure Amounts") related to the potential assumption, assignment and/or transfer by debtors Centerstone Linen Services, LLC d/b/a Clarus Linen Systems and Atlas Health Care Linen Services Co., LLC, d/b/a Clarus Linen Systems (collectively, the "Debtors") of certain executory contracts, unexpired leases, and other agreements (the "Assigned Contracts") listed on **Exhibit A** annexed hereto in connection with the proposed sale of substantially all of the Debtors' assets located at 60 Grider Street, Buffalo, New York 14215 (the "Buffalo Assets") and 414 West Taylor Street, Syracuse, New York 13202 (the "Syracuse Assets") (collectively, the "Purchased Assets"). The Debtors intend to assume, assign, or transfer some or all of the Assigned Contracts to the Successful Bidder or Backup Bidder for the Purchased Assets as determined pursuant to the bidding procedures (the "Bidding Procedures") approved by the Bankruptcy Court and attached to the Bidding Procedures Order as Schedule 1.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Centerstone Linen Services, LLC d/b/a Clarus Linen Systems (5594) ("Centerstone"); Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems (2681) ("Atlas"); Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems (8284) ("Alliance"); Alliance Laundry and Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems (4065) ("Atlanta"); and Alliance LTS Winchester, LLC d/b/a Clarus Linen Systems (0892) ("Winchester").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

1

2.     The Debtors believe that any and all defaults (other than the filing of these Chapter 11 Cases) and actual pecuniary losses under the Assigned Contracts can be cured by the payment of the Cure Amounts listed on **Exhibit A** annexed hereto.

3.     Any objections to (i) the assumption, assignment or transfer of an Assigned Contract, or (ii) the amount asserted as the Cure Amount (each, a "Cure Amount/Assignment Objection"), must be in writing and set forth with specificity the nature of the objection and the cure amount that the objecting party believes should be paid in connection with the assumption of the Assigned Contract (the "Claimed Cure Amount"). In addition, if the Debtors identify additional Assigned Contracts that might be assumed by the Debtors and assigned to the Successful Bidder(s) or Backup Bidder(s) which are not set forth in this Notice of Assumption and Assignment, the Debtors shall promptly send a supplemental notice (a "Supplemental Notice of Assumption and Assignment") to the applicable counterparties to such additional Assigned Contracts.

4.     To be considered a timely Cure Amount/Assignment Objection, a Cure Amount/Assignment Objection must be filed with the Bankruptcy Court and served upon (i) counsel for the Debtors; (ii) the Office of the United States Trustee for the Northern District of New York; (iii) counsel for HSBC Bank; (iv) counsel for the Purchaser; and (v) counsel for the Official Committee of Unsecured Creditors, by the later of (a) **4:00 p.m. (prevailing Eastern time) on April 3, 2019** or (b) five (5) days after service of the relevant Supplemental Notice of Assumption and Assignment.

5.     If a Cure Amount/Assignment Objection is timely filed, the Debtors may resolve any Cure Amount/Assignment Objection by mutual agreement with the objecting counterparty to any Assigned Contract without further order of the Court. The Debtors may also file a written response to the Cure Amount/Assignment Objection with the Bankruptcy Court no later than **4:00 p.m. (prevailing Eastern time) on April 10, 2019**. In the event that the Debtors and any objecting party are unable to consensually resolve any Cure Amount/Assignment Objection, the Bankruptcy Court will resolve any such Cure Amount/Assignment Objection at a hearing to be held at **1:00 p.m. (prevailing Eastern time) on April 17, 2019** (the "Sale Hearing") or such later date as the Court may determine.

6.     In the event that an Auction for the Purchased Assets is held on **April 15, 2019**, immediately following the conclusion of the Auction, the Debtors shall serve (i) a notice identifying the Successful Bidder(s) and Backup Bidder(s), and (ii) contact information for Debtors' counsel from whom financial information concerning the Successful Bidder(s)' and Backup Bidder(s)' ability to provide adequate assurance of future performance of such Assigned Contracts may be obtained, to the non-debtor parties to the Assigned Contracts that have been identified as the Purchased Assets, the Buffalo Assets or the Syracuse Assets to be sold or assigned in connection with such Successful Bid(s) and Backup Bid(s). The non-debtor parties to the Assigned Contracts will have until **9:00 a.m. (prevailing Eastern Time) on April 17, 2019** (the "Adequate Assurance Objection Deadline") to file a written objection to the assumption, assignment or transfer of such Assigned Contract solely on the issue of whether the Successful Bidder(s) and/or Backup Bidder(s) can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code. Any such objections shall be heard at the Sale Hearing.

