So Ordered.

Signed this 11 day of April, 2019.



Margaret Cangilos-Ruiz
United States Bankruptcy Judge

# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

CAMILLE W. HILL, ESQ.
chill@bsk.com
P: 315.218.8627
F: 315.218.8100

April 11, 2019

**VIA ELECTRONIC FILING**

Honorable Margaret Cangilos-Ruiz
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re: *Centerstone Linen Services, LLC, et al.; Chapter 11 Case No. 18-31754
Jointly Administered*

Dear Judge Cangilos-Ruiz

Please accept this letter as the request by debtors Centerstone Linen Services, LLC d/b/a Clarus Linen Systems and Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems (the "Debtors") to adjourn certain dates defined and established in the Order approving bidding procedures and granting related relief entered by the Court on March 20, 2019 [Dkt. No. 299] as follows:

1. **Bid Deadline**: Adjourn from 4:00 p.m. on April 11, 2019 to 4:00 p.m. on April 25, 2019 (Order ¶ 8);

3330898.1

Honorable Margaret Cangios-Ruiz
April 11, 2019
Page 2

2. **Auction**: Adjourn from 10:00 a.m. on April 15, 2019 to 10:00 a.m. on April 29, 2019 (Order ¶ 9);

3. **Sale Objection Deadline**: Adjourn from 12:00 p.m. on April 16, 2019 to 5:00 p.m. on May 3, 2019 (Order ¶ 21);

4. **Sale Hearing**: Adjourn from 1:00 p.m. on April 17, 2019 to 11:00 a.m. on May 8, 2019 (Order ¶ 11);

5. **Cure Amount/Assignment Objection Deadline**: Adjourn from 4:00 p.m. on April 3, 2019 to 4:00 p.m. on April 24, 2019 (Order ¶ 15);

6. **Deadline for Response to Cure Amount/Assignment Objection**: Adjourn from 4:00 p.m. on April 10, 2019 to 4:00 p.m. on May 1, 2019 (Order ¶ 16);

7. **Hearing to Consider Unresolved Cure Amount/Assignment Objections**: Adjourn from 1:00 p.m. on April 17, 2019 to 11:00 a.m. on May 8, 2019 (Order ¶ 16).

8. **Adequate Assurance Objection Deadline**: Adjourn from 9:00 a.m. on April 17, 2019 to 5:00 p.m. on May 3, 2019 (Order ¶ 19);

9. **Deadline for Debtors to File Sale Report**: Adjourn from 9:00 a.m. on April 17, 2019 to 5:00 p.m. on May 6, 2019 (Order ¶ 20).

All of the parties copied below have been apprised of the new dates and have consented to the adjournments. The Debtors will serve an Amended Notice of Auction and Sale Hearing setting forth the above dates on all creditors, prospective bidders, contract/lease parties and all other parties in interest in the Debtors' cases by first class mail no later than 5:00 p.m. on April 12, 2019.

If the foregoing is acceptable, kindly approve the letter electronically and request that your clerk enter the approved letter on the case docket. Should your Honor have any questions or concerns with regard to this request, please feel free to contact me at (315) 218-8627.

Thank you for your consideration in this matter.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

*Camille W. Hill*

Camille W. Hill

3330898.1

Honorable Margaret Cangios-Ruiz
April 11, 2019
Page 3

cc:  Angela Z. Miller, Esq.
     David M. Banker, Esq.
     Guy A. Van Baalen, Esq.
     Robert K. Weiler, Esq.
     Garry M. Graber, Esq.
     Louis Levine, Esq.
     Kyle Didone, Esq.
     Wendy Kinsella, Esq.
     Stephen A. Donato, Esq.