UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CENTERSTONE LINEN SERVICES, LLC,<br>ATLAS HEALTH CARE LINEN SERVICES CO., LLC,<br>ALLIANCE LAUNDRY & TEXTILE SERVICE, LLC,<br>ALLIANCE LAUNDRY AND TEXTILE SERVICE OF ATLANTA, LLC, and<br>ALLIANCE LTS WINCHESTER, LLC<br>*d/b/a Clarus Linen Systems*[1],<br><br>Debtors. | Case Nos.<br>18-31754 (Main Case)<br>18-31753<br>18-31755<br>18-31756<br><br>18-31757<br><br>Chapter 11 Cases<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I mailed, via overnight delivery using the United States Parcel Service or Priority Overnight in the State of New York, copies of the *Notice of Final Linen Delivery and Clarus Syracuse Plant Closure* to the individuals on the annexed service list.

Kristin M. Doner

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Centerstone Linen Services, LLC d/b/a Clarus Linen Systems (5594) ("Centerstone"); Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems (2681) ("Atlas"); Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems (8284) ("Alliance"); Alliance Laundry and Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems (4065) ("Atlanta"); and Alliance LTS Winchester, LLC d/b/a Clarus Linen Systems (0892) ("Winchester").

3374450.1

**Name and Address**
Carthage Area Hospital
Attn: Rich Duvall, Chief Executive Officer
1001 West Street
Carthage, NY 13619

Hillside Family of Agencies
Attn: Maria Cristalli, President and CEO
1183 Monroe Avenue
Rochester, NY 14620-1662

Hudson Park Rehabilitation and Nursing Center
Attn: Jim Caligiuri, Administrator
325 Northern Boulevard
Albany, NY 12204-1001

Albany County Correctional Facility
Attn: Michael Lyons, Superintendent
840 Albany Shaker Road
Albany, NY 12211-1054

Albany County Nursing Home
Attn: Larry Slatky, Executive Director
780 Albany Shaker Road
Albany, NY 12211-1058

James J. Barba, President and CEO
Albany Medical Center
43 New Scotland Avenue
Albany, NY 12208

Scott A. Berlucchi, President and CEO
Auburn Community Hospital
17 Lansing Street
Auburn, NY 13021

Community Memorial Hospital
Attn: Sean Fadale, President and CEO
150 Broad Street
Hamilton, NY 13346-9575

Crouse Hospital
Attn: Kimberly Boynton, President and CEO
736 Irving Avenue
Syracuse, NY 13210

Ellis Hospital
Attn: Paul A. Milton, President and CEO
1101 Nott Street
Schenectady, NY 12308

Loretto Health & Rehab. Center
Attn: Kimberly M. Townsend, President & CEO
700 E. Brighton Avenue
Syracuse, NY 13205-2201

Loretto Sedgwick Hgts. Assisted Living
Attn: Admanda Stopper, Administrator
1100 James Street
Syracuse, NY 13203-2806

Loretto Nottingham Senior Living Comm.
Attn: Jennifer Ingerson, Executive Director
1305 Nottingham Road
Jamesville, NY 13078-8790

Loretto PACE CNY
McAuliffe Health Center
Attn: Stephanie Button, Vice President
115 Creek Circle
East Syracuse, NY 13057-1369

Loretto PACE CNY
Sally Coyne Center for Independence
Attn: Stephanie Button, Vice President
100 Malta Lane
Syracuse, NY 13212-2375

Loretto Commons on St. Anthony
Attn: Beth Rabuano, Director of Admissions
3 Saint Anthony Street
Auburn, NY 13021-4525

NYS Industries For The Disabled
Attn: Maureen O'Brien, President & CEO
11 Columbia Circle
Albany, NY 12203

Oswego Hospital
Attn: Jeff Coakley, Chief Operating Officer
110 West 6th Street
Oswego, NY 13126-2507

Oswego Health Central Square Med Center
Attn: Dr. Justin Fedor, Medical Director
3045 East Avenue
Central Square, NY 13036-9502

Oswego Health Fulton Medical Center
Attn: Dr. Justin Fedor, Medical Director
510 South 4th Street
Fulton, NY 13069-2994

Oswego Hospital Manor at Seneca Hill
Attn: Jason Santiago, Vice President and COO
20 Manor Drive
Oswego, NY 13126-6495

Oswego Health Behavioral Health Services
Attn: Michael Harlovic, President and CEO
74 Bunner Street
Oswego, NY 13126-3357

The Saratoga Hospital, Inc.
Attn: Angelo G. Calbone, President & CEO
211 Church Street
Saratoga Springs, NY 12866

St. Joseph's Hospital Health Center
Attn: Leslie P. Luke, President
301 Prospect Street
Syracuse, NY 13203-1807

The Centers at Camillus
Attn: Aileen Balitz, President
813 Fay Road
Syracuse, NY 13219-3009

Upstate University Hospital
c/o SUNY Upstate Medical University
Attn: Dr. Mantosh Dewan, Interim President
750 East Adams Street
Syracuse, NY 13210

Wesley Gardens Nursing Home
Attn: Robert Jones, President & CEO
3 Upton Park
Rochester, NY 14607-1500

