**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Centerstone Linen Services, LLC

Case No.: 18-31754

Division: Syracuse

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___85___

    Reason for Adjournment Request: Per agreement with the parties

    Original Return Date of Motion: January 23, 2019

    Number of prior adjournment request that have been made ___na___

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: July 25, 2019

Requested Adjourned Hearing Date: August 8, 2019 at 11:30 a.m.*

Requesting Attorney's Name, Office Address, Phone and Email Address:
    Robert K. Weiler, Esq.
    Bousquet Holstein PLLC
    110 W Fayette St, Syracuse, NY 13202
    (315) 701-6312; rweiler@bhlawpllc.com

Consent of All Parties Obtained?    ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Camille Hill, Esq. and CM/ECF list

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)

* or the date and time of the hearing of the prospective sale of equipment located at the Syracuse property if earlier.