# EXHIBIT 1 – LETTER AGREEMENT

- o Clarus shall file a motion, in from and content acceptable to HSBC Bank USA, National Association, seeking approval of the sale with the Bankruptcy Court no later than August 9, 2019.
- o If an order approving the sale free and clear of any interests and successor liability as described above is not entered by August 30, 2019, Century will have no further obligation to purchase the Syracuse Fixed Assets and either Century or Clarus may terminate this Agreement on a two-day notice.

- <u>Interim Syracuse Fixed Assets Rental Arrangement</u>: Pending Bankruptcy Court approval of the sale, Century will occupy the Syracuse Plant and use the Syracuse Fixed Assets beginning Monday, August 5, 2019.
    - o Century will pay Clarus $2,500.00 per week for the rental of the Syracuse Fixed Assets beginning August 5, 2019 until the closing of the sale of the Syracuse Fixed Assets (the "Equipment Rent").
    - o The Equipment Rent will be due and payable by Century to Clarus each Monday and continue weekly until the closing of the sale to Century or until termination of this Agreement.

- This transaction does not include the sale of any linen located at the Syracuse Plant.

Sincerely,

*[signature]*

Ronald Teplitsky

Chief Restructuring Officer


**CONFIRMED AND APPROVED.**

Century Linen & Uniform, Inc.

By: *[signature]*

Richard Smith, President



August 8, 2019

Mr. Richard Smith, President & CEO
Century Linen & Uniform, Inc.
335 N. Main Street
Gloversville, New York 12078

Re:  Clarus Syracuse Equipment

Dear Dick:

This letter will confirm the agreement of Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems ("Clarus") to rent on an interim basis, and then sell, to Century Linen & Uniform, Inc. ("Century") the equipment and linen carts (collectively, the "Syracuse Fixed Assets") located at the Clarus Syracuse Plant, 320 Taylor Street, Syracuse, New York 13202 and identified on the Schedule annexed hereto.

The terms of the Syracuse Fixed Assets rental/sale agreement are as follows:

- <u>Sales Price for Syracuse Fixed Assets</u>:  $250,000.00, payable to Clarus in cash at closing, subject to the approval of the Bankruptcy Court, on terms acceptable to HSBC Bank USA, National Association, and free and clear of any liens, claims, encumbrances, and interests.
    - Attached is a Schedule of the Syracuse Fixed Assets, which is a listing of the equipment located at the Syracuse Plant per company records.
    - Linen carts located at the Syracuse Plant are also included in the sale.  It is estimated that there are 150 – 200 linen carts at the Syracuse Plant.
    - The sale closing will take place no later than three business days after the Bankruptcy Court order approving the sale becomes final.
    - Century shall not have any responsibility, liability or obligation, whether to any former employees of Clarus, their beneficiaries or to any other Person, with respect to any employee benefit plans, practices, policies, programs or arrangements.  Century shall not, and shall not be deemed to (i) be the successor of or successor employer under: (a) the Worker Adjustment and Retraining Notification Act, as amended (WARN); (b) the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA); (c) any collective bargaining agreement or other labor or employment agreement or pension or employee benefit plan (including any statutory or common law successorship liability in relation to any pension plans or any multiemployer plans to which Clarus or its affiliates have at any time contributed to or had any liability or potential liability, including with respect to unfunded, underfunded and/or withdrawal liability).



