So Ordered.

Signed this 22 day of September, 2023.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CENTERSTONE LINEN SERVICES, LLC, d/b/a<br>CLARUS LINEN SYSTEMS, *et al*.,[1]<br><br>Debtors. | Case Nos.<br>18-31754 (main case)<br>18-31753<br>18-31755<br>18-31756<br>18-31757<br><br>Chapter 11 Cases<br>Jointly Administered |

**FINAL DECREE AND ORDER CLOSING
CHAPTER 11 CASES OF CENTERSTONE LINEN
SERVICES, LLC, D/B/A/ CLARUS LINEN SYSTEMS, ET AL**

Centerstone Linen Services, LLC, et al. Liquidating Trust, by and through Ryniker Consultants, LLC, as Liquidating Trustee, et al (the "Trustee"), having filed its Motion of

---

[1] The Debtors are Centerstone Linen Services, LLC d/b/a Clarus Linen Systems, Atlas Health Care Linen Services Co., LLC d/b/a Clarus Linen Systems ("Atlas"), Alliance Laundry & Textile Service, LLC d/b/a Clarus Linen Systems, Alliance Laundry and Textile Service of Atlanta, LLC d/b/a Clarus Linen Systems and Alliance LTS Winchester, LLC d/b/a Clarus Linen Systems.

WBD (US) 63426715v2

Liquidating Trustee for Final Decree and Order Closing Chapter 11 Cases of Centerstone Lined Services, LLC, d/b/a Clarus Linen Systems, et al (the "Motion") and the Report of Substantial Consummation and Final Report for Centerstone Lined Services, LLC, d/b/a Clarus Linen Systems, *et al.* (the "Final Report") on August 16, 2023 [Docket No. 811], and the Trustee having included a ledger with its final quarterly report (third quarter 2023) reflecting distributions made pursuant to the Amended Joint Chapter 11 Plan of Liquidation, dated October 21, 2019 [Docket No. 674] (the "Plan"), all in compliance with 11 U.S.C. §§ 1101(2) and 1142, Rules 3021 and 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1;

**NOW,** upon review and consideration of the Motion and the Final Report in support of the relief requested; and the Court having held a hearing concerning the Motion on September 13, 2023 at 10:30 a.m.; and the Trustee having appeared by Womble Bond Dickinson (US) LLP (David M. Banker, Esq.) in support of the relief requested; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that due notice of the Motion has been given and no other or further notice need be given; and the Court having found that substantial consummation as been achieved in the above-captioned chapter 11 cases, and that all distributions required by the Plan have been made; and the Debtors' chapter 11 cases having been fully administered pursuant to the confirmed Plan, and that a final decree should be entered closing the cases; and upon due deliberation of the Court, it is hereby

**ORDERED**, that the Motion is hereby granted in its entirety; and it is further

**ORDERED**, that, pursuant to 11 U.S.C § 350(a), the above-captioned chapter 11 cases of Centerstone Linen Services, LLC, d/b/a Clarus Linen Systems, *et al.* be and hereby are closed.

WBD (US) 63426715v2