7.    Unless a Cure Amount/Assignment Objection is timely filed and served, the assumption, assignment and/or transfer of the Assigned Contracts may proceed without further notice to counterparties to the Assigned Contracts.

8.    Parties that fail to file and serve timely Cure Amount/Assignment Objections shall be deemed to have waived and released any and all rights to assert against the Debtors, the Successful Bidder(s) or Backup Bidder(s) cure amounts different from the Cure Amounts listed on **Exhibit A** hereto and shall be forever barred and estopped from asserting or claiming against the Debtors, the Successful Bidder(s) or Backup Bidder(s), or any assignee of any Assigned Contract that any additional amounts are due or defaults exist, or prohibitions or conditions to assignment exist or must be satisfied, under such Assigned Contract.

9.    To the extent that a Cure Amount/Assignment Objection remains unresolved as of the Bid Deadline, and the Bankruptcy Court subsequently determines that the Cure Amount for the subject Assigned Contract is greater than that set forth in the Cure Amounts identified on **Exhibit A** hereto, the Successful Bidder(s) or Backup Bidder(s) may elect to reclassify such Assigned Contract as an Excluded Agreement at any time prior to the earlier to occur of the Closing or the day that is five (5) business days following such determination by the Bankruptcy Court.

10.    The Successful Bidder(s) or the Backup Bidder(s), as the case may be, may determine to exclude any Assigned Contract from the Purchased Assets, the Buffalo Assets or the Syracuse Assets to be assumed and sold or assigned at any time prior to the Sale Hearing. The non-debtor party or parties to any such excluded contract or lease will be notified of such exclusion by written notice mailed within three (3) business days following the conclusion of the Sale Hearing.

11.    If no Cure Amounts are due under an Assigned Contract, or the non-debtor party to the Assigned Contract does not otherwise object to the Debtors' assumption, assignment and/or transfer of the Assigned Contract, no further action needs to be taken on the part of that non-debtor party.

12.    The Debtors' decision to sell, assign and/or transfer to the Successful Bidder(s) or Backup Bidder(s) the Assigned Contracts is subject to Bankruptcy Court approval and the closing of the sale of the Purchased Assets, the Buffalo Assets or the Syracuse Assets. Accordingly, absent such closing, none of the Assigned Contracts shall be deemed to be assumed, sold, assigned and/or transferred, and shall in all respects be subject to further administration under the Bankruptcy Code.  The inclusion of any document on the list of Assigned Contracts shall not constitute or be deemed to be a determination or admission that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

13.    This notice is subject to the fuller terms and conditions of the Bidding Procedures Order which shall control in the event of any conflict and the Debtors encourage parties in interest to review that document in its entirety.  Parties interested in receiving more information regarding the sale of the Purchased Assets, the Buffalo Assets or the Syracuse Assets or in obtaining a copy of the Bidding Procedures Order may make a written request to counsel to the

Debtors. In addition, copies of the Bidding Procedures Order and this notice can be found on the Bankruptcy Court's electronic case management website, http://ecf.nywb.uscourts.gov and are on file with the Clerk of the Bankruptcy Court.

Dated:   March 20, 2019
        Syracuse, New York              BOND, SCHOENECK & KING, PLLC

                       By: _____
                              Stephen A. Donato, Bar Roll No. 101522
                              Camille W. Hill, Bar Roll No. 501876
                              Andrew S. Rivera, Bar Roll No. 700712
                              Office and Post Office Address:
                              One Lincoln Center
                              Syracuse, New York 13202
                              Tel: (315) 218-8000
                              Fax: (315) 218-8100
                              Email: sdonato@bsk.com
                                      chill@bsk.com
                                      arivera@bsk.com