| LinenMasterNET | | | | | | |
|---|---|---|---|---|---|---|
| Name | Billing Street | Billing City | Billing State | Billing PostalCode | Billing Contact | |
| Crouse Radiology Associates Med Imaging | 281 Grant Ave | Auburn | NY | 13021-1421 | Billing Contact | |
| Auburn Community Hospital - Direct Sale | 17 Lansing St | Auburn | NY | 13021-1983 | ATTN: Geetha Godishala | |
| Auburn Community Hospital | 17 Lansing St | Auburn | NY | 13021-1983 | Accounts Payable | |
| Aid to Hospitals, Inc. | PO BOX 24590 | Rochester | NY | 14624-0590 | Kelly McCall | |
| Albany County Correctional Facility | 11 Columbia Cir | Albany | NY | 12203-5156 | Fred Sahli | |
| Albany County Nursing Home | 780 Albany Shaker Rd | Albany | NY | 12211-1058 | Accounts Payable | |
| American Acupuncture Clinic | 31 Erie Canal Dr Ste F | Rochester | NY | 14626-4602 | Larry Slatky | |
| Anthone Eye Center | 3095 Harlem Rd | Cheektowaga | NY | 14225-2500 | Paul Rooney | |
| Arthritis Center of Rochester | 890 Westfall Rd Ste D | Rochester | NY | 14618-2610 | Grace Marieh | |
| Arthritis Health Association | 5794 Widewaters Pkwy | Syracuse | NY | 13214-1845 | DR. AMEND | |
| Associated Gastroenterologists of CNY, PC | 260 Township Blvd Ste 20 | Camillus | NY | 13031-1674 | LINEN MANAGER | |
| Auburn Cardiology | 281 Grant Ave | Auburn | NY | 13021-1421 | Township 5 Medical Park Brandy | |
| Auburn Family Care | 8 Hulbert St | Auburn | NY | 13021-3430 | Geetha Godishala | |
| Baird Nursing Home | 2150 Saint Paul St | Rochester | NY | 14621-1415 | Dr. Levey | |
| Bloomingrove Veterinarian Hospital | 498 N Greenbush Rd | Rensselaer | NY | 12144-9444 | ATTN: Liz Clarke | |
| Emeritus at Bellevue Manor | 4330 Onondaga Blvd | Syracuse | NY | 13219-3030 | Mindy | |
| Cardiology Associates of NNY | 19436 Howell Drive | Watertown | NY | 13601-4071 | Brookdale Senior Living | |
| Carthage Area Hospital | 1001 West St | Carthage | NY | 13619-9703 | Patricia Miller | |
| Clifton-Fine Hospital - Direct Sale | 1014 Oswegatchie Trail Rd | Star Lake | NY | 13690-3143 | ATTN: Colleen Rivers | |
| Crouse Hospital | 736 Irving Ave | Syracuse | NY | 13210-1687 | Debbie Folsom | |
| Crouse Hospital - Replacement Scrubs | 750 S Crouse Ave | Syracuse | NY | 13210-1713 | CHRIS SCRIBNER | |
| Chase Memorial Nursing Home | PO BOX 250 | New Berlin | NY | 13411-0250 | ATTN: Chris Scribner | |
| City Centre Massage | 786 Pre Emption Rd | Geneva | NY | 14456-2018 | Attn: Accounts Payable | |
| Clifton-Fine Hospital | 1014 Oswegatchie Trail Rd | Star Lake | NY | 13690-3143 | Kathy Rose | |
| Chase Memorial Nursing Home - Direct Sale | PO BOX 250 | New Berlin | NY | 13411-0250 | ATTN: Kelly Cleveland | |
| CNY Cardiology | 2211 Genesee St Ste 200 | Utica | NY | 13501-5930 | Attn: Accounts Payable | |
| CNY Diagnostic Imaging Associates | 1000 E Genesee St Ste 100 | Syracuse | NY | 13210-1853 | Accounts Payable | |
| CNY Facial Surgery Group, PC | 4939 Brittonfield Pkwy Ste 210 | East Syracuse | NY | 13057-9208 | ATTN: ACCTS PAYABLE | |
| CNY Family Care, LLP | 4939 Brittonfield Pkwy | East Syracuse | NY | 13057-9208 | ATTN: Debi | |
| College at Brockport - Student Health Center | 350 New Campus Drive | Brockport | NY | 14420 | Fred Letourneau | |
| Community Memorial Hospital - Lab Coats & Jackets | 150 Broad St | Hamilton | NY | 13346-9575 | ACCTS PAYABLE | |
| Dr. Yoram Beer, c/o Community Care Physicians PC | 711 Troy Schenectady Rd | Latham | NY | 12110-2442 | Tammy Peck | |
| Compassionate Family Medicine - Green St | 138 E Genesee St | Baldwinsville | NY | 13027-2720 | ATTN: ACCTS PAYABLE | |
| Compassionate Family Medicine - North Syracuse | 138 E Genesee St | Baldwinsville | NY | 13027-2720 | LINEN MANAGER | |
| Cross Keys Medical Group | 420 Cross Keys Office Park | Fairport | NY | 14450-3506 | ATTN: ACCTS PAYABLE | |
| Crouse Hospital | 736 Irving Ave Fl 7 PMB WEST | Syracuse | NY | 13210-1687 | ATTN: ACCTS PAYABLE | |
| Clifton Springs Hospital & Clinic - Lab Coats/Scrubs/Specials | 100 Kings Hwy S | Rochester | NY | 14617-5504 | Sonja Webb | |
| The Centers at St. Camillus - Direct Sale | 813 Fay Rd | Syracuse | NY | 13219-3009 | ATTN: Tina Griffin | |
| Dr. Francis Cullen | 5 Palisades Dr Ste 110 | Albany | NY | 12205-6433 | Teresa Wilmot | |
| Dermatology Associates of CNY | 4110 Medical Center Dr Ste 110 | Fayetteville | NY | 13066-6613 | ATTN: ACCTS PAYABLE | |
| Dermatology Associates of Rochester | 100 White Spruce Blvd | Rochester | NY | 14623-1507 | ATTN: ACCTS PAYABLE | |
| Elderwood Village | 500 Seneca St Ste 100 | Buffalo | NY | 14204-1963 | Accounts Payable | |
| | | | | | Elderwood Administrative Services A/P | |
| Ellis Medicine - Ancillary Areas | 1101 Nott St | Schenectady | NY | 12308-2425 | ATTN: ACCTS PAYABLE | |
| Ellis Medicine - Bariatric | 1101 Nott St | Schenectady | NY | 12308-2425 | Attn: Roseann Burch | |
| Ellis Medicine - Bellevue Women's Center | 600 Mcclellan St | Schenectady | NY | 12304-1009 | ATTN: Accounts Payable | |
| Ellis Medicine - Bellevue Women's Center Equipment Lease | 2210 Troy Schenectady Rd | Niskayuna | NY | 12309-4725 | Accounts Payable | |
| Ellis Medicine | 600 Mcclellan St | Schenectady | NY | 12304-1009 | ATTN: Accounts Payable | |
| Ellis Medicine - BWC Robes | 2210 TROY SCHENECTADY ROAD | TROY | NY | 12304 | Attn: Accounts Payable | |
| Ellis Medicine - CP Ancillary Areas | 939 Route 146 | Clifton Park | NY | 12065-3662 | ATTN: MILA/ACCTS PAYABLE | |
| Ellis Medicine | 103 Sitterly Rd | Clifton Park | NY | 12065-5612 | ATTN: Accounts Payable | |