3391868.4

# SCHEDULE OF FIXED ASSETS

**Syracuse fixed assets - 2019**

| perty Descrip Vendor(s) Invoice(s) | Date in Service | Book Cost | Book End Accumulated Dep. | Book Net Book Value | Date in Service |
|---|---|---|---|---|---|
| **MACHINERY & EQUIPMENT - MEDPLUS: Accounts 1540/1740/5700A** | | | | | |
| STERILIZER REPAIRS | Sep-09 | 7,938.53 | 7,938.53 | - | 9/1/2009 |
| HEAT SEAL ALLIGATOR | Aug-10 | 4,715.42 | 4,715.40 | - | 8/10/2010 |
| NEW TIME CLOCK | Dec-11 | 2,800.00 | 2,800.05 | - | 12/1/2011 |
| SCALE | Apr-12 | 1,476.05 | 1,476.01 | - | 4/12/2012 |
| NEW VALVES FOR STERILIZER | Jul-12 | 2,447.90 | 2,447.98 | - | 7/12/2012 |
| STERIS -HEAT EXCHANGER | Jun-13 | 1,903.05 | 1,903.20 | - | 6/6/2013 |
| STERIS -DOORS | Jun-13 | 1,126.16 | 1,126.20 | - | 6/6/2013 |
| Ice Machine  Classic Rest: INV-IMP0024 | Jul-14 | 4,086.26 | 3,677.40 | 408.86 | 7/15/2014 |
| Soil Lift | Jul-16 | 4,253.96 | 2,127.00 | 2,126.96 | 7/16/2016 |
| Jensen Press Plate | Jul-16 | 14,854.10 | 7,427.10 | 7,427.00 | 7/16/2016 |
| Internal transportation of assets from Wir | Sep-16 | 18,359.02 | 18,359.04 | - | 9/1/2016 |
| internal installation of assets from Winch | Sep-16 | 10,000.00 | 10,000.08 | - | 9/1/2016 |
| **MEDPLUS M & E** | | **73,960.45** | **63,997.99** | **9,962.82** | |
| | | | | | |
| **SOIL ROOM: Accounts 1541/1741/5741** | | | | | |
| SUPRTRK SOIL SYSTEM | Jun-08 | 124,643.33 | 87,942.60 | 36,700.73 | 6/3/2008 |
| SUPRTRK RAIL SYSTEM | Jun-08 | 109,784.69 | 77,458.84 | 32,325.85 | 6/3/2008 |
| SOIL ELEC & COMMUNICATION | Jun-08 | 189,314.32 | 133,572.02 | 55,742.30 | 6/3/2008 |
| SUPERTRACK SOILS SYSTEM | Jun-08 | 60,425.07 | 42,632.90 | 17,792.17 | 6/3/2008 |
| SOIL & WASHROOM INSTALLATN | Jun-08 | 45,461.24 | 32,075.26 | 13,385.98 | 6/3/2008 |
| SUPERTRACK MONORAIL | Jun-08 | 85,224.77 | 60,130.74 | 25,094.03 | 6/3/2008 |
| E-TECH CART DUMPER | Jun-08 | 8,506.28 | 6,001.88 | 2,504.40 | 6/3/2008 |
| HOPPERS FOR SOIL LINE EXPNSN | Oct-08 | 2,641.60 | 2,641.63 | - | 10/1/2008 |
| CABLE FOR SOIL LINE EXPANSIN | Oct-08 | 836.46 | 836.44 | - | 10/1/2008 |
| CABLE FOR SOIL LINE EXPANSIN | Oct-08 | 724.01 | 724.03 | - | 10/1/2008 |
| TABLES FOR UPPER SOIL LINE | Nov-08 | 3,871.92 | 3,871.92 | - | 11/1/2008 |
| SOIL ROOM DUCTWORK | Jan-09 | 4,740.50 | 4,740.52 | - | 1/1/2009 |
| SOIL BAG CELL AMPLIFIERS | Apr-09 | 5,115.55 | 5,115.55 | - | 4/1/2009 |
| SOIL HOPPER UPGRADE | Jul-09 | 2,134.46 | 2,134.46 | - | 7/1/2009 |
| NEW ROLLERS FOR SOIL LINE | Feb-10 | 3,749.76 | 3,749.76 | - | 2/10/2010 |
| PULLEY FOR SOIL CONVEYOR | Mar-10 | 1,099.22 | 1,099.22 | - | 3/10/2010 |
| REFURBISHED LIFT | Oct-10 | 7,344.00 | 7,344.00 | - | 10/10/2010 |
| OVERHEAD CLEAN RAIL | Dec-10 | 157,445.39 | 127,268.00 | 30,177.39 | 12/10/2010 |
| SOIL SYSTEM CYLINDERS | Dec-10 | 1,506.02 | 1,506.02 | - | 12/10/2010 |
| PARTS FOR OVERHEAD RAIL | Jan-11 | 12,641.23 | 12,641.34 | - | 1/11/2011 |
| REDUCERS FOR CONVEYOR | Feb-11 | 1,285.51 | 1,285.51 | - | 2/11/2011 |
| RE-DO BAG INCLINE | Apr-11 | 1,143.71 | 1,143.70 | - | 4/11/2011 |
| SOIL HOPPER DISPLAYS | Dec-11 | 2,084.00 | 2,084.03 | - | 12/1/2011 |
| MICROSS OVRHD RAIL CONTROL SYS | Dec-11 | 7,590.00 | 7,589.92 | - | 12/1/2011 |
| SOIL CONVEYOR | Apr-12 | 3,568.08 | 3,568.08 | - | 4/12/2012 |
| MOTOR FOR SOIL CONVEYOR | Aug-12 | 1,385.40 | 1,385.30 | - | 8/12/2012 |
| TROLLEYS FOR SOIL BAGS | Aug-12 | 2,920.13 | 2,920.19 | - | 8/12/2012 |
| SOIL LINE TROLLEYS | Sep-12 | 5,400.30 | 5,400.58 | - | 9/12/2012 |
| GEAR FOR SHUTTLES | Sep-12 | 2,452.01 | 2,451.97 | - | 9/12/2012 |
| SUPERTRACK SOIL TROLLEYS | Nov-12 | 5,400.43 | 5,400.59 | - | 11/12/2012 |
| SOIL HOPPERS | Dec-12 | 1,428.84 | 1,428.84 | - | 12/12/2012 |
| FLENDER MOTOR FOR SUPERTRACK | Jan-13 | 1,912.97 | 1,913.04 | - | 1/13/2013 |
| SWITCHES FOR SOIL SYSTEM | Jan-13 | 1,044.80 | 1,044.72 | - | 1/13/2013 |
| SUPERTRACK TROLLEY WHEELS | Feb-13 | 2,181.54 | 2,181.60 | - | 2/13/2013 |
| MOUNTING BRACKETS FOR SOIL BAG | Feb-13 | 2,374.90 | 2,374.92 | - | 2/13/2013 |
| DRIVE ROLLER FOR SHUTTLE 1 | Mar-13 | 964.30 | 964.44 | - | 3/13/2013 |
| GEAR MOTOR FOR SHUTTLE CONVE | Mar-13 | 1,088.48 | 1,088.64 | - | 3/13/2013 |
| TINGUE,BROWN SUPER TRACK RAIL | May-13 | 2,737.37 | 2,737.20 | - | 5/17/2013 |
| TINGUE,BROWN SOIL SYSTEM | May-13 | 3,292.81 | 3,292.80 | - | 5/28/2013 |
| Calibration flo BRADY SYS 3465 | Jun-13 | 2,377.72 | 2,377.80 | - | 6/1/2013 |
| Warehouse sc BRADY SYS 4839 | Jun-13 | 9,304.98 | 9,304.80 | - | 6/1/2013 |
| OM-I9-2    LOAD CELL NW12441 | Aug-13 | 1,622.68 | 1,622.52 | - | 8/1/2013 |
| laundry chute: CMP SHEET 4355 | Sep-13 | 2,600.00 | 2,599.80 | - | 9/1/2013 |
| Equipment transferred from Troy | Feb-19 | 21,774.04 | 21,774.04 | - | 2/1/2019 |
| **SOIL ROOM** | | **915,144.83** | **701,422.16** | **213,722.85** | |
| | | | | | |
| **WASH ROOM: Accounts 1542/1742/5742** | | | | | |
| TUNNEL WASHER | Jun-08 | 207,027.45 | 146,069.19 | 60,958.26 | 6/3/2008 |
| SENKING INSTALLATION | Jun-08 | 87,883.74 | 62,006.66 | 25,877.08 | 6/3/2008 |