                              *Counsel to the Debtors and Debtors in Possession*

## Exhibit A

Potential Assigned Contracts

| **Non-Debtor Contract Party** | **Cure Amount** |
|---|---|
| 60 Grider, LLC (real property lease for facility located at 60 Grider Street, Buffalo, NY) | Waived by lessor |
| 60 Grider, LLC (equipment lease for equipment located at 60 Grider Street, Buffalo, NY) | Waived by lessor |
| Collective Bargaining Agreement with International Union of Operating Engineers – Local 17-17S AFL-CIO | $ 0.00 |
| Collective Bargaining Agreement with Rochester Regional Joint Board – Local 51 | $ 0.00 |
| Collective Bargaining Agreement with Teamsters Local 294 | $ 0.00 |
| Collective Bargaining Agreement with Rochester Regional Joint Board – Syracuse Workers United Affiliate of SEIU-Local 2607 | $ 0.00 |
| Collective Bargaining Agreement with Teamsters Local 182 | $ 0.00 |
| Commercial Trailer Leasing, Inc. (truck and trailer leases) | $22,253.58 |
| Energy Mark, LLC (Buffalo utility contract) | $ 0.00 |
| Energy Mark, LLC (Syracuse utility contract) | $15,909.17 |
| Ingersoll Rand, Inc. (Buffalo compressor contract) | $ 6,665.32 |
| IPA One/Med One (scrub locker lease) | $ 0.00 |
| Penske Truck Leasing Co., LP (truck and trailer leases) | $10,641.34 |
| Ryder Truck Rental, Inc. (truck and trailer leases) | $45,396.54 |
| Skyline Dynamics, LLC (Syracuse bailing machine and plastics recycling contract) | $ 0.00 |
| Streamline Solutions, LLC (Syracuse plastics provider contract) | $ 0.00 |
| Total Utility Management Services, LLC (utility consulting) | $ 9,870.97 |

3308211.3

Vitec Solutions, LLC (information technology support contract)    $    0.00

Vaspian LLC (telephone system)    $  2,249.54

| Customer Contract | Plant | Start Date | Expiration Date | Cure Amount |
|---|---|---|---|---|
| ACH Scrubs & Lab Coats | Syracuse | 5/19/2014 | 5/19/2019 | $0.00 |
| ACH Sleep Lab | Syracuse | 5/19/2014 | 5/19/2019 | $0.00 |
| Aid to Hospitals, INC | Syracuse | | | $0.00 |
| Albany County Correctional Facility | Syracuse | 10/3/2013 | 12/31/2019 | $0.00 |
| Albany County Nursing Home | Syracuse | 5/1/2015 | 12/31/2020 | $0.00 |
| Anthone Eye Center | Syracuse | | | $0.00 |
| Arthritis Center of Rochester | Syracuse | | | $0.00 |
| Arthritis Health Association | Syracuse | | | $0.00 |
| Associated Gastroenterologists of CNY | Syracuse | 10/29/2010 | 10/29/2015 | $0.00 |
| Auburn Cardiology | Syracuse | 5/19/2014 | 5/19/2019 | $0.00 |
| Auburn Community Hospital | Syracuse | 5/19/2014 | 5/19/2019 | $0.00 |
| Auburn Family Care | Syracuse | 5/19/2014 | 5/19/2019 | $0.00 |
| Baird Nursing Home | Syracuse | | | $0.00 |
| BGMC Direct Sale | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Blooming Grove Veternary Hospital | Syracuse | 4/14/2007 | 4/14/2009 | $0.00 |
| Brookdale Bassett Park | Syracuse | | | $0.00 |
| Brooks Memorial Hospital | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Buffalo General Medical Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Camillus Family Health Associates | Syracuse | | | $0.00 |
| Cardiology Associated of Northern New York | Syracuse | | | $0.00 |
| Carthage area Hospital | Syracuse | 4/26/2015 | 4/26/2018 | $0.00 |
| CFH Direct Sale | Syracuse | 3/17/2014 | 3/17/2019 | $0.00 |
| CH Clinics | Syracuse | 2/1/2016 | 1/31/2020 | $0.00 |
| Chase Memorial Nursing Home | Syracuse | | 6/1/2008 | $0.00 |
| City Center Massage | Syracuse | | | $0.00 |
| Clifton-Fine Hospital | Syracuse | 3/17/2014 | 3/11/2019 | $0.00 |
| CMH Spa Robe | Syracuse | 5/1/2014 | 4/30/2019 | $0.00 |
| CNY Cardiology | Syracuse | 3/8/2010 | 4/30/2022 | $0.00 |
| College at Brockport Student Health Center | Syracuse | | | $0.00 |
| Community Memorial Hospital | Syracuse | 1/1/2013 | 12/31/2017 | $0.00 |
| Compassionate Family Medicine | Syracuse | | | $0.00 |
| Comprehensive Rehabilitation and Nursing Center at Williamsville | Buffalo | | | $0.00 |
| Confidence Management Systems (Saratoga) | Syracuse | 11/1/2016 | 10/31/2019 | $0.00 |
| Cross Keys Medical Group | Syracuse | | | $0.00 |
| Crouse Hospital | Syracuse | 2/22/2008 | 1/1/2020 | $0.00 |
| CSHC Lab Coats/Scrubs/Specials | Syracuse | 3/17/2014 | 3/17/2019 | $0.00 |
| Cullen, Francis MD | Syracuse | | | $0.00 |
| DeGraff Memorial Hospital | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Dermatology Associates of Central NY | Syracuse | | | $0.00 |
| Dermatology Associates of Rochester | Syracuse | | 4/1/2014 | $0.00 |
| DMH Direct Sale | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Eastern Niagara Health System | Buffalo | 11/14/2016 | 11/14/2019 | $0.00 |
| ECMC Terrace View Long-Term Care | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| ECMC TV LTC Direct Sale | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| ELL Bellevue Women's Center | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| ELL Medical Center Clifton Park | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| Ellis Health Center - McClellan | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| Ellis Hospital | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| Ellis Medicine-Care Team 5 | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| Elmwood Pediatric Group LLP | Syracuse | 3/28/2012 | 3/1/2017 | $0.00 |
| Emeritus Clinics | Syracuse | | | $0.00 |
| Empire Education Corporation | Syracuse | | | $0.00 |
| ENHS Family Practice | Syracuse | 11/14/2016 | 11/14/2019 | $0.00 |
| ENHS Imaging Center | Syracuse | 11/14/2016 | 11/14/2019 | $0.00 |