| Name | Address | City | State | Zip | Attn |
|---|---|---|---|---|---|
| Ellis Medicine - Mohawk Harbor Primary Care | 1101 Nott St | Schenectady | NY | 12308-2425 | Attn: Roseann Burch |
| Ellis Medicine - Primary Care Ballston Spa | 990 State Route 67 | Ballston Spa | NY | 12020-3603 | Ruth Politis |
| Ellis Health Center - McClellan | 600 McClellan St | Schenectady | NY | 12304-1009 | ATTN: Accounts Payable |
| Ellis Hospital | 600 Mcclellan St | Schenectady | NY | 12304-1009 | ATTN: Accounts Payable Amie Myers |
| Ellis Hospital Equipment Lease | 1101 Nott St | Schenectady | NY | 12308-2425 | Accounts Payable |
| Ellis Hospital Marked Scrubs | 1101 Nott St | Schenectady | NY | 12308-2425 | ATTN MILA ACCT PAYABLE |
| Ellis Medicine-C5 | 1101 Nott St | Schenectady | NY | 12308-2425 | Lisa West |
| Elmwood Pediatric Group, LLP | 919 Westfall Rd Ste 105 | Rochester | NY | 14618-2638 | SHELLY DOANE |
| Emeritus at Landing of Brockport | 90 West Ave | Brockport | NY | 14420-1306 | Brookdale Senior Living |
| Empire Education Corporation | 1 Park Pl Fl 3 | Albany | NY | 12205-2676 | EMPIRE EDUCATION CORP. |
| Endoscopy Center of CNY | 4308 Medical Center Dr | Fayetteville | NY | 13066-6625 | Lyndsey Carney |
| Eastern Niagara Health System | 521 East Ave | Lockport | NY | 14094-3201 | Accounting Dept |
| Episcopal Church Home | 505 Mount Hope Ave | Rochester | NY | 14620-2251 | Accounts Payable |
| Upstate NY Transplant Services, Inc. | 517 E Washington St | Syracuse | NY | 13202-1917 | Art Kurkowski |
| Eye Health Associates, Inc. | 170 Maple Rd | Williamsville | NY | 14221-2930 | Deb Colaizzi |
| Family Ear, Nose, & Throat Clinic, PC | 5010 State Highway 30 Ste 204 | Amsterdam | NY | 12010-7532 | ATTN: Denise Cook |
| Farah Dermatology & Cosmetics | 1000 E Genesee St Ste 601 | Syracuse | NY | 13210-1885 | Michelle Farah |
| Faxton-St. Luke's Healthcare | 1656 Champlin Ave | Utica | NY | 13502-4830 | Juan Gonzalez |
| Finger Lakes Cardiology Associates | 910 Genesee St | Rochester | NY | 14611-3847 | Donna Wintershead |
| Finger Lakes DDSO Canandaigua Day Program | 3220 Middle Cheshire Rd | Canandaigua | NY | 14424-2470 | Dennis Larwin or Greg Thane |
| Finger Lakes DDSO East Henrietta Day Program | 2059 E Henrietta Rd | Rochester | NY | 14623-3922 | Danielle Johnson & Deb Havens |
| Finger Lakes DDSO Geneva Day Program | 3660 County Road 6 | Geneva | NY | 14456-9138 | Margaret Guivin |
| Finger Lakes DDSO Metro Park | 220 Metro Park | Rochester | NY | 14623-2612 | Finger Lakes DDSO OPWDD, Metro Park Day Services |
| Finger Lakes DDSO Tymeson Day Program | 703 E Maple Ave | Newark | NY | 14513-1845 | Brenda Barber |
| Finger Lakes Office of Alternative Therapies | 751 Pre Emption Rd | Geneva | NY | 14456-1335 | Shawn Marie Jones |
| Dr. Tiffany Genewick | 2741 Transit Rd | Elma | NY | 14059-9036 | Accounts Payable |
| Great Lakes Pysicians, PC - Cheektowaga | 3085 Harlem Rd Ste 200 | Buffalo | NY | 14225-2591 | GRACE JESSUP |
| Great Lakes Pysicians, PC - Sanborn | 3850 Saunders Settlement Rd | Sanborn | NY | 14132-9128 | ATTN: ACCTS PAYABLE |
| Greene & Miller Dentistry | 507 E Genesee St | Fayetteville | NY | 13066-9999 | ACCTS PAYABLE |
| Greene Meadows Direct Sale | 161 Jefferson Hts | Catskill | NY | 12414-1239 | Danny Cockrell |
| Greene Meadows Nursing & Rehab Center | 161 Jefferson Hts | Catskill | NY | 12414-1239 | ATTN: Danny Cockrell |
| Heartspring | 786 Pre Emption Rd | Geneva | NY | 14456-2018 | Cathy Kubacki |
| Helendale Dermatology & Medical Spa | 500 Helendale Rd Ste 100 | Rochester | NY | 14609-3109 | ATTN: ACCTS PAYABLE |
| Hillside Family of Agencies | 1183 Monroe Ave | Rochester | NY | 14620-1662 | Accounts Payable |
| Hudson Park Rehabilitation and Nursing Center | 325 Northern Blvd | Albany | NY | 12204-1001 | Shani Weissmandl |
| Hudson Valley Community College | 431 River St | Troy | NY | 12180-2258 | Sheryl M Waterbury |
| Innovative Physical Therapy Solutions | 316 Sherman St | Watertown | NY | 13601-3614 | Accounts Payable |
| Interlakes Oncology & Hematology | 910 Genesee St | Rochester | NY | 14611-3847 | UR Accounts Payable STE 200 |
| Karpinski & Karpinski - Karpinski, Paul A DDS | 183 Genesee St | Auburn | NY | 13021-3370 | BARB |
| Kaleida Health System - Buffalo General Medical Center | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | ATTN: Crystal Jagodzinski |
| Kaleida Health System - Diabetes-Endocrinology Center of WNY | 726 Exchange St Ste 201 | Buffalo | NY | 14210-1484 | Accounts Payable |
| Kaleida Health System - Hertel Elmwood Internal Medicine Center | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | Attn: Accounts Payable |
| Kaleida Health System - MSFH Flint Rehab #20945 | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | Attn: Accounts Payable |
| Kaleida Health System - Niagara St OB/GYN | 564 Niagara St | Buffalo | NY | 14201-1108 | Jennifer Makin |
| Kaleida Health System - Niagara Street Pediatrics | 1050 Niagara St | Buffalo | NY | 14213-2007 | |
| Kaleida Health System - Oishei Outpatient Aquatic | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | Dave Vokes |
| Kaleida Health System - Ralph C Wilson Jr Adult Day Services | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | KALEIDA/VNA HOME CARE SERVICES |
| Kaleida Health System - Towne Garden Pediatrics | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | Attn: Accounts Payable |
| Malinda Knibbs, LMT | 12 Colonial Cir Apt 2 | Buffalo | NY | 14213-1468 | Malinda |
| Laboratory Alliance of CNY, LLC - Crouse RRL | LABORATORY ALLIANCE CNY | Liverpool | NY | 13088-6061 | ATTN: Accounts Payable |
| Laboratory Alliance of CNY, LLC - Liverpool | 113 Innovation Ln | Liverpool | NY | 13088-6061 | ACCTS PAYABLE |
| Laboratory Alliance of CNY, LLC - North Med Ctr PSC | 113 Innovation Ln | Liverpool | NY | 13088-6061 | |