Syracuse fixed assets - 2019

| perty Descrip Vendor(s) Invoice(s) | Date in Service | Book Cost | Book End Accumulated Dep. | Book Net Book Value | Date in Service |
|---|---|---|---|---|---|
| BRAUN OP RE-WORK | Jun-08 | 26,568.51 | 18,745.34 | 7,823.17 | 6/3/2008 |
| BRAUN DRYERS-4 | Jun-08 | 127,444.57 | 89,919.54 | 37,525.03 | 6/3/2008 |
| DUCTWORK & FLASHING | Jun-08 | 20,397.73 | 14,391.69 | 6,006.04 | 6/3/2008 |
| BRAUN LINT TRAPS-4 | Jun-08 | 16,535.92 | 11,667.26 | 4,868.66 | 6/3/2008 |
| SPDCHK PRSCAKE CONVYR | Jun-08 | 9,485.85 | 6,692.73 | 2,793.12 | 6/3/2008 |
| GARDNER BYPASS CONVYR | Jun-08 | 5,099.44 | 3,597.91 | 1,501.53 | 6/3/2008 |
| GARDNER 440P CONVYR | Jun-08 | 9,312.98 | 6,570.93 | 2,742.05 | 6/3/2008 |
| GARDNER 550PT CONVYR | Jun-08 | 20,459.95 | 14,435.90 | 6,024.05 | 6/3/2008 |
| EVRO 40HP MOTOR | Jun-08 | 8,158.14 | 5,755.82 | 2,402.32 | 6/3/2008 |
| GOULD PUMP | Jun-08 | 2,327.00 | 2,327.00 | - | 6/1/2008 |
| SHUTTLE AREA SAFETY SWITCHES | Jun-08 | 1,059.80 | 1,059.80 | - | 6/1/2008 |
| MOVED STEAM HEADER IN WASH RO | Jun-08 | 7,280.00 | 7,279.98 | - | 6/1/2008 |
| NEW GEARBOX-SENKING TUNNEL | Aug-08 | 1,333.80 | 1,333.80 | - | 8/1/2008 |
| REPL DRIVE FOR SENKING TUNNEL | Aug-08 | 8,983.84 | 8,983.84 | - | 8/1/2008 |
| REBUILD HYDRAULIC PUMP-JENSEN | Sep-08 | 15,238.03 | 15,238.03 | - | 9/1/2008 |
| GEAR MOTOR FOR BASKET IN PLANT | Oct-08 | 2,265.04 | 2,265.04 | - | 10/1/2008 |
| MOTOR FOR DRYER 3 | Dec-08 | 793.73 | 793.73 | - | 12/1/2008 |
| PUMP FOR SENKING | Dec-08 | 891.18 | 891.18 | - | 12/1/2008 |
| PUMP FOR SENKING | Dec-08 | 891.18 | 891.18 | - | 12/1/2008 |
| CONTROLS FOR DRYER 3 | Feb-09 | 1,823.67 | 1,823.67 | - | 2/1/2009 |
| INVERTER - SENKING TUNNEL | Apr-09 | 6,746.48 | 6,746.47 | - | 4/1/2009 |
| MOTORS & GEAR BOXES | Aug-09 | 6,840.09 | 6,840.09 | - | 8/1/2009 |
| LINEAR RAIL & BEARING | Aug-09 | 2,141.93 | 2,141.93 | - | 8/1/2009 |
| DRIVE WHEELS FOR TUNNEL | Sep-09 | 4,145.03 | 4,145.03 | - | 9/1/2009 |
| NEW PUMP | Oct-09 | 2,328.75 | 2,328.75 | - | 10/9/2009 |
| SENKING PRESS REPAIR | Nov-09 | 9,257.59 | 9,257.59 | - | 11/9/2009 |
| BRAUN DRYER MOTOR | Dec-09 | 1,690.41 | 1,690.41 | - | 12/9/2009 |
| TUNNEL SENSORS | Jan-10 | 1,194.36 | 1,194.36 | - | 1/10/2010 |
| PUMP MOTOR FOR SENKING | Mar-10 | 1,333.80 | 1,333.80 | - | 3/10/2010 |
| IDLER WHEELS FOR SENKING | Apr-10 | 3,350.53 | 3,350.52 | - | 4/10/2010 |
| DRYER HOIST MOTOR+GEAR BOX | Apr-10 | 1,819.80 | 1,819.80 | - | 4/10/2010 |
| REPLACE ROLLS ON SENKING | Apr-10 | 1,258.20 | 1,258.20 | - | 4/10/2010 |
| REPAIR DRAIN VALVE-SENKING | May-10 | 1,777.87 | 1,777.88 | - | 5/10/2010 |
| DRYER REPLACEMENT ROLLERS | May-10 | 1,941.84 | 1,941.84 | - | 5/10/2010 |
| SENKING DRAIN | Jun-10 | 2,682.72 | 2,682.72 | - | 6/10/2010 |