| | | | | |
|---|---|---|---|---|
| ENHS Newfane | Syracuse | 11/14/2016 | 11/14/2019 | $0.00 |
| ENHS Surgery Center | Syracuse | 11/14/2016 | 11/14/2019 | $0.00 |
| Erie County Medical Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Fawn Ridge Senior Living | Syracuse | #N/A | #N/A | $0.00 |
| Faxton-St. Luke's Healthcare | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes Cardiology Associates - Canandaigua | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes Cardiology Associates - Clifton Springs | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes DDSO Canandaigua Day Program | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes DDSO East Henrietta Day Program | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes DDSO Geneva Day Program | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes DDSO Metro Park | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes DDSO Parkside Commons | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes DDSO Tymeson Day Program | Syracuse | #N/A | #N/A | $0.00 |
| Finger Lakes Office of Alternative Therapies | Syracuse | 2/22/2017 | 2/1/2022 | $0.00 |
| Finger Lakes Otolaryngology | Syracuse | 2/22/2017 | 2/1/2022 | $0.00 |
| Flihan, Donald A. DDS, MD | Syracuse | #N/A | #N/A | $0.00 |
| Fox & Schingo Plastic Surgery | Syracuse | #N/A | #N/A | $0.00 |
| Genesee Vascular Lab, Inc. | Syracuse | #N/A | #N/A | $0.00 |
| Genewick, Tiffany MD | Syracuse | 9/27/2016 | 8/27/2018 | $0.00 |
| Glenville Primary Care | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| Gowanda Urgent Care & Medical Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Great Lakes Pysicians, PC - Cheektowaga | Syracuse | 8/1/2016 | 9/30/2019 | $0.00 |
| Great Lakes Pysicians, PC - Sanborn | Syracuse | #N/A | #N/A | $0.00 |
| Greene & Miller Dentistry | Syracuse | 2/10/2014 | 2/10/2019 | $0.00 |
| Greene Meadows Direct Sale | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Greene Meadows Nursing & Rehab Center | Syracuse | 8/1/2016 | 9/30/2019 | $0.00 |
| Helendale Dermatology & Medical Spa | Syracuse | #N/A | #N/A | $0.00 |
| Hillside Family of Agencies | Syracuse | #N/A | #N/A | $0.00 |
| Hudson Park Rehabilitation and Nursing Center | Syracuse | 3/1/2014 | 3/1/2019 | $0.00 |
| Hudson Valley Community College | Troy | 7/1/2016 | 6/1/2021 | $0.00 |
| Hyatt Regency Buffalo Hotel and Conference Center | Buffalo | | | $0.00 |
| Innovative Physical Therapy Solutions | Syracuse | 2/27/2012 | 7/31/2014 | $0.00 |
| Interlakes Oncology & Hematology | Syracuse | #N/A | #N/A | $0.00 |
| Jewish Home of Central New York | Troy | 3/1/2014 | 3/1/2019 | $0.00 |
| John R. Oisehi Children's Hospital | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Kaleida Health Contract Labor | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Karpinski & Karpinski - Karpinski, Paul A DDS | Syracuse | 9/1/2013 | 8/31/2014 | $0.00 |
| Kenmore Mercy Hospital | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| KHS BGMC Family Planning Center | Syracuse | 1/1/2010 | 1/1/2025 | $0.00 |
| KHS Diabetes-Endocrinology Center of WNY | Syracuse | 1/1/2010 | 1/1/2025 | $0.00 |
| KHS Hertel Elmwood Internal Medicine Center | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |
| KHS MSFH Flint Rehab #20945 | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |
| KHS Ralph C Wilson Jr Adult Day Services | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |
| KHS Towne Garden Pediatrics | Syracuse | 1/1/2010 | 1/1/2025 | $0.00 |
| KMH McAuley Residence Nursing Home | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Knibbs, Malinda LMT | Syracuse | 6/24/2014 | 6/24/2018 | $0.00 |
| Laboratory Alliance of CNY, LLC - Crouse RRL | Syracuse | 10/14/2011 | 10/14/2014 | $0.00 |
| Laboratory Alliance of CNY, LLC - Liverpool | Syracuse | #N/A | #N/A | $0.00 |
| Laboratory Alliance of CNY, LLC - North Med Ctr PSC | Syracuse | 5/1/2009 | 4/30/2014 | $0.00 |
| Laboratory Alliance of CNY, LLC - SJHHC PSC | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Laboratory Alliance of CNY, LLC - SJHHC RRL | Syracuse | #N/A | #N/A | $0.00 |
| Laboratory Alliance of CNY, LLC - UUH CC POB | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Laboratory Alliance of CNY, LLC - UUH CC RRL | Syracuse | 1/1/2010 | 1/1/2025 | $0.00 |
| Lake Shore Health Care Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Lakeshore Primary Care Associates | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Loftus & Ryu, MD, PC | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |
| LOR AdvancedMeal | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR Churchill Manor, Inc. | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR Commons on St. Anthony | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR Daybreak Intrepid Lane | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR NOTT Direct Sale | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR NOTT Rugs | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR Nottingham Senior Living Community | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR PACE CNY - McAuliffe Health Center | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR PACE CNY - Sally Coyne Center for Independence | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| LOR Sedgwick Heights Assisted Living | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| Loretto Health & Rehabilitation Center | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| Magnetic Diagnostic Resources of CNY | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |
| Magnetic Diagnostic Resources of CNY - Camillus | Syracuse | 1/1/2010 | 1/1/2025 | $0.00 |
| Meisner, Norman DDS | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Mercy Hospital of Buffalo | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Merit Medical Practice, PC | Syracuse | #N/A | #N/A | $0.00 |
| MFSH Direct Sale | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| MHoB Ambulatory Care Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| MHoB Mercy Nursing Facility At OLV | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Mill View Assisted Living Residence | Syracuse | #N/A | #N/A | $0.00 |
| Millard Fillmore Suburban Hospital | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Mohawk Valley Endoscopy Center | Syracuse | #N/A | #N/A | $0.00 |
| Mount St. Mary's  Hospital | Buffalo | | | $0.00 |
| Mount St. Mary's Hospital | Syracuse | #N/A | #N/A | $0.00 |
| Mount St. Mary's Hospital Hyperbaric | Syracuse | #N/A | #N/A | $0.00 |
| MSMH Contract Labor | Syracuse | #N/A | #N/A | $0.00 |
| MSMH Dietary | Buffalo | 7/9/2019 | 7/31/2019 | $0.00 |
| MSMH Our Lady of Peace Nursing Care Residence | Syracuse | #N/A | #N/A | $0.00 |
| Neighborhood Health Center - Blasdell | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Neighborhood Health Center - Mattina | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Neighborhood Health Center - North West Buffalo | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Neighborhood Health Center - Southtowns | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Neurological Associates Albany | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| New England Laser & Cosmetic Surgery Center | Syracuse | 5/10/2014 | 5/10/2019 | $0.00 |
| New York Oncology Hematology, PC - ALMC | Syracuse | 8/13/2010 | 8/13/2025 | $0.00 |
| New York Oncology Hematology, PC - ALMC Stem Cell | Syracuse | 9/26/2013 | 9/26/2018 | $0.00 |
| New York Oncology Hematology, PC - Amsterdam | Syracuse | 9/26/2013 | 9/26/2018 | $0.00 |
| New York Oncology Hematology, PC - Clifton Park | Syracuse | 7/30/2009 | 7/30/2014 | $0.00 |
| New York Oncology Hematology, PC - Hudson | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| New York Oncology Hematology, PC - Patroon Creek | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| New York Oncology Hematology, PC - Rexford | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| New York Oncology Hematology, PC - Troy | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| NFMMC Emergency Department | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Niagara Falls Memorial Medical Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| North Coast Dental Group | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| North Country Orthopaedics Group | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| Northeast Orthodontic Associates | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| Northern Litho & Uro Therapies, Inc. | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| Novelis Corporation | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| NYSID - Capital District Psychiatric Center | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID - CNY Psychiatric Center | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| NYSID - Hudson Valley Community College | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID CNY Psychiatric Center | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID Hutchings Psychiatric Center | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |

| | | | | |
|---|---|---|---|---|
| NYSID Mohawk Valley Psychiatric Center - McPike Bldg | Syracuse | 7/1/2016 | 7/1/2019 | $0.00 |
| NYSID Mohawk Valley Psychiatric Center - Pinefield 80 | Syracuse | 1/7/2013 | 1/7/2018 | $0.00 |
| NYSID Mohawk Valley Psychiatric Center - Wright Bldg 30 | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID Mohawk Valley Psychiatric Center Exchange Cart Fee | Syracuse | #N/A | #N/A | $0.00 |
| NYSID NYS Department of Corrections Training Academy | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID NYS Veteran's Home at Batavia | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID Rochester Psychiatric Center | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| NYSID VET Direct Sale | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| O'Connor Medical Group | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| OH Behavioral Health Services | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH Central Square Medical Center | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH Direct Sale | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH Fulton Medical Center | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH MAN SH Ancillary | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH Manor at Seneca Hill | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH Operating Room | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| OH Scrubs | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| Onondaga Hill Fire Department | Syracuse | #N/A | #N/A | $0.00 |
| OrthoSports Orthopedic, Sports, & Spine Therapy | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Oswego County Opportunities, Inc. | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Oswego County Urology, PC | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Oswego Hospital | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| Paciorek Facial Plastic Surgery | Syracuse | 6/4/2012 | 6/4/2016 | $0.00 |
| Parkway Pediatric & Adolescent Medicine, LLC | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Pediatric Cardiology, LLC | Syracuse | 8/17/2011 | 8/17/2016 | $0.00 |
| Pittsford Internal Medicine | Buffalo | 7/9/2013 | 7/31/2018 | $0.00 |
| Planned Parenthood - Rochester Center | Syracuse | 2/28/2017 | 2/28/2021 | $0.00 |
| Planned Parenthood - Schenectady/Utica Center | Buffalo | 7/9/2013 | 7/31/2018 | $0.00 |
| Planned Parenthood - Syracuse Center | Syracuse | 2/23/2017 | 2/23/2020 | $0.00 |
| Planned Parenthood - West Seneca | Buffalo | | | $0.00 |
| Pontiac Nursing Home | Buffalo | 7/9/2019 | 7/31/2018 | $0.00 |
| Port City Family Medicine, PC | Buffalo | 7/9/2013 | 7/31/2018 | $0.00 |
| Radnet, Inc. | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Rejha Group | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Rensselaer Polytechnic Institute | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Ridgeview Internal Medicine | Syracuse | 4/13/2017 | 4/13/2020 | $0.00 |
| Riposo-Hackney, Laura K. LMT | Syracuse | #N/A | #N/A | $0.00 |
| Robb, John MD | Syracuse | 10/1/2013 | 10/1/2016 | $0.00 |
| Rochester Community Orthopaedics | Syracuse | 10/1/2013 | 10/1/2016 | $0.00 |
| Rochester Gynecologic & Obstetrics Associates, PC - Lattimore Rd | Syracuse | #N/A | #N/A | $0.00 |
| Rochester Gynecologic & Obstetrics Associates, PC - Pittsford | Syracuse | 10/1/2013 | 10/1/2016 | $0.00 |
| Saratoga Hair Transplant Center | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Saratoga Hospital | Syracuse | 12/1/2016 | 5/21/2021 | $0.00 |
| Saratoga Hospital Clinics | Syracuse | 4/12/2017 | 3/31/2022 | $0.00 |
| SCH St. Joseph Campus | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| Scheier, Neil MD | Syracuse | #N/A | #N/A | $0.00 |
| Schenectady Center for Rehabilitation and Nursing | Syracuse | 1/1/2018 | 1/1/2019 | $0.00 |
| Sedona Holistic Medical Centre | Syracuse | #N/A | #N/A | $0.00 |
| Shire at Culverton Adult Home | Syracuse | #N/A | #N/A | $0.00 |
| Simmons, Brady, & Loi Oral Surgery | Syracuse | #N/A | #N/A | $0.00 |
| Sisters of Charity Hospital | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| SJH Cardiology Associates | Syracuse | #N/A | #N/A | $0.00 |
| SJHHC Cardio Janus (6723) | Troy | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC CSD | Syracuse | 4/21/2008 | 4/21/2013 | $0.00 |
| SJHHC Dialysis - Camillus | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |

| | | | | |
|---|---|---|---|---|
| SJHHC Direct Sale | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC Family Medicine Center (6861) | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC Hemo - Seneca | Syracuse | 2/3/2014 | None | $0.00 |
| SJHHC Hyperbaric (7397) | Syracuse | 2/3/2014 | None | $0.00 |
| SJHHC NE Hemo | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC NE Sleep Lab (7431) | Syracuse | 2/3/2014 | None | $0.00 |
| SJHHC NE Surgery Center (6836) | Syracuse | 2/3/2014 | None | $0.00 |
| SJHHC North Surgery Center (6835) | Troy | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC OB Clinic OBC (6865) | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC OPT (7512) | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC PAT | Syracuse | 10/3/2013 | 11/30/2021 | $0.00 |
| SJHHC Primary Care - James St | Syracuse | #N/A | #N/A | $0.00 |
| SJHHC Primary Care (6725) | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| SJHHC RE Dialysis | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| SJHHC Sleep Lab - Janus Park | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| SJHHC Therapy 4th Floor | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| SJP Upstate Surgical Group, PC | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| SNY Surgery Center | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| Solvay Fire Department | Syracuse | 2/1/2019 | 2/1/2022 | $0.00 |
| Southgate Medical Group | Syracuse | 2/2/2011 | #N/A | $0.00 |
| Southwest Vermont Medical Center | Syracuse | #N/A | #N/A | $0.00 |
| Spectrum Radiology Associates, PLLC | Syracuse | 10/15/2008 | 12/31/2021 | $0.00 |
| St. Joseph's Hospital Health Center | Syracuse | #N/A | #N/A | $0.00 |
| St. Joseph's Physicians | Syracuse | #N/A | #N/A | $0.00 |
| St. Peter's Surgery and Endoscopy Center | Syracuse | 1/2/2014 | 1/2/2019 | $0.00 |
| StEMC Ancillary | Syracuse | 1/1/2015 | 1/1/2020 | $0.00 |
| Stephan, William H. PC | Syracuse | #N/A | #N/A | $0.00 |
| SVMC CLR Direct Sale | Syracuse | #N/A | #N/A | $0.00 |
| SVMC Direct Sale | Syracuse | #N/A | #N/A | $0.00 |
| SVMC Sleep Lab | Syracuse | 3/5/2004 | 9/24/2014 | $0.00 |
| Syracuse Educational Opportunity Center | Syracuse | 2/28/2017 | 2/28/2021 | $0.00 |
| Syracuse Endosocopy Associates | Syracuse | 10/3/2016 | 10/3/2021 | $0.00 |
| Syracuse Fire Chief Office | Syracuse | #N/A | #N/A | $0.00 |
| Syracuse Fire Department - Airport | Syracuse | 2/23/2017 | 2/23/2020 | $0.00 |
| Syracuse Surgery Center | Syracuse | #N/A | #N/A | $0.00 |
| Syracuse University | Syracuse | #N/A | #N/A | $0.00 |
| Texas Medical Diagnostics, Inc. - Sleep Center | Syracuse | 6/29/2012 | 6/29/2015 | $0.00 |
| The Center for Wound Care and Hyperbaric Medicine | Syracuse | #N/A | #N/A | $0.00 |
| The Centers at St. Camillus | Troy | 9/1/2014 | 9/1/2014 | $0.00 |
| TR Penrick Enterprises, Inc. - RAGS | Syracuse | #N/A | #N/A | $0.00 |
| Tri County Family Medicine | Syracuse | #N/A | #N/A | $0.00 |
| Trocaire College | Syracuse | 1/1/2019 | 1/1/2021 | $0.00 |
| UBMD Surgery | Syracuse | 2/15/2008 | 2/15/2013 | $0.00 |