| Name | Address | City | State | Zip | Contact |
|---|---|---|---|---|---|
| Laboratory Alliance of CNY, LLC - SJHHC PSC | LABORATORY ALLIANCE CNY | Liverpool | NY | 13088-6061 | Kathleen |
| Laboratory Alliance of CNY, LLC - SJHHC RRL | 301 Prospect Avenue | Syracuse | NY | 13203 | Kathleen |
| Laboratory Alliance of CNY, LLC - UUH CC POB | 113 Innovation Ln | Liverpool | NY | 13088-6061 | |
| Lakeshore Primary Care Associates | 4855 Camp Rd | Hamburg | NY | 14075-2600 | ATTN LISA |
| Loftus & Ryu, MD, PC | 475 Irving Ave Ste 108 | Syracuse | NY | 13210-1691 | LINEN MANAGER |
| Loretto Family of Care - AdvancedMeal | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | ATTN: MARY HOLLAND |
| Loretto Family of Care - Churchill Manor, Inc. | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | ATTN ACCTS PAYABLE |
| Loretto Family of Care - Commons on St. Anthony | 3 Saint Anthony St | Auburn | NY | 13021-4525 | ATTN: MARY HOLLAND |
| Loretto Family of Care - HRC Direct Sale | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | Accounts Payable |
| Loretto Family of Care - NOTT Direct Sale | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | ATTN   ACCTS PAYABLE |
| Loretto Family of Care - Nottingham Senior Living Community | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | ATTN: LINEN ROOM |
| Loretto Family of Care - PACE CNY - McAuliffe Health Center | 100 Malta Ln | Syracuse | NY | 13212-2375 | ATTN: LINEN ROOM |
| Loretto Family of Care - PACE CNY/Sally Coyne Center for | 100 Malta Ln | Syracuse | NY | 13212-2375 | Jessica Cawley/Laura Lynn |
| Loretto Family of Care - PACE CNY/Bernadine | 417 Churchill Ave | Syracuse | NY | 13205-2124 | ATTN  ACCTS PAYABLE |
| Loretto Family of Care - Sedgwick Heights Assisted Living | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | ATTN: ACCTS PAYABLE |
| Loretto Health & Rehabilitation Center | 700 E Brighton Ave | Syracuse | NY | 13205-2201 | ATTN: ACCTS PAYAB;E |
| Magnetic Diagnostic Resources of CNY | 4567 Crossroads Park Dr | Liverpool | NY | 13088-3589 | ATTN: Linda |
| Norman Meisner, DDS | 225 Fairview Ave | Hudson | NY | 12534-1207 | Wende Dixon |
| Mill View Assisted Living Residence | 514 Old Loudon Rd | Cohoes | NY | 12047-4908 | Accounts Payable |
| Mohawk Valley Endoscopy Center | 116 Business Park Dr | Utica | NY | 13502-6313 | ATTN: ACTS PAYABLE |
| Neighborhood Health Center | 155 Lawn Ave | Buffalo | NY | 14207-1816 | Route Code 645-6408 |
| Neurological Associates Albany | 760 Madison Ave | Albany | NY | 12208-3464 | RC: 645-6408 |
| New York Oncology Hematology, PC - ALMC | PO BOX 4052 | Danville | IL | 61834-4052 | Route Code: 645-6532 |
| New York Oncology Hematology, PC - ALMC Stem Cell | PO BOX 4052 | Danville | IL | 61834-4052 | Route Code: 645-6540 |
| New York Oncology Hematology, PC - Amsterdam | PO BOX 4052 | Danville | IL | 61834-4052 | Route Code: 645-6534 |
| New York Oncology Hematology, PC - Clifton Park | PO BOX 4052 | Danville | IL | 61834-4052 | Route Code 645-6409 |
| New York Oncology Hematology, PC - Hudson | PO BOX 4052 | Danville | IL | 61834-4052 | Route Code 645-6535 |
| New York Oncology Hematology, PC - Patroon Creek | PO BOX 4054 | Danville | IL | 61834-4054 | ACCTS PAYABLE |
| New York Oncology Hematology, PC - Troy | 1875 Hudson Ave | Rochester | NY | 14617-5107 | Brenda |
| North Coast Dental Group | 1571 Washington St Ste 202 | Watertown | NY | 13601-9304 | ACCTS PAYABLE |
| North Country Orthopaedics Group | 709 North Main Street | North Syracuse | NY | 13212-1669 | ACCTS PAYABLE |
| Northeast Orthodontic Associates | 9010 Strada Stell Ct Ste 103 | Naples | FL | 34109-4425 | |
| Northern Litho & Uro Therapies, Inc. | 123 Town Square Pl # PMB805 | Jersey City | NJ | 07310-1756 | ATTN: ACCTS PAYABLE |
| Novelis Corporation | 11 COLUMBIA CIRCLE DRIVE | ALBANY | NY | 12203-5156 | ATTN: MELISSA BURTON |
| NYSID - Capital District Psychiatric Center | 11 COLUMBIA CIRCLE DRIVE | ALBANY | NY | 12203 | REGINA KILMER |
| NYSID - CNY Psychiatric Center | 11 COLUMBIA CIRCLE DRIVE | ALBANY | NY | 12203 | ATTN: Accounts Payable |
| NYSID - Hudson Valley Community College | 11 Columbia Cir | Albany | NY | 12203-5156 | ATTN: REGINA KILMER |
| NYSID - Hutchings Psychiatric Center | 11 Columbia Cir | Albany | NY | 12203-5156 | ATTN: REGINA KILMER |
| NYSID - Mohawk Valley Psychiatric Center | 11 COLUMBIA CIRCLE DRIVE | ALBANY | NY | 12263 | ATTN: REGINA KILMER |
| NYSID - NYS Department of Corrections Training Academy | 3075 Southwestern Blvd Ste 100 | Orchard Park | NY | 14127-1236 | ACCTS PAYABLE/Shirley |
| NYSID - Rochester Psychiatric Center | 110 W 6th St | Oswego | NY | 13126-2507 | ATTN: PATTY DELOFF |
| O'Connor Medical Group | 110 W 6th St | Oswego | NY | 13126-2507 | Joy Bifera |
| Oswego Hospital - Behavioral Health Services | 110 W 6th St | Oswego | NY | 13126-2507 | Patty Deloff |
| Oswego Hospital - Central Square Medical Center | 110 W 6th St | Oswego | NY | 13126-2507 | ATTN: PATTY DELOFF |
| Oswego Hospital - Direct Sale | 20 Manor Dr | Oswego | NY | 13126-6495 | ATTN: JULIE KNAPP |
| Oswego Hospital - Fulton Medical Center | 20 Manor Dr | Oswego | NY | 13126-6495 | ATTN ACCTS PAYABLE |
| Oswego Hospital - Manor at Seneca Hill/Ancillary | 110 W 6th St | Oswego | NY | 13126-2507 | PATTY DELOFF |
| Oswego Hospital - Manor at Seneca Hill | 4831 Velasko Rd | Syracuse | NY | 13215-2121 | ATTN: ACCTS PAYABLE |
| Oswego Hospital | 3970 Harlem Rd | Snyder | NY | 14226-4739 | PETER OR DONNA |
| Onondaga Hill Fire Department | 17 S 1st St | Fulton | NY | 13069-1704 | ACCTS PAYABLE |
| OrthoSports Orthopedic, Sports, & Spine Therapy | 4900 Broad Rd Ste 2D | Syracuse | NY | 13215-2265 | Accounts Payable |
| Oswego County Urology, PC | 353 Island Cottage Rd | Rochester | NY | 14612-2349 | Paul Burke |
| Paciorek Facial Plastic Surgery | 725 Irving Ave Ste 804 | Syracuse | NY | 13210-1682 | PAMELA/ACCTS PAYABLE |
| Parkway Pediatric & Adolescent Medicine, LLC | | | | | |
| Pediatric Cardiology, LLC | | | | | |