| RE-BED BRUNER WATER SOFTNR | Jun-10 | 10,966.32 | 9,413.04 | 1,553.28 | 6/10/2010 |
| DRYER PANEL FRONT & SENSOR | Jul-10 | 1,711.42 | 1,711.42 | - | 7/10/2010 |
| ROLLER CHAIN FOR SENKING PRESS | Aug-10 | 2,375.06 | 2,375.06 | - | 8/10/2010 |
| CPU FOR DRYER #5 | Aug-10 | 1,453.09 | 1,453.06 | - | 8/10/2010 |
| WASTE WATER BLOWER | Sep-10 | 1,386.01 | 1,386.00 | - | 9/10/2010 |
| CONVEYOR & BRACKETS | Sep-10 | 2,676.24 | 2,676.24 | - | 9/10/2010 |
| OVERHEAD RAIL FOR TROLLEY | Sep-10 | 4,344.69 | 4,344.69 | - | 9/10/2010 |
| UPGRADE TROLLEY TRACK SYSTM | Sep-10 | 3,353.11 | 3,353.09 | - | 9/10/2010 |
| 440 OP DRYER BLOWER WHEEL | Oct-10 | 1,298.92 | 1,298.90 | - | 10/10/2010 |
| BOTTOM DOOR SECTION 1 DRYER | Nov-10 | 1,035.18 | 1,035.23 | - | 11/10/2010 |
| MOTORS & REDUCERS | Nov-10 | 5,035.55 | 5,035.55 | - | 11/10/2010 |
| TROLLEYS & SHUTTLE WHEELS | Nov-10 | 8,253.20 | 8,253.09 | - | 11/10/2010 |
| PARTS FOR DRYERS 1-5 | Dec-10 | 2,071.68 | 2,071.68 | - | 12/10/2010 |
| METERING PUMP & VALVE REBUILD ŀ | Dec-10 | 1,024.01 | 1,024.01 | - | 12/1/2010 |
| PREP FOR NEW WASHER & DRYERS | Jan-11 | 73,971.87 | 59,177.34 | 14,794.53 | 1/11/2011 |
| JENSEN TUNNEL WASHER | Jan-11 | 522,158.72 | 278,484.52 | 243,674.20 | 1/11/2011 |
| JENSEN PRESS | Jan-11 | 320,722.49 | 256,578.18 | 64,144.31 | 1/11/2011 |
| JENSEN WASH SHUTTLES & CONVEY | Jan-11 | 70,515.06 | 56,412.38 | 14,102.68 | 1/11/2011 |
| JENSEN CONTROL FOR BRAUN DRYE | Jan-11 | 49,515.05 | 49,515.08 | - | 1/11/2011 |
| JENSEN GAS DRYERS | Jan-11 | 430,555.87 | 287,037.16 | 143,518.71 | 1/11/2011 |
| JENSEN DRYER SHUTTLES & CONVE` | Jan-11 | 106,316.69 | 85,053.18 | 21,263.51 | 1/11/2011 |
| DUCTWORK FOR NEW DRYERS | Jan-11 | 28,860.00 | 23,088.00 | 5,772.00 | 1/11/2011 |
| JENSEN SS TOP DRAINAGE ON PRES | Feb-11 | 20,000.00 | 15,833.57 | 4,166.43 | 2/11/2011 |
| JENSEN UPDATE SENKING CONTROL | Feb-11 | 38,885.00 | 30,783.84 | 8,101.16 | 2/11/2011 |
| PREP FOR NEW WASHER & DRYERS | Feb-11 | 68,859.75 | 54,513.88 | 14,345.87 | 2/11/2011 |
| ALUMINUM CATWALK | Feb-11 | 3,795.00 | 3,795.00 | - | 2/11/2011 |
| PERIMETER GUARD FENCING+SAFET | Mar-11 | 8,780.88 | 8,780.96 | - | 3/11/2011 |
| DRYER SCREEN LINT REMOVER | Mar-11 | 2,217.26 | 2,217.26 | - | 3/11/2011 |
| PLMBG & ELEC FOR PUMPS | Mar-11 | 3,543.28 | 3,543.21 | - | 3/11/2011 |
| INVERTER FOR O.P. WASHER | Mar-11 | 2,180.47 | 2,180.46 | - | 3/11/2011 |
| DRYER CONVEYORS | Apr-11 | 3,036.96 | 3,036.96 | - | 4/11/2011 |
| BRAUN OP WASHERS - UPGRADES | Apr-11 | 2,400.38 | 2,400.43 | - | 4/11/2011 |
| MARLO WATER SOFTENER | Apr-11 | 1,985.72 | 1,985.90 | - | 4/11/2011 |
| VFD INSTALL & PROGRAMMING | May-11 | 1,137.28 | 1,137.29 | - | 5/11/2011 |
| BOARDS FOR BRAUN | May-11 | 1,172.50 | 1,172.51 | - | 5/11/2011 |