| UMMC Batavia Family Care | Syracuse | 2/15/2008 | 2/15/2013 | $0.00 |
| UMMC Jerome ARU | Syracuse | 2/15/2008 | 2/15/2013 | $0.00 |
| UMMC Jerome Dietary | Syracuse | #N/A | #N/A | $0.00 |
| UMMC Jerome Urgent Care Radiology | Syracuse | #N/A | #N/A | $0.00 |
| UMMC Le Roy Diagnostics | Syracuse | #N/A | #N/A | $0.00 |
| UMMC Medina Women's Care | Buffalo | 12/21/2015 | 12/21/2018 | $0.00 |
| UMMC Physical Therapy | Buffalo | 12/21/2015 | 12/21/2018 | $0.00 |
| United Memorial Medical Center | Buffalo | 9/1/2014 | 8/1/2017 | $0.00 |
| University at Buffalo Surgeons - Vascular Surgery | Buffalo | 12/21/2015 | 12/21/2018 | $0.00 |
| University Cardiovascular Associates | Syracuse | #N/A | #N/A | $0.00 |
| University Gastroenterology | Troy | 12/1/2016 | 5/21/2021 | $0.00 |
| University Surgical Associates, LLP | Syracuse | 4/12/2017 | 3/31/2022 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Upstate Orthopedics Ambulatory Surgery Center | Syracuse | 11/26/2014 | 11/26/2017 | $0.00 |
| Upstate University Hospital - Community Campus - NYSID | Syracuse | 5/1/2014 | 4/30/2019 | $0.00 |
| URMC Specialty Services | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| UUH CC Breast Care Center-OHACMS, PC | Syracuse | #N/A | #N/A | $0.00 |
| UUH CC Contract Labor - NYSID | Troy | 1/1/2018 | 1/1/2019 | $0.00 |
| UUH CC Mops - NYSID | Syracuse | #N/A | #N/A | $0.00 |
| UUH CC Satellites - NYSID | Syracuse | 4/2/2012 | 4/2/2015 | $0.00 |
| UUH CC Sleep Center - NYSID | Syracuse | #N/A | #N/A | $0.00 |
| UUH CC University Otolaryngology at Fayetteville | Buffalo | 8/13/2010 | 8/13/2025 | $0.00 |
| UUH CC University Otolaryngology at Liverpool | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| UUH CC University Pulmonary & Sleep Medicine | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| UUH CC West Outpatient - Velasko Rd - NYSID | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| UUH Lab Coats | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| UUH Manlius Health Center - NYSID | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| UUH University Physicians Hem/Onc & Rheumatology | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| UUH Upstate Cardiology West | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| Vascular Surgeons of CNY | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| Vega Aesthetic & Reconstructive Surgery | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| WCHoB Direct Sale | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| WCHoB Women's OB/GYN Health Center | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| Wesley Gardens Direct Sale | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| Wesley Gardens Nursing Home | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| White, Laurel M. MD | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| WHN Whittier Place Assisted Living Center | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |
| WHN Whittier Rehabilitation & Skilled Nursing Center | Syracuse | 7/10/2014 | 1/8/2017 | $0.00 |