| Name | Address | City | State | Zip | Contact |
|---|---|---|---|---|---|
| Pediatric ENT Associates | 3580 Sheridan Dr Ste 115 | Amherst | NY | 14226-1647 | Jerry Behar |
| Pittsford Internal Medicine | 59 Monroe Ave Ste E | Pittsford | NY | 14534-1308 | ACCTS PAYABLE |
| Planned Parenthood - Schenectady/Utica Center | 1040 State St | Schenectady | NY | 12307-1508 | ATTN: ACCTS PAYABLE |
| Pontiac Nursing Home | 303 E River Rd | Oswego | NY | 13126-6400 | ATTN: ACCTS PAYABLE |
| Port City Family Medicine, PC | 33 E Schuyler St | Oswego | NY | 13126-1161 | ACCTS PAYABLE |
| Radnet, Inc. | 1508 Cotner Ave | Los Angeles | CA | 90025-3303 | ACCTS PAYABLE |
| Rejha Group | 23 Railroad Ave | Albany | NY | 12205-5910 | Edwind |
| Rensselaer Polytechnic Institute | PO BOX 4199 | Scranton | PA | 18505-6199 | ATTN: Lacey Marie Arthurton |
| Ridgeview Internal Medicine | 1850 E Ridge Rd | Rochester | NY | 14622-2448 | ACCTS PAYABLE |
| Laura K. Riposo-Hackney, LMT | 3733 Old State Rd | Erieville | NY | 13061-3167 | LAURA |
| Dr. John Robb | 99 Canal Landing Blvd | Rochester | NY | 14626-5112 | ATTN: ACCTS PAYABLE |
| Rochester Community Orthopaedics | 20 Hagen Dr Ste 110 | Rochester | NY | 14625-2665 | Judy |
| Rochester Gynecologic & Obstetrics Associates, PC - Lattimore | 125 White Spruce Blvd Ste 600 | Rochester | NY | 14623-1607 | EXT 7149 DARLA |
| Rochester Gynecologic & Obstetrics Associates, PC - Pittsford | 125 White Spruce Blvd Ste 600 | Rochester | NY | 14623-1607 | ACCTS PAYABLE |
| Saratoga Hair Transplant Center | 60 Railroad Pl Ste 102 | Saratoga Springs | NY | 12866-3048 | Susan McNeil |
| Saratoga Hospital | 211 Church St | Saratoga Springs | NY | 12866-1003 | Debbie Grant |
| Saratoga Hospital Clinics | 211 Church St | Saratoga Springs | NY | 12866-1003 | Debbie Grant |
| Shire at Culverton Adult Home | 216 River Ave Ste 107 | Lakewood | NJ | 08701-4807 | ATTN: Accounts Payable Amy |
| SJH Cardiology Associates | 4820 W Taft Rd Ste 209 | Liverpool | NY | 13088-2806 | Rebecca Peters |
| St. Joseph's Hospital Health Center - Cardio Janus (6723) | 7246 Janus Park Dr | Liverpool | NY | 13088-4839 | ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - CSD | 301 Prospect Ave | Syracuse | NY | 13203-1807 | Melissa Madigan |
| St. Joseph's Hospital Health Center - Dialysis/Camillus | 5101 W Genesee St | Camillus | NY | 13031-2371 | Kim Ryan |
| St. Joseph's Hospital Health Center - Direct Sale | 301 Prospect Ave | Syracuse | NY | 13203-1807 | Richard Petitto |
| St. Joseph's Hospital Health Center - Family Medicine Center | ST JOSEPH HOSPITAL - POB | Syracuse | NY | 13203-1807 | ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - Hemo/Seneca | 8302 Provo Dr | Liverpool | NY | 13090-4112 | Kelly Moody |
| St. Joseph's Hospital Health Center - Hyperbaric (7397) | 4206 Medical Center Dr | Fayetteville | NY | 13066-6642 | STACY |
| St. Joseph's Hospital Health Center - Infusion/Transfusion Center | 5100 W Taft Rd Ste 5D | Liverpool | NY | 13088-3811 | A/P |
| St. Joseph's Hospital Health Center - NE Hemo | 4105 Medical Center Dr | Fayetteville | NY | 13066-6636 | Kelley Reader |
| St. Joseph's Hospital Health Center - NE Surgery Center (6836) | 301 Prospect Ave | Syracuse | NY | 13203-1807 | Accounts Payable |
| St. Joseph's Hospital Health Center - NSC | 301 Prospect Ave | Syracuse | NY | 13203-1807 | Accounts Payable |
| St. Joseph's Hospital Health Center - OB Clinic OBC (6865) | 301 Prospect Ave | Syracuse | NY | 13203-1807 | ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - OPT (7512) | 5008 Brittonfield Pkwy Ste 103 | East Syracuse | NY | 13057-9248 | ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - PAT | 301 Prospect Ave | Syracuse | NY | 13203-1807 | ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - Primary Care (6725) | 321 Gifford St | Syracuse | NY | 13204-3201 | Accounts Payable |
| St. Joseph's Hospital Health Center - Primary Care - James St | 742 James St Fl 2 | Syracuse | NY | 13203-2017 | Attn: Accounts Payable #6863 |
| St. Joseph's Hospital Health Center - RE Dialysis | 973 James St | Syracuse | NY | 13203-2524 | KIM RYAN |
| St. Joseph's Hospital Health Center - Sleep Lab - Janus Park | 301 Prospect Ave | Syracuse | NY | 13203-1807 | ATTN: ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - Therapy 4th Floor | 4401 Medical Center Dr | Fayetteville | NY | 13066-6603 | ACCTS PAYABLE |
| St. Joseph's Hospital Health Center - Women's Health Specialists | 615 N Seward Ave | Auburn | NY | 13021-2107 | Ginny Kelly |
| St. Joseph's Physicians - Upstate Surgical Group, PC | 5100 W Taft Rd Ste 2E | Liverpool | NY | 13088-4841 | ACCTS PAYABLE |
| SNY Surgery Center | 5781 Bridge St Ste 30 | East Syracuse | NY | 13057-2944 | Joes Fierro |
| Solvay Fire Department | 1925 Milton Ave | Solvay | NY | 13209-1770 | S. Vanorden |
| Southgate Medical Group | 1026 Union Rd | West Seneca | NY | 14224-3445 | PAULA GORMAN |
| Spectrum Radiology Associates, PLLC | 1150 Youngs Rd Ste 111 | Williamsville | NY | 14221-8024 | Mary Nigam |
| St. Joseph's Hospital Health Center | 301 Prospect Ave | Syracuse | NY | 13203-1807 | ATTN Frank Ferrante |
| St. Joseph's Physicians | 5100 W Taft Rd Ste 3D | Liverpool | NY | 13088-3809 | ATTN: CHRISTINE PEDERSON |
| St. Elizabeth Medical Center - Ancillary | 2209 Genesee St | Utica | NY | 13501-5930 | ACCTS PAYABLE |
| Penrick Enterprises, Inc. - RAGS | 135 James Street | Canastota | NY | 13032-0030 | RICK |
| Syracuse Educational Opportunity Center | 100 New St Rm 200 | Syracuse | NY | 13202-3523 | ATTN Christopher Young |
| Syracuse Endosocopy Associates | 739 Irving Ave Ste 420 | Syracuse | NY | 13210-1652 | Leeann Blanding |
| Syracuse Fire Chief Office | 607 PUBLIC SAFETY Bldg | Syracuse | NY | 13202-2067 | ACCTS PAYABLE-STEVE SMITH |
| Syracuse Fire Department - Airport | 1000 Col Eileen Collins Blvd | Syracuse | NY | 13212-3903 | Maureen Fogarty |
| Syracuse Surgery Center | 3400 Vickery Rd | North Syracuse | NY | 13212-4540 | Catherine Kelley |
| Syracuse University | 111 Waverly Ave | Syracuse | NY | 13244-0001 | ACCTS PAYABLE |
| Texas Medical Diagnostics, Inc. - Sleep Center | 908 W Terrell Ave N | Fort Worth | TX | 76104-3034 | ATTN: ACCTS PAYABLE |