**Syracuse fixed assets - 2019**

| perty Descrip Vendor(s) Invoice(s) | Date in Service | Book Cost | Book End Accumulated Dep. | Book Net Book Value | Date in Service |
|---|---|---|---|---|---|
| CHICAGO DRYER AMPLIFIER | May-11 | 2,112.88 | 2,112.86 | - | 5/11/2011 |
| CUSHION & SHAFT FOR SENKING TUI | May-11 | 5,268.51 | 5,268.51 | - | 5/11/2011 |
| BRAUN BOARD PROCESSOR | Jun-11 | 1,603.57 | 1,603.51 | - | 6/11/2011 |
| KOLSTAD SOFTENER REPAIRS | Sep-11 | 1,559.30 | 1,559.29 | - | 9/11/2011 |
| ROLLERS FOR DRYER CONVEYOR | Oct-11 | 1,008.72 | 1,008.72 | - | 10/11/2011 |
| BELT FOR TUNNEL PRESS | Oct-11 | 4,375.08 | 4,375.13 | - | 10/11/2011 |
| BRAUN DRYER REBUILD | Nov-11 | 3,323.00 | 3,322.85 | - | 11/11/2011 |
| NEW TANK FOR WATER RE-USE | Nov-11 | 1,964.39 | 1,964.40 | - | 11/11/2011 |
| DRYER DOOR PANELS & ACCESS DO | Dec-11 | 1,069.20 | 1,069.20 | - | 12/1/2011 |
| ROLLERS FOR DRYER CONVEYOR | Feb-12 | 1,118.12 | 1,118.15 | - | 2/12/2012 |
| SOIL LOAD CELLS | Mar-12 | 1,078.20 | 1,078.27 | - | 3/12/2012 |
| JENSEN VALVE FOR TUNNEL | Jun-12 | 2,771.90 | 2,771.98 | - | 6/12/2012 |
| JENSEN DIGITAL DRYERS CONTROLL | Jun-12 | 2,053.30 | 2,053.41 | - | 6/12/2012 |
| JENSEN IPC FOR TUNNEL | Jul-12 | 9,986.01 | 9,985.82 | - | 7/12/2012 |
| BRAUN RING BASKET FOR 500PT DR\ | Jul-12 | 1,940.76 | 1,940.85 | - | 7/12/2012 |
| POWER DRIVE FOR SHUTTLES | Aug-12 | 1,036.30 | 1,036.32 | - | 8/12/2012 |
| GEAR MOTOR FOR SHUTTLES | Aug-12 | 1,022.58 | 1,022.63 | - | 8/12/2012 |
| GEAR MOTOR FOR BRAUN DRYER | Aug-12 | 2,351.84 | 2,351.87 | - | 8/12/2012 |
| JENSEN VALVE FOR PRESS | Oct-12 | 3,711.03 | 3,710.89 | - | 10/12/2012 |
| JENSEN VALVE FOR TUNNEL | Oct-12 | 2,315.46 | 2,315.52 | - | 10/12/2012 |
| ELECTRIC BALL VALVE FOR TUNNEL | Oct-12 | 1,175.60 | 1,175.75 | - | 10/12/2012 |
| PRESS 1 DISCHARGE BELT | Nov-12 | 4,434.48 | 4,434.48 | - | 11/12/2012 |
| JENSEN SLIDE FOR PRESS 2 | Dec-12 | 1,341.37 | 1,341.36 | - | 12/12/2012 |
| WELDMENT, LEFT HAND, BLOWER | Jan-13 | 4,076.21 | 4,076.40 | - | 1/13/2013 |
| PRESS 2 CHAIN GUARDS | Feb-13 | 3,780.00 | 3,780.00 | - | 2/13/2013 |
| TUNNEL WATER FILL VALVES | Mar-13 | 2,394.38 | 2,394.36 | - | 3/13/2013 |
| BEARING RE BRAUN | Jul-13 | 9,036.89 | 9,036.72 | - | 7/1/2013 |
| Transmission Midway Indu: 113072 | Aug-13 | 2,837.35 | 2,837.40 | - | 8/1/2013 |
| METRIC CHA MCMASTER CARR | Aug-13 | 1,556.43 | 1,556.28 | - | 8/1/2013 |
| SHAFT/DRIVI JENSEN | Aug-13 | 3,419.05 | 3,418.92 | - | 8/1/2013 |
| 48 trolly hang(CMP Sheet N 4412 | Dec-13 | 2,736.00 | 2,736.00 | - | 12/3/2013 |
| Heat Exchang Jensen, USA 177931 | Dec-13 | 3,300.91 | 3,301.20 | - | 12/17/2013 |
| 40 Trolly Hanc CMP Sheet N 4436 | Dec-13 | 2,280.00 | 2,280.00 | - | 12/27/2013 |
| Trinity equipment-2 milnor washers | Jun-14 | 7,000.00 | 6,416.85 | 583.15 | 6/1/2014 |
| Clinical Move F.W. Webb 43337333-2 | Jan-15 | 21,240.64 | 16,992.48 | 4,248.16 | 1/1/2015 |
| tunnel support wheels | Jan-15 | 14,063.85 | 11,251.20 | 2,812.65 | 1/1/2015 |
| Cart Dumper | Jan-15 | 4,767.00 | 3,813.60 | 953.40 | 1/1/2015 |
| Soil Conveyer | Jun-15 | 5,026.79 | 3,602.54 | 1,424.25 | 6/1/2015 |
| Cart Dumper | Jan-15 | 23,668.21 | 18,934.56 | 4,733.65 | 1/1/2015 |
| Soil Hoppers | Nov-14 | 2,813.40 | 2,766.51 | 46.89 | 11/1/2014 |
| Press cushion | Aug-15 | 10,040.10 | 6,196.59 | 3,843.51 | 8/1/2015 |
| pusher on press | Aug-15 | 3,028.40 | 2,069.27 | 959.13 | 8/1/2015 |
| Open Pocket Repair | Jan-15 | 28,676.52 | 11,470.56 | 17,205.96 | 1/1/2015 |
| Ellis Z842C Washer from Self Regional | Jul-16 | 24,768.72 | 12,384.30 | 12,384.42 | 7/1/2016 |
| Jensen Tunne Jensen    PO 8467 | Dec-16 | 11,748.77 | 4,895.25 | 6,853.52 | 12/1/2016 |
| Tunnel-1 Re-use pump | Jul-17 | 5,357.95 | 1,607.40 | 3,750.55 | 7/1/2017 |
| Drum Drive | Jul-17 | 13,102.41 | 3,930.66 | 9,171.75 | 7/1/2017 |
| Boilder | Jul-17 | 4,320.00 | 1,296.00 | 3,024.00 | 7/1/2017 |
| Soil Ring Ass\ Precision Co 2419 | Sep-18 | 19,872.00 | 1,987.20 | 7,948.80 | 9/1/2018 |
| Equipment transferred from Troy | Feb-19 | 70,638.21 | 57,770.01 | 12,868.20 | 2/1/2019 |
|  | WASH ROOM | 2,801,537.45 | 2,004,831.75 | 786,769.98 |  |