| Name | Address | City | State | Zip | Attn |
|---|---|---|---|---|---|
| The Centers at St. Camillus | 813 Fay Rd | Syracuse | NY | 13219-3009 | ATTN: David Castaldo |
| The Eliot at Troy - Fawn Ridge Senior Living | 12 College Rd | Monsey | NY | 10952-2821 | ADULT CARE MANAGEMENT |
| Trocaire College - Massage Therapy | 360 Choate Ave | Buffalo | NY | 14220-2003 | Sarah Leuthe |
| University at Buffalo Surgeons/Vascular Surgery | 462 Grider St | Buffalo | NY | 14215-3021 | Att: Accounts Payable |
| University at Buffalo Surgeons - Vascular Surgery | 462 Grider St | Buffalo | NY | 14215-3021 | ATTN: ACCOUNTS PAYABLE |
| University Cardiovascular Associates | PO BOX 10759 | Rochester | NY | 14610-0759 | RGH Accounts Payable |
| University Gastroenterology | 1000 E Genesee St Ste 206 | Syracuse | NY | 13210-1853 | ATTN: ACCTS PAYABLE |
| University of Rochester Vascular Surgery - Genesee Vascular | 910 Genesee St Suite 200 | Rochester | NY | 14642-0001 | Chad Abernathy |
| University Surgical Associates, LLP | 750 E Adams St | Syracuse | NY | 13210-2306 | ATTN: Lorraine Oot |
| Upstate Medical University Hotel | 11 Columbia Cir | Albany | NY | 12203-5156 | Amy Clifford |
| Upstate University Hospital - Community Campus | 11 Columbia Cir | Albany | NY | 12203-5156 | Attn: Accounts Payable |
| University of Rochester Medical Center - Specialty Services | 910 Genesee St Ste 200 | Rochester | NY | 14611-3847 | UR Accounts Payable |
| Upstate University Hospital Community Campus - Breast Care Center-OHACMS, PC | 4900 Broad Rd | Syracuse | NY | 13215-2265 | Kim Corona |
| UUH CC Cancer Center - Oneida | 603 Seneca St Ste 2 | Oneida | NY | 13421-2653 | Brooke Tracy |
| Upstate University Hospital Community Campus - COG - NYSID | 11 Columbia Cir | Albany | NY | 12203-5156 | Attn: Contract Administration |
| Upstate University Hospital Community Campus | 11 Columbia Cir | Albany | NY | 12203-5156 | Attn: Accounts Payable |
| Upstate University Hospital Community Campus | 750 E Adams St | Syracuse | NY | 13210-2342 | Lisa Craner |
| Upstate University Hospital Community Campus - University Pulmonary & Sleep Medicine | 4900 Broad Rd Ste 21 | Syracuse | NY | 13215-2265 | ATTN: ACCTS PAYABLE |
| Upstate University Hospital Community Campus - West Outpatient - Velasko Rd - NYSID | 11 Columbia Cir | Albany | NY | 12203-5156 | Attn: Accounts Payable |
| Upstate University Hospital - Lab Coats | 550 E Genesee St Ste 201 | Syracuse | NY | 13202-2124 | |
| Upstate University Hospital - University Physicians Hem/Onc & Rheumatology | 750 E Adams St | Syracuse | NY | 13210-2342 | KEITHA COSTELLO |
| Upstate University Hospital - Upstate Cardiology North | 138 E Genesee St Unit 2 | Baldwinsville | NY | 13027-2720 | Stephanie Harper |
| Upstate University Hospital - Upstate Cardiology West | 5700 W Genesee St Ste 128 | Camillus | NY | 13031-3206 | ANTOINETTE OR SANDY |
| Vascular Surgeons of CNY | 104 Union Ave # 1003-1004 | Syracuse | NY | 13203-1843 | KRISTEN CARR EXT 336 |
| Vega Aesthetic & Reconstructive Surgery | 1050 Pittsford Victor Rd Ste B | Pittsford | NY | 14534-3812 | Accounts Payable |
| Kaleida Health System:Women & Children's Hospital of Buffalo - Women's OB/GYN Health Center | 726 Exchange St Ste 200 | Buffalo | NY | 14210-1462 | Attn: Accounts Payable |
| Wesley Gardens Nursing Home | 3 Upton Park | Rochester | NY | 14607-1500 | William Roman |
| Whittier Health Network - Whittier Place Assisted Living Center | 30 Whitter Way | Ghent | NY | 12075-3213 | ATTN Accounts Payable |
| Whittier Health Network - Whittier Rehabilitation & Skilled Nursing Center | 1 Whitter Way | Ghent | NY | 12075-3213 | ATTN: ACCTS PAYABLE |
| Clifton Springs Hospital & Clinic | 2 Coulter Rd | Clifton Springs | NY | 14432-1122 | ATTN YVONNE LUSH |
| CNY Urology, PC | 100 Metropolitan Park Dr Ste 100 | Liverpool | NY | 13088-5842 | Accounts Payable |
| Crouse Radiology Associates Medical Imaging - Brittonfield | 5000 Brittonfield Pkwy Ste A # 112 | East Syracuse | NY | 13057-9226 | ATTN: ACCTS PAYABLE |
| Jewish Home of Central New York | 4101 E Genesee St | Syracuse | NY | 13214-2136 | ATTN: Helen Stiliadis |
| Manlius Assisted Living Program | 215 Pleasant St | Manlius | NY | 13104-1813 | ATTN: JODIE DOSS |
| Merit Medical Practice, PC | 500 Helendale Rd Ste 90 | Rochester | NY | 14609-3109 | LINEN MANAGER |
| New England Laser & Cosmetic Surgery Center | 1072 Troy Schenectady Rd Ste 101 | Latham | NY | 12110-1025 | SALLY GRIPPEN; SANDY MADIGAN |
| Simmons, Brady, & Loi Oral Surgery | 19 E Genesee St | Auburn | NY | 13021-4058 | LINEN MANAGER |
| St. Elizabeth Medical Center | 2209 Genesee St | Utica | NY | 13501-5930 | CINDY AP |
| Stephan, William H. PC | 400 International Dr | Williamsville | NY | 14221-5771 | PEGGY OR DR. STEPHEN |
| Syracuse University HC | 111 Waverly Ave | Syracuse | NY | 13210-1722 | ACCTS PAYABLE |
| Syracuse University Health Services | 111 Waverly Ave | Syracuse | NY | 13210-1722 | Palma |
| The Center for Wound Care and Hyperbaric Medicine | PO BOX 7007 | Troy | MI | 48007-7007 | TH# 30105-75901 |
| United Memorial Medical Center - Batavia Family Care | 16 Bank St | Batavia | NY | 14020-2250 | Deb Daniel |
| United Memorial Medical Center - Batavia Women's Care | 33 Chandler Ave | Batavia | NY | 14020-1684 | Deb Daniel |
| United Memorial Medical Center - Direct Sale | 127 North St | Batavia | NY | 14020-1631 | Deb Daniel |
| United Memorial Medical Center | 16 Bank St | Batavia | NY | 14020-2250 | Deb Daniel |
| United Memorial Medical Center - Le Roy Urgent Care | 8745 Lake Street Rd | Le Roy | NY | 14482-9344 | Deb Daniel |

| | | | | | |
|---|---|---|---|---|---|
| United Memorial Medical Center - Medina Family Care | 16 Bank St | Batavia | NY | 14020-2250 | Deb Daniel |
| United Memorial Medical Center - Medina Women's Care | 11225 Maple Ridge Rd | Medina | NY | 14103-1845 | Deb Daniel |
| United Memorial Medical Center - Pain Clinic | 229 Summit St Ste 4 | Batavia | NY | 14020-1645 | Deb Daniel |
| United Memorial Medical Center - Physical Therapy | 99 Med Tech Dr | Batavia | NY | 14020-9712 | Deb Daniel |
| United Memorial Medical Center - Primary Care | 8745 Lake Street Rd | Le Roy | NY | 14482-9344 | Deb Daniel |
| United Memorial Medical Center - Sleep Lab | 127 North St | Batavia | NY | 14020-1631 | Debbie Lowe // Deb Daniel |
| United Memorial Medical Center - Summit Cardiology | 229 Summit St Ste 1 | Batavia | NY | 14020-1645 | Deb Daniel |
| United Memorial Medical Center - Surgical Associates | 16 Bank St | Batavia | NY | 14020-2250 | Deb Daniel |
| Upstate University Hospital Community Campus - ENT Office - | 11 Columbia Cir | Albany | NY | 12203-5156 | Attn: NYSID |
| Upstate University Hospital Community Campus - West Health & Rehabilitation | ACCOUNTS PAYABLE | Syracuse | NY | 13215-2265 | ACCTS PAYABLE |
| Upstate University Hospital Community Campus - Women's Center University OB/GYN Associates | 725 Irving Ave Ste 600 | Syracuse | NY | 13210-1688 | CHERYL CALARESE |