**FLATWORK DEPT: Accounts 1543/1743/5743**

| | | | | | |
|---|---|---|---|---|---|
| BRAUN SPF, SIGMA R TO F | Jun-08 | 5,266.81 | 3,716.02 | 1,550.79 | 6/3/2008 |
| EDGE MAXX FOLDER | Jun-08 | 94,092.79 | 66,387.84 | 27,704.95 | 6/3/2008 |
| CHICAGO EDGE SPREADER FEEDER | Jun-08 | 21,093.02 | 14,882.04 | 6,210.98 | 6/3/2008 |
| CHICAGO EDGE SPREADER FEEDER | Jun-08 | 19,756.83 | 13,939.52 | 5,817.31 | 6/3/2008 |
| AIR CYLINDER REPAIR KITS FOR IROI | Oct-08 | 1,510.65 | 1,510.65 | - | 10/1/2008 |
| MOTOR FOR IRON 1 | Jul-09 | 2,015.28 | 2,015.33 | - | 7/1/2009 |
| INVERTER FOR IRON 1 | Oct-09 | 2,768.69 | 2,768.59 | - | 10/9/2009 |
| OMEGA FOLDER | Nov-09 | 8,486.00 | 1,866.15 | 6,619.85 | 11/9/2009 |
| THE EDGE FEEDER | Nov-09 | 25,819.00 | 5,677.80 | 20,141.20 | 11/9/2009 |
| INSTALLATION | Nov-09 | 3,937.52 | 3,937.52 | - | 11/9/2009 |
| NEW LIGHTS | Nov-09 | 1,373.27 | 1,373.27 | - | 11/9/2009 |
| INSTLTN OF WTN EQUIPMENT | Dec-09 | 19,823.00 | 19,823.00 | - | 12/9/2009 |
| IRON 2 GEAR BOX | Jan-10 | 3,384.49 | 3,384.49 | - | 1/10/2010 |
| RW MARTIN FEEDER / FOLDER | Jan-10 | 14,360.34 | 14,360.34 | - | 1/10/2010 |

Syracuse fixed assets - 2019

| perty Descrip Vendor(s) Invoice(s) | Date in Service | Book Cost | Book End Accumulated Dep. | Book Net Book Value | Date in Service |
|---|---|---|---|---|---|
| DUCT FOR IRON 3 FAN | May-10 | 1,080.00 | 1,080.00 | - | 5/10/2010 |
| STACKER REPL BOARD | Jul-10 | 1,387.41 | 1,387.41 | - | 7/10/2010 |
| STEAM CHEST FOR IRON 2 | Sep-10 | 3,325.05 | 3,325.13 | - | 9/10/2010 |
| STEAM HEADER IRON 1 & 2 | Oct-10 | 3,460.87 | 3,460.82 | - | 10/10/2010 |
| REPAIRS TO STEAM TRAP | Oct-10 | 5,255.55 | 5,255.47 | - | 10/10/2010 |
| BOARDS FOR BLANKET STACKER | Nov-10 | 1,953.63 | 1,953.63 | - | 11/10/2010 |
| STACKER MOTOR & GEARBOX | Nov-10 | 1,119.38 | 1,119.38 | - | 11/10/2010 |
| SHAFTS FOR STACK MACHINE | Nov-10 | 2,268.00 | 2,268.00 | - | 11/10/2010 |
| REPAIR ROLL #8 ON IRON #1 | Feb-11 | 5,189.75 | 5,189.91 | - | 2/11/2011 |
| BRAUN SHEET FOLDER | Mar-11 | 12,101.41 | 12,101.40 | - | 3/11/2011 |
| BRAUN SHEET STACKER | Mar-11 | 2,710.34 | 2,710.25 | - | 3/11/2011 |
| REPLUMB IRON #1 | Mar-11 | 1,438.01 | 1,438.13 | - | 3/11/2011 |
| IRON #1 FEEDER AIR CYLINDERS | Apr-11 | 1,457.78 | 1,457.73 | - | 4/11/2011 |
| TRANSFORMER FOR STRAPPER | Oct-11 | 1,544.15 | 1,544.09 | - | 10/11/2011 |
| REFURBISH IRONER 1 | Jul-12 | 4,975.07 | 4,975.18 | - | 7/12/2012 |
| SPF UPGRADE FOR SPF | Aug-12 | 2,511.00 | 2,511.10 | - | 8/12/2012 |
| ROLLER CHAIN FOR IRONER | Oct-12 | 4,143.95 | 4,144.19 | - | 10/12/2012 |
| SENSORS EMITTERS RECVRS FOR FI | Oct-12 | 7,697.59 | 7,697.53 | - | 10/12/2012 |
| IRONER GASKETS BUSHINGS DRIVES | Oct-12 | 4,426.17 | 4,426.20 | - | 10/12/2012 |
| BRAUN SPF CONTROL W/ CHIP | Nov-12 | 3,325.74 | 3,325.68 | - | 11/12/2012 |
| BRAUN OMEGA PROGRAM BOARD | Nov-12 | 1,349.13 | 1,349.05 | - | 11/12/2012 |
| AIR CYLINDER FOR EDGE FEEDER | Dec-12 | 1,494.78 | 1,494.72 | - | 12/12/2012 |
| COUNTERS & ENCLOSURES | Feb-13 | 1,890.02 | 1,890.00 | - | 2/13/2013 |
| roller uhmw w/ MIDWAY INL 11248 | Sep-13 | 1,531.20 | 1,531.08 | - | 9/1/2013 |
| Recover Iron | Jun-15 | 6,445.00 | 6,445.08 | - | 6/1/2015 |
| Equipment transferred from Troy | Feb-19 | 30,935.97 | 25,169.83 | 5,766.14 | 2/1/2019 |
| FLAT WORK DEPT | | 338,704.64 | 264,893.54 | 73,811.22 | |