| Name | Shipping Street | Shipping City | Shipping State | Shipping PostalCode | Shipping Contact |
|---|---|---|---|---|---|
| Aid to Hospitals, Inc. | 45 Mckee Rd | Rochester | NY | 14611-2016 | Fred Sahli |
| Albany County Correctional Facility | 840 Albany Shaker Rd | Albany | NY | 12211-1054 | Tina Simmons |
| Anthone Eye Center | 2211 Sheridan Dr | Kenmore | NY | 14223-1558 | Grace Marieh |
| Associated Gastroenterologists of CNY, PC | 5112 W Taft Rd Ste 2U | Liverpool | NY | 13088-4868 | LINEN MANAGER |
| Crouse Hospital - Commonwealth Place 883 | 6010 E Molloy Rd | Syracuse | NY | 13211-2131 | Maude St. Denis |
| Crouse Hospital - Madison Irving Surgery Center 892 | 475 Irving Ave | Syracuse | NY | 13210-1756 | LINEN ROOM |
| Chase Memorial Nursing Home | 1 Terrace Hts | New Berlin | NY | 13411-9515 | LINEN ROOM |
| Chase Memorial Nursing Home - Direct Sale | 1 Terrace Hts | New Berlin | NY | 13411-9515 | Linen Room |
| CNY Cardiology - Rome | 91 Perimeter Rd Ste 130 | Rome | NY | 13441-4018 | Accounts Payable |
| CNY Diagnostic Imaging Associates | 4820 W Taft Rd | Liverpool | NY | 13088-2800 | ACCTS PAYABLE |
| College at Brockport - Student Health Center | 350 New Campus Dr | Brockport | NY | 14420-2997 | LINEN MANAGER |
| Compassionate Family Medicine - Green St | 311 Green St | Syracuse | NY | 13203-2911 | LINEN MANAGER |
| Compassionate Family Medicine - North Syracuse | 511 S Main St | North Syracuse | NY | 13212-2813 | ACCTS PAYABLE |
| Dermatology Associates of Rochester | 100 White Spruce Blvd | Rochester | NY | 14623-1507 | Accounts Payable |
| Elderwood Village at Colonie | 626 Watervliet Shaker Rd | Latham | NY | 12110-3618 | Brookdale Senior Living |
| Elderwood Village at Greece | 1404 Long Pond Rd | Rochester | NY | 14626-3732 | Brookdale Senior Living |
| Elderwood Village at St. Gregory Court | 111 Saint Gregory Ct | Williamsville | NY | 14221-2633 | ACCTS PAYABLE |
| Ellis Medicine - Bariatric | 2125 River Rd Ste 302 | Schenectady | NY | 12309-1135 | Accounts Payable |
| Ellis Medicine - Bellevue Women's Center | 2210 Troy Schenectady Rd | Niskayuna | NY | 12309-4725 | MILA |
| Ellis Medicine - BWC Direct Sale | 2210 Troy Schenectady Rd | Niskayuna | NY | 12309-4725 | |
| Ellis Medicine - Direct Sale | 1101 Nott St | Schenectady | NY | 12308-2425 | |
| Ellis Medicine - Glenville Primary Care | 115 Saratoga Rd Ste 200 | Schenectady | NY | 12302-4194 | Ruth Politis |
| Ellis Medicine - Mohawk Harbor Primary Care | 200 Harborside Dr | Schenectady | NY | 12305-1020 | Anna |
| Ellis Hospital | 1101 Nott St | Schenectady | NY | 12308-2425 | MILA ACCT PAYABLE |
| Eastern Niagara Health System - Family Practice | 475 S Transit St | Lockport | NY | 14094-5562 | Linen Technician |
| Eastern Niagara Health System - Imaging Center | 5875 S Transit Rd | Lockport | NY | 14094-6340 | Linen Technician |
| Eastern Niagara Health System - Newfane | 2600 William St | Newfane | NY | 14108-1026 | Linen Technician |
| Eastern Niagara Health System - Surgery Center | 5875 S Transit Rd | Lockport | NY | 14094-6340 | Linen Technician |
| Finger Lakes Cardiology Associates - Canandaigua | 395 West Ave Ste 307 | Canandaigua | NY | 14424-1548 | Donna Wintershead |
| Finger Lakes Cardiology Associates - Clifton Springs | 4 Coulter Rd Ste 777 | Clifton Springs | NY | 14432-1122 | Donna Wintershead |
| Hudson Valley Community College | 145 CONGRESS SREET | Troy | NY | 12180-4154 | SHERRI MACKEY |
| Interlakes Oncology & Hematology | 211 White Spruce Blvd | Rochester | NY | 14623-1618 | LINEN MANAGER |
| Kaleida Health System - Buffalo General Medical Center | 1313 Main St | Buffalo | NY | 14209-1947 | ACCTS PAYABLE |
| Kaleida Health System - Diabetes-Endocrinology Center of WNY | 705 Maple Rd | Williamsville | NY | 14221-3208 | MANAGER |
| Kaleida Health System - Hertel Elmwood Internal Medicine Center | 900 Hertel Ave | Buffalo | NY | 14216-2611 | Accounts Payable |
| Kaleida Health System - MSFH Flint Rehab #20945 | 705 Maple Rd | Williamsville | NY | 14221-3208 | DEBBIE MUSCARELLA |
| Kaleida Health System - Oishei Outpatient Aquatic | 5959 Big Tree Rd Ste 200 | Orchard Park | NY | 14127-2291 | Dave Vokes |
| Kaleida Health System - Ralph C Wilson Jr Adult Day Services | 3780 Commerce Ct Ste 100 | North Tonawanda | NY | 14120-2025 | MARLENE MARCINIAK |
| Kaleida Health System - Towne Garden Pediatrics | 461 William St | Buffalo | NY | 14204-1811 | WENDY |
| Laboratory Alliance of CNY, LLC - North Med Ctr PSC | 5100 W Taft Rd Ste 2F | Liverpool | NY | 13088-4841 | JENNIFER OR JOAN |
| Laboratory Alliance of CNY, LLC - UUH CC POB | 4900 Broad Rd | Syracuse | NY | 13215-2265 | Carrie Nappa |
| Loretto Family of Care - Churchill Manor, Inc. | 750 E Brighton Ave | Syracuse | NY | 13205-2201 | MARY TACKETT |
| Loretto Family of Care - NOTT Direct Sale | 1305 Nottingham Rd | Jamesville | NY | 13078-8790 | Linen Room |
| Loretto Family of Care - PACE CNY - McAuliffe Health Center | 115 Creek Cir | East Syracuse | NY | 13057-1369 | Pat Blum |
| Loretto Family of Care - Sedgwick Heights Assisted Living | 1100 James St | Syracuse | NY | 13203-2806 | NEIL BLOCK |
| Loretto Family of Care - Sedgwick Heights Assisted Living/Direct Sale | 1100 James St | Syracuse | NY | 13203-2806 | Linen Room |
| Magnetic Diagnostic Resources of CNY - Camillus | 5700 W Genesee St Ste 7 | Camillus | NY | 13031-3202 | ACCTS PAYABLE |
| Neighborhood Health Center - Blasdell | 4233 Lake Ave | Blasdell | NY | 14219-1216 | Erin Collings |
| Neighborhood Health Center - Mattina | 300 Niagara St | Buffalo | NY | 14201-2135 | ACCTS PAYABLE |