**DRY WORK DEPT: Accounts 1544/1744/5744**

| | | | | | |
|---|---|---|---|---|---|
| MOSCA STRAPPING MACHINE | Jun-08 | 3,051.30 | 2,152.74 | 898.56 | 6/3/2008 |
| BRAUN SIGMA SM FOLDER | Jun-08 | 1,845.01 | 1,301.75 | 543.26 | 6/3/2008 |
| THETA BLANKET FOLDER | Jun-08 | 25,636.03 | 18,087.48 | 7,548.55 | 6/3/2008 |
| TYPAC STRAPPER | Jun-08 | 11,836.09 | 8,351.29 | 3,484.80 | 6/3/2008 |
| USED HYPRO CHEST | Dec-08 | 3,347.50 | 3,347.50 | - | 12/1/2008 |
| EAM-MOSCA STRAPPING MACH | Nov-09 | 5,973.00 | 5,973.00 | - | 11/9/2009 |
| BRAUN SIGMA SP FOLDER | Nov-09 | 4,632.00 | 1,018.62 | 3,613.38 | 11/9/2009 |
| BRAUN SIGMA SP FOLDER | Nov-09 | 4,632.00 | 1,018.62 | 3,613.38 | 11/9/2009 |
| BATH BLKT FLDR CONTROL BOARD | Sep-10 | 1,468.03 | 1,468.03 | - | 9/10/2010 |
| CONVEYOR RIBBONS | Feb-11 | 1,370.92 | 1,370.90 | - | 2/11/2011 |
| SPEED REDUCER | Jul-11 | 1,623.51 | 1,623.54 | - | 7/11/2011 |
| ROLLER CHAIN | Jul-11 | 1,623.33 | 1,623.34 | - | 7/11/2011 |
| FOLDING GUARDS | May-13 | 2,754.77 | 2,754.72 | - | 5/15/2013 |
| Replace drive roller on press 1 | Dec-15 | 8,240.33 | 8,240.40 | - | 12/1/2015 |
| folder/cross-fc G.A. Braun  21411171 08 | Jan-15 | 66,387.55 | 66,387.60 | - | 1/1/2015 |
| Vacuum/Bushing Refurbishment | Jul-17 | 3,407.54 | 1,703.70 | 1,703.84 | 7/1/2017 |
| Equipment transferred from Troy | Feb-19 | 169,412.96 | 138,203.80 | 31,209.16 | 2/1/2019 |
| DRY WORK DEPT | | 317,241.87 | 264,627.03 | 52,614.93 | |

**POWER PLANT: Accounts 1545/1745/5745**

| | | | | | |
|---|---|---|---|---|---|
| ROTARY SCREW COMPRESSOR | Jun-08 | 49,003.95 | 34,574.71 | 14,429.24 | 6/3/2008 |
| AIR DRYER | Jun-08 | 4,225.25 | 4,225.25 | - | 6/1/2008 |
| MOTORIZED BALL VALVE FOR BOILEF | Nov-08 | 1,294.21 | 1,294.21 | - | 11/1/2008 |
| PUMP TO EMPTY T.E.A. | Nov-09 | 3,846.59 | 3,846.59 | - | 11/9/2009 |
| STEAM LINE INSULATION | Mar-10 | 3,218.40 | 3,218.40 | - | 3/10/2010 |
| SELF-PRIMING PUMP | Jul-10 | 3,014.50 | 3,014.52 | - | 7/10/2010 |
| REPLACE SHELF & NEW REFRACTOR | Jul-10 | 4,644.00 | 4,644.00 | - | 7/10/2010 |
| BOILER STACK DUCTWORK | Aug-10 | 1,609.20 | 1,609.20 | - | 8/10/2010 |
| NEW AIR COMPRESSOR | Jan-11 | 53,359.46 | 53,359.62 | - | 1/11/2011 |
| TEA HEAT RECLAIMER | Jan-11 | 19,657.23 | 15,725.76 | 3,931.47 | 1/11/2011 |
| GAS & ELECTRIC UPGRADES | Jan-11 | 119,266.03 | 63,608.62 | 55,657.41 | 1/11/2011 |
| BOILER CONDENSATE PUMP | Feb-11 | 1,039.28 | 1,039.30 | - | 2/11/2011 |
| REPAIR BOILER STACK ECONOMIZEF | May-11 | 1,890.00 | 1,890.00 | - | 5/11/2011 |
| JOHNSTON BOILER | Aug-12 | 10,432.50 | 6,694.37 | 3,738.13 | 8/12/2012 |
| WALL EXHAUST FANS | Aug-12 | 3,952.74 | 3,952.79 | - | 8/12/2012 |
| 6 GAL CONDENSATE PUMP W/TANK | Nov-12 | 1,204.16 | 1,204.20 | - | 11/12/2012 |
| INSTALLATION - BOILER | Apr-13 | 9,992.10 | 5,745.63 | 4,246.47 | 4/1/2013 |