| Name | Address | City | State | Zip | Contact |
|---|---|---|---|---|---|
| Neighborhood Health Center - Southtowns | 151 Elmview Ave | Hamburg | NY | 14075-3762 | Office Manager |
| New York Oncology Hematology, PC - ALMC | 43 New Scotland Ave | Albany | NY | 12208-3412 | |
| New York Oncology Hematology, PC - ALMC Stem Cell | 43 New Scotland Ave | Albany | NY | 12208-3412 | Amy Tweed |
| New York Oncology Hematology, PC - Amsterdam | 1700 Riverfront Ctr | Amsterdam | NY | 12010-4620 | |
| New York Oncology Hematology, PC - Clifton Park | 3 Crossing Blvd Ste 1 | Clifton Park | NY | 12065-4154 | |
| New York Oncology Hematology, PC - Hudson | 69 Prospect Ave | Hudson | NY | 12534-2907 | |
| New York Oncology Hematology, PC - Patroon Creek | 400 Patroon Creek Blvd | Albany | NY | 12206-5013 | ACCTS PAYABLE |
| New York Oncology Hematology, PC - Troy | 258 Hoosick St Ste 206 | Troy | NY | 12180-2450 | |
| Northern Litho & Uro Therapies, Inc. | 17 S 1st St | Fulton | NY | 13069-1704 | |
| Novelis Corporation | 448 County Route 1A | Oswego | NY | 13126-9999 | ACCTS PAYABLE |
| NYSID - Capital District Psychiatric Center | 75 New Scotland Ave | Albany | NY | 12208-3409 | LINEN MANAGER |
| NYSID - CNY Psychiatric Center | 9005 Old River Rd | Marcy | NY | 13403-3000 | LINEN ROOM |
| NYSID - Hudson Valley Community College | 80 Vandenburgh Ave | Troy | NY | 12180-6037 | LINEN ROOM |
| NYSID - Hutchings Psychiatric Center | 620 Madison St | Syracuse | NY | 13210-2319 | MANAGER |
| NYSID - Mohawk Valley Psychiatric Center - McPike Bldg | 1400 Noyes St | Utica | NY | 13502-3854 | LINEN ROOM |
| NYSID - Mohawk Valley Psychiatric Center - Pinefield 80 | 1400 Noyes St | Utica | NY | 13502-3854 | SHELIA LONG |
| NYSID - Mohawk Valley Psychiatric Center - Pinefield 82 | 1400 Noyes St | Utica | NY | 13502-3854 | WAYNE |
| NYSID - Mohawk Valley Psychiatric Center - Pinefield 83 | 1400 Noyes St | Utica | NY | 13502-3854 | SHEILA LONG |
| NYSID - Mohawk Valley Psychiatric Center - Wright Bldg 32 | 1400 Noyes St | Utica | NY | 13502-3854 | LINEN ROOM |
| NYSID - Mohawk Valley Psychiatric Center - Wright Bldg 85 | 1400 Noyes St | Utica | NY | 13502-3854 | Linen Room |
| NYSID - Mohawk Valley Psychiatric Center - Wright TLC | 1400 Noyes St | Utica | NY | 13502-3854 | LINEN MANAGER |
| NYSID - Mohawk Valley Psychiatric Center Exchange Cart Fee | 1400 Noyes St | Utica | NY | 13502-3854 | JANE RYSE LINEN ROOM |
| NYSID - NYS Department of Corrections Training Academy | 1134 New Scotland Rd | Albany | NY | 12208-1041 | Kathleen Gallagher |
| NYSID - Rochester Psychiatric Center | 1111 Elmwood Ave | Rochester | NY | 14620-3005 | EILEEN PORTER |
| Oswego Hospital - Behavioral Health Services | 74 Bunner St | Oswego | NY | 13126-3357 | LINEN ROOM |
| Oswego Hospital - Central Square Medical Center | 3045 East Ave | Central Square | NY | 13036-9502 | ACCTS PAYABLE |
| Oswego Hospital - Fulton Medical Center | 510 S 4th St | Fulton | NY | 13069-2994 | LINEN MANAGER |
| Radnet, Inc. | 2259 Clinton Ave S Ste | Rochester | NY | 14618-2623 | ACCTS PAYABLE |
| Rensselaer Polytechnic Institute | RPI FIELDHOUSE | Troy | NY | 12180-3731 | K FLORETTE |
| Rochester Gynecologic & Obstetrics Associates, PC - Pittsford | 1050 Pittsford Victor Rd | Pittsford | NY | 14534-3812 | Darla |
| Shire at Culverton Adult Home | 2515 Culver Rd | Rochester | NY | 14609-1751 | ATTN: M. Hawrylik |
| St. Joseph's Hospital Health Center - NE Surgery Center (6836) | 4208 Medical Center Dr | Fayetteville | NY | 13066-6642 | MANAGER |
| St. Joseph's Hospital Health Center - NSC | 5100 W Taft Rd | Liverpool | NY | 13088-3807 | MANAGER |
| St. Joseph's Hospital Health Center - PAT | 104 Union Ave Ste 904 | Syracuse | NY | 13203-1845 | ANN FIELD |
| St. Joseph's Hospital Health Center - Sleep Lab - Janus Park | 7246 Janus Park Dr | Liverpool | NY | 13088-4839 | ATTN: ACCTS PAYABLE |
| Texas Medical Diagnostics, Inc. - Sleep Center | 1000 E Genesee St | Syracuse | NY | 13210-1892 | ATTN: ACCTS PAYABLE |
| The Eliot at Troy - Fawn Ridge Senior Living | 2902 Tibbits Ave | Troy | NY | 12180-7077 | ATTN: ACCTS PAYABLE |
| University at Buffalo Surgeons/Vascular Surgery | 1001 Main St Fl 4 | Buffalo | NY | 14203-1009 | Kailey Wood |
| University at Buffalo Surgeons - Vascular Surgery | 1150 Youngs Rd Ste 108 | Williamsville | NY | 14221-8024 | ATTN: ACCTS PAYABLE |
| University Cardiovascular Associates | 101 Canal Landing Blvd Ste 8 | Rochester | NY | 14626-5109 | GEORGE |
| University of Rochester Vascular Surgery - Genesee Vascular Lab, Inc. | 30 Hagen Dr Ste 320 | Rochester | NY | 14625-2658 | NYANNE |
| Upstate Medical University Hotel | 500 Harrison St | Syracuse | NY | 13202-3036 | Amy Clifford |
| Upstate University Hospital - Community Campus | 4900 Broad Rd | Syracuse | NY | 13215-2265 | Attn: Mike DiMarco/Environmental Services |
| University of Rochester Medical Center - Specialty Services | 3170 West St Ste 275 | Canandaigua | NY | 14424-1711 | Susan Edwards |
| Upstate University Hospital Community Campus - COG - NYSID | 750 E Adams St | Syracuse | NY | 13210-2306 | Amy Clifford |
| Upstate University Hospital Community Campus - Contract Labor | 4900 Broad Rd | Syracuse | NY | 13215-2265 | CAROL IN LINEN ROOM 492-5180 |
| Upstate University Hospital Community Campus - Mops | 4900 Broad Rd | Syracuse | NY | 13215-2265 | Todd Patnode |
| Upstate University Hospital Community Campus - Satellites | 5700 W Genesee St | Camillus | NY | 13031-3200 | LINEN ROOM |
| Upstate University Hospital Community Campus - Sleep Center | 4304 Medical Center Dr Ste 304 | Fayetteville | NY | 13066-6625 | ACCTS PAYABLE |
| Upstate University Hospital Community Campus - University Otolaryngology at Fayetteville | 4304 Medical Center Dr Ste 304 | Fayetteville | NY | 13066-6625 | BARB |
| Upstate University Hospital Community Campus - University Otolaryngology at Liverpool | 5100 W Taft Rd Ste 3E | Liverpool | NY | 13088-3809 | JOANNE |
| Upstate University Hospital Community Campus - West Outpatient - Velasko Rd - NYSID | 4761 Onondaga Blvd | Syracuse | NY | 13219-3315 | LINEN MANAGER |
| Upstate University Hospital - Lab Coats | 750 E Adams St Fl 6 | Syracuse | NY | 13210-2342 | ATTN: ACCTS PAYABLE |
| Upstate University Hospital - Manlius Health Center | 102 W Seneca St | Manlius | NY | 13104-2480 | ACCTS PAYABLE |
| Upstate University Hospital - University Physicians Hem/Onc & Rheumatology | 1000 E Genesee St Ste 403 | Syracuse | NY | 13210-1840 | MARTHA |

| | | | | | |
|---|---|---|---|---|---|
| Kaleida Health System:Women & Children's Hospital of Buffalo - Women's OB/GYN Health Center | 462 Grider St | Buffalo | NY | 14215-3021 | ATTN: ACCTS PAYABLE |
| CNY Urology, PC | 357 Genesee St | Oneida | NY | 13421-2658 | ADAM |
| The Center for Wound Care and Hyperbaric Medicine | 600 Northern Blvd | Albany | NY | 12204-1004 | ATTN: 3226-3011 |
| United Memorial Medical Center - Medina Family Care | 11225 Maple Ridge Rd | Medina | NY | 14103-1845 | Deb Lowe |
| United Memorial Medical Center - Primary Care | 3 Tountas Ave Ste 4 | Le Roy | NY | 14482-1368 | Janet |
| United Memorial Medical Center - Sleep Lab | 229 Summit St Ste 6 | Batavia | NY | 14020-1645 | Practice Manager |
| Upstate University Hospital Community Campus - ENT Office - NYSID | 4900 Broad Rd | Syracuse | NY | 13215-2265 | Jeanne Nolan |