**Syracuse fixed assets - 2019**

| perty Descrip Vendor(s) Invoice(s) | Date in Service | Book Cost | Book End Accumulated Dep. | Book Net Book Value | Date in Service |
|---|---|---|---|---|---|
| Inverter    KJ ELECTRIC | May-13 | 2,354.01 | 2,354.04 | - | 5/1/2013 |
| CYLINDER    JENSEN | Jul-13 | 1,683.26 | 1,683.36 | - | 7/1/2013 |
| COMPRESSC CMP Sheet N4845 | Jan-15 | 9,836.64 | 3,494.52 | 6,342.12 | 1/1/2015 |
| rebed softene R.C. Kolstad 23445 | Jan-15 | 11,627.28 | 4,650.72 | 6,976.56 | 1/1/2015 |
| Cleaver Brooks 200 hp from Winchester | Aug-11 | 2,943.80 | 2,944.18 | - | 8/24/2011 |
| Industrial Boiler 150hp from Winchester | Aug-11 | 5,887.60 | 5,887.56 | - | 8/24/2011 |
| Boiler from Winchester | Nov-12 | 86,792.44 | 86,792.40 | - | 11/1/2012 |
| Boiler from Winchester | Feb-13 | 16,033.54 | 16,033.80 | - | 2/1/2013 |
| Atlas Copco Air Compressor Drive Motor | Dec-17 | 21,915.31 | 4,383.12 | 17,532.19 | 12/17/2017 |
| Equipment transferred from Troy | Feb-19 | 44,216.28 | 40,002.37 | 4,213.91 | 2/1/2019 |
| **POWER PLANT** | | 494,939.76 | 377,873.24 | 117,067.50 | |

**MISCELLANEOUS: Accounts 1547/1747/5747**

| | | | | | |
|---|---|---|---|---|---|
| LANCERAY BRONZE TRAILER | Jun-08 | 12,058.31 | 8,507.77 | 3,550.54 | 6/3/2008 |
| TY-PAC STRAP MACHINE | Jun-08 | 10,857.97 | 7,660.73 | 3,197.24 | 6/3/2008 |
| TY-PAC STRAPPING MACHINE | Jun-08 | 6,216.57 | 4,386.40 | 1,830.17 | 6/3/2008 |
| FIRE ALARM SYSTEM UPGRADE | Dec-08 | 1,867.43 | 1,867.43 | - | 12/1/2008 |
| HEATER FOR SHIPPING DEPT | Dec-08 | 1,201.64 | 1,201.64 | - | 12/1/2008 |
| RAIL SYSTEM | Feb-09 | 3,322.64 | 3,322.64 | - | 2/1/2009 |
| SECURITY / ENTRY SYSTEM | Feb-09 | 6,360.20 | 6,360.19 | - | 2/1/2009 |
| CARD ACCESS UPGRADE | Apr-09 | 1,692.77 | 1,692.77 | - | 4/1/2009 |
| SPRINKLER SYSTEM UPGRADE | Nov-09 | 2,467.80 | 2,467.80 | - | 11/9/2009 |
| BENCH SCALE | Mar-10 | 1,521.49 | 1,521.48 | - | 3/10/2010 |
| BENCH SCALE | Mar-10 | 1,534.31 | 1,534.32 | - | 3/10/2010 |
| REPLACE WIRING FOR FIRE ALARM | Jul-10 | 1,149.64 | 1,149.61 | - | 7/10/2010 |
| SINGER INDUSTRIAL SEWING MACHII | Jan-11 | 673.92 | 673.84 | - | 1/11/2011 |
| SINGER INDUSTRIAL SEWING MACHII | Mar-11 | 753.84 | 753.69 | - | 3/11/2011 |
| SINGER INDUSTRIAL SEWING MACHII | May-11 | 515.16 | 515.32 | - | 5/11/2011 |
| NEW TIME CLOCKS (2) | Dec-11 | 5,600.00 | 5,600.11 | - | 12/1/2011 |
| JUKI SEWING MACHINE | Nov-12 | 1,844.14 | 1,844.27 | - | 11/12/2012 |
| SURVEILLANCE CAMERAS | Feb-13 | 3,218.98 | 3,219.12 | - | 2/13/2013 |
| Inverter    KJ Electric | May-13 | 2,354.01 | 2,354.04 | - | 5/28/2013 |
| Car Computer McMaster Carr | Jun-13 | 5,614.57 | 5,614.80 | - | 6/30/2013 |
| 10 TON ROOI RE MICHEL CO | Jul-13 | 4,964.07 | 4,963.80 | - | 7/1/2013 |
| Forklift rebuild | Aug-15 | 2,449.00 | 1,673.62 | 775.38 | 8/1/2015 |
| Equipment transferred from Troy | Feb-19 | 62,572.52 | 45,091.92 | 17,480.60 | 2/1/2019 |
| **MISCELLANEOUS** | | 140,810.98 | 113,977.31 | 26,833.93 | |

**MAINTENANCE: Accounts 1546/1746/5746**

| | | | | | |
|---|---|---|---|---|---|
| SCISSORS LIFT | Jun-08 | 20,059.58 | 14,153.01 | 5,906.57 | 6/3/2008 |
| BAND SAW | Jul-08 | 1,313.11 | 1,313.11 | - | 7/1/2008 |
| SHELVING FOR PARTS ROOM | Aug-09 | 1,986.42 | 1,986.42 | - | 8/1/2009 |
| COGZ MGMT PROGRAM | Dec-09 | 1,074.60 | 1,074.60 | - | 12/9/2009 |
| GREENLEE CONVEYOR SHEAVE | Dec-10 | 1,455.27 | 1,455.27 | - | 12/9/2010 |
| HAUN WELDER | May-11 | 1,296.00 | 1,296.00 | - | 5/11/2011 |
| FLOOR SCRUBBER REPAIRS | Jun-11 | 2,228.31 | 2,228.33 | - | 6/11/2011 |
| SHELVING FOR PARTS ROOM | Oct-12 | 3,838.65 | 5,505.21 | - | 10/12/2012 |
| **MAINTENANCE** | | 33,251.94 | 29,011.95 | 5,906.57